UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61631-CIV-COHN/SELTZER

AMGEN, INC., and AMGEN
MANUFACTURING LIMITED,,

    Plaintiffs,

v.

APOTEX INC. and APOTEX CORP.,

    Defendants.
_____/

## SUPPLEMENTAL SCHEDULING ORDER

**THIS CAUSE** has come before the Court upon the Joint Motion for *Markman* Briefing Schedule and Hearing DE [57]. The Court having considered the relief requested and being otherwise duly advised therein, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion for *Markman* Briefing Schedule and Hearing DE [57] be and the same is **GRANTED**. The following deadlines are hereby set:

| | |
|---|---|
| Joint Claim Construction Statement | December 4, 2015 |
| Opening Claim Construction Briefs | December 11, 2015 |
| Responsive Claim Construction Briefs | January 8, 2016 |
| Completion of Claim Construction Expert Discovery | January 19, 2016 |
| Reply Claim Construction Briefs | January 22, 2016 |
| **Claim Construction Hearing** | **February 5, 2016 at 9:00 a.m.** |

| | |
|---|---|
| Opening Expert Reports | March 11, 2016 |
| Responsive Expert Reports | April 1, 2016 |
| Reply Expert Reports (if necessary to rebut secondary considerations) | April 8, 2016 |

**IT IS FURTHER ORDERED** that the hearing on Plaintiff's Motion for Preliminary Injunction, DE [42], is **RESCHEDULED** for Thursday, December 3, 2015, at 10:00 a.m., in Courtroom 203E, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of November, 2015.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

copies furnished counsel via CM/ECF