# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 0:15-CV-61631-JIC

| | |
|---|---|
| AMGEN, INC. and AMGEN MANUFACTURING LIMITED,<br><br>        Plaintiffs,<br><br>v.<br><br>APOTEX INC. and APOTEX CORP.<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

## JOINT CLAIM CONSTRUCTION STATEMENT

Plaintiffs Amgen Inc. and Amgen Manufacturing Limited (collectively, "Amgen"), and Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex"), by and through their respective undersigned counsel, hereby submit the following Joint Claim Construction Statement.

### I. PROPOSED CLAIM CONSTRUCTIONS

The parties have met and conferred regarding the submission of this Joint Claim Construction Statement. The parties were unable to reach agreement on the following claim terms for the '138, '784, and '427 patents. The parties' respective proposed constructions for the terms in dispute are identified below.

| PROPOSED CONSTRUCTIONS FOR THE '138 PATENT | | |
|---|---|---|
| **Proposed Term** | **Amgen's Construction** | **Apotex's Construction** |
| "a protein . . . present in a volume at a concentration of 2.0 g/L or greater" | A protein as it exists in a volume before contacting the volume with a refold buffer. The protein concentration in the volume is 2.0 g/L or greater. | A protein . . . present at a concentration of 2.0 g/L or greater after dilution in a refold buffer |

| PROPOSED CONSTRUCTIONS FOR THE '138 PATENT |||
|---|---|---|
| **Proposed Term** | **Amgen's Construction** | **Apotex's Construction** |
| "refold buffer" | A preparation that supports the renaturation of protein to a biologically active form. The refold buffer comprises (1) a redox component and (2) one or more of (i) a denaturant, (ii) an aggregation suppressor, and (iii) a protein stabilizer. | A preparation that supports the renaturation of protein to a biologically active form |
| "redox component" | Any thiol-reactive chemical or combinations of such chemicals, or solution comprising such a chemical or chemicals that facilitates a reversible thiol exchange with another thiol or the cysteine residues of a protein. The redox component comprises a final thiol-pair ratio in the range of 0.001–100 and a redox buffer strength of 2 mM or greater. | Any thiol-reactive chemical or solution comprising such a chemical that facilitates a reversible thiol exchange with another thiol or the cysteine residues of a protein |
| "final thiol-pair ratio" | Defined by the following equation: $$\frac{[reductant]^2}{[oxidant]},$$ where the concentrations are the concentrations in the redox component. | The relationship of the reduced and oxidized redox species used in the refold buffer as defined in Equation 1: $$\frac{[reductant]^2}{[oxidant]}$$ where the ratio is the ratio in the refold mixture |
| "redox buffer strength" | Also called "buffer thiol strength," "thiol-pair buffer strength," or "thiol-pair strength," defined by the following equation: $$2[oxidant] + [reductant],$$ where the concentrations are the concentrations in the redox component. | $2[oxidant] + [reductant]$ where the concentrations are the concentrations in the refold mixture |

2

| PROPOSED CONSTRUCTIONS FOR THE '138 PATENT | | |
|---|---|---|
| **Proposed Term** | **Amgen's Construction** | **Apotex's Construction** |
| "refold mixture" | A mixture formed from contacting (1) the volume in which the concentration of protein is 2.0 g/L or greater with (2) the refold buffer. The refold mixture has a high protein concentration, where "high protein concentration" is at or above about 1 g/L protein. | A mixture formed from contacting the protein and the refold buffer |
| "2 mM or greater" | No construction is necessary. The term should be given its plain and ordinary meaning. | 2 mM or greater, wherein the redox buffer strength is effectively bounded at a maximum of 100 mM |

| PROPOSED CONSTRUCTIONS FOR THE '784 PATENT | | |
|---|---|---|
| **Proposed Term** | **Amgen's Construction** | **Apotex's Construction**[1] |
| "substantially homogenous" | Homogenous enough to display the advantages of a homogenous preparation, e.g., ease in clinical application and in predictability of lot to lot pharmacokinetics. | -- |
| "the sequence identified in SEQ ID No. 1" | The amino acid sequence identified in SEQ ID No. 2. | -- |
| "the amino acid sequence identified in SEQ ID No. 1" | The amino acid sequence encoded by SEQ ID No. 1; or, in the alternative, the amino acid sequence identified in SEQ ID No. 2. | -- |
| "pH sufficiently acidic to selectively activate the alpha amino group" | A pH at which conjugation of the polymer with the protein (e.g., G-CSF and analogs thereof) predominantly takes place at the N-terminus of the protein and no significant modification of other reactive groups, such as the lysine side chain amino groups, occurs. | -- |

---

[1] The '784 Patent expired on or around October 20, 2015. Further, Apotex asserts that it does not infringe the asserted claims of the '784 patent. Accordingly, Apotex does not provide a construction for these terms of the '784 patent.

