IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61631-CIV-COHN/SELTZER
CONSOLIDATED CASE NO. 15-62081-CIV-COHN/SELTZER

AMGEN INC. and AMGEN MANUFACTURING LIMITED,

    Plaintiffs,

vs.

APOTEX INC. and APOTEX CORP.,

    Defendants.

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS RELATED TO U.S. PATENT NOS. 6,162,427 AND 5,824,784**

Plaintiffs Amgen Inc. and Amgen Manufacturing Limited (collectively, "Amgen") and Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex"), by and through their counsel, jointly stipulate to the dismissal, without prejudice, of all claims and counterclaims related to U.S. Patent No. 6,162,427 ("the '427 Patent") and U.S. Patent No. 5,824,784 ("the '784 Patent") on the terms set forth herein:

1. Amgen's cause of action directed solely to the '427 Patent, namely the Third Count of its Complaint filed October 2, 2015 [D.E. 1 in Case No. 15-62081], is hereby dismissed without prejudice.

2. Apotex's counterclaims directed solely to the '427 Patent, including Count III, Count IV, and the first Count VII (paragraphs 126–132) of Apotex's Counterclaims filed December 1, 2015 [D.E. 64 in Case No. 15-cv-61631], are hereby dismissed without prejudice.

3. Any other claims or counterclaims directly solely at the '427 Patent are also hereby dismissed without prejudice.

4. Amgen's cause of action directed solely to the '784 Patent, specifically the Second Count of its Complaint filed August 6, 2015 [D.E. 1 in Case No. 15-61631], is hereby dismissed without prejudice.

5. Any other claims or counterclaims directly solely at the '784 Patent are also hereby dismissed without prejudice.

6. Amgen's Complaint filed October 2, 2015 [D.E. 1 in Case No. 15-62081] and Amgen's Complaint filed August 6, 2015 [D.E. 1 in Case No. 15-61631] and Apotex's Corrected Answer and Counterclaims filed October 23, 2015 [D.E. 47 in Case No. 15-61631] and Apotex's Answer and Counterclaims filed December 1, 2015 [D.E. 64 in Case No.15-cv-61631] are deemed amended on consent of the parties in accordance with this stipulation.

7. The parties agree that neither party is a prevailing party with respect to the '427 or '784 Patent, and accordingly no party shall be entitled to attorneys' fees or costs with respect to the '427 Patent or the '784 Patent.

**AGREED AND STIPULATED TO:**

Date: May 31, 2016

By: _____
John E. O'Sullivan Fla. Bar No. 143154
Allen P. Pegg Fla. Bar No. 597821
Jason D. Sternberg Fla. Bar No. 72887
HOGAN LOVELLS
600 Brickell Ave., Suite 2700
Miami, FL 33131
Telephone: (305) 459-6500
Email: john.osullivan@hoganlovells.com
    allen.pegg@hoganlovells.com
    jason.sternberg@hoganlovells.com

By: _____
Simeon D. Brier
Florida Bar No.: 525782
Matthew B. Criscuolo
Florida Bar No.: 58441
COZEN O'CONNOR
One North Clematis Street, Suite 510
West Palm Beach, FL 33401
Telephone: 561-515-5250
Email: sbrier@cozen.com
    mcriscuolo@cozen.com

Of Counsel:

Nicholas Groombridge
Catherine Nyarady
Eric Alan Stone
Jennifer H. Wu
Jennifer Gordon
Peter Sandel
Conor McDonough
Ana Friedman
Arielle K. Linsey
Stephen A. Maniscalco
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

Of Counsel:

W. Blake Coblentz
Kerry B. McTigue
Barry P. Golob
Milton A. Marquis
Ryan P. Blaney
Aaron S. Lukas
Ryan P. Bottegal
Eric J. Choi
COZEN O'CONNOR
1200 Nineteenth Street, N.W., Suite 300
Washington, DC 20036
Telephone: 202-912-4800

2

<div style="columns:2">

1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Email: ngroombridge@paulweiss.com
  cnyarady@paulweiss.com
  jengordon@paulweiss.com
  psandel@paulweiss.com

Wendy A. Whiteford
Lois M. Kwasigroch
Kimberlin Morley
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320
Telephone: (805) 447-1000
Email: wendy@amgen.com
  loisk@amgen.com
  kmorley@amgen.com

*Attorneys for Plaintiffs Amgen Inc. and Amgen Manufacturing Limited*

Email: wcoblentz@cozen.com
  kmctigue@cozen.com
  bgolob@cozen.com
  mmarquis@cozen.com
  rblaney@cozen.com
  alukas@cozen.com
  rbottegal@cozen.com
  echoi@cozen.com

Martin B. Pavane
Marilyn Neiman
Keri L. Schaubert
Julia S. Kim
COZEN O'CONNOR
277 Park Avenue
New York, NY 10172
Telephone: 212-883-4900
Email: mpavane@cozen.com
  mneiman@cozen.com
  kschaubert@cozen.com
  jkim@cozen.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

</div>

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Chambers, Fort Lauderdale, Florida, this ___ day of ____, 2016.

_____
THE HONORABLE JAMES I. COHN
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel and that a true and correct copy was served via electronic mail on all counsel of parties of record.

By: */s/ John F. O'Sullivan*
John F. O'Sullivan
Fla. Bar No. 143154
john.osullivan@hoganlovells.com