UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61631-CIV-COHN/SELTZER

AMGEN, INC., and AMGEN
MANUFACTURING LIMITED,

    Plaintiffs,

v.

APOTEX INC. and APOTEX CORP.,

    Defendants.
_____/

## ORDER REQUIRING SUPPLEMENTAL BRIEFING

**THIS CAUSE** is before the Court upon review of the record. It has come to the Court's attention that the parties now dispute the meaning of the term "protein" in claim 1 of the '138 Patent. "Protein" was not previously identified by the parties as a disputed term, and therefore was not addressed in the Court's Claim Construction Order [DE 119]. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs and Defendants shall each file a brief in support of their respective proposed constructions of the term "protein" in claim 1 of the '138 Patent on or before **June 22, 2016**. Each brief shall be limited to ten (10) pages in length.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of June, 2016.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via email