IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 15-61631-CIV-COHN (consolidated with 15-cv-62081-CIV-COHN)

AMGEN INC. and AMGEN MANUFACTURING LIMITED,

        Plaintiffs,

vs.

APOTEX INC. and APOTEX CORP.,

        Defendants.

**JOINT STATUS REPORT REGARDING MEDIATION**

Pursuant to the Court's June 28, 2016 Status Report Order [D.E. 205], Plaintiffs Amgen Inc. and Amgen Manufacturing Limited, and Defendants Apotex Inc. and Apotex Corp., (collectively the "Parties"), jointly state that they mediated this case in good faith before David Geronemus, Esq. of JAMS, Inc. on January 20, 2016 in accordance with the requirements of the Court's Order Requiring Mediation [D.E. 32]. No agreement or settlement was reached at the mediation.

Respectfully submitted,

| | |
|---|---|
| By: /s/ John F. O'Sullivan<br>John F. O'Sullivan<br>Fla. Bar No. 143154<br>Allen P. Pegg<br>Fla. Bar No. 597821<br>Jason D. Sternberg<br>Fla. Bar No. 72887<br>HOGAN LOVELLS US LLP<br>600 Brickell Ave., Suite 2700<br>Miami, FL 33131<br>Telephone:  (305) 459-6500<br>Facsimile:  (305) 459-6550<br>john.osullivan@hoganlovells.com<br>allen.pegg@hoganlovells.com<br>jason.sternberg@hoganlovells.com<br><br>Of Counsel:<br><br>Nicholas Groombridge<br>Catherine Nyarady<br>Eric Alan Stone<br>Jennifer H. Wu<br>Jennifer Gordon<br>Peter Sandel<br>Conor McDonough<br>Ana Friedman<br>Arielle K. Linsey<br>Stephen A. Maniscalco<br>PAUL, WEISS, RIFKIND, WHARTON<br>  & GARRISON<br>1285 Avenue of the Americas<br>New York, NY  10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>ngroombridge@paulweiss.com<br>jwu@paulweiss.com<br>cnyarady@paulweiss.com<br>jengordon@paulweiss.com<br>psandel@paulweiss.com<br>cmcdonough@paulweiss.com<br>afriedman@paulweiss.com<br>alinsey@paulweiss.com<br>smaniscalco@paulweiss.com | By: /s/ Simeon D. Brier<br>Simeon D. Brier, Esq.<br>Florida Bar No.: 525782<br>Matthew B. Criscuolo, Esq.<br>Florida Bar No.: 58441<br>COZEN O'CONNOR<br>One North Clematis Street<br>Suite 510<br>West Palm Beach, FL 33401<br>Telephone:     561-515-5250<br>Facsimile:     561-515-5230<br>sbrier@cozen.com<br>mcriscuolo@cozen.com<br><br>and<br><br>W. Blake Coblentz<br>Milton A. Marquis<br>Kerry B. McTigue<br>Barry P. Golob<br>Aaron S. Lukas<br>COZEN O'CONNOR<br>1627 I Street, NW, Suite 1100<br>Washington, DC  20006<br>Telephone:    202-912-4800<br>wcoblentz@cozen.com<br>mmarquis@cozen.com<br>kmctigue@cozen.com<br>bgolob@cozen.com<br>alukas@cozen.com<br><br>Keri L. Schaubert (*Pro Hac Vice*)<br>Marilyn Neiman<br>COZEN O'CONNOR<br>277 Park Avenue<br>New York, NY 10172<br>Phone:           212-883-2258<br>kschaubert@cozen.com<br>mneiman@cozen.com<br><br>*Attorneys for Apotex Inc. and Apotex Corp.* |

| | |
|---|---|
| Wendy A. Whiteford<br>Lois M. Kwasigroch<br>Kimberlin Morley<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320<br>Telephone: (805) 447-1000<br>Facsimile: (805) 447-1010<br>wendy@amgen.com<br>loisk@amgen.com<br>kmorley@amgen.com<br><br>*Attorneys for Plaintiffs*<br>*Amgen Inc. and Amgen Manufacturing Limited* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel and that a true and correct copy was served via electronic mail on all counsel of parties of record.

By: */s/ Jason D. Sternberg*
Jason D. Sternberg
Fla. Bar No. 72887
jason.sternberg@hoganlovells.com