UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

COURTROOM MINUTES

The Honorable James I. Cohn Presiding

Case No.: 15-61631-CIV-COHN/SELTZER     Date: 7/7/2016

Clerk: K. Sahni                          Reporter: K. Shires

Title of Case: Amgen Inc. v. Apotex Inc.

Plaintiffs' Counsel: John F. O'Sullivan (Hogan Lovells LLP); Catherine Nyarady, Jennifer H. Wu, and Nicholas Groombridge (Paul, Weiss, Rifkind, Wharton & Garrison, LLP)

Defendants' Counsel: Barry Golob, Kerry B. McTigue, W. Blake Coblentz, and Simeon Daniel Brier (Cozen O'Connor)

Type of Hearing: Calendar Call

Result of Hearing: The Court heard argument from counsel on pending motions *in limine* and announced its rulings on the record. The Court will memorialize its rulings in a written Order to follow. The Court announced that trial in this case will begin on Monday, 7/11/2016. No trial will be held on Friday, 7/15/2016. Trial will resume on Monday, 7/18/2016, if needed.

Time: 35 minutes