UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

COURTROOM MINUTES

The Honorable James I. Cohn Presiding 

Case No.: 15-61631-CIV-COHN/SELTZER    Date: 7/11/2016

Clerk: K. Sahni                          Reporter: K. Shires

Title of Case: Amgen Inc. v. Apotex Inc.

Plaintiffs' Counsel: John F. O'Sullivan (Hogan Lovells LLP); Jennifer H. Wu and Nicholas Groombridge (Paul, Weiss, Rifkind, Wharton & Garrison, LLP)

Defendants' Counsel: Barry Golob, Kerry B. McTigue, W. Blake Coblentz, and Simeon Daniel Brier (Cozen O'Connor)

Type of Hearing: Bench Trial

Result of Hearing: Trial commenced. The parties presented opening statements. Plaintiffs Amgen, Inc. and Amgen Manufacturing Limited began presentation of their case with witnesses sworn: Richard Paulson, Roger Hart, and Richard Willson. Plaintiffs also entered a video deposition of witness Steven Lydeamore.

Time: 5 hours, 57 minutes