3

| PROPOSED CONSTRUCTIONS FOR THE '427 PATENT | | |
|---|---|---|
| **Proposed Term** | **Amgen's Construction** | **Apotex's Construction** |
| "chemotherapeutic agent" | Exogenous substance capable of damaging or destroying microorganisms, parasites or tumor cells. | therapeutic agents which open the endothelial barrier, rendering it permeable for stem cells and/or exogenous substances suited and used to damage or destroy microorganisms, parasites or tumor cells |
| "disease treating-effective amount" | An amount sufficient to enhance the mobilization of stem cells for recovery from the blood for subsequent peripheral transplantation. | Indefinite |

## II. TECHNOLOGY TUTORIAL

The parties' constructions may involve technical subject matter, such as protein refolding and stem cell mobilization treatments. If it would be helpful to the Court, the parties are prepared to offer a brief tutorial on the technologies of the '138, '784, and '427 patents in advance of, or during, the Markman Hearing.

Dated: December 4, 2015

Respectfully submitted,

By: */s/ John F. O'Sullivan*  
    John F. O'Sullivan - Fla. Bar No. 143154  
    Allen P. Pegg - Fla. Bar No. 597821  
    Jason D. Sternberg - Fla. Bar No. 72887  
    HOGAN LOVELLS US LLP  
    600 Brickell Ave., Suite 2700  
    Miami, FL 33131  
    Telephone: (305) 459-6500  
    Facsimile: (305) 459-6550  
    john.osullivan@hoganlovells.com  
    allen.pegg@hoganlovells.com  
    jason.sternberg@hoganlovells.com  

By: */s/ Simeon D. Brier*  
    Simeon D. Brier, Esq.  
    Florida Bar No.: 525782  
    Matthew B. Criscuolo, Esq.  
    Florida Bar No.: 58441  
    COZEN O'CONNOR  
    One North Clematis Street  
    Suite 510  
    West Palm Beach, FL 33401  
    Telephone: 561-515-5250  
    Facsimile: 561-515-5230  
    sbrier@cozen.com  
    mcriscuolo@cozen.com

Of Counsel:

Nicholas Groombridge
Catherine Nyarady
Eric Alan Stone
Jennifer Gordon
Peter Sandel
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON
1285 Avenue of the Americas
New York, NY  10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com
cnyarady@paulweiss.com
estone@paulweiss.com
jengordon@paulweiss.com
psandel@paulweiss.com

Wendy A. Whiteford
Lois M. Kwasigroch
Kimberlin Morley
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320
Telephone: (805) 447-1000
Facsimile: (805) 447-1010
wendy@amgen.com
loisk@amgen.com
kmorley@amgen.com

*Attorneys for Plaintiffs*
*Amgen Inc. and Amgen Manufacturing Limited*

Of Counsel:

W. Blake Coblentz
Kerry B. McTigue
Barry P. Golob
Milton A. Marquis
Aaron S. Lukas
COZEN O'CONNOR
1200 Nineteenth Street NW
Washington, DC  20036
Telephone: 202-912-4800
wcoblentz@cozen.com
kmctigue@cozen.com
bgolob@cozen.com
mmarquis@cozen.com
alukas@cozen.com

Marilyn Neiman
Keri L. Schaubert
COZEN O'CONNOR
277 Park Avenue
New York, NY 10172
Phone: 212-883-4900
mneiman@cozen.com
kschaubert@cozen.com

*Attorneys for Defendants and Counterclaim Plaintiffs Apotex Inc. and Apotex Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel and that a true and correct copy was served via electronic mail on all counsel of parties of record.

By: */s/ John F. O'Sullivan*
John F. O'Sullivan
Fla. Bar No. 143154
john.osullivan@hoganlovells.com