```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                       Case No. 15-61631-CIV-COHN
 3

 4   AMGEN INC., and AMGEN     )
     MANUFACTURING LIMITED,    )
 5                             )
             Plaintiffs,       )
 6                             )
         -v-                   )
 7                             )
     APOTEX  INC., and APOTEX )
 8   CORPORATION,              )
                               )
 9           Defendants.       )   Fort Lauderdale, Florida
                               )   July 11, 2016
10   _____)   8:54 a.m.

11

12            TRANSCRIPT OF BENCH TRIAL PROCEEDINGS

13           BEFORE THE HONORABLE JAMES I. COHN

14                   U.S. DISTRICT JUDGE

15   Appearances:

16   For the Plaintiff:        PAUL, WEISS, RIFKIND, WHARTON
                               & GARRISON, LLP
17                             BY:  NICHOLAS GROOMBRIDGE, ESQ.
                               BY:  JENNIFER H. WU, ESQ.
18                             BY:  CATHERINE NYARADY, ESQ.
                               1285 Avenue of the Americas
19                             New York, New York  10019
                                     -and-
20                             HOGAN LOVELLS
                               BY:  JOHN F. O'SULLIVAN, ESQ.
21                             600 Brickell Avenue, Suite 2700
                               Miami, Florida  33131
22

23   Reporter:                 Karl Shires, RMR, FCRR
     (954) 769-5496            Official Court Reporter
24                             299 East Broward Boulevard, # 203G
                               Fort Lauderdale, Florida  33301
25
```

```
1    Appearances:   (Continued)

2    For the Defendant:          COZEN O'CONNOR
                                 BY:   SIMEON D. BRIER, ESQ.
3                                200 South Biscayne Boulevard
                                 Suite 4410
4                                Miami, Florida  33131
                                      -and-
5                                COZEN O'CONNOR
                                 BY:   W. BLAKE COBLENTZ, ESQ.
6                                BY:   BARRY GOLOB, ESQ.
                                 BY:   KERRY B. McTIGUE, ESQ.
7                                1200 19th Street, NW
                                 Washington, DC  20006
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1

 2   EXHIBITS                                           RECEIVED

 3   EXHIBIT(S) PTX2, PTX394, JTX155, JTX195, JTX30, ...........83
     JTX161, PTX38, PTX39, PTX138, JTX1, JTX123, JTX69,
 4   PTX181, JTX88, DTX5, JTX2, JTX9, JTX10, JTX11,
     JTX12 THROUGH JTX20, JTX22 THROUGH JTX27, JTX65,
 5   JTX66, JTX69, JTX71, JTX77, JTX78, JTX109A THROUGH
     JTX109V, JTX110A, JTX110B, JTX112, JTX113, JTX115,
 6   JTX121, JTX122, JTX127, JTX128, JTX143, JTX144,
     PTX31, PTX33
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT

```
 1        (Call to Order of the Court.)

 2            THE COURT:  Good morning.  This is Amgen vs. Apotex,

 3   15-61631-CIV.

 4            Would counsel please state your appearances?

 5            MR. O'SULLIVAN:  Good morning, Your Honor.  John

 6   O'Sullivan for Amgen.  Just to introduce our side.  You

 7   remember Mr. Groombridge, and we have Richard Paulson from

 8   Amgen.  He's a general manager, and he's the vice president of

 9   Oncology business; also, Jennifer Wu.  And from the Amgen legal

10   team we have Kim Morley and Lois Kwasigroch, as well as our

11   general counsel, Mr. John Graham is here as well.

12            THE COURT:  Good morning.

13            MR. O'SULLIVAN:  We also have two additional lawyers

14   who are for space reasons behind the bar, but Catherine Nyarady

15   and Peter Sandel who will be addressing the Court later.

16            THE COURT:  Good morning, folks.

17            MR. BRIER:  Good morning, Your Honor.  Simeon Brier on

18   behalf of Cozen O'Connor here on behalf of the defendants

19   Apotex.  With me is Kerry McTigue, Barry Golob, and Blake

20   Coblentz at the table.  And Mr. McTigue will introduce the rest

21   of the folks.

22            MR. McTIGUE:  Certainly, Your Honor.  I would also

23   just like to address our Apotex counsel.  We have with us

24   Apotex's general counsel for North America, Ms. Roberta Loomar,

25   and Apotex's senior in-house counsel, which is Omar Jabri.
```

```
 1              THE COURT:  Good morning.
 2              MR. McTIGUE:  Thank you, Your Honor.
 3              THE COURT:  Okay.  Any housekeeping matters?
 4              MR. GOLOB:  Yes.  Good morning, Your Honor.  Barry
 5    Golob for the Apotex Defendants.
 6              The parties have agreed subject, of course, to Your
 7    Honor's approval, that we would submit post-trial findings an
 8    conclusions 30 days after the closing date.
 9              THE COURT:  Granted.
10              MR. GOLOB:  Thank you.  You sure you don't want to
11    think about that?
12              THE COURT:  That was the easy one.
13              MR. GOLOB:  The other thing is, due to some
14    conflicting time schedules, we're not sure exactly when Amgen
15    will finish with its witnesses but we've agreed subject, of
16    course to the Court's approval, that if they finish sometime
17    Tuesday afternoon, we'll stop there, and Apotex will start its
18    case first thing Wednesday morning.
19              THE COURT:  I've got no problem with that.
20              MR. GOLOB:  Thank you very much, Your Honor.  As far
21    as I know, that's the only housekeeping.
22              MR. GROOMBRIDGE:  Nothing from us at this point, Your
23    Honor.
24              THE COURT:  All right.
25              MR. GOLOB:  Thank you.
```

1          THE COURT:  I'll hear openings from Amgen at this

2     point.

3          MR. GROOMBRIDGE:  Thank you, Your Honor.

4          And in the way of patent lawyers, we have a PowerPoint

5     presentation, and if we're able to bring that up on the screen,

6     that would be very good.

7          THE COURT:  That's on your computer?

8          MR. GROOMBRIDGE:  Yes.  And with the Court's

9     permission, I'll speak from in front of the screen.

10         THE COURT:  Yes.

11         MR. GROOMBRIDGE:  Thank you, Your Honor.

12         Good morning.  Let's see if I can make this work.

13    There we go.

14         So that's what I intent to cover in the opening, Your

15    Honor, a fair amount of background given that this is a case

16    involving some science.  I will talk about the -- about that

17    and about the patent, and then turn to the three legal issues

18    that are in the case; infringement, validity and remedy,

19    specifically injunctive relief.

20         And beginning with the parties, we'll talk about

21    Amgen.  Amgen is now a large company.  It was founded as a

22    small start-up enterprise in 1980.  It has now about

23    $20 billion a year in sales and close to 18,000 employees

24    around the world.

25         Its business model, as we will hear, Your Honor, is

1   that of a research-based company, meaning that it invests about

2   20 percent of its revenues, about $4 billion a year at the

3   moment, in developing new medicines and bringing those to

4   market.  And we will hear in connection with the remedies'

5   aspect of the case some of the challenges that that business

6   model presents.

7          The second named Plaintiff, Amgen Manufacturing,

8   Limited or AML, is a wholly-owned subsidary of Amgen, Inc.

9   And as the name implies, it makes the products.

10         And as we see on the slide, Your Honor, Amgen is a

11  biotechnology company, and we'll hear that that's a little bit

12  different from traditional pharmaceutical companies.

13  Biotechnology involves using living things, harnessing living

14  things, to make products of interest.  And that involves

15  technological challenges that are different from those faced by

16  the more traditional part of the pharmaceutical industry.

17         So Amgen has several core therapeutic areas.  The

18  major one is oncology, of course, the treatment of cancer.  And

19  we see there some of their -- the product portfolio that Amgen

20  offers.  As Your Honor is familiar with Neupogen and Neulasta

21  are the two products at issue in this lawsuit.

22         Also, we'll hear a little bit about some aspects of

23  the Amgen development pipeline.  And we see there a few other

24  of the more recent products that have been brought to market.

25  On the right-hand side of the slide, we can see that Neupogen

1    came to market in 1991, and Neulasta about is 11 years later,

2    in 2002.

3          Now, Apotex is also a company of -- it's not as big as

4    Amgen, but it's certainly a company of some size.  It is based

5    in -- it's a Canadian parent company, but has operations in

6    Florida and elsewhere around the world.

7          Apotex's business model is that it is a generic drug

8    company.  It makes primarily lower-cost versions of products

9    that had first been brought to market by someone else.  And we

10   will hear, of course, that Apotex is in the process of trying

11   to bring to market biosimilar versions of Neupogen and

12   Neulasta.  That is the reason that all of us find ourselves in

13   Your Honor's courtroom.

14         This, as we will hear, is the first foray by Apotex

15   into the business of biologic medicines of which biosimilars

16   are a subset.  And as we will hear, these products ultimately

17   are made for Apotex.  Not by Apotex itself, but by a

18   contracting partner called Intas located in India, and I

19   believe Your Honor will see some reference during the course of

20   the evidence to this company, Intas.

21         So now I'd like to talk a bit about Neulasta and

22   Neupogen and what they are.  So the active part of these

23   products is something called G-CSF, or granulocyte colony

24   stimulating factor.  And what this is, Your Honor, is a

25   synthetic version of a naturally occurring human protein, a

```
 1    protein that all of us would make in our own bodies.  And it is
 2    not completely identical, but it is an engineered version of
 3    that natural protein.
 4         G-CSF stimulates the development of white blood cells,
 5    certain type of white blood cells.  And therefore it is used to
 6    treat cancer patients, who have depressed levels of those
 7    cells.  And we will hear, Your Honor, that the introduction of
 8    these products had a significant effect on the treatment of
 9    cancer.  Before these were available a condition known as
10    neutropenia was very common amongst those unfortunate enough to
11    be undergoing chemotherapy.  And neutropenia means there is a
12    severe deficiency of a certain type of white blood cell, which,
13    in turn, compromises the immune system.
14         And the effect of Neupogen and Neulasta has been that
15    it enables the use of more effective chemotherapy.  Higher
16    dozens of chemotherapy can be given because this limiting
17    factor of the side effect of neutropenia is no longer of great
18    concern.  Before the advent of these products, neutropenia was
19    very often a fatal condition.
20         Now we can hear, I believe, that there's a whole
21    generation of oncologists, who have grown up since the advent
22    of these products, who for whom neutropenia is an issue, but by
23    no means a fatal side effect, and that cancer treatment has
24    been dramatically improved by the use of these engineered
25    proteins.
```

```
 1              So looking at what they are, we'll see a lot of images
 2    during the course of the trial, Your Honor, of the structure of
 3    these products.  And this is a fairly commonly imagine.  On the
 4    left, we see Neupogen, and that the squirrely things Your Honor
 5    will see, there are four longitudinal spirals or helices and
 6    then some ribbon-like parts connecting them.
 7              That represents the structure of the protein.  And the
 8    protein is made of 175 amino acids, acids that we find in all
 9    living things that are joined together to create this protein.
10    And Neulasta has the same protein as we see there on the
11    right-hand side of the page.  It differs in that the long tail
12    shown there in yellowish hue has been attached to the protein.
13    And that long tail is something called PEG or polyethylene
14    glycol.  And as we will hear, that is a water soluble polymer,
15    a water soluble material that serves certain purposes in terms
16    of making this molecule bigger.  And I'll touch on that a
17    little bit later in the opening.
18              Now, how do we make proteins?  And this goes back to
19    the question of what is biotechnology?  Proteins have to be
20    made harnessing living things.  They have to be made by cells
21    that have been deliberately engineered to create the protein
22    that we want.  And, in essence, when people -- scientists in
23    this field set out to manufacture this type of protein, they
24    have really a choice between two different categories of cells
25    they could use.
```

```
 1              Mammalian cells, as the name suggests, cells that come
 2    mammals or non-mammalian cells, and like everything in life
 3    there are pros and cons to this.  There are advantages to
 4    mammalian cells and advantages to non-mammalian cells.  So the
 5    mammalian cells are advantageous because they are much more
 6    like human cells, and therefore they know how to make human
 7    proteins in a way that is much more like what would happen in
 8    our own bodies.
 9              The disadvantages of that they are, they require a lot
10    of care and attention.  They grow slowly and they're more
11    expensive.  And the reason for that, Your Honor, is, I believe
12    we will hear, is that a mammalian cell for one that's most
13    commonly used in something called a Chinese hamster ovary cell
14    or a CHO cell, was created or evolved it to be inside the body
15    of a mammal with all of the protection and support systems that
16    the bodies provide.
17              And if we're going to take it out and use it on its
18    own, we need to treat it with great care and attention.  Also,
19    it's used to growing solely.  Animals grow slowly, and because
20    of these things it's more costly to use mammalian cells.
21              The alternative is that we can use non-mammalian cells
22    and what we'll hear in this case, Your Honor, is they are
23    mostly bacteria, E.coli that are related to the kind of E.coli
24    that could give us food poisoning, for example.  They are not
25    identical, but they are closely related.  And another
```

1    alternative would be yeast.

2         Now, these cells have the advantage that they grow

3    fast and they're tougher.  The bacteria didn't evolve to be

4    inside or to be part of a larger organism.  They're

5    singled-cell organisms.  They're perfectly happy being out on

6    their own.  They like to go grow fast for the same reasons we

7    open the fridge and find something covered in mold, that would

8    be an example of a lower organism growing quickly and they're

9    more robust and they're cheaper.

10        The disadvantage, and this is where we get to what the

11   patent in this case is about, is that because these

12   non-mammalian cells are not used to creating human proteins,

13   they can't do it very well.  And when we use them to grow human

14   proteins, we have to then engage in subsequent processing steps

15   in order to make those proteins have useful biological

16   activity, and that is exactly what the '138 patent is all

17   about.

18        Now, a little bit of basic biology here that, I think,

19   may be helpful as we move forward through the evidence.

20        We see on the slide there a simple representation of a

21   human cell.  Inside the -- perhaps we can play that video.

22   Thank you.

23        What we will see here in this animation is that inside

24   the nucleus of the cell, there is DNA.  And on the left there

25   we see a representation of the classic old double helix of DNA.

1    If we unwound the helix and stretch it out, what we would see

2    is this string of letters, As and Gs and Cs and Ts they're

3    usually represented as, and that is information.  It's a

4    blueprint that tells the human body or the body of any living

5    organism how to make proteins.

6              And so the DNA is like the engineering drawing, and

7    the protein is like the thing that is built from the

8    engineering drawing.  And we see there at the bottom of this

9    slide a protein, which is depicted as though it was were a

10   string of beads.  That's one way to depict them.

11             The order of the As and Gs and Cs and Ts in the DNA

12   tells the body what order it should use to assemble a protein

13   out of amino acids.  And as we will see next, that is very

14   important for the biological function of the protein.

15             So we're going to hear a lot in trial, Your Honor,

16   about protein structure.  And particularly, you're going to

17   hear about several different levels of structure, which we

18   depicted here, are depicted on this slide; primary, secondary

19   and tertiary.  There's also something called quaternary

20   structure, which I don't believe will be relevant in this

21   trial.  The primary structure is like that string of beads.

22   It's a series of amino acids joined together in a particular

23   order or sequence.  And so for G-CSF, there's 175 of them.

24             The secondary structure is what happens, the way that

25   the strings of beads or the string of amino acids want to

1  arrange themselves locally; that some parts of the string will

2  want to form helices, spiral-like structures.  Others may form

3  pleats or sheets, as we see there in the green.  And then the

4  tertiary structure is what happens, how the whole thing then

5  folds up in a three-dimensional confirmation in which various

6  parts of it interacts with each other.  We see some of the

7  yellow lines there depicting that.

8          And the one of the things about the proteins, Your

9  Honor, which we will hear, is that some of those amino acids,

10  some parts of that string of beads, have the property that they

11  are what is called hydrophilic or water-loving.  They like to

12  be near water.  And some parts of it are what we call

13  lipophilic or oil-loving.  And they're greasy or oily.

14          Now, one of the things that will influence the

15  structure, that tertiary structure, is that the oily or greasy

16  parts of the protein will want to go to the inside of it.  And

17  the outside will be with bits that like to be in contact with

18  water.  And these forces, which are really physical forces,

19  cause the protein to adopt a particular shape.  And as we're

20  going to hear, Your Honor, that shape or that folding, is

21  essential for the protein to work and have the medical effect

22  for which we want to use it.

23          Now, what we're looking at here on this slide 13, Your

24  Honor, is four different ways of visualizing the same thing.

25  And because proteins structure is a little complicated because

1    it's very important, people have worked out different ways to

2    depict it.  And we'll see some of these -- see quite a lot of

3    these images, I suspect, during the course of the trial.

4         Starting in the upper left-hand corner, we see an

5    amino acid sequence, which is that here are a string of 175

6    amino acids that have arranged themselves in a particular way.

7    And Your Honor can see that there are two places depicted in

8    green that are bridges or bones that are instrumental in

9    causing the protein to adopt the right shape.  So that's kind

10   of a two-dimensional imagine or diagram.  If we laid the

11   protein out and pressed it flat on the page, that's sort of

12   what it would look like.

13        The imagine on the upper right is more of

14   three-dimensional version of the same thing.  It's an effort to

15   take that and actually show it in perspective of how it would

16   look when it's folded up.

17        Another way to look at same thing is in the lower

18   left, the ribbon model -- you already saw a couple of those --

19   what we're depicting here is something that shows those local

20   secondary structures; in this case, the coils or helices.

21        And lastly, in the lower right, we have what's called

22   a space-filling model, which endeavors to show the overall

23   shape of the protein, which is what is going to give it its

24   biological activity.

25        And now what I'd like to show is why that's important,

```
1    how it is that G-CSF works.  What we have here, Your Honor, is
2    a short animation.  The green item is the G-CSF.  It is in the
3    body and it's encountering a cell here.  And if we zoom in,
4    what it is doing there, it is joining up with those blue
5    things, which are what are called receptors.  And the slightly
6    curving elements in this drawing, which looks likes maybe the
7    surface of the earth or a planet, is the outside wall of the
8    cell.  And the blue receptors have an outside part and an
9    inside part.
10          And what happens, in order to make G-CSF work, is the
11   G-CSF molecule comes along and it finds one of these receptors.
12   There are lots and lots of receptors, but these ones are
13   specifics to G-CSF.  Your Honor, it's kind of like a lock and a
14   key.  It's like the blue stuff is the lock and the green stuff
15   is the key.  And if the key fits in the lock, what it will
16   cause is those blue receptors to join together.  Two of them
17   join together, which is called dimerizing, and that sets in
18   motion a cascade of events within the cell that ultimately
19   results in the production of those white blood cells that we
20   want.
21          And in order for that to happen, the green molecule
22   has to be perfectly shaped and folded so that, to use the
23   analogy, the key will fit in the lock and turn the lock and
24   make this whole process work.  And that, Your Honor, is why the
25   folding is so important, because if it's not folded correctly,
```

1   as we'll hear, sometimes even very tiny changes in folding mean

2   that it has no activity, or worse, it might even be toxic.

3          So there are entire diseases, like beta thalassemia

4   that are caused by improperly-folded proteins.  And more

5   likely, though, if the thing's improperly folded, it just won't

6   work.  So if we're going to make this and use it as a medicine,

7   we need to ensure that it will fold properly.

8          So to look at a couple more aspects on folding, here

9   we have the string, if you will, the bead-like string, that is

10  the form in which the protein is created.  If we play this

11  animation, we can see it fold up there into that shape, and

12  then if the animation runs on, we'll see the three-dimensional

13  version or rendition of that, rendering of that.  And, Your

14  Honor, we'll use this imagine as we go forward, and I believe

15  Your Honor will see quite a bit of this as a demonstrative tool

16  during the trial.

17         Now, to drill down a little further on how does this

18  work, here are some of terminology that we're going to hear.

19  So one end of the protein is called the N-terminus, and that

20  will figure in some of the evidence.  That's the beginning end,

21  the N-terminus.  The protein is built from starting there and

22  working to the other end.  The other end is called the

23  C-terminus, but I don't believe that will be relevant in this

24  trial, Your Honor.

25         And one of the things that protein scientists do is,

1   they number each of the amino acids, starting with the

2   N-terminus as a way of identifying them.  And we're going to

3   see in this case for G-CSF, these ones, the ones that are at

4   positions 18, 37, 43, 65 and 78, turn out to be important for

5   protein folding.  They're important because they are a kind of

6   amino acid called cysteine and cysteine has, unlike most amino

7   acids, it has the sulfur or S atom as part of it, and that

8   likes to join up with other sulfur atoms and form what is

9   called a disulfide bridge.  Hopefully, if I click, we'll see

10  that happen.

11          So four out of these five cysteines have joined up.

12  They formed those bridges that are depicted in green, and when

13  the thing folds up, we can see that the correct formation of

14  these bridges is one of the major factors that is required for

15  G-CSF to be properly folded.

16          Now, notice, Your Honor, there are five of these

17  cysteines; four of them have paired up and one of them shown in

18  red is left over.  For the protein to be properly folded, that

19  one needs to be left over.  It needs to be on its own.  But if

20  we get the folding wrong, and we don't have the right pairs of

21  cysteines connect with each other, then what we will see is an

22  incorrectly folded protein.  And there are many, many ways in

23  which it could fold incorrectly.  We depicted one there on the

24  right-hand side in which we see that the -- what has happened

25  is the first cysteine, which should be on its own is joined up

1    with the second one, and that has caused the protein to

2    configure itself in the wrong way.  The effect of that, Your

3    Honor, is it would be completely inactive.  It would not work,

4    and it would not be the key that fit the lock and it would have

5    no medical effect.

6         Now, talking about how proteins are made, the -- as I

7    mentioned, Your Honor, for this product they're made in

8    bacteria, and what is done here is to harness the biological

9    mechanisms of the bacterium, E.coli.  And that bacteria comes

10   with its own DNA.  It's like a factory.  It has the -- all of

11   the equipment it needs to take the DNA blueprint and make

12   proteins.  In fact, the bacteria is largely made of proteins.

13        And the bacterium has DNA that is the blueprint for

14   about approximately 2,000 of its own proteins.  But what we

15   would do here, Your Honor, what scientists have figured out to

16   do, and this really an integral part of the basis of the

17   biotechnology industry, was to splice in, to engineer in human

18   DNA shown there in red, and to insert that into a bacterium.

19   And so when we talk, we hear about gene splicing, Your Honor,

20   that's what's going on.  It means I'm folding in a gene from

21   something else; in this case, a human being, into these

22   bacteria, with the effect that under the right conditions, as I

23   put them in a big tank, fermentation tank, and I give them the

24   right kind of nutrients and the right kind of temperature and

25   so on, that turns on the DNA and it produces a whole bunch of

1    proteins, including the human protein that I added.  So that is

2    the basic mechanism that's going to be used to make these

3    biotechnology medicines.

4         But the way the protein -- the way the bacteria works,

5    because it can't recognize the human protein, it doesn't really

6    process that properly when the material is made inside the

7    bacteria.  And instead, what happens is, this human protein

8    forms up into a lump or a blob or a ball, or something some

9    people have said in these images it might look a bit like a

10   tumbleweed.  That thing in the enlargement, that's called an

11   inclusion body.

12        And that's how the protein that we want is formed.

13   It's mixed with some other things; for example, proteins that

14   come from the bacteria.  It may have other materials clinging

15   to the outside of it and so on.  And so to move forward, we

16   have to get the thing that we want out of the bacterium.  We

17   have to get that inclusion body out.

18        And, Your Honor, that is done by a process called

19   lysis, where what we do is break up the body of the bacteria

20   and are left with simply these inclusion bodies.  And then we

21   wash them to get rid of things that might be attached to them,

22   and that is then the step -- there we have the material that we

23   created, and we're going to now have to further process that to

24   make sure that the proteins that the bacteria created using the

25   human DNA are folded properly, like the right human protein, so

1    that they can work.

2          And the way that step is conducted is, first of all,

3    we take the inclusion bodies and we put them into a kind of

4    bath of chemicals to solubilize them.  And what that does is,

5    it breaks up the big clump that is the inclusion body, into

6    individual proteins and it unfolds them.

7          So most of these proteins in the inclusion body have

8    the wrong kind of folding.  And so what this step is doing is

9    unfolding the whole lot so that we can then from there go back

10   and refold them; hence, the origin of the term "refolding," to

11   have the right confirmation.

12         And that is done in a step frequently used and what

13   we'll hear about called redox chemicals.  Redox is a

14   abbreviation for reduction and oxidation.  And oxidation is

15   exactly, as Your Honor would understand, the process that's

16   called, for example, by oxygen.  Reduction is the reverse of

17   that process.  And chemists are able to employ chemicals that

18   will cause some of those bonds, those disulfide bridges, to

19   undue.  And then under the proper conditions, if this is

20   well-managed, to recreate the right ones, and that will cause

21   the protein to be folded up properly.  That and for many other

22   factors.  And that's what we're focused on here.  When the

23   patient is talking about redox chemicals, that's the broad

24   process involved.

25         Now, we see there as this animation runs, that the

1    solubilized protein unfolds, then it refolds under the

2    influence of these redox chemicals, and it has the correct

3    confirmation that we're looking for.  And then in the

4    manufacturing process, we can go on, we can purify this, and

5    we'll have the protein that we want that is suitable for

6    medical use.

7           Now, let's talks about the '138 patent.  There we see

8    the title of the patent.  And that is important, Your Honor, we

9    suggest, because this is a chemically-controlled process.  And

10   as we're going to hear, Your Honor, there were other ways of

11   doing this that used other techniques to control refolding, but

12   this patent is directed to a chemical mechanism, and there are

13   three inventors.  We have one of them, Dr. Roger Hart, who I

14   believe is here with us in the courtroom.  There he is, Your

15   Honor.  And he will testify, I believe, this afternoon and talk

16   about how the invention here was made.

17          What is that invention?  Well, the invention involves

18   the ability to refold proteins at higher concentrations than

19   had been possible previously.  And we see there the beginning

20   of the patent talking about that, and saying that when we get

21   to industrial level manufacturing, one of the things that had

22   been a frustration and an impediment in this industry, was the

23   inability to refold proteins in highly-concentrated form.

24          And, Your Honor, I want to talk a little bit about why

25   that was.  And then after that what the practical significance

1    of the inability to refold at high concentrations was.

2            So here we have a diagram of an industrial tank.  And

3    this is the sort of thing that would be used to refold

4    proteins.  And we can see here, Your Honor, that we have them,

5    but they are dispersed and far apart.  They are at a low

6    concentration.

7            The reason in the prior art we had to use a lower

8    concentration was because if these proteins got too close to

9    one another, they would misfold.  In fact, one of the things

10   that would commonly happen is, that the oily part of the

11   proteins would like to attach itself to the oily part of

12   another protein if it got close to it.  And that process would

13   result in what was called aggregation.

14           Lumps of this material, very similar to those

15   inclusion bodies would form, and we would be right back where

16   we started.  We'd have a big mass of unusable stuff.  The way

17   the prior art did this is to say we have to dilute this.  And

18   this is very, very simple.  It's simply a physical mechanism of

19   saying, I'm going to move these things far apart from one

20   another so when I do the refolding, they're not meeting each

21   other and they can't have an undesirable interaction.  It's

22   really, Your Honor, that simple as to why before the '138

23   patent this tended to be done at very low concentrations.

24           Now, if we look here, Your Honor, we'll see with the

25   systems that were known before, the prior art as we patents

1   like to say, the -- if we put a whole lot of protein in what

2   would happen is, that as I mentioned just now, those proteins

3   when they encountered one another would tend to aggregate.  In

4   addition, sometimes they would form incorrect disulfide bonds

5   between different molecules.

6           And as we did this, what would happen is, we see there

7   at the bottom of the tank shown in the purple color, a large

8   mess of this aggregated protein, and that's unusable.  So if

9   we, in the prior art, if we went above a certain low

10  concentration, what would happen is, we would end up with these

11  large blobs of unusable material.  And so that was a limiting

12  factor.

13          On the right-hand side, we see the comparable effect

14  using the '138 invention.  There's still some aggregation, but

15  much less and the yield is greatly improved.

16          Now, why does that matter?  It turns out, Your Honor,

17  and we'll hear evidence on this, that is has great practical

18  significance in terms of how to -- the industrial processes

19  that are used to make these drugs.  And this is a -- it's an

20  Amgen document.  It's a slide that was presented by Amgen

21  scientists, including one of the inventors at a conference in

22  2008, it's a conference of protein scientists.  And they're

23  talking about the issues in their industry.  And here what the

24  Amgen scientists are telling the world is, look, here is the

25  value of increased refold concentration; that what they had

1   done was an analysis, a bottleneck analysis, and they had

2   concluded the single factor that was holding back the industry,

3   the manufacturing part of the industry most of all, was

4   refolding, because they had to use these huge tanks in order to

5   have the material be sufficiently diluted.  And what that

6   meant, Your Honor, we'll hear evidence of about this, is why is

7   that important?  Well, if I have to use a tank the size of a

8   swimming pool, if I'm making pharmaceutical grade material, I

9   have to fill it with pharmaceutical grade water.  That costs $5

10  a gallon.  And if I run my process and I only get a little

11  tiny -- a small amount of protein out of it, I then have to

12  throw out all of that water and do another batch.  And that is

13  just one example of why it becomes very quickly very expensive

14  if you have to operate at these dilute levels.

15        You have the chemicals; similarly, you have to get rid

16  of them.  They can't just be thrown down a drain.  So working

17  at these scales imposed a whole lot of costs.  And what the

18  Amgen scientists found here was that you could almost double

19  the amount of output per year from an existing facility if you

20  could increase the level of concentration in the refolding.

21  You see here on the slide, improves productivity 75 percent;

22  decreases over, it costs 40 percent.  So there is a real and

23  tangible commercial value that this process brings.

24        At this point, Your Honor, I'd like to turn to the

25  infringement side of the case.

1    THE COURT:  Let me ask you this.  Is the only

2    difference between the prior art and the '138 patent the level

3    of concentration?

4    MR. GROOMBRIDGE:  No, it is not the only difference.

5    That's the practical consequence, Your Honor.  But the way

6    that's achieved is by using different chemicals in different

7    ratios.  And so the difference is, in essence, the type of

8    recipe that I'm using.

9    And the results of that is that I'm able to go to

10   higher concentrations.  And we will hear evidence about why

11   that is so; that it turns out and what these inventors

12   discovered was that if you control the chemicals, the mixture

13   of chemicals, you can actually have those molecules come close

14   to one another and not form the wrong kind of protein folding;

15   preferentially form the one that you want.  And therefore

16   instead of having to operate at a size where you simply keep

17   them apart from one another by managing the chemistry in a

18   clever way, you can allow them to get close to one another and

19   still not produce the versions, the species, that are

20   undesirable, and that's what the patent is about.

21   Now, on that note, let's see if I can advance the

22   slides here.  There we go.

23   So, Your Honor, for purposes of the opening, I will

24   just address Claim 1.  There are some other claims in the

25   patents, and in the evidence we will hear about those.  But

1   Claim 1 is probably representative of the disputes that the

2   Court will be called upon to decide.

3          So we have broken up the claim here into seven pieces.

4   Four of those, we believe, there will be no dispute; that they

5   are satisfied in the Apotex process, and so those are marked

6   with the green checks.

7          What I would like to do now is just run through the

8   other parts where we think there is a dispute.  And I'll

9   preview what we think the evidence will be on those.

10          So the first one, as Your Honor may recall from the

11   claim construction side of the case, is a protein present in a

12   volume at a concentration of 2 grams per liter or greater.  And

13   here, Your Honor, what we're going to see, I think, is that the

14   Apotex process does that.

15          So we have on the left-hand side here that is part of

16   the series of steps in the Apotex process, and importantly for

17   this element, when they have that inclusion body that they have

18   extracted from the bacteria, one of the things they do is wash

19   it a series of times.

20          First of all, there is this buffer wash.  Buffer is

21   a -- is some chemical components.  And then next, there are

22   three successive water washes.  And, Your Honor, we will hear

23   evidence that this is a very thorough and extensive washing

24   process.  And that's significant because the end result is a

25   very highly-washed inclusion body from which all of the things

1  that aren't protein, or almost all of the things that aren't

2  proteins, have been we moved.

3          So after this washing step the inclusion body is now

4  almost pure protein.  And when we go onto use it in the next

5  step of the process, which we will now look at, it is used in a

6  volume where there is a range that's permitted in terms of its

7  concentration, but that works out to be anywhere between

8  20 grams per liter and 30 grams per liter.

9          Now, because it's almost completely protein, it is far

10 in excess of the minimum threshold of 2 grams per liter that

11 the patent requires.  Out of, even if it's down at the 20

12 level, the great majority of that, 19 out of those 20, we

13 believe, will be protein.  And so we're far above the level

14 that would be required to meet this aspect of the claim.

15         And so, Your Honor, we can put a checkmark on that

16 one.

17         The next one I want to talk about is forming a refold

18 mixture.  And here we have on this slide, Your Honor, the

19 Court's claim construction at the top, saying what the refold

20 mixture is.  And specifically, the dispute here is, whether

21 this refold mixture has a high protein concentration at or

22 above about 1 gram per liter.

23         And below that we see a portion of the description of

24 the Apotex process.  They used these inclusion bodies in the

25 refolding mixture at a level that's allowed to be between 0.9

1  and 1.4 grams per liter.  We see there highlighted on the

2  right-hand side the set point or target is 1.1 grams per liter.

3  And so, Your Honor, again, because the inclusion body is almost

4  pure protein, what follows from these numbers is that they're

5  operating above the limitation, the limit of about 1 gram per

6  liter.  And so that one, too, we think is going to be fairly

7  straightforward.

8          And, Your Honor, turning to the last of the disputed

9  limitations, this is the one where I suspect we'll hear most of

10 the discussion.  This is the limitation of contacting the

11 protein with the refold buffer with certain things in it, as

12 the claim language depicts there.

13         This is the part of the claim where the so-called

14 Doctrine of Equivalents will come into play, Your Honor, and we

15 will hear evidence about the legal requirements of the Doctrine

16 of Equivalents.

17         Now, just to review things, this is part of the

18 subject matter that we looked at with Your Honor during claim

19 construction.  And here is what the patent talks about, the way

20 the refold mixture is created, is by beginning with that volume

21 containing the protein, which we have depicted in blue.  We

22 also have there one or more of a number of other ingredients

23 depicted here in orange.  We have a redox component depicted in

24 gray.  The other components in the redox components are

25 combined to form a refold buffer, and then that is mixed with

1    the protein to form a refold mixture.  That's the series of

2    steps that the claim talks about.

3            Now, I want to look at is, what does Apotex do?  And

4    here, Your Honor, this is drawn from one of Apotex's

5    manufacturing documents.  And we see here, if we look on the

6    left-hand side, that they have a refolding buffer.  That's the

7    series of four boxes on the left.  That's the first of them.

8    They have proteins.  That's the solubilized and reduced

9    inclusion bodies, and they have the redox chemicals.  That's

10   the cystine solution and cysteine solution.  And for the

11   benefit of our court reporter and also everyone else, I think

12   we're going to hear these words a lot.  And cystine,

13   C-Y-S-T-I-N-E, is one chemical, and cysteine, C-Y-S-T-E-I-N-E,

14   is a different chemical.  They're related, but they're in many

15   ways complimentary, and we'll hear about them quite a bit.  And

16   as we'll see, Your Honor, those are former redox systems.

17           So Apotex has all of the elements.  They put them in

18   to a vessel, that's shown -- the arrows all lead into that

19   refolding major equipment, and that's where they go.  They sit

20   there.  What we're going to hear is, that they used them, they

21   add them in a slightly different order from the way the patent

22   says to do it.  And then one of the questions will be whether

23   that makes any difference.

24           And looking, again, if we go to the patent here, with

25   the comparison, we have what the patent talks about on the left

1    and then if we look at Apotex's process, they have those extra
2    ingredients.  They add the protein and mix it with them.  And
3    they also have everything that goes into the refold buffer,
4    they just have it in different ingredients and not mixed
5    together in advance.
6         And so the one aspect of the Doctrine of Equivalents
7    inquiry will be, does that make any difference?  And, Your
8    Honor, we believe the evidence will show that it does not make
9    any difference.  It does not make any substantial difference,
10   let's put it that way, which is the legal inquiry for the
11   Doctrine of Equivalents.
12        And here, Your Honor, I would like to explain a little
13   bit of what we think the evidence will be on that point.  So in
14   the Apotex process, there we have those extra ingredients
15   sitting in the reaction, the refolding vessel colored orange.
16   And we have the protein on the left and the redox components on
17   the right.  And they are going to be added like this to that
18   tank, and then they're going to sit there and incubate.  And,
19   Your Honor, this animation is actually to scale.  It's one
20   second for each hour of their process.
21        And according to their manufacturing techniques, they
22   run this process for a minimum of 18 hours.  And so why do we
23   believe, Your Honor, that this -- that the order of addition
24   doesn't makes any difference?  Because if we look at this
25   diagram, it's only at the very beginning at the bottom of that

1    hour timeline, that the difference occurs.  And than after

2    that, for the vast majority of the process, they're all sitting

3    in the same tank together exactly the same way the ones would

4    be in the '138 patent.  And they're chemically doing the same

5    thing, and we're going to hear evidence about that, that the

6    way they work is the same and that the end result is the same,

7    correctly-folded protein.  And thus, under the application of

8    the Doctrine of Equivalents, this is just as much an

9    infringement as if they had followed the literal teaching of

10   the order of addition in that part of the patent claim.

11          Next part of the this is whether there is a redox

12   component.  And, again, Your Honor, here we think that this is,

13   again, clearly going to be shown there is.  The only difference

14   is, that it's in three separate tubes or three separate batches

15   rather than one.  And, again, we believe that that's going

16   to -- it's going to be clear that that has no significant

17   effect on the outcome of the process.

18          We will hear from our technical expert, Dr. Willson,

19   and these are his words that the combined volume of those when

20   they're added into the tank is conceptually and mathematically

21   indistinct from the way it's done in the patent claim.  And

22   there we see another excerpt from the manufacturing documents,

23   showing these materials and how they're made up before they're

24   added.

25          Now, one point before we move on from this, Your

1    Honor, that cystine solution here is sitting, not in water, but
2    in hydrochloric acid.  And as we're going to learn, that has
3    some significance because it turns out that the cystine is a
4    good deal more soluble in hydrochloric acid than it is in
5    water.  And what that means is, I can use a smaller volume of
6    liquid hydrochloric to dissolve it than I would need if I had
7    water.

8            So here what we have is the same -- we will hear
9    evidence on this -- that it's the same number of molecules
10   dissolved in a smaller concentration.  And when we add those at
11   the beginning and they're going into that tank, the fact that
12   it's sitting in a smaller volume, again, doesn't have a
13   technical significance in the way the process then proceeds.

14           And so if we look at this, Your Honor, to put it in
15   context, we take those, that component, and add it into the
16   large tank.  And we see here we end up with the same number of
17   molecules in the tank.  The fact that one of them began in a
18   slightly larger container and one began in a slightly smaller
19   container really doesn't have any effect.  It's like in this
20   tank that has 160 liters or on the order of 300 pints of
21   material, having one or two extra pints of water wouldn't make
22   any difference.  And that's really the -- how this boils down.
23   So on the effectively bounded limitation, we think, Your Honor,
24   this is what the evidence is going to show.

25           And so to the last part of this, again, we'll hear

1    Dr. Willson run through the calculations.  We'll see what the

2    patent says about this.  And we think that the evidence will

3    clearly establish that these numbers are doing exactly what the

4    patent is talking about to achieve that effect of controlling

5    the formation -- preventing the formation of the wrong kind of

6    species that would then be useless material.

7            And so to wrap up the infringement piece, we think

8    we're going to put a check in the last box, and that will show

9    that the protein process used by Apotex is indeed embodying the

10   invention of the '138 patent.

11           Now, I'll turn onto the -- there's another part of the

12   infringement question here, Your Honor, which has to do with

13   that PEG molecule that's attached.  And I would like to touch

14   on that briefly.

15           So Apotex is looking to sell, both the unPEGylated

16   version and PEGylated version.  We'll hear, Your Honor, that

17   the PEGylated version commercially is a good deal more

18   significant.  The sales of it, and I think we'll have some

19   evidence that, for example, in 2015, just in the US, Amgen sold

20   nearly $4 billion worth of the PEGylated material, but only

21   around $800 million worth of the unPEGylated material.  So the

22   commercial level, PEGylated piece of this is a good deal more

23   significant.

24           And if we look here, this is one of Apotex's

25   documents.  There's some terminology.  In the second bullet

1    point, they talk about filgrastim critical intermediate or CI.

2    And they say it's the same as Apo-Filgrastim DS, which is drug

3    substance.  And these are pharmaceutical regulatory terms, Your

4    Honor.  Critical intermediate means something I'm going to use

5    to make a downstream product.  DS means drug substance.  It

6    means it's going to be the active ingredient in the drug

7    itself.  And here the protein is the same, whether it's going

8    to have PEG put on it, or whether it's going to be used in the

9    unPEGylated version.

10         Now, importantly, Your Honor, Apotex copied its

11   PEGylation process from Amgen.  As we see there in their words,

12   the N-terminal PEGylation process was developed based on the

13   reaction published by Amgen.  Molineux was an Amgen scientist.

14   We'll hear, Your Honor, that he's passed away.  He can't be

15   with us at this trial.  And 2004, refers to a publication in a

16   scientific journal there.

17         And N-terminal PEGylation, Your Honor, means that the

18   PEG, that long tail, is attached at one end, that N-terminus

19   that we looked at.  And there will be a good deal of evidence,

20   I think, about why that is important.

21         So here we see, again, a schematic of the Apotex

22   process and, Your Honor, we can see that they're putting the

23   PEG on in a particular place shown in the bottom right there,

24   which turns out to be the N-terminus.

25         Now, the question, then, that the Court will be called

 1   upon to decide with respect to this, is whether adding the PEG

 2   molecule, attaching it to the protein, whether that constitutes

 3   a material change.  And I would like to just sort of preview

 4   some of the evidence that we're going to hear about that,

 5   beginning with some of the evidence that goes to why this is

 6   done; what difference does it make?

 7        And so here, Your Honor, is a short animation that

 8   talks about the clearance of this, the way that these molecules

 9   are cleared or removed from the body.  And first of all, we'll

10   see a depiction of how that happens with just plain filgrastim

11   with no PEG, and then we'll see how it's different with the

12   PEGylated version.

13        So here inside the kidney, one of the things that

14   happens, that red layer with the holes in this, it represents

15   kind of the first mechanism of the kidney.  And we can see

16   there the green unPEGylated molecules passing through those

17   holes.  Those holes or pores are called fenestrae, is the

18   medical name, the anatomical name, and fenestrae is Latin for

19   windows.  And what is going on there is, that the unPEGylated

20   molecule is small enough that when it goes through the kidney,

21   the kidney can filter it out.  And the practical consequence of

22   that, Your Honor, is that if someone injects me with the

23   unPEGylated molecule, it will only stay in my system for a few

24   hours.  My kidney will be able to filter it out.  And that

25   means if I want to have the effect of it last longer than, say,

1    a day, I need to have extra injections.  And, in fact, before

2    the PEGylated version, as I believe we'll hear, these

3    injections would have to be given daily, or at least

4    frequently.

5            And so when it's PEGylated, what the PEG does, and it

6    is really is as simple as this, Your Honor, is increase the

7    size.  It increases the size of the molecule, so that it no

8    longer will fit through those holes, those fenestrae, in this

9    part of the kidney.  What that means is, the kidney can't

10   filter it out, and other biological mechanisms come into play.

11   And the practical effect of that is, now with the PEGylated

12   version, I can give someone, a patient, just one injection and

13   the effect will last for several weeks.  And it turns out, as

14   we'll hear, that in the treatment of cancer patients that is a

15   big deal.  And, in fact, that is the reason why the sales of

16   the PEGylated version are so much greater than the sales of the

17   unPEGylated version.

18           But in terms of what it does, it really is as

19   simple -- it makes it bigger.  It makes it too big to fit

20   through those holes and thus, it sticks around longer.

21           Now, to go back, then, Your Honor, we will -- we

22   believe here that the right question is focused on protein

23   folding.  This is a patent about protein folding.  And the

24   question is, whether when I add the PEG, do I change the

25   folding of the molecule?  That's how I assess whether -- it's

1    undoubtedly a change.  Of course, it's a change.  That's why

2    Amgen created the PEGylated version because it's different.

3    But is that change of material with respect to the '138 patent?

4    And in our view, Your Honor, the evidence is going to show the

5    answer to that is absolutely no.

6         Amgen itself looked at this.  These here, Your Honor,

7    on this slide 60, these are excerpts from the document that was

8    the subject of the motion in limine that Your Honor heard last

9    Thursday.  These are statements from Amgen's documents

10   submitted to the FDA, telling the FDA the presence of the PEG

11   doesn't change the structure of the protein.

12        And we're going to hear Amgen looked into this.  They

13   investigated it, and this is what they found and this is what

14   they reported; that putting that PEG molecule on the end

15   doesn't change the folding and indeed, that's deliberate.  It

16   cannot change the folding because if it did, the key would no

17   longer fit in the lock and none of this would work.  So this

18   was very carefully engineered.  That's what Dr. Molineux did

19   and his colleagues, was to engineer this; Doctor Kinstler as

20   well, so that it two not have -- it would retain the biological

21   activity.

22        And if I move forward here, Your Honor, this is an

23   excerpt from Dr. Molineux's 2004 paper, the one that Apotex

24   based their process on.  And you see he reports here

25   pegfilgrastim retains the same biological activity.  It binds

1   to the same G-CSF receptor and it stimulates the proliferation,

2   differentiation and activation of neutrophils.  He's telling

3   the scientific community that when you PEGylate the way we do,

4   you avoid changing the activity of the protein.  And now, Your

5   Honor, Apotex, as they were required to in their dealings with

6   the FDA, looked into the same issue.  And here is what they

7   reported to the FDA.  "The structure of properties of

8   filgrastim with respect to its amino acid sequence, secondary

9   in higher-order structures remain largely unaltered."

10          So, again, they're saying that that folding, those

11  structures, are largely unaffected by putting PEG on the

12  molecule.  And, in fact, they went on, and they actually quoted

13  the upper corner out here, that is a verbatim quote of what

14  Dr. Molineux wrote in his 2004 paper.  This is Apotex talking

15  to the FDA.

16          So we think, Your Honor, the evidence on this is going

17  to be very clear, that putting that PEG on does not change the

18  folding of the protein, and that's entirely deliberate.

19  Because if it did change the folding of the protein, the

20  material wouldn't be able to serve as the key to unlock the

21  action and create the desired white blood cells.

22          So with that, Your Honor, I'll turn briefly now to the

23  validity section of the case.  And this, I think, will go a

24  deal more quickly.

25          At this point in the case, Apotex's advances two

1   arguments, two reasons for which they say the '138 patent is

2   invalid.  And the first of those is what the patent was called

3   "anticipation."  And that means that they say that there is one

4   single prior publication, an item of prior art, that discloses

5   the same invention.  And then the second argument they make,

6   they say, Your Honor, is that the '138 patent is insufficiently

7   enabled; that it does not teach the person of ordinary skill

8   the protein engineer working in this field, how to practice the

9   invention properly.  So I'll touch briefly on those.

10          The first argument, this anticipation argument, is

11  based on a publication, a patent application, to an inventory

12  named Schlegl, who apparently lived in Austria, and we think,

13  Your Honor, the evidence is going to show, quite clearly,

14  Schlegl is the different invention.  It does not knock out the

15  '138 patent because it's not the same.

16          And firstly, it was already considered by the Patent

17  Office.  Sometimes, Your Honor, when people challenge the

18  validity of a patent, they say, well, something important was

19  missed and if only the Patent Office had seen this, this patent

20  never would have been granted.

21          We are not dealing with that situation, that this

22  Schlegl document, not the one that Apotex relies on, but its

23  twin from its European version was actually submitted.  Amgen

24  submitted it to the Patent Office, and it's listed right on the

25  front of the '138 patent.  We see that EP number there.

1           If we call that up and look at that, that turns out to

2    be the European version of this Schlegl patent application,

3    which has the text of which is absolutely identical to the one

4    that Apotex comes into this Court saying, we'll invalidate the

5    '138 patent.  So the first point, Your Honor, I think we will

6    see, is that the Patent Office had a chance to consider this.

7           Now, if we look at the technical reasons, this is one

8    of the figures from the Schlegl patent, and what we believe the

9    evidence is going to show, Your Honor, is that Schlegl teaches

10   a different way of refolding.  It's not a chemical technique.

11   It is, in fact, a mechanical technique.  And what Schlegl is

12   telling the world to do is, to design a mechanical system that

13   is capable of having the refolding happen in very small local

14   area at intensely low concentrations, localized

15   low-concentration refolding.

16          And if we look at this diagram, Your Honor, what's

17   going on here is, the protein is coming in from the left, those

18   solubilized inclusion bodies.  And in the arrangement that is

19   three triangles with their tips touching one another, that is a

20   place where it's being mixed with a stream of material that

21   comes out of that refolding tank.  And then they're mixed

22   together, and we'll look in a moment about what Schlegl says

23   concerning that mix.

24          They're mixed in the mixing device and then they go

25   through another device called a plug flow reactor, and back

1   into the refolding tank.  And Schlegl can recirculate this

2   material.  And one of the things, because the protein is coming

3   in separately and yet, it's reusing the material from the tank,

4   it can increase the concentration in the tank over time.  But

5   the actual refolding, I think we're going to hear, is going on

6   in that mixer and plug flow reactor, and it's taking place at

7   intensely low concentrations in very short period of time.

8        Why do I say that?  This is what Schlegl tells us.

9   And we see there it's saying that we're getting very high local

10  dilution rates, as high as 1 to 50,000.  And in the process of

11  this invention, it's saying the actual protein concentration

12  immediately after mixing is much lower.  So Schlegl is, again,

13  trying to solve the refolding problem, but doing it in a very

14  different way.  And so what is it that Apotex points to?

15       Well, they say, here's a piece in the Schlegl patent.

16  The upper box there, Your Honor, where it says, look, you can

17  have a concentration of the dilution up to 10 milligrams per

18  milliliter, that would be 10 grams per liter.  And it's really

19  that line of the patent that they can hang their hats on.  And

20  we'll hear some testimony about what that means, but we'll

21  point out, Your Honor, that the range that's shown here is an

22  enormous range.

23       This is a 10 million-fold range.  The bottom end of

24  that is one nanogram per milliliter.  A nanogram is a billionth

25  of a gram.  And so we need to put this in context, and what we

1   need to look at, then, is what is Schlegl really disclosing.

2   If we look at the lower box, it's saying, where the refolding

3   takes place, we're talking about very low concentrations.  That

4   says 3 micrograms per milliliter.  That is 3,000ths of a gram

5   per liter.  Far, far, far lower than the '138 patent.

6           And in this very fast, very diluted mechanical

7   process, the protein collapses and forms folding intermediates,

8   which are less susceptible to aggregation.  So what Schlegl is

9   telling us is, if I use this intense dilution for a short

10  period of time in a mechanical structure, I can accomplish the

11  goal that way, whereas the '138 patent is teaching a very

12  different technique.

13          Now, let us turn to enablement.  I'm, frankly, not 100

14  percent sure what the evidence from Apotex will be, Your Honor.

15  But I believe it will be something to the effect of, well, you

16  didn't teach how to use this technique with every single

17  protein and you didn't teach how to use it under every single

18  set of conditions.

19          And in our view, Your Honor, and I think what we'll

20  hear is, is that's the wrong question; that what the patent is

21  doing is teaching a systematic approach.  It's telling the

22  relevant audience, the protein engineers, how to adjust the

23  recipe of chemicals under any particular set of circumstances

24  in order to avoid creating those undesirable species and

25  maximize the number of the species that are desired.

```
 1              And some of the things that the patent says is, what
 2   we've done is work out these relationships.  We've done it
 3   mathematically.  And this is genuinely a teaching document.
 4   This is telling the world, here are the principles involved and
 5   we're armed with what we have taught you; you can go out and
 6   apply them in any given situation to any given protein that you
 7   want to be refolding.  And, indeed, the patent says that.
 8              It says that the method can be applied to any types of
 9   proteins.  And it gives, as we will see, Your Honor, during the
10   course of the trial, specific examples, including some of the
11   quite complicated proteins, with a lot of potential for things
12   to go wrong and shows how those -- how the technique applies to
13   those materials.
14              So I think toward the end of the trial we will hear
15   about this, and we'll have to see how Apotex presents its
16   evidence.
17              Lastly, Your Honor, I wanted to touch on the question
18   or relief.  The issue for the Court would be, should Amgen
19   prevail on liability?  Has it proven that an injunction would
20   be appropriate?  And, of course, there are legal aspects to
21   that.  I won't touch on them here in the opening.  We will no
22   doubt brief those.  But the -- I do want to talk about the
23   evidence on this that we anticipate, which will be that the
24   effect of this, Amgen is a research-based company, and it
25   invests what turns out to be an unusually large amount of
```

1   money; 20 percent of its total revenues, it plows back into

2   R & D.  And we'll hear about why is does that.

3        We'll hear that the business, this business of

4   research-based drug development, is intensely slow, takes 10 or

5   even 15 years to bring a product to market, expensive and

6   risky; that the failure rate is very high; that a company is

7   lucky if one product in a hundred, that they start out with is

8   a good idea, makes it to the market.  And that the business

9   model then means that you have to take the relatively handful

10  of successful products and use them to pay for tomorrow's new

11  medicines, and that's exactly how Amgen operates.  We'll hear

12  that.

13       And that model depends upon having one or two very

14  successful products, just like Neulasta, to pay for the

15  development that is going to bring us the medicines of 10 years

16  and 20 years, and even further into the future from now.  And

17  if this revenue stream goes away, that will have a severe

18  adverse effect on Amgen's ability to do that.

19       This last slide, Your Honor, is just -- it's a

20  call-out from Amgen's most recent 10-K.  And it's just talking

21  about some of the research programs that are going on.  We'll

22  hear about this in a little more detail.  Critical research is

23  conducted in phases and Phase III is the furthest along.  We

24  can see here that -- and by the way, Your Honor, we'll hear

25  reference to some products identified by these AMG numbers.

```
 1    That's a kind of numbering system for products that are in
 2    development, and there will be testimony about that.  But that
 3    Amgen is working on bringing these products to market.  And
 4    even when a product is marketed, it will continue research to
 5    expand it so that it can be used in different diseases.
 6             So here this Blincyto, for example, there is ongoing
 7    research to prove that it can be used to treat used to treat
 8    ALL of or acute lymphoblastic leukemia.  And that this research
 9    is really what would be compromised if Apotex is able to come
10    in inappropriately to infringe a patent, and then come onto the
11    market in a way that is contrary to the world.
12             And we will hear about a number of other consequences,
13    including some less direct monetary consequences that flow from
14    Amgen in terms of how its business is ordered and why it's
15    important to Amgen out in the medical and scientific community
16    to be able to engage in this kind of research and attract
17    top-notch talent, not merely to hire people, but to have the
18    leading cancer physicians out in the US and around the world
19    say I want to work with Amgen because you have all of this
20    cutting-edge research going on.  And that research is key to
21    what Amgen is and what it does, and that it has to be paid for.
22    And the way it's paid for is with one or two very successful
23    products and that the cost of taking those away is highly
24    disadvantageous.
25             So, Your Honor, that concludes my opening, unless the
```

```
1   Court has further questions.

2           THE COURT:  Thank you.  Thank you, sir.

3           Mr. McTigue.

4           MR. McTIGUE:  Your Honor, may I too approach the --

5           THE COURT:  Yes.  I assume you want your computer

6   activated?

7           MR. McTIGUE:  Yes, Your Honor.

8           THE COURT:  Okay.  It should be coming up.

9           MR. McTIGUE:  May I approach, Your Honor?

10          THE COURT:  Yes.  Your computer should be on.

11          Ms. Thompkins, if you can come in, please.  Now it's

12  on.  We're all set.

13          MR. McTIGUE:  May it please the Court.

14          THE COURT:  Yes, sir.

15          MR. McTIGUE:  Your Honor, the evidence will show that

16  Apotex has a goal of bringing low cost, affordable biosimilars,

17  to the market, products that are already market in Europe and

18  Canada.  And now we would like to market those products in the

19  United States.

20          Apotex will demonstrate a tried-and-true process, the

21  low-concentration refolding method, that does not infringe

22  literally or under the Doctrine of Equivalents the '138

23  process.  And, Your Honor, when we're talking about the one

24  process patent at issue, and we've become talking about

25  refolding proteins for quite some time, I'm not going to go
```

1    back through the tutorial that Amgen has given, at least for

2    the initial part, where we go in and the E.coli is actually a

3    machine to make proteins.  I'll point out a couple of places

4    where we disagree with them specifically on what's included in

5    inclusion bodies.  But I'd like to simplify the process right

6    now and then get straight into the process itself, the

7    refolding process.

8           But in dealing with pre-folding processes, in trying

9    to simplify it for the Court, Amgen's really asking this Court,

10   Your Honor, to say it's not the process that matters.  It's the

11   result.  We score touchdowns just like they do.  We have

12   actively-folded proteins in our refold mixture.  But, Your

13   Honor, this is a process patent.

14          It's about how you get to the touchdown, how you get

15   to actively-folded proteins.  And in simplest terms, Your

16   Honor, what Mr. Groombridge has just described is a much

17   different way to score six points.  They use a spread offense.

18   They use a high concentration process.

19          Apotex uses a run offense.  It's the low concentration

20   method.  It's been used for years.  The evidence will show what

21   Apotex does was from the prior art, low concentration

22   refolding.  We don't disagree with Amgen's tutorial that if you

23   uses a high concentration more efficient offense, you might get

24   efficiencies from what they claim is their invention.  But what

25   the evidence will show is that Apotex uses the low

1   concentration old process.

2          And not only is a low concentration where our protein

3   is added slowly over 90 minutes, it's not just dumped into the

4   refold mixture at the touchdown, Apotex will also explain why

5   that stepwise approach, that second component of the oxidant

6   reductant and oxidant matters.

7          Quite frankly, Your Honor, after all of the science,

8   what we're talking about is, they use different players to

9   perform in a different manner to score their touchdowns than

10  what Apotex does.

11         Apotex's case is all about the fact that this is a

12  process patent and they don't follow it.  Your Honor, I'm a

13  military guy, so I'm going to ask the Court to allow me to

14  orient to a sand table.

15         What I'm going to be talking to you about, Your Honor,

16  is really three things; why Apotex's refolding process does not

17  infringe the '138 patent; why Apotex's filgrastim is materially

18  changed by PEGylation; and on that front, Your Honor, we're not

19  going to be arguing what Amgen has put forth.  We're not going

20  to be arguing that they're both not biologically active.

21  Filgrastim and pegfilgrastim are.  What we're going to be

22  arguing is adding PEG to filgrastim.  Just for the

23  pegfilgrastim case Your Honor has material changes, and you're

24  going to hear about those.

25         And finally, I will also, as Mr. Groombridge did talk

1   about, why the '138 patent in our case is invalid.

2          First, Your Honor, when I talk about the refolding

3   process for pegfilgrastim, our process, again, is akin to what

4   has been done before.  It is the slow concentration and

5   stepwise approach.  It's nothing new.  It's what was done in

6   the prior art.  And you will hear testimony that the process

7   that Apotex actually practiced was developed and used before

8   the '138 patent application was even submitted.  It is the old

9   process, low concentration, stepwise approached.

10          Before I get into the actual infringement case, Your

11  Honor, there's a lot of terms that are going to be thrown out,

12  and I might mispronounce a couple of them.  But for the Court,

13  I would likes the Court to know I will generally refer to

14  filgrastim, the slow-acting versus pegfilgrastim, the

15  long-acting.  But for purposes of this, you should know that

16  Apotex also has brand names for their products.  I will try to

17  stay away from G-CSF and PEGylated G-CSF, but you might see

18  those as we go forward.

19          But before I get into the infringement itself, I want

20  to talk about what this case is not about, much of what

21  Mr. Groombridge did talk about.

22          Your Honor, you now know that we're down to one

23  patent, the '138 patent.  What's not at play is the 784 patent

24  and the 427 patent.  We're down to the one patent dealing with

25  methods of refolding proteins at high concentrations.  Why does

1    that matter?  It matters because what this case is not about is

2    the Neulasta process or the Neupogen process.

3           Apotex won't dispute that Neupogen and Neulasta have

4    had large sales.  But, Your Honor, they have enjoyed an

5    exclusivity under the FDA exclusivity provisions for more than

6    12 years.  They have made billons upon billons of dollars.

7           However, the main point of all of this is those

8    patents are not at issue.  In fact, you won't hear that the

9    '138 patent even mentions filgrastim.  Apotex wants to bring

10   low-cost, affordable biosimilars to the market because

11   filgrastim and pegfilgrastim are successful in treating

12   patients with cancer.  Because they're successful with treating

13   cancer patients, Apotex has developed a biosimilar for both

14   products.  But this case isn't about the success of those two

15   products.  This case is about a method of refolding proteins

16   that is not present in either Neupogen or Neulasta.

17          You can see this is from Amgen's own 10-K.  They say

18   their final material US patent for pegfilgrastim Neulasta

19   expired in October 2015.  You will hear evidence about this.

20   More importantly, Apotex will bring Dr. Keener.  Dr. Keener

21   will not testify on behalf of Amgen.  Dr. Keener is one of the

22   named inventors of the '138 patent.  And what you will hear

23   from Dr. Keener is that the process that we're talking about,

24   the '138 patent, is not used to make those particular products,

25   meaning Neupogen or Neulasta, or quite frankly, the evidence

1    will show it's not used to make any commercial product for

2    Amgen.

3             Apotex won't dispute the importance of filgrastim and

4    pegfilgrastim, Your Honor.  Apotex won't dispute the fact that

5    there has to be a protein expression that Mr. Groombridge went

6    through ad nauseam.  What Apotex will dispute, though, is that

7    the way we refold our process after protein expression, though

8    protein refolding components are vastly different.

9             Your Honor, this is a recipe.  It's not about the cake

10   at the end.  And they will run to the results, they will run to

11   the touchdown, and they will say because they score 6 points

12   and we score 6 points, then the process to get there doesn't

13   matter.

14            So let's talk about Apotex's non-infringement case.

15   First, Apotex does not infringe because Apotex's protein

16   concentration is lower than 1 gram per liter.

17            Your Honor, we talked about that as low-concentration

18   or high-concentration refolding.  Mr. Groombridge talked about

19   all of the advantages of high-concentration refolding.  Apotex

20   will submit to you we do the low-concentration refolding

21   method.  You will hear we put our protein into our refold

22   buffer over 90 minutes.  It's not 18 hours, as Mr. Groombridge

23   is going to put forth to you, that matters.  We agree that we

24   incubate for 18 hours too, but it's the process before we start

25   incubating that's the subject of the '138 patent.  It's not

1    about 18 hours.  It's about how we get to the touchdown.

2           So first, let's focus on 1 gram per liter.  The

3    evidence will show that they did no testing of Apotex's protein

4    concentration.  The evidence will also show that Apotex does

5    test its protein concentration, Your Honor.  We do it in

6    multiple steps.  We do it in the initial part of our steps,

7    where we're just with our protein containing volume, and we do

8    it at the end in our touchdown, in our refold mixture.  And

9    that evidence will show that we do not meet this claim

10   limitation.

11          Now, importantly, I wanted to start here, Your Honor,

12   because this is the case where they do not have a Doctrine of

13   Equivalents argument.  This is a case where they have to prove

14   that our process under your Court's claim construction means

15   that Apotex's slow process over 90 minutes still meets their

16   newfangled spread offense of a high concentration.  They do no

17   testing.  We do testing.

18          Second, Your Honor, Apotex does not have a redox

19   component.  I saw a couple of slides up there that equate what

20   we do to a redox component, but it will be undisputed that

21   Apotex does not have a redox component itself.  We never have a

22   separate independent component, a vial, if you will, where we

23   have reductants and oxidants, and I'll explain to you why that

24   matters.

25          Third, Your Honor, Apotex does not infringe because it

1    does not meet the redox buffer strength prior to the protein

2    being added.  Your Honor has a Markman construction limitation

3    that says there's got to be a redox buffer strength of 2 to 100

4    millimolar.  We'll explain to you why we don't meet that under

5    two prongs.  Apotex doesn't meet that prong, not only because

6    we don't have a redox component to measure it in, but we don't

7    actually have a redox buffer strength within Your Honor's court

8    construction.

9         Fourth, Your Honor, Apotex does not infringe because,

10   as we look at the redox buffer strength bounded at 100, the

11   evidence will show Apotex's redox buffer strength is

12   substantially different.  It's two to three times as much as

13   what Your Honor has allowed the 100 millimolar limitation.

14        So first, Your Honor, I want to address the 1 gram per

15   liter.  I just want to get into the protein concentration, and

16   Your Honor's claim construction.

17        Your Honor's claim construction said high protein

18   concentration is at or above 1 gram per liter.  What does that

19   mean, Your Honor?  Apotex does testing, and when we do that

20   testing, of course, Apotex will show, even though it's Amgen's

21   burden that Apotex testing, both in the protein-containing

22   volume, that first part, and in the refold mixture; and Your

23   Honor, it's a big word and we've heard some, but the word I'm

24   going to try to say is spectrophotometer.  I'm pretty sure I

25   got that wrong.  But you will hear testimony from Apotex's fact

1    witnesses and its expert witnesses that when you do that

2    testing, the total protein concentration in the refold mixture

3    is well below 1 gram per liter.

4           Now, here is where I'll step back to Amgen's case,

5    Your Honor.  And instead of putting up Amgen's slides, we don't

6    disagree with Amgen's technology tutorial that they gave until

7    Page 22, Your Honor.  And that's where we get into inclusion

8    bodies, where they say, "When those inclusion bodies are

9    solubilized, they're composed of misfolded proteins."

10          Well, that's not exactly accurate, Your Honor.

11   Because the evidence will show when they're solubilized or

12   straightened out, the inclusion bodies that they are going to

13   claim Apotex has have more than just misfolded proteins.

14          I equate it to the machine, the bacteria cell in a

15   garbage can.  The garbage can is where the protein goes within

16   that bacteria cell, and we got to get it out of there.  The

17   evidence will show there's a bunch of ways to get the garbage

18   can out with the protein we want and the other stuff, the

19   inclusion bodies.  And you can spin it out, similar to using a

20   lettuce spinner to spin water off.  But at the end of the day

21   when you take out that trash can and you have these inclusions

22   bodies, what Mr. Groombridge was talking about is, that's

23   important because that's all comprised of misfolded proteins.

24          And he spent a lot of time on washing, buffer washes.

25   Your Honor, what you'll hear is, when you wash the outside of

1    that trash can, it doesn't really do anything to the protein

2    that's inside.  It doesn't affect the protein concentration

3    just to add the wash.

4         So as you listen to the evidence, and the science is

5    heavy on that part, but the most important thing is, that when

6    the washes happen and there's the inclusion bodies, they

7    include more than just protein.  And they are going to turn to

8    that evidence from Apotex's spec and say, oh, because Apotex's

9    spec, because these inclusions bodies are at a certain weight,

10   I'm going to do some math and say that they're above one gram

11   per liter.

12        But I'd ask the Court to consider, when you look that

13   the math, are they doing the correct math?  Are they keeping

14   things in their math that they shouldn't that aren't actual

15   total protein?  So they never test our protein concentrations.

16   Their math is wrong because they include too much when they do

17   their protein concentration, and the evidence will show Apotex

18   actually tests.

19        Your Honor, that's it for the 1 gram per liter that

20   I'll go into.  They don't have a Doctrine of Equivalents.  In

21   short, though, if you determine that Apotex does that slow

22   process, refolding in 90 minutes adding our protein-containing

23   volume to our buffer, that we use the old process, the low

24   concentration method.  And we agree with Mr. Groombridge and

25   his tutorial that said, if you don't have low concentrations,

1    it's very likely that the proteins will aggregate together.

2    And that's why you do it in a low-concentration setting.  And

3    you will hear from our experts, that's why Apotex used the old

4    process, the tried-and-true method, the triple option.

5            What they will do is run to the touchdown.  Arrows

6    will be important here, Your Honor, and we'll ask the Court to

7    consider how they change Apotex's process to take it away from

8    the low-concentration process, where you will hear expert

9    testimony and fact witness testimony about why it's also

10   important, like Mr. Groombridge said, to add that protein

11   slowly over 90 minutes.  The '138 process adds their protein

12   right at the end in the refold mixture.  That is not what

13   Apotex's process is.  It slowly adds the protein to our buffer,

14   which doesn't contain redox component over 90 minutes.

15           Now, Your Honor, that's the one gram per liter

16   argument, and we use the old method.  They use this new spread

17   offense.  But I want to turn now with you to 1A, the claim

18   limitations within 1A.

19           We're off the 1 gram per liter concentration, and now

20   I'm going to talk about the 1A limitations.  I might do them in

21   a slightly different order that Amgen's counsel, but I will

22   start with the redox component, Your Honor.

23           I have put Claim 1 up on the screen.  And the redox

24   component is an element of the claim.  Using Amgen's own

25   representations of Claim 1, in essence, what this is saying,

1  Your Honor, is, we don't have the redox component.  We don't

2  have that gray vial.  So that's the first way we don't

3  literally infringe.

4       And Amgen will not assert we literally infringed that

5  redox component.  They will make boxes around our stepwise

6  approach, but we don't literally infringe this, Your Honor.

7       The second way, going back to the claim.  Apotex does

8  not literally infringe a redox buffer strength of 2 millimole

9  or greater.

10      Now, Your Honor has already made a claim construction

11 of a redox buffer strength of 2 millimole or greater.  If Your

12 Honor recalls, that redox buffer strength was bounded at 2 to

13 100 millimolar.  That's important to know because Apotex

14 doesn't literally infringe its redox buffer strength because,

15 again, we don't have a redox component.

16      So on that point, we don't literally infringe because

17 we don't have a redox buffer strength to measure 2 to 100

18 millimolar in the gray vial.  But there will be more on that.

19 There will be more on the weight issue, too, Your Honor.  But I

20 want to quickly go to the third reason we don't literally

21 infringe.

22      Your Honor, Amgen won't assert we literally infringe

23 this component either, a refold buffer comprising a redox

24 component.

25      As the evidence comes in, look to where Amgen will

1   highlight when they talk about this limitation, Your Honor.  It

2   is a refold buffer comprising a redox component.

3          Your Honor, it's axiomatic.  If we don't have the

4   first player and going back to their slide, if we don't have

5   the redox component, if that player is never on our field, and

6   the refold buffer has to comprise a redox component, we don't

7   have this player, either.  We don't literally infringe that.

8          Now, Your Honor, on these three limitations, Amgen

9   will not assert evidence that we infringe.  What they will say

10  is, although we don't literally meet these limitations -- and,

11  Your Honor, I'll submit to you that we don't literally meet

12  these limitations because, not only do we use that slow method,

13  that low-concentration refolding that Mr. Groombridge talked

14  about, but we use a stepwise approach to adding our oxidants,

15  which you will hear is a decade's old process of adding the

16  oxidant reductant and oxidant in a stepwise fashion, not a

17  separate redox component, and not at all one time.

18         And importantly, Your Honor, arrows matter.  And so I

19  want to get into their Doctrine of Equivalents argument now

20  that somehow, even though we don't literally infringe these

21  that we have the same process, we end up in the same result, we

22  both score touchdowns, so don't worry about each element.

23         But here's where the Doctrine of Equivalents is

24  important, Your Honor.  It's important because we use the old

25  method.  Three yards in a cloud of dust.  They use a new spread

1    offense, and this is all about a process for refolding patents,

2    not the fact that you successfully refold patents or proteins

3    at the end.  Successfully refolding proteins is just the

4    touchdown.  How you get there matters and Apotex uses the

5    old -- decade's old process, a process that existed even before

6    the '138 patent application was filed.

7              Under Doctrine of Equivalents, Your Honor -- and Amgen

8    did not focus on the elements, but it's important -- when we

9    look at Amgen's Doctrine of Equivalents analysis, Your Honor,

10   when they're unable to establish literal infringement, they'll

11   go to the Doctrine of Equivalents, a seldom used doctrine, but

12   they won't go there once, they won't go there twice.  Because

13   of what we've just gone over, there's three different elements,

14   they've got to go to Doctrine of Equivalents for all three

15   elements that are not in Apotex's process.  And how do they do

16   that?

17             Your Honor, basically what they do is, they are going

18   to stretch their '138 newfangled patent process to cover

19   Apotex's old-fashioned tried-and-true process.  Graphically,

20   what they're going to do is change our process, and so we have

21   to talk about our process, Your Honor.

22             And we're going to talk about Dr. Anne Robinson.

23   Dr. Robinson is an expert in protein folding and refolding.

24   What Dr. Robinson is going to talk about is how Apotex's

25   process is different.  And, Your Honor, under the Doctrine of

1  Equivalents, what's important when we go element by element is,

2  that it's Amgen's burden to approve that each of those three

3  elements that we don't literally infringe, that there is

4  evidence that those elements are equivalent in our process,

5  meaning that they perform the same function in substantially

6  the same way to produce the same result as the claimed patented

7  invention.  It's not enough for them to run to the refold

8  mixture.

9         And, Your Honor, I'll submit to you that's what they

10  will do.  They can't simply combine or remove steps in Apotex's

11  process.  As the evidence comes in, the arrows that you've seen

12  will be important.  If all of the arrows are pointing to the

13  refold mixture, and they don't worry about the stepwise

14  approach, the tried-and-true method, if they don't worry about

15  the slow process that Mr. Groombridge talked about, adding the

16  protein over 90 minutes, if they say those don't matter, even

17  though they're in Apotex's process, they're changing Apotex's

18  process.

19         So Dr. Robinson has spent 20 years as an expert in

20  protein expression, protein refolding, and you're going to hear

21  from her.  What she's going to tell you, after numerous

22  publications, over three dozen, Your Honor, on protein

23  refolding and as the chair of the Tulane University of chemical

24  and biomolecular engineering, she is going to try to simplify

25  what Amgen is going to try to make complicated.  And what she's

1    going to do, Your Honor, is talk about this process for Apotex.

2         Mr. Groombridge spent a lot of time in his tutorial

3    about how we get the protein expressed out of the machine, how

4    we get that protein solubilized, how we get it straightened.

5    Apotex's protein-containing volume includes straightened or

6    solubilized protein.  It includes inclusion bodies.  And we've

7    talked about the fact that Apotex will show some of those

8    inclusion bodies are not actually protein, but other things.

9    And that Apotex actually weighs what's in the first step.  It's

10   protein-containing volume.  But importantly, what Dr. Robinson

11   will explain is the second step here, Your Honor.

12        And it's Apotex's refolding buffer.  Now, I won't get

13   into the ingredients now, except for its important for this

14   Court to note that Apotex's refold buffer does not contain the

15   claimed redox component.  Your Honor, in theirs, it was a gray

16   vial.  It was a separate redox component.  They're going to try

17   to morph or blend these together through the use of changed

18   arrows, and blown-up or highlight boxes.  But Apotex's orange

19   vial, its refold buffer, does not contain a separate redox

20   component, their gray vial in their depiction.

21        What Dr. Robinson is going to talk to you about is

22   what Mr. Groombridge just illustrated.  When Apotex combines

23   these, it's combining a small amount of a protein-containing

24   volume into a large vat.  It's over 160 liters.  Not to get

25   into the science, Your Honor, but if I had a liter bottle in

1    front of me, this isn't a little vial anymore.  Apotex's

2    protein, Dr. Robinson will explain to you, is being slowly put

3    into that protein-containing volume over 90 minutes.

4           For the reasons that Mr. Groombridge so eloquently

5    illustrated, that's the low-concentration refolding method.

6    And there's a reason for that process.  Mr. Groombridge talked

7    about it.  If you didn't do it in a low concentration under the

8    old method, the proteins might aggregate together.  It impacts

9    the success of protein folding.

10          So that's why in the low concentration tried-and-true

11   method, you do it over a slower period of time, over 90

12   minutes.  So that's the first part of the process that

13   Dr. Robinson will testify about.  And you will also hear from

14   Apotex's fact witnesses that that's the process that they use.

15   It's not a new process.  Apotex didn't invent it.  It's a

16   decade-old process for low-concentration refolding.  But it's

17   only the first step in our process, Your Honor, but it's an

18   important step.  It's the run offense.  It's not their

19   newfangled spread offense, where at the end, they just throw

20   the protein into the refold mixture.

21          Importantly, right at this point, Apotex's protein is

22   in with its refold buffer.  Our refold buffer is very different

23   than theirs.  Unfortunately, we use similar words, but there is

24   protein in our refold buffer at step one.

25          So what's the next step that's important?  Your Honor,

1    it's the players on the field.  It's the stepwise approach, the

2    tried-and-true old method.  You're going to hear that we first

3    add an oxidant and that goes in over several minutes.  We add a

4    reductant, and there's a reason that that goes in second.  And

5    we'll get into the way that the reductant and the oxidant work

6    in each of these steps, the manner that they help the offense

7    win.

8           And there's a third oxidant.  Your Honor, at the end,

9    they're a refold mixture.  We all score the touchdown, but this

10   is the old process.  It's a stepwise approach for refolding.

11          To be clear, this is a process patent, and what

12   they're saying is, we refold just like them in a

13   high-concentration environment, and even though we don't

14   literally meet the claim limitations of a separate redox

15   component of the buffer strength requirement or even their

16   yellow vial refold buffer, that it's all the same in the end

17   because they'll run through their arrows to the refold mixture.

18   And it's not about the result when it's a recipe.  This is a

19   process patent.  We used the old process.

20          Your Honor, going back to what they do is, in essence,

21   take Apotex's old offense, which is the low-concentration

22   refolding, which I've got depicted here again as the triple

23   option, and the '138 patent, Your Honor, which is

24   high-concentration refolding, those are two separate offenses.

25   But what they say is, it doesn't matter how you get to the

1    touchdown.  What matters is, that you get to the touchdown.

2    We're not talking about a compound patent.  We're not talking

3    about a molecule patent, Your Honor.  This is all about how

4    Apotex refolds to get to active proteins.  But they use this

5    process, Your Honor.  The '138 patent is not the same as

6    Apotex's process.  But they'll blend them both, Your Honor.

7         Their DOE infringement theory is very similar.  They

8    expand Apotex's process by changing it.  They expand what their

9    newfangled process is by using the '138 patent to say, as long

10   as you score a touchdown, the result is all that matters.

11   You've also heard already from me that Neupogen and Neulasta

12   don't practice the '138.

13        So as you consider the evidence and Amgen's evidence,

14   I'd also consider if it's all about the results, and the

15   evidence will show that Neupogen and Neulasta also don't

16   practice the same offense, they don't get to the same refolding

17   process.  It's not about the touchdown.  It's about how we got

18   there.

19        So let's go back to the Claim 1, Your Honor, the

20   representative claim that they use.  And let's talk about their

21   Doctrine of Equivalents in more detail.

22        First, Your Honor, the redox component.  We know we

23   don't literally infringe the redox component.  But what do they

24   do?  The evidence will be uncontroverted that Apotex doesn't

25   have their gray vial.  Apotex in using their stepwise approach

1    doesn't have this single player.  This method that Dr. Robinson

2    will describe is the old method.  It's an order of addition, as

3    she calls it.

4            Your Honor, stepwise is a term of art that she'll say

5    that's what we do, we practice the stepwise or order of

6    addition approach, and it's been done forever.  You can't pull

7    those two together.  We don't have a redox component.  So

8    they're going to say the redox component doesn't matter, and

9    how they get there is by saying it doesn't matter that you do

10   it in a stepwise approach, because at the end of the day, you

11   have reductants.  You have oxidants.  You have to oxidants and

12   a reductant.  You've got a redox component.

13           But we'll explain to you why we actually do the

14   stepwise, and under the Doctrine of Equivalents, Your Honor,

15   that's the important analysis for you.  Do we get there in the

16   same way, the same manner?  And the evidence will be we

17   incontrovertibly don't have an independent redox component.

18           So what's the second way that they've got to prove

19   equivalency?  Remember, we don't literally infringe this.  And

20   they are going to say, we don't need a separate redox

21   component, because they will combine in their highlighted boxes

22   all three of our stepwise approach into one process.  They will

23   make a redox component for us.  That's their first Doctrine of

24   Equivalents, but it's not the same manner.  It's not the same

25   way.  They use different players.

1          So two, Your Honor.  Let's talk about that refold

2    buffer strength.  Your Honor, and its Markman construction, as

3    we've already talked about, said the refold buffer strength is

4    limited at 2 to 100.  This means that we have to calculate the

5    redox buffer strength between 2 to 100.

6          In conducting its DOE analysis of this limitation,

7    Your Honor, it's important to note Amgen performs its

8    calculations of the redox buffer strength somewhere else.  But

9    to start with, your Court's determination, and I have it for

10   you, your Court's determination of where you calculate that

11   redox buffer strength, Your Honor, is on the screen and it's

12   one sentence.  It says, "The values of the concentrations of

13   oxidants and reductants used in the equations in the

14   specification are based on the volume in the redox component,

15   and not the refold mixture."

16         Your Honor, your own order says you make the

17   concentration, the buffer strength concentration analysis, not

18   in the refold mixture, not in the touchdown, not in the last

19   green file, but the limitation, the literal limitation was 2 to

20   100, and you said you make that calculation in the redox

21   component.  Where will Amgen want you to make that calculation?

22   They will now run to the refold mixture.  Your Honor, I've

23   highlighted or bolded your one sentence, but I want you to see

24   the slight gray on the screen right before it says, "The

25   rebuttal declaration of Richard C. Willson."  It was

1   Dr. Willson's position in the Markman construction that where

2   you calculate the redox buffer strength is in the redox

3   component.  We don't have a redox component.  But Dr. Willson

4   will combine our stepwise approach into a hypothetical redox

5   component, and then instead of calculating the millimolar

6   buffer strength in that redox component, he'll just go down to

7   the refold mixture now, Your Honor.

8          Listen as the evidence come in between where

9   Dr. Willson calculated for Your Honor's Markman construction

10  and Your Honor's Markman order, which says calculate it in the

11  redox component and specifically, not the refold mixture.  And

12  as the evidence comes in, Dr. Robinson will show it should be

13  calculated in the redox component.

14         But, Your Honor, that's two of their DOE analysis.

15  The third one is the refold buffer.

16         And importantly, Your Honor, I've put back up

17  Dr. Willson's representative slide from his expert report.  We

18  we've talked about the fact we don't literally have a refold

19  buffer.

20         Your Honor, I'd like to, as the Court listens to the

21  evidence and I've just gotten this slide, but it's slide 44 for

22  Amgen's case in chief.  And as you think about slide 44, Your

23  Honor, what they've got is the claimed process and Apotex's

24  process.

25         Their refold buffer goes right into the refold

1    mixture.  It never contacts the protein.  The arrow is wrong.

2    They combine our redox components into a highlighted yellow

3    that goes directly into the refold mixture.  That's wrong.

4              They never have our protein going into the refold

5    buffer.  That's wrong.

6              They change Apotex's process and, Your Honor,

7    specifically as to their yellow vial that's on the screen, what

8    they do is say it doesn't matter that we don't have that refold

9    buffer containing a redox component as required.  What they say

10   is, don't worry, it's all in the refold mixture.  Eventually it

11   gets there.

12             But, Your Honor, looking at their depiction and as you

13   hear the evidence, since we're talking about refolding

14   proteins, their blue vial goes into the refold mixture at the

15   last step.  They don't use a stepwise approach.  And as you

16   listen to the evidence, remember, that Dr. Robinson will say

17   that the protein-containing volume for Apotex goes in right off

18   the bat over 90 minutes.  And every time one of our stepwise

19   reductants or oxidants hits that vial, it's going into protein.

20   It's refolding protein there.  The process matters, not just

21   the end result.  And their arrows are wrongs, and we'll show

22   why.  But you can't ignore the process and change the process

23   and say it's equivalent in the end.  And you can't ignore the

24   Court's construction that you calculate in the redox component,

25   but they do that.

1      Now, there's a lot of vials that we've shown.  There's

2  a lot of charts, Your Honor.  I've talked a little bit about

3  football.  I'm going to put it in football terms, Your Honor.

4  On this field is our old-fashioned triple options offense.

5  We've got an oxidant and we've got reductants.  But what do

6  they do, Your Honor?  They take our oxidants and they take our

7  reductants.  And as I looked to do what they do -- and

8  importantly, I'll note Apotex does not have the separate redox

9  component.  We don't have a wide receiver in our offense

10  because we practice that old tried-and-true triple option.  We

11  get there a slow, methodical way.

12      So their Doctrine of Equivalents analysis is, I'm

13  going to make, I'm going to make this, Your Honor.  What do

14  they make?  Your Honor, now on the screen I've got one wide

15  receiver.  I've got one gray vial.  And that gray vial is their

16  new hypothetical redox component.  That's their first Doctrine

17  of Equivalents.  They combine our oxidant reductant and oxidant

18  stepwise fashion, the tried-and-true method, and just say that

19  doesn't matter; that part of the process can go into this

20  hypothetical wide receiver that's on the screen.  That wide

21  receiver doesn't exist.  But they have a second problem in

22  their Doctrine of Equivalents analysis.

23      And as Your Honor recalls from the DOE standard, we

24  have to look at this element by element.  And since we don't

25  literally have a redox component, now we've got to go to the

1  fact that the redox buffer strength is required to be bounded

2  between 2 and 100 millimoles.

3        So they perform a hypothetical calculation and Amgen

4  gets to a weight of our player of 214 to 340 millimoles.  Your

5  Honor, in football parlance, our player is now too heavy.  He's

6  over 100 pounds.  He's no longer equivalent to the second

7  limitation, the redox buffer strength, that should be

8  calculated in their gray vial.  So Amgen then must reduce the

9  new player's weight.  This is hearsay within hearsay.  This is

10  their double Doctrine of Equivalents analysis.

11        What they do to get that 214 to 340 millimole or redox

12  buffer strength down, they don't calculate it in their

13  hypothetical redox component that we don't have.  What they say

14  is -- and, Your Honor, this is slide 49 of their

15  presentation -- what they say is, both deliver the same number

16  of molecules to the refold mixture.

17        Your Honor, they're running to the touchdown.  That is

18  slide 49.  They say go to the result.  We've just read your

19  Markman Court's construction that you measure the redox buffer

20  strength in the redox component, the gray vial.  Slide 49 for

21  them is their case.  It says go to the touchdown.  We have a

22  baked cake.  They have a baked cake.  Don't worry about the

23  recipe.

24        Your Honor, to put it in layman terms again, what they

25  do is, instead of using the player's weight at 100 pounds,

1    since these 200 to 300 pounds, what slide 49 of their slides
2    will tell you and is part of their case in chief, is even
3    though there's this limitation of 100 pounds for the player, or
4    214 to 340 millimole, which they admit we don't literally
5    infringe, they're going to ask Your Honor to look at the weight
6    of the entire team and say, you know what, as long as the
7    average player on the team is less than 100 pounds, as long as
8    the weight of the whole team is under 100, ignore the Court's
9    construction of where you weigh the player in the redox
10   component.  Their hypothetical player is too heavy.  We don't
11   use that hypothetical player.
12          But that's their Doctrine of Equivalents argument.
13   They change our slow low-concentration triple option offense, a
14   decade's old process, they change our stepwise approach of
15   adding oxidant reductant and oxidant, and they run to the
16   refold mixture, where they say at the end of the day, you've
17   got actively folded proteins too, and it's all in that last
18   mixture.
19          Well, Your Honor, they're not chemically equivalent.
20   We don't have their steps.  You will hear testimony that we
21   practice the old process.  There's --
22          THE COURT:  But you agree that it achieves the same
23   result, correct?
24          MR. McTIGUE:  I do not, Your Honor, because of this:
25   You've got to look at it as a function way means result.  And

1  though we both have actively folded proteins, their whole

2  invention is about getting optimized refolded proteins out of

3  their separate redox component.  There will be no evidence that

4  they've tested to make sure that our yield is the same as their

5  yield.  We could be scoring six points and they could be

6  scoring 3.  We have actively folded proteins, but it doesn't

7  mean that the result is the same.  Yes, they're biosimilar.

8       But you will hear there are key differences in how you

9  add over 90 minutes.  There are key differences to the end

10 result on which oxidant reductant and oxidant process you use.

11 In fact, their own patent says what they're trying to do is

12 maximize protein yield, so that they get a protein yield

13 concentration that's optimized.  That's important, Your Honor,

14 because they don't do any testing to see if we optimize our

15 yield by using the old stepwise approach.  So there's no

16 evidence, and it's their burden of proof to show that.

17      Importantly, though, Your Honor, again, just because

18 we both have cases, they may taste slightly different because

19 we added the ingredients in a different way, but the way you

20 get to the process matters where what they're claiming is not

21 the result but the process.

22      Now, Your Honor, if there are no further questions on

23 the DOE theory, I'd like to quickly turn to Apotex's second

24 non-infringement position.  And this deals just with

25 pegfilgrastim, Your Honor.

1          So what we're talking about, and I know we're at a

2    consolidated case, Your Honor, is just the pegfilgrastim case,

3    and I know Your Honor has received a brief from Amgen, a legal

4    brief, on 271(g).  So I want to talk about that.

5          But I'll start with what Amgen has said.  Amgen says,

6    how we PEGylate is the same as how the '138 PEGylates.  That's

7    a red herring, Your Honor.  This isn't about how we PEGylate.

8    This isn't about the process for protein refolding.  271(g) is

9    about when that PEGylation happens, is there a material change.

10         And so that's what I want to focus the Court's

11    attention on.  We're no longer on the process itself.  That's

12    not at issue in 271(g).  What's at issue is, does the

13    PEGylation of the filgrastim protein materially change the drug

14    Apotex's drug product?  So on that, Your Honor, I would like to

15    briefly talk about 271(g).

16         What 271(g) is about, Your Honor, is Apotex is not

17    liable for infringement of a US process patent, and that's all

18    we're here for, if its practiced outside of the United States.

19    As Amgen admits, Apotex does perform its process with its

20    partner outside of the United States; if the product made by

21    the process, and that's our pegfilgrastim product, Your Honor,

22    is materially changed by the subsequent process, and the

23    subsequent process is adding PEG.

24         Amgen is attempting to oversimplify the issue for Your

25    Honor.  Because both pegfilgrastim and filgrastim bind to the

1    same receptor, and they both have the same basic utility; thus,

2    they're no material change.  Well, Your Honor, we're not going

3    to dispute that they binded the same receptor.  And we're not

4    going to dispute that they both perform a therapeutic function,

5    increasing white blood cells, in layman's terms, Your Honor.

6    But there are material changes, and the material changes is not

7    because it binds to the same receptor.  Your Honor, in essence,

8    and what they put to you is the Hoffmann-La Roche factors.

9    They were lookings at PEGylation of EPO, a different protein,

10   and they're going to focus on those two aspects I just talked

11   about.

12        Apotex isn't going to dispute that the drugs still

13   contains the protein.  Apotex agrees pegfilgrastim contains

14   filgrastim.  Apotex isn't going to dispute that the drug

15   remains structurally intact.

16        Your Honor, these aren't the things that Apotex will

17   present through its experts, experts that will go largely

18   un-rebutted by Amgen in its case in chief.

19        What you will hear from, Your Honor, is Dr. Morpurgo

20   and Dr. Scadden.  Dr. Morpurgo and Dr. Scadden will talk about

21   the material changes in this protein when you add PEG to

22   filgrastim.  And that's evidence for Your Honor to consider,

23   because it's a factual question about whether pegfilgrastim is

24   materially changed by adding that PEG molecule.  And so in

25   listening to that evidence, you will hear from Dr. Morpurgo, a

1   professor with extensive experience in PEGylating proteins, and

2   she will talk about the effects that the PEGylation has on

3   drugs.  Now we're not talking about processes.  We're talking

4   about the effect that PEGylation has on drugs.

5          Dr. Morpurgo will explain to Your Honor that there are

6   many of the properties of a drug that are affected by

7   PEGylation.

8          Now what I've done, Your Honor, is take the

9   Hoffmann-La Roche properties that they've relied on in their

10  271(g) brief, and I've added what Dr. Morpurgo is going to talk

11  about.  It is important to know that Dr. Morpurgo, an expert in

12  the impacts and the effects of PEGylation, with explain some of

13  these properties that are material, including the change in the

14  size, the change in how long the drug is effective in the body,

15  the potency of the drug, and how it's eliminated.  And EPO,

16  what they rely on, a different protein is not filgrastim.  And

17  importantly, you'll hear we're talking about a treatment for

18  cancer patients.  We're talking about something you use with

19  chemotherapy, Your Honor.  So beyond what Dr. Morpurgo will

20  talk about, you'll also hear from Dr. Scadden.

21         And Dr. Scadden is a Harvard professor from the

22  University of Massachusetts General Hospital with over 35 years

23  treating cancer patients.  And what he's going to talk about on

24  our respective slide is the different usages and indications,

25  the dosages and administrations between filgrastim and

1   pegfilgrastim.

2           One example he's going to talk about is, and Amgen

3   will not dispute this, is that filgrastim is used for

4   short-acting treatment.  Pegfilgrastim is typically used for

5   long-acting treatment.  And what that means in layman's

6   parlance, Dr. Scadden will say, if you get filgrastim, you can

7   get 14 injections, one per day for 14 days, whereas

8   pegfilgrastim can't get eliminated from the body as quickly, so

9   you can't give it for another 14 days.

10          And with Amgen's fancy slides about the difference in

11  the size of filgrastim and pegfilgrastim, you'll hear that

12  difference in the size really matters through the elimination

13  from the body.  It matters on the effectiveness of the drug.

14  And Dr. Scadden will say, when you look at material change,

15  Your Honor, when I apply filgrastim, I don't even always apply

16  it for 14 days.  I have more flexibility with it.  Because I

17  might put a cancer patient on it for three days, and check

18  whether it's done what it needs to do.

19          I might put a cancer patient on it for six days and

20  then take them off.  Because you will hear the side effects

21  from using filgrastim, one of them being bone pain, are

22  significant.  But if you give the pegfilgrastim product,

23  although Amgen readily admits it's four times larger, and it

24  garners them many more billons in profits, the point for

25  material change is, how does it materially change it?  And one

1    of the ways you can look at that is the indications, the

2    dosing, the labeling, and the flexibility, that might go to one

3    patient.

4           We're not saying one is better than the other.  We're

5    just saying because they have different pharmacokinetic

6    properties.  And because doctors use them in a different way,

7    and because Amgen will acknowledge, even in patient population

8    they're different, Your Honor can look at material change in

9    many ways, and it's a factual question for Your Honor.

10          So Your Honor at the end of the day Amgen's expert

11   witnesses on material change will go largely un-rebutted

12   because Apotex does not have anyone to cross from Amgen on what

13   Dr. Morpurgo and Dr. Scadden will say because there are no

14   expert reports that address what Dr. Morpurgo and Dr. Scadden

15   will say on that front.

16          Finally, Your Honor, I'll quickly turn to the '138

17   patent and the invalidity argument.

18          Your Honor, Apotex's invalidity argument is actually

19   just based on enablement.  And what that means is, it will be

20   the crystal clear approach to whether or not the specification

21   of the patent teaches a person of ordinary skill in the art to

22   use the full scope of the invention without undue

23   experimentation.

24          Your Honor, the Court has already determined and going

25   back to proteins, that a protein is construed to mean any chain

1    of at least five amino acids connected by peptide bonds.  We've

2    had a lot of science today, but what the evidence will show is

3    the asserted claims of the '138 patent, do not limit that

4    protein in any way.  The evidence will show it is literally

5    millions of proteins.

6            As Amgen's counsel has talked about, their invention

7    was to optimize a redox component for high concentration

8    refolding.  They used two proteins to do that.  But the

9    proteins that you use have to be optimized for the redox

10   agents.  So literally, Your Honor, there could be millions of

11   proteins covered by this patent, and it would require undue

12   experimentation.

13           Similarly, you will hear testimony from Dr. Robinson

14   that the '138 patent covers an extremely broad range of redox

15   agents and redox conditions.  We've talked ad nauseam about

16   redox conditions.  So what I will say is, quite simply, Your

17   Honor, Apotex's enablement argument is that the asserted claims

18   of the '138 patent are not enabled for their full scope because

19   of the universe of proteins and redox conditions that are

20   present.  And we will show that that would require undue

21   experimentation by a person of ordinary skill in the art to

22   know that they did not infringe the '138 patent by

23   experimenting.

24           Now, I want to touch really quickly, Your Honor, on

25   injunction.  We talked about the fact that there are multiple

1    products, Neupogen and Neulasta, long-acting market and a

2    short-acting market.  I'll submit to this Court the evidence

3    will show there's already three players on the market for their

4    injunction.  There's already three biosimilars of filgrastim on

5    the market.  They said that we would tank the market, and that

6    is just not the case.  They will put evidence up, possibly past

7    projections, but as we sit here today, the evidence will show

8    there are three biosimilars already on the market.

9            Importantly, the products, Neupogen and Neulasta, are

10   not covered by the '138 patent process.  So we'd ask the Court

11   to consider that as well.

12           And, obviously, as we look at the balance of the

13   harms, since they shouldn't be able to claim the universe of

14   offenses, they shouldn't be able to say all touchdowns are

15   covered by a process patent.  All cakes are covered.  No matter

16   what recipe you use, the balance of the harms at the end of the

17   day will favor us.

18           I'd like to conclude where I began.  To determine

19   infringement, Amgen cannot simply state that because Apotex

20   gets folded proteins it infringes no matter how it gets there.

21   Apotex uses the tried-and-true low-concentration stepwise

22   refolding method that's disclosed in the prior art and that

23   Dr. Robinson will describe.

24           Apotex uses a process that occurred long before the

25   '138 patent was submitted.  The way Apotex refolds its product

1    absolutely matters.  They shouldn't be allowed to change the

2    arrows.  They shouldn't be allowed to change the players.  They

3    shouldn't be allowed to change their functions, and they

4    shouldn't be able to run to the result in the refold mixture.

5            Further, the evidence will show that Apotex materially

6    changes its filgrastim to pegfilgrastim.  And Dr. Morpurgo and

7    Dr. Scadden will explain to the Court why those material

8    changes matter for this case where filgrastim is being

9    PEGylated.

10           And lastly, the evidence will show the '138 is not

11   unable for the full scope of the claims.

12           Thank you for your time, Your Honor, and if you have

13   no further questions, I'm done.

14           THE COURT:  No, sir.  Thank you very much.

15           We'll take a 15-minute recess.

16       (Recess at 11:03 a.m.)

17       (Call to Order of the Court.)

18           THE COURT:  Please be seated.  The plaintiff may call

19   its first witness.

20           MR. GROOMBRIDGE:  Thank you, Your Honor.  I think we

21   have may have a very small housekeeping matter, which is a

22   motion, I believe, unopposed to admit certain exhibits.

23           THE COURT:  Okay.

24           MR. GROOMBRIDGE:  And my colleague, Ms. Ana Friedman,

25   will handle this.

```
 1              THE COURT:  Okay.

 2              MS. FRIEDMAN:  Good morning, Your Honor.  My name is

 3   Ana Friedman for Amgen.

 4              Amgen moves to admit a number of exhibits that we plan

 5   to use in the direct examination of our witnesses today.  We

 6   have confirmed with Apotex's counsel, and there's no objection

 7   to the admission of these exhibits.

 8              I would be happy to hand up list of exhibits to the

 9   Court, or if the Court prefers, I'm happy to read the exhibits

10   out loud.

11              THE COURT:  Why don't you do both.  Why don't you read

12   them into the record so that the record reflects the exhibits

13   which the Court will receive, and then also give us a copy so

14   that we can double-check our --

15              MS. FRIEDMAN:  So I begin with PTX2, PTX394, JTX155,

16   JTX195, JTX30, JTX161, PTX38, PTX39, PTX 138, JTX1, JTX123,

17   JTX69, PTX181, JTX88, DTX5, JTX2, JTX9, JTX10, JTX11, JTX12,

18   JTX13, JTX14, JTX15, JTX16, JTX17, JTX18, JTX19, JTX20, JTX22.

19   JTX23, JTX24, JTX25, JTK26, JTX27, JTX65, JTX66, JTX69, JTX71,

20   JTX77, JTX78, JTX109A, JTX -- and if it's easier, JTX109A

21   through JTX109V, JTX110A, JTK110B, JTX112, JTX113, JTX115,

22   JTX121, JTX122, JTX123, JTX127, JTX128, JTX143, JTX144, PTX31,

23   and PTX33.

24              May I approach the bench?

25              THE COURT:  Yes, you may.
```

```
 1          MS. FRIEDMAN:  Thank you, Your Honor.

 2       (Received in evidence Exhibit(s) PTX2, PTX394, JTX155,

 3   JTX195, JTX30, JTX161, PTX38, PTX39, PTX138, JTX1, JTX123,

 4   JTX69, PTX181, JTX88, DTX5, JTX2, JTX9, JTX10, JTX11, JTX12

 5   THROUGH JTX20, JTX22 THROUGH JTX27, JTX65, JTX66, JTX69, JTX71,

 6   JTX77, JTX78, JTX109A THROUGH JTX109V, JTX110A, JTX110B,

 7   JTX112, JTX113, JTX115, JTX121, JTX122, JTX127, JTX128, JTX143,

 8   JTX144, PTX31, PTX33)

 9          THE COURT:  Thank you.  All right.  Mr. Groombridge,

10   you may call your first witness.

11          MR. GROOMBRIDGE:  Thank you, Your Honor.  Amgen calls

12   as its first witness, Mr. Richard Paulson.

13          THE COURT:  Mr. Paulson, if you would step to the left

14   of the witness stand.  Remain standing, raise your right hand.

15        RICHARD PAULSON, PLAINTIFF'S WITNESS, SWORN

16          THE COURT:  Would you please be seated.

17          After you get comfortable, please state your name and

18   spell your last name, for the record.

19          THE WITNESS:  My name, Your Honor, is Richard Paulson.

20   And the last name spelling is P-A-U-L-S-O-N.

21          THE COURT:  All right.  Mr. Groombridge, you may

22   inquire.

23          MR. GROOMBRIDGE:  Thank you very much, Your Honor.

24          And we have a binder of exhibits, which we'll endeavor

25   to do this with each witness, is to have a binder.  Hopefully
```

Direct - Paulson                                    84

1   one is already up there on the witness stand.

2             THE WITNESS:  Yes.

3                       DIRECT EXAMINATION

4   BY MR. GROOMBRIDGE:

5   Q.  Mr. Paulson, who do you work for?

6   A.  I work for Amgen.

7   Q.  And what do you do at Amgen?  What's your position?

8   A.  I'm the general manager and vice president of the US

9   Oncology Business.

10  Q.  And what is the US Oncology Business?

11  A.  The US Oncology Business is our commercial operations for

12  our oncology brands in the US.

13  Q.  And would that include Neupogen and Neulasta?

14  A.  Yes, it does.

15  Q.  Now, let's come back to that.  But I would like to cover

16  some background.

17            Can you tell us where you're from?

18  A.  You may notice from the accent I'm from Canada.  Went to

19  University, did my undergraduate degree in Saskatchewan, with a

20  bachelor's of commerce, with focus on marketing and finance.

21  And then I also did a master's in business at the University of

22  Toronto.

23  Q.  And after you'd done your business degree, what did you do

24  next professionally?

25  A.  I worked in Canada for Glaxo, which became GlaxoSmithKline,

1    for around nine years.  Then I moved in Canada to Pfizer.  I

2    worked for Pfizer in Canada, in New York, in Europe, in Czech

3    Republic, in Africa, in South Africa.  And then from there I

4    joined Amgen just over eight years ago in Vienna, a running in

5    Central Eastern Europe, then in Germany.  And then now in the

6    US about two and a half years ago -- or three years ago,

7    actually.

8    Q.  Now, let's just a do a little more background.

9         Glaxo, or the company that became GlaxoSmithKline,

10   what is the nature of its business?

11   A.  So Glaxo is a long-standing, you know, pharmaceutical

12   company with a long history and tradition focused, I think,

13   primarily in the asthma category and other areas, over many

14   years.

15   Q.  And what did you do for Glaxo?

16   A.  So at Glaxo, I started off as a sales rep and worked in

17   multiple roles in sales, sales management, product management.

18   And also actually worked in an area called market access or

19   patient access, which was around government policy, payer

20   policy, reimbursement and health economics, really showing the

21   value of our medicines to payors.

22   Q.  What does "reimbursement" mean in the context of the

23   pharmaceutical business?

24   A.  So reimbursement would be are you able to get your medicine

25   paid for or covered by a payor to make sure that a patient can

1    have access to your medicine.  There's no benefit in developing

2    our medicines if patients can't get access to them.

3    Q.  When you were at Pfizer, what did you do there?

4    A.  So in Pfizer, I was in Canada first, as the head of patient

5    access, working, again, kind of federally and provincially on

6    policy on payors with insurers, with health economists.  I

7    moved to New York and actually was the head of corporate

8    affairs or market access for Europe.  Spending a lot of time on

9    a plane.  Working across Europe with all of the major markets

10   in Europe to get reimbursement for many of Pfizer's compounds.

11         With Pfizer, then I moved to the Czech Republic to be

12   a general manager for the whole entire business.  From Czech

13   Republic I moved to South Africa and managed, again, as a

14   general manager for South Africa and a number of smaller

15   countries in Southern Africa.

16   Q.  How long were you at Pfizer?

17   A.  I was at Pfizer for approximately nine years.

18   Q.  What year did you join Amgen?

19   A.  I joined Amgen in 2008.

20   Q.  Why did you decide to leave Pfizer and join Amgen?

21   A.  I left -- I left Pfizer, which was a very good company, but

22   I left Pfizer in order to join Amgen because I was impressed

23   with what Amgen was doing in biotechnology and really looking

24   at the promise of the future and with biotechnology, the

25   ability to truly develop and deliver and bring to market, you

1   know, innovative medicines that are really going to change

2   patients' lives.  And I believe, as we move forward,

3   biotechnology is the way we will truly find cures for many of

4   the diseases we're trying to address.

5   Q.  What is biotechnology at a high level?

6   A.  I mean, at its simplest level, biotechnology is using

7   living cells to grow things.  More completely, probably

8   biotechnology is using, you know, a set of systems, kind of

9   ProCensus technology to allow scientists to medically engineer

10  a cell, to use the molecular mechanisms within that cell to

11  grow protein, and that protein becomes large molecule medicine,

12  which is injectable or infused for patients which have serious

13  illness.

14  Q.  How does that compare with a more traditional

15  pharmaceutical business?

16  A.  I think the more traditional pharmaceutical business

17  focuses largely on chemicals.  So chemical compounds, which you

18  would largely know as pills that you would take.  We call them

19  small molecules.  Relatively easier to produce, probably,

20  versus biologics, which are, you know, as we talked about large

21  molecules, very complex.  And living organisms, critical to

22  have very sound and world class manufacturing facilities to be

23  able to manage safely, consistently and over time to make sure

24  you can deliver for patients from a manufacturing perspective.

25  Q.  Thank you.

1           Could you please describe for us the nature of your

2    duties as the general manager of Amgen's US oncology business?

3    A.   As the general manager, I'm the lead commercial senior

4    manager, senior representative for the business, leading the

5    sales and marketing and commercial organization.

6           I am also working with our cross-functional partners

7    from the many different areas across Amgen, whether it be

8    regulatory, medical, safety, physicians, HR, et cetera, to, you

9    know, work together to be able to bring our oncology medicines

10   to patients in the US.

11   Q.   Thank you.

12          Could you please turn in the binder in front of you to

13   the first tab and that should be PTX002.  Do you have that?

14   A.   Yes.

15   Q.   And by the way, Mr. Paulson, I will refer to the numbers in

16   the upper right-hand corner in all of the exhibits.

17          So what is PTX2?

18   A.   So PTX2 is something that we, as an organization, put

19   together last year.  Last year was your 35th anniversary from

20   when Amgen was founded.  So we're founded in 1980, a pioneer,

21   in biotechnology back then.  And it kind of takes you through

22   the whole history of Amgen to where we are today with 18,000

23   employees, with 16 innovative biologic medicines on the market.

24   And operating, you know, across the world.  It kind of goes

25   through the timeline of how we achieved that.

Direct - Paulson                           89

1    Q.  Now, of the 16 medicines that Amgen has on the market

2    today, how many fall into your business line, the oncology

3    area?

4    A.  Nine.

5    Q.  Might be good to make sure you're close enough to the

6    microphone.

7            Which is the earliest one of those?  And if it helps

8    you, please refer to the timeline here.

9    A.  If we go through the timeline and we flip the page to Page

10   2 of the timeline, you see on the left-hand side Neupogen,

11   which was introduced in 1991.

12   Q.  And if we turn to page 4, do we find then Neulasta?

13   A.  Yes.  On Page 4, we find Neulasta introduced in 2002.

14   Q.  And, generally speaking, can you tell us, not necessarily

15   at a medical level, but as you would describe it in your

16   business, what is the usage of Neupogen in the market?

17   A.  Neupogen is a white blood cell booster to use to reduce the

18   incidence of infection as manifested through fibro neutropenia.

19   Q.  What is fibro neutropenia?

20   A.  Just a shortage of white blood cells, so you can get a high

21   infection and may lead to hospitalization and may lead to death

22   and can lead to patients having to forgo their chemotherapy

23   treatment.

24   Q.  What is the usage of Neulasta at a high level in the US

25   market?

Direct - Paulson                         90

1  A.  So at a high level, the usage of Neulasta is very similar.

2  It's also a white blood booster.  I would say Neupogen is used

3  more for patients who are taking what you would call kind of

4  once weekly or twice weekly chemotherapy.

5        Neulasta is supposed to be used outside of a 14-day

6  period and is used for patients who are taking more acute,

7  three weekly.  Neupogen can also be used for patients which are

8  taking the Q3 weekly.

9  Q.  What is Q3 weekly?

10 A.  It's your chemo therapy schedule is once every three weeks

11 getting your chemo.

12 Q.  Do you consider the markets for Neulasta and Neupogen to be

13 the same or different in the US?

14 A.  I think in the US you have broadly two markets, which is

15 the short-acting market, because Neulasta is not indicated for

16 that market.  So for patients who are taking weekly

17 chemotherapy or chemotherapy every two weeks, Neulasta would

18 not be indicated for that.

19       Then on the other side, you do have the mostly

20 long-acting market, which is where Neulasta is used; the Q3

21 weekly, which is every three weeks.  Neupogen can be used for

22 that market, but incredibly inconvenient, as you would have to

23 take about 11 injections of your Neupogen to be equivalent to

24 one injection of Neulasta.  And that means you would have to

25 come in, you know, every day, and ensure you took your

1    injection or take your injection at home, which is very

2    difficult for patients.

3    Q.  Why is that difficult for patients to come in every day

4    during a regime like that?

5    A.  As patients are going through their chemotherapy treatment,

6    these are often, unfortunately, some of the sickest days of

7    their treatment.  They feel terrible from the chemotherapy.

8    Chemotherapy kills a lot of things in your body.  It creates

9    havoc on your body and you're not feeling well, and you don't

10   really want to go have to go see your doctor and get an

11   injection, and you want to stay at home.

12   Q.  Now, as of today, are there competitors in the short-acting

13   market who sell products in addition to Amgen's Neupogen?

14   A.  Yes.  In the short-acting market, we have one biosimilar,

15   which is Zarzio by Sandoz.  We have two other individual

16   products, one by Teva and one by Sanofi?

17   Q.  And what are those products?

18   A.  Granix and Leukine.

19   Q.  Granix is the Teva product?

20   A.  Granix is the Teva produce.

21   Q.  As of today, are there any competitors apart from Amgen in

22   the long-acting market?

23   A.  No.  In the long-acting market, we do not have any

24   long-acting competitors.

25   Q.  While we have Exhibit 2 in front of us, could you just

1    maybe walk us through and identify some of the other oncology

2    products that Amgen is selling?

3    A.   Sure.  If you stay on that same page where Neulasta is on

4    the left-hand side, you also see Vectibix, which is for

5    colorectal cancer.  You see Nplate, which is for a bleeding

6    disorder, in 2008.

7         You see, you know, on the next page, if you go to that

8    page, Xgeva, which is for bone disease.  And in 2011, as you

9    flip over to the next page, you really start to see the fruits

10   of a various strong innovation, which we've done over the

11   years, Kyprolis, which is for multiple myeloma; Blincyto, which

12   is for relapsed refractory advanced lymphocytic leukemia.  And

13   then just very recently, at the bottom of the page, Imlygic,

14   which is the first ever approved oncolytic virotherapy for

15   melanoma.

16   Q.   What does that mean with respect to Imlygic, that it's the

17   first ever approved virotherapy?

18   A.   I think it really trying to harness the new power that you

19   can work through the body's immune system, immunotherapy or

20   virotherapy, and trying to look at that in many different

21   cancers.

22        For us we're starting in a couple of areas, Blincyto

23   also is an immunotherapy.  And Imlygic is an immunotherapy,

24   which we've started first in melanoma.  You actually inject it

25   into un-resectable lesions when you're managing your melanoma.

1    Q.  Let's see.  I'm told I may have neglected to ask to have

2    the screens turned on so that we can display the exhibits.

3              THE COURT:  Okay.  We can do that.

4              MR. GROOMBRIDGE:  Thank you, Your Honor.  I apologize

5    for having overlooked that.

6              THE COURT:  That's quite all right.

7    BY MR. GROOMBRIDGE:

8    Q.  So Mr. Paulson, how would you describe Amgen's business

9    model?

10   A.  Our business model is based on patent protection and based

11   on innovation.  So we are an innovative-based biologic company,

12   where we invest significantly in developed first -- you know,

13   working through a number of different areas.

14             So we first start early on in developing medicines in

15   the very early kind of research phase, which you would call

16   discovery or preclinical.  From there we work to bring those

17   medicines through to patients, but it's risky.  You know, it's

18   only about 1 out of 100.  At that Phase, move into actually

19   what we call Phase I of clinical trials, where we first start

20   to test the drug in healthy volunteers to see if it's safe and

21   kind of look at broad ranges of dosing.

22             We move into Phase II for patients, which have the

23   disease and starting to look at the treatment effect, and also

24   starting to work on the dosing range.  Move into Phase III,

25   where you have broader number of patients.  You need to have a

1   two, minimum of two kind of FDA-approved Phase III trials for

2   approval.

3       And as we move through that whole phase, only about

4   10 percent of the molecules we actually enter into humans make

5   it all the way through to FDA approval.  And that process is a

6   very lengthy one.  It takes from 10 to 15 years from when we

7   first identify a compound to when we actually get FDA approval.

8   So that's a long time in terms of business process.

9       The process is also very risky.  As I mentioned, it's

10  probably 1 in 100, which make it to market.  And the process is

11  incredibly expensive.  It takes us on, you know, most recently

12  with one of our compounds.  We introduced Repatha.  Looking at

13  our investment to date it's about $2 billion.  And I think

14  overall if you look at the market and look at papers in terms

15  of what's it cost to develop drugs, it's 2 to $2.5 billion

16  investment to bring a product to market.

17  Q.  Let's just tease that apart a bit.

18      Why is it that only, you said, around 1 in 100 of the

19  compounds would make it through the process?

20  A.  I think when you look at, you know, the innovation model

21  and what we're trying to do, we are going after less and less

22  targets.  You know, it's becoming increasingly risky, as there

23  are already good medicines, which are out there for patients.

24  And as we work early on we're truly trying to understand the

25  biology behind a disease and how can you understand that

Direct - Paulson                                    95

1   biology and then try to get a biologic, try to create a protein

2   or an antibody, which is going to address that condition, and

3   you have the failure rates.  You can't bring it forward.

4   Q.  Why does it take that length of time, and I think you had

5   said 10 to 15 years, in order to bring a new medicine to

6   market?

7   A.  Innovation takes time.  You know innovation, we want to be

8   sure.  There's a lot of work to make sure.  There's looking at

9   the compounds that they're safe.  There's a lot of work to make

10  sure they're effective.

11       As we are bringing compounds to markets and medicines

12  to market now, there's a lot of work to ensure you can show

13  those medicines are better than existing medicines.  And as

14  you're going through that whole process, especially with a

15  biologic, you also have to ensure you work on the manufacturing

16  side, that you can consistently reliably manufacture this

17  biologic.

18       Amgen has a commitment, which we're very proud of and

19  we say every patient every time.  And we will always deliver a

20  medicine for a patient that needs it.

21  Q.  On that score, does Amgen have sufficient manufacturing

22  capacity to supply the US needs for Neupogen and Neulasta?

23  A.  Yes, we do.

24  Q.  Now, you mentioned Repatha, I think.  What is that?

25  A.  So what Repatha is, is one of our newer medicines that was

1    approved in 2015.

2    Q.   What does it --

3    A.   In essence, it's to treat hypercholesterolemia or high

4    cholesterol.  And right now to treat it for very severe

5    patients, where other cholesterol treatments have not worked

6    for those patients to get to their target.

7    Q.   Is that a biologic medicine or a traditional one?

8    A.   It's a biologic medicine, which was developed and innovated

9    by Amgen, and has taken us about 15 years when we first

10   identified what's the area of modality called PCSK9, where we

11   actually brought it to market.

12   Q.   Now, also, I think you had mentioned somewhere in your

13   recent testimony articles of publications.

14        Could you turn to the next item in the binder, please,

15   and you should find there PTX394?

16   A.   Yes.

17   Q.   Are you familiar with this?

18   A.   Yes.

19   Q.   What is it?

20   A.   So this is a Journal of Health Economics, which is a

21   well-respected journal looking at different aspects of costs,

22   delivery, healthcare, how to deliver healthcare cost

23   effectively and cost drivers in health care.

24        And this is a study which has been done a number of

25   times over the years to look at the change in cost of what it

1    takes to develop and bring a product to market.

2    Q.  Let me ask you to turn to Page 6, and let's look at

3    Figure 2 that appears on the right-hand side there.  And if we

4    can put that up on the screen, that would be very good.

5            Now, Mr. Paulson, what is this describing?

6    A.  This is describing the different components of the cost

7    from the pre-human, as we talked about before, Phase I trials,

8    to the clinical, which is the Phase I, II and III, to adding

9    them together to say, here is the total cost from two

10   perspectives; one from actually what you are spending out of

11   pocket, and then as the process takes 10 to 15 years, also

12   capitalizing that cost based on an appropriate cost of capital.

13   Q.  So that's the red column?

14   A.  That's the red column, yes.

15   Q.  Just explain a little bit more, if you would, what that

16   means, the capitalized cost?

17   A.  I would say if you had the opportunity to invest your

18   resorts elsewhere, looking at an appropriate invest, you know,

19   over time, you know, the cost of bringing these compounds to

20   market on average has become about $2.5 billion.

21   Q.  And if we look, please, to the next page at Figure 3.

22   Let's see if we can get that up on the screen.

23            What does that show us?

24   A.  Figure 3 shows the evolution over time of how costs have

25   evolved across each stage.  So you have in gray all the way

Direct - Paulson                         98

1    over to the black with blue and green in between, the 70s, the

2    80s, 90s and then now, you know, the 2000s to 2010s, and how

3    the cost has evolved and grown over the years and over the

4    decades.

5    Q.   Is that consistent with Amgen's experience?

6    A.   Yes, it is.

7    Q.   What is causing the increase?

8    A.   There's a couple of key factors that are causing the

9    increase in costs.  First, in the pre-human side, as we

10   mentioned earlier, since the failure rates are going up and are

11   higher, it's more difficult to find a medicine to move forward

12   with.  So you're doing more biologic work.  You're doing more

13   work to find that right compound to move forward.

14        And then especially in the clinical side, you know, 10

15   or 20 years ago, as we developed medicines, we focused largely

16   on the safety and the efficacy versus placebo.  And as we've

17   moved forward, we are very focused on how do we develop

18   medicines and doing broader clinical trials to usually compare

19   them to the standard of care to show that we are better.

20        And also as we bring these medicines to market, we

21   want to show the value they bring to society from many

22   different perspectives.  So we do more measures in the trials

23   in terms of looking at what the impact they have on patient's

24   quality of life, what impact they may have on reducing costs in

25   other areas of the healthcare system, so that as we bring the

1   product to market, we're able to say here's the value of this

2   medicine.  And that means bigger clinical trials, and that

3   means you're asking for more data, which drives up the costs.

4   Q.  In modern times, how big would a typical clinical trial be

5   in terms of number of patients in the oncology area?

6   A.  There's really not a typical you can -- it really depends

7   on what area of disease you're studying because you might be

8   from a very focused orphan area up to a broad-based area, but

9   you could roughly say, you know, 600, 600 patients, 600 to

10  1,000.

11  Q.  Now, just before we leave Exhibit 394, right across from

12  Figure 3, I see a heading that says, "Cost of post-approval R &

13  D."

14          What is post-approval R & D?

15  A.  So with all of our medicines, you know, once they have been

16  approved, we continue to do research on them.  We continue to

17  looks at new ways the medicines may be used.  You continue to

18  look at advancing the science on them.

19          So the post-approval side, you might look at how do

20  you help physicians or patients understand different areas for

21  the medicines to improve utilization of them.  You also may be

22  doing work actually on how the medicines are delivered.  For

23  example, as we did with Neulasta, evolving it from a syringe,

24  prefilled syringe, to an actual what we call an on-body

25  injector, where it's a device we developed over about seven

1    years; a device we developed which means a patient does not

2    have to go back to see their physician 24 hours after their

3    chemo, and actually have it applied after their chemo.  And

4    Neulasta is delivered, you know, when they're at home or where

5    they want to be 27 hours later.

6    Q.   When was that product introduced?

7    A.   That was introduced in March of 2015.

8    Q.   How has it been received by the marketplace?

9    A.   It has been received incredibly well.  It's meets a huge

10   need for patients, for patients not to have to go back to their

11   physician.

12        So with many patients, you know, who are undergoing

13   treatment, as we said, the day after their chemo can be one of

14   the worse days in their treatment cycle of many tough days.  So

15   for many reasons they may not be able to get back to their

16   physician.  They may miss a cycle of Neulasta would may

17   increase their risk of fibro neutropenia.

18        So for many patients Onpro is a great solution, and

19   it's doing very well in the market.

20   Q.   Now, I would like to turn to another subject, which is the

21   significance of Neupogen and Neulasta to Amgen as a company.

22        Let me ask you to turn to what should be the last item

23   in the book in front of you.  You have Exhibit, it's JTX195.

24   A.   Yes.

25   Q.   And do you recognize that?

1   A.  Yes.

2   Q.  What is it?

3   A.  Our 10-K from 2015.

4   Q.  And what period of time does it cover?

5   A.  2015.

6   Q.  Let me ask you, please, to turn to the page with the number

7   61 the top.  Before we get to that, let me ask you to go to

8   Page No. 6.  Do you have that?

9   A.  Yes.

10  Q.  And do you see the bar charts that are in the lower part of

11  the page there?

12  A.  Yes.

13  Q.  I think we have those up on the screen.  What do they

14  depict?

15  A.  Those depict our the distribution of our global sales

16  across each one of our product areas.

17  Q.  And is some portion of what's shown in that chart revenue

18  attributable to Neulasta?

19  A.  Yes.  The light green on mine.  The 22 percent when you

20  look under 2015 is attributed to Neulasta.

21  Q.  And where does that place Neulasta in terms of Amgen's

22  product portfolio?

23  A.  It places Neulasta as the second most important product

24  from a revenue perspective in Amgen's product portfolio.

25  Q.  Approximately how much Neulasta do you sell in the US or

1   did you sell, let's say, in 2015?

2   A.  Approximately $4 billion.

3   Q.  Now, looking at this bar chart, is there some portion of

4   the bar that is revenue attributable to Neupogen?

5   A.  Yes.

6   Q.  And what is that?

7   A.  That's lower down on the bottom in my slide, it's the

8   yellow number, which has 5 percent.

9   Q.  And what would be the combined proportion of the company's

10  sales that are attributable to Neupogen and Neulasta?

11  A.  About 27 percent.

12  Q.  Now, let me go onto the page with the number ending 16, and

13  let me know when you have that, please.

14  A.  Yes.

15  Q.  Now, the top of the page, there's a heading "Research and

16  Development and Selected Product Candidates."  What is this

17  section describing?

18  A.  So this section really looks at our investment across

19  research and development and highlights some of the select

20  products in areas we're doing research.

21          As you can see, for the years 2013, actually, refers

22  to '13, '14 and '15, our R & D expenses were in the range of

23  4.1 to $4.3 billion per year, with them being 4.1 in 2015.

24  Q.  And is it just a coincidence that's approximately the same

25  number as the sales of Neulasta?

Direct - Paulson                                103

1    A.   That's just a coincidence.

2    Q.   What proportion of Amgen's overall revenue does that

3    represent those R & D spending numbers?

4    A.   Amgen invests a very high proportion of revenue into R & D

5    and for Amgen in 2015, it was about 21 percent.

6         Consistently we've invested about 20 percent of our

7    revenue into R & D.  And over the years, you know, since Amgen

8    has been founded, we've invested approximately $50 billion into

9    R & D.

10   Q.   Now, that figure of approximately 20 percent of revenue,

11   how that compare to other companies in the pharmaceutical

12   industry?

13   A.   There's a very broad range, but in general, the number

14   would be more towards the 10 percent if you're looking on the

15   innovative small molecule side.

16   Q.   I don't want to put words in your mouth, but how does Amgen

17   stack up against other big pharmaceutical companies in terms of

18   its R & D spend?

19   A.   Amgen stacks up as a leader in investing in R & D.

20   Q.   If we look at Exhibit 195 at the next page, there's a table

21   there.  What is that showing us?

22   A.   So the table is showing us, you know, highlights across the

23   majority of our different programs.  As we talked earlier,

24   there are Phase I, Phase II or Phase III, and this is showing

25   us, you know, our compounds that are in each phase of research

Direct - Paulson                                    104

1    across those three phases.

2    Q.  What is the significance of the items that are identified

3    with an AMG number?

4    A.  In the simplest sense, I would say the AMG number is

5    hopefully our future.  It's the early research with compounds

6    that we are working on in an early phase, and they haven't yet

7    moved forward, as far as in between kind of Phase II and

8    Phase III to be named with a chemical name.

9    Q.  And Phase I, Phase II and Phase III, does that all refer to

10   clinical work?

11   A.  Yes, it does.

12   Q.  All right.  What kinds of disease conditions does Amgen

13   focus on for its research?

14   A.  There are five or six key areas that we focus on.  The

15   first is really around oncology and hematology.  Nephrology is

16   a key area of focus for us and inflammation.  Another key area,

17   cardiovascular metabolic disease is another.  Bone disease is

18   another.

19        And then the area of kind of broadly central nervous

20   system looking at, you know, debilitating impact of migraine or

21   schizophrenia as an area that we are just moving into, so there

22   are six core areas that we're very focused on.

23   Q.  Thank you.

24        Let's just turn on in this document.  Please go to

25   Page 44, and we'll look at the bottom of the page there.

Direct - Paulson                          105

1              Do you have that?

2    A.  Yes, I do.

3    Q.  And that table, what is that reporting?

4    A.  The table is reporting the worldwide product sales for '15

5    and then compares them to '14 and '13.

6    Q.  For what product?

7    A.  At the top of the table it shows us all of the products,

8    and the bottom table shows us Neulasta.

9    Q.  Let's just focus on Neulasta.  Does that break out sales by

10   US and rest of world?

11   A.  Yes, it does.

12   Q.  And what does it tell us were the US sales for Neulasta in

13   2013, '14 and '15, respectively?

14   A.  It tells us that US sales of Neulasta are growing from '13,

15   '14, up to '15.

16   Q.  And what was the number, the total year number, precisely

17   for Neulasta sales in the US last year?

18   A.  3,891,000,000.

19   Q.  Just turning over the page to Page 46, is there a

20   comparable table for Neupogen?

21   A.  Yes, there is.

22   Q.  And what does that tell us about the US sales for Neupogen

23   over those same three years?

24   A.  Tells us the US sales are declining.

25   Q.  What is the reason for that decline?

1    A.   Competition has come to the market, which is resulting in

2    lower price through increased discounts, and also resulting in

3    less volume, as we've lost market share.

4    Q.   If Amgen were to lose a substantial portion of the revenue

5    that it receives on Neulasta, what would be the effect on the

6    company?

7    A.   If we lost a substantial portion of our Neulasta revenue,

8    the impact on the company would be significant, in that I think

9    it would have a significant impact on our R & D pipeline.  And

10   when you look at our business, when we talked about Phase III,

11   Phase II, Phase I, many of the trials which are in Phase III or

12   Phase II are trials that we commit to overtime.  And so we

13   would have to for sure continue investing and delivering on

14   those commitments to advance those medicines, where I believe

15   if we lost a significant part of our revenue through Neulasta,

16   we would have a huge impact on our early development pipeline.

17        So those are the much more variable costs that you can

18   turn on or turn off, which becomes our medicines of the future

19   10 or 15 years later.  So that is one aspect, I think, in terms

20   of really impacting our ability to drive early innovation and

21   bring new innovative molecules to patients in the future.

22        The other aspect is, you know, we're an incredibly

23   competitive environment in terms of showing that we are an

24   innovation leader.  And our reputation is to truly be an

25   innovation leader and to be an innovation leader in the

Cross - Paulson                                     107

1    therapeutic areas that we talked about.

2              So our reputation depends on investing resources and

3    really driving early science, which engages key clinician,

4    scientists around the world, both inside Amgen and outside

5    Amgen.  And I believe if we had to reduce our investments, that

6    would impact our reputation with those, you know, key

7    clinicians.

8    Q.  And is there a practical and tangible consequence to a

9    reputational hit like that?

10   A.  Yes.  Because as we develop our medicines and as we do our

11   research and our clinical trials, we want to be seen as an

12   innovation leader so that those key physicians, key scientists,

13   key researchers, want to work with us.  That's going to allow

14   us to bring the best medicines to market now and in the future.

15             MR. GROOMBRIDGE:  Thank you.  That concludes my

16   questions.

17             THE COURT:  All right.  I don't know why there is a

18   delay.  Normally it's no delay when we switch from plaintiff to

19   defendant.

20             MR. McTIGUE:  I think we're ready, Your Honor.

21             THE COURT:  Okay.

22                       CROSS-EXAMINATION

23   BY MR. McTIGUE:

24   Q.  Good morning, Dr. Paulson.

25   A.  Mr. Paulson.  I'm not a doctor.

Cross - Paulson                                                   108

1   Q.   Excuse me.  Mr. Paulson.

2          Mr. Paulson, you testified about the importance of

3   innovative products.  But isn't it true that Amgen is working

4   to create biosimilar medicines too?

5   A.   That's true, yes.  Amgen is working on a portfolio of nine

6   biosimilar medicines.

7   Q.   In fact, Amgen has been working to bring some of these nine

8   medicines to market with the assistance of other partners,

9   right?

10  A.   I believe so.  I'm not responsible for the biosimilar

11  business, so I don't stay up to speed exactly on who our

12  partners are.

13  Q.   Well, Amgen has collaborated with a partner to develop and

14  commercialize biosimilars on a worldwide basis, haven't they?

15  A.   I believe so.  Like I said, I don't stay up to date daily

16  on how we're removing forward with biosimilars.

17  Q.   PTX2 that you just testified about, was about Amgen's

18  history and its innovative development products.

19          Do you have that in front of you?

20  A.   I do, yes.

21  Q.   Mr. Mortonson, could you please break up PTX002 for me.

22          Mr. Paulson, I would like to direct your attention to

23  Page 5 of that document.

24  A.   Uh-huh.

25  Q.   You've been testifying about this document, but I'd like to

Cross - Paulson                                         109

1    focus on 2011.

2    A.   Uh-huh.

3    Q.   Amgen has been developing biosimilars since at least 2011

4    based on this document, right?

5    A.   Yes.  I think following approval of the biosimilar pathway

6    by Congress in 2010, we decided to move forward and

7    commercialize and develop biosimilars.

8    Q.   Mr. Mortonson, could you blow up that 2011 second paragraph

9    on Amgen's biomanufacturing expertise to create biosimilars.

10          This was pretty small for me, Mr. Paulson, but I want

11   to go over it in a little bit of detail.

12          In here I want to know if you agree with me with

13   Amgen's statement, that development and commercialization of

14   Amgen's biosimilar products will require significant expertise?

15   A.   Yes, I agree with you.

16   Q.   Do you agree with me with Amgen's statement that the

17   development and commercialization of Amgen's biosimilar

18   products will require infrastructure and investment to ensure

19   safety, reliable, supplied therapies for patients?

20   A.   Yes.  I do.

21   Q.   In your testimony on direct, did you ever talk about the R

22   & D costs for those nine products that Amgen is developing for

23   the biosimilar market?

24   A.   I didn't talk about them specifically, but they are part of

25   our overall R & D costs.

Cross - Paulson                                                 110

1   Q.  So when you mentioned your R & D costs, what percentage of

2   that is for the biosimilar market that you've been developing

3   alone or with the collaboration of a partner, such as Actavis?

4   A.  I don't know the specifics of that.  I'm not leading the

5   biosimilar business.

6   Q.  Of those nine products in the biosimilars that you are

7   trying to create, do you know what the largest

8   biopharmaceutical product is that you're trying to create a

9   biosimilar of?

10  A.  I would believe it's probably Humira.

11  Q.  And is Humira on a sales percentage more or less in annual

12  sales than Neupogen?

13  A.  I believe it is more.  I don't know the exact number, but I

14  believe it's more.

15  Q.  Is it significantly more?

16  A.  I believe so.

17  Q.  What would your development of a biosimilar market for

18  Humira do to the impact of that company's R & D portfolio?

19  A.  You would have to ask that company.

20  Q.  Mr. Paulson, you also testified about the fact that the

21  market that Neupogen competes in, right?

22  A.  Yes.

23  Q.  And Neupogen competes in the short-acting market?

24  A.  Primarily, yes.

25  Q.  And Neulasta competes in the long-acting market?

Cross - Paulson                                          111

1    A.   Yes.

2    Q.   Well, does Neupogen compete in the long-acting market?

3    A.   I think, as I said during the discussion, Neupogen is

4    primarily used for the short-acting market because Neulasta is

5    not indicated to be used within 14 days, which by definition, Q

6    weekly or Q2 weekly, 7 or 14 days.  But Neupogen can be used if

7    a physician and a patient decide to use it for patients who are

8    taking therapy on a Q3 weekly basis, who just would require a

9    lot of injections.

10   Q.   Mr. Paulson, as far as what you're testifying to, it is

11   your belief that Neupogen and Neulasta markets do not compete

12   with one another, right?

13   A.   I would say primarily they are two different markets, yes.

14   Q.   And do you understand the difference between Neupogen and

15   Neulasta is the addition of a PEG molecule to the filgrastim

16   product?

17   A.   Yes.

18   Q.   And so the reason that they compete in different markets

19   is, in part, because of dosage administration; fair enough?

20   A.   I don't know if I would call it dosage administration.  I

21   would call it based on how the molecule works, how Neulasta

22   works, and doesn't clear the body within the 14 days, so you

23   wouldn't want to have Neulasta or the pegfilgrastim in you when

24   you were still taking chemo.

25   Q.   Well, let's go back, then.  We talked about long-acting

1    market and short-acting market.

2              They treat different patient populations, then, in

3    those markets, right?

4    A.   They all treat patients who are undergoing cancer care,

5    undergoing chemotherapy.  The difference is, Neulasta is not

6    indicated if a physician decides that the regime for a patient

7    should be a 7-day regime or a 14-day regime of chemo, then

8    Neulasta should not be used for that patient.

9    Q.   When you say Neulasta is not indicated for that, the FDA

10   doesn't authorize Neulasta to be prescribed to that patient

11   population?

12   A.   Yes.

13   Q.   Fair enough?

14   A.   Fair enough.

15   Q.   Thank you.

16             THE COURT:  Any redirect?

17             MR. GROOMBRIDGE:  I might have one question, Your

18   Honor.

19             THE COURT:  Okay.

20                       REDIRECT EXAMINATION

21             MR. GROOMBRIDGE:  Always dangerous when a lawyer says

22   they only have one question.

23   BY MR. GROOMBRIDGE:

24   Q.   Mr. Paulson, do you have Exhibit 2 in front of you?

25   A.   Yes.

1    Q.  And the portion that Mr. McTigue directed you to about

2    Amgen's biomanufacturing expertise on Page 5, do you have that?

3    It's part of the 2011 entry on the timeline.

4    A.  Yes.

5    Q.  What is Amgen's biomanufacturing expertise?

6    A.  As we talked about Amgen being a founder in biotechnology,

7    we have built, I believe, an amazing capability in our

8    manufacturing side.

9         We have approximately 6,000 employees, over 18,000,

10   which focus on manufacturing, biologics, and I believe we do it

11   better than anyone in the world.  And we do it, as I said, very

12   reliably consistently to the point which patients, and our

13   commitment is that every patient every time will get an Amgen

14   product.

15           MR. GROOMBRIDGE:  Thank you.  No further questions.

16           THE COURT:  All right.  Thank you, Mr. Paulson.  You

17   may step down, sir.

18       (Witness was excused.)

19           THE WITNESS:  Thank you.

20           MR. GROOMBRIDGE:  Your Honor --

21           THE COURT:  Yes, sir.

22           MR. GROOMBRIDGE:  -- the next item we have is a short

23   piece of video deposition testimony that is about 11 minutes

24   long, if it would be convenient to do that before the lunch

25   hour.

```
 1              THE COURT:  We can go ahead and do that now.  We

 2    normally -- or I normally break about 12:30 for lunch.  So as

 3    close as we can get to that would be good.

 4              MR. GROOMBRIDGE:  And my colleague Ms. Arielle Linsey

 5    is going to introduce this video excerpt and the accompanying

 6    exhibits, I believe.

 7              MR. GOLOB:  We don't object to that being played, but

 8    that has some highly sensitive Apotex, highly confidential

 9    information, that we wouldn't like exposed to the public.  For

10    that 15-minute clip, could we ask the courtroom to be cleared?

11    I don't think that --

12              THE COURT:  Any objection?

13              MR. GROOMBRIDGE:  We have no objection to that.

14              THE COURT:  All right.  The request is granted.  Would

15    you advise your respective folks that they're to exit.

16              MR. GROOMBRIDGE:  And the other thing, Your Honor, if

17    the Court could switch back to the Amgen video so we can play

18    it.

19              THE COURT:  Yes.  I'm sorry you all have to remind me

20    of that, but I'm not just always up on which one is which.

21              MR. GROOMBRIDGE:  I'm sure I will more than once in

22    the next few days forget myself.  So we'll make do as best we

23    can, no doubt.

24              THE COURT:  All right.  Yes, ma'am.

25              MS. LINSEY:  Hello, Your Honor.  My name is Arielle
```

1   Linsey from Amgen.  Amgen calls Mr. Stephen Lydeamore from

2   Apotex.  Because he's not available the parties have agreed his

3   testimony may come in by a designation.

4           THE COURT:  All right.

5           MS. LINSEY:  As Your Honor will recall, he testified

6   at the preliminary injunction hearing and portions of that

7   testimony have been designated for written submission to the

8   Court.  That's available in this binder that Your Honor should

9   have.

10          THE COURT:  Okay.

11          MS. LINSEY:  In addition, Mr. Lydeamore testified in

12  deposition as Apotex's corporate representative, and the

13  parties have agreed on designation and counter-designations to

14  be played by video in court.

15          With the Court's permission, we request that the video

16  of Mr. Lydeamore designations be played.

17          THE COURT:  Granted.

18      (Videotape now being played in open court.)

19          MR. GROOMBRIDGE:  Thank you, Your Honor.  That

20  concludes the presentation, I think, from Mr. Lydeamore.

21          MS. LINSEY:  Yes.

22          THE COURT:  All right.

23          MR. GROOMBRIDGE:  And our next witness will be the

24  inventor, Dr. Hart, but perhaps it would be convenient to start

25  that after lunch.

1          THE COURT:  Certainly.  We will take our lunch recess

2    right now.  We will reconvene at 2:00 p.m.

3          MR. GROOMBRIDGE:  Yes, Your Honor.

4          THE COURT:  We will stand in recess.

5       (Recess at 12:26 a.m.)

6       (Call to Order of the Court.)

7          THE COURT:  Okay.  Folks, please be seated.

8          All right.  Next witness.

9          MR. GROOMBRIDGE:  Your Honor, plaintiff's next witness

10   is Dr. Roger Hart.

11         THE COURT:  Okay.  Doctor, if you would step right

12   over here, to your right, and then to the left of the witness

13   stand.  Please remain standing and raise your right hand.

14            ROGER HART, PLAINTIFF'S WITNESS, SWORN

15         THE COURT:  Please be seated.

16         And kindly give us your name; spell your last name for

17   the record.

18         THE WITNESS:  My name is Roger Hart.

19         THE COURT:  And how do you spell Hart?

20         THE WITNESS:  H-A-R-T.

21         THE COURT:  All right.  You may inquire.

22         MR. GROOMBRIDGE:  Thank you, Your Honor.

23                      DIRECT EXAMINATION

24   BY MR. GROOMBRIDGE:

25   Q.  **Where are you from?**

Direct - Hart                                                117

1   A.   I'm from Albuquerque, New Mexico.

2   Q.   Tell us about your education, please, starting with

3   college.

4   A.   Well, I did my undergraduate studies at the University of

5   New Mexico, where I was raised.   I studied in the field of

6   biomechanical engineering, with a specialty in chemical

7   engineering, and obtained a bachelor's degree from that

8   university.

9   Q.   And then what did you do next?

10  A.   I then went to graduate school at the California Institute

11  of Technology located in Pasadena, California.

12  Q.   And did you obtain a degree from -- that's Caltech, right?

13  A.   That's Caltech.

14  Q.   Did you obtain a degree from Caltech?

15  A.   Yes, I did.   I obtained my Ph.D. in biomechanical

16  engineering, with a specialty in chemical engineering, and my

17  master's degree as well.

18  Q.   And approximately what year was that?

19  A.   I obtained my Ph.D. in 1991.

20  Q.   What was the subject of your Ph.D.?

21  A.   The bioprocessing of inclusion bodies.

22  Q.   And since I think that's the first time in the evidentiary

23  part of the trial when we're hearing the term inclusion body,

24  could you please explain for us what an inclusion body is?

25  A.   Yes, I would be happy to.

Direct - Hart                            118

1          A inclusion body is a effectively pellet of protein

2     which one can observe with a microscope on the inside of a

3     microbial cell.  And when one goes about seeking to isolate to

4     understand better this apparent pellet by lysine cells and

5     centrifuging that lysate, one finds that these pellets of

6     protein sediment readily and that they can be obtained from the

7     bottom of a centrifuge.  And if one further interrogates them

8     by microscopy or other means, they find that they are

9     particularly enriched in protein, but that there can be other

10    impurities as well.

11    Q.  Thank you.

12          When did you first become involved with Amgen?

13    A.  I first was quite blessed to be able to work and

14    collaborate with Amgen in about 1988, I believe, because my

15    graduate advisor, James E. Bailey -- the late James E. Bailey,

16    he had a close relationship with scientists and leaders at

17    Amgen, and he enabled the opportunity for me to do

18    collaborative research with scientists at Amgen.

19    Q.  Was that during the time when you were doing graduate work

20    at Caltech?

21    A.  That was.

22    Q.  During that period of time as a graduate student, what did

23    you do in collaboration with Amgen?

24    A.  I did work at Amgen laboratories isolating inclusion bodies

25    from a variety of different systems, predominantly growth

Direct - Hart                                    119

1    hormone-related, either animal or human, and evaluating

2    different isolation and washing characteristics for those

3    inclusion bodies.

4    Q.   And now, after you finished your Ph.D., what did you do

5    next professionally?

6    A.   Upon completion of my graduate studies, I accepted a

7    postdoctoral research appointment.

8    Q.   Where?

9    A.   At Genentech, a biotechnology company that's located in the

10   Bay Area of California.

11   Q.   And what is a postdoctoral research position in that

12   context?

13   A.   A postdoctoral research position is akin to advanced

14   research study.  It's a -- practically a paid research position

15   in order to do more interrogative research into a field of

16   study.

17   Q.   And why did you go to Genentech at that point in your

18   career?

19   A.   I went to Genentech because effectively I thought it was a

20   very good opportunity with the postdoctoral position because

21   Genentech had created this program wherein they sponsored

22   postdoctoral research that really was quite research focused

23   but brought all of the opportunities of a biotechnology company

24   to bear and created a community for investigators to be able to

25   learn and become enriched in learning from one another.

Direct - Hart                                  120

1   Q.  How long did you stay at Genentech?

2   A.  I stayed at Genentech in a postdoctoral position through,

3   what, about 1993, and then I was hired on as a permanent

4   position, but I departed Genentech in 1996.

5   Q.  So during the approximately five years you were working

6   with Genentech, what did you do?

7   A.  My original research was focused on inclusion bodies and

8   most especially protein refolding.  The particular system that

9   I was -- had the opportunity to work with was a hormone, a

10  hormone that was being developed for clinical testing, and I

11  did refolding studies with that protein.

12  Q.  Without telling us anything that might be proprietary to

13  Genentech, can you describe how the refolding was done with

14  that material?

15  A.  Uhm, I can tell you.  And since the refolding work was

16  published and patented, I think I can say more things as well.

17        The refolding work was developed, the methodology was

18  developed to refold proteins utilizing oxygen as an oxidant.

19  That would be oxygen as a depot for taking up electrons and

20  supporting the formation of sulfur, sulfur disulfide bonds in

21  proteins.  And that refolding process was implemented and

22  scaled at a variety of scales in the manufacturing environment.

23  Q.  Was it ultimately used on a commercial scale?

24  A.  It was used at a commercial scale.  And my understanding is

25  the company licensed that process to another company.  And at a

Direct - Hart                                         121

1    conference later I learned that it's being used to make

2    commercial supplies of...

3    Q.  And about how big of a tank would be used in that

4    commercial process?

5    A.  Towards the end of my work there, we were producing

6    clinical supplies of protein, and I did the largest refoldings

7    I've done in my career.  And the largest tank in the south

8    San Francisco manufacturing facility was a 14,000-liter tank.

9    Q.  And just to put that in a context that engineering people,

10   people who are not in the engineering field might understand,

11   how -- what would you compare that to to give us a sense of the

12   size of a 14,000-gallon tank -- 14,000-liter tank?  I'm sorry.

13   A.  Well, I think maybe as an example, when one sees a

14   petroleum or gas tanker truck going down the road, the volume

15   of about half of one of those thanks would be the size of the

16   tank that refolding was conducted in.

17   Q.  And how much protein would you be able to refold in that

18   tank?

19   A.  Our refolding process was about 14 kilograms of protein

20   that we would put into that process.  And after the protein was

21   purified and isolated, it produced between 4 and 5 kilograms of

22   protein.

23   Q.  That would be about 10 pounds?

24   A.  About.

25   Q.  Now, you indicated that you left Genentech in 1996.

Direct - Hart                    122

1              Where did you go?

2   A.   I left Genentech in 1996 to take an appointment at Amgen.

3   Q.   And what were the circumstances that brought you back to

4   Amgen in 1996?

5   A.   Amgen recruited me for employment.

6   Q.   For anything in particular?

7   A.   Well, I would say yes.  Amgen, at that point in time, was

8   foreseeing the need, the benefits of developing technology and

9   skills for very large-scale productions of proteins.  And

10  while, as a metaphor, I viewed it they effectively were

11  preparing a field, a field that was effectively being given to

12  me to create valuable things.

13  Q.   And what projects did you begin to work on when you arrived

14  back at Amgen?

15  A.   My first projects related to a protein called a lectin.

16  Lectin was being investigated by Amgen at that point in time as

17  a treatment for obesity.

18              I think we're all aware obesity is a rather chronic

19  disease and involves very large body weight, so not

20  surprisingly, the quantity of protein that Amgen was perceiving

21  needing to make was very, very large.  And so Amgen was

22  anticipating the need to develop processes that could produce

23  very large quantities of protein.

24  Q.   And did you work on that project?

25  A.   I did.

Direct - Hart                                                                123

1    Q.   What did you do?

2    A.   I did a number of things, but with regards to this case, in

3    any case, I worked with others, as a team, in order to develop

4    improved refolding procedures in order to enable refolding at

5    larger and larger scales in order to produce larger and larger

6    quantities of protein.

7    Q.   And over what period of time approximately did you do that

8    refolding work in connection with lectin?

9    A.   About 1997.  It was in -- yes, about 1997.

10   Q.   And did you develop a process for refolding lectin?

11   A.   I did.

12   Q.   Please describe that.

13   A.   Well, the refolding process that was different than the

14   process that was used in the prior time was a chemically

15   controlled redox refolding wherein I anticipated, based on the

16   need for very large scale, that I needed to do a very high

17   concentration refolding.

18        So based on my experience from the past with refolding

19   using oxygen as a supply of oxidant at Genentech, I perceived

20   the need to, for instance, control the redox potential within

21   the system based on my experiences using redox meters.  And I

22   also anticipated the need to ensure that the system of redox

23   components have sufficient capacity with which to provide the

24   oxidant to facilitate the refolding.

25        So based on those two principles, I created equations

Direct - Hart                                     124

1    that are, at this point in time, contained within the patent

2    describing the redox ratio and the thiol-pair buffer strength.

3    Q.  Let's just explore some of those things.

4         Can you explain or say in terms that a layperson might

5    understand -- and hopefully that's possible -- what a redox

6    system is?

7    A.  Well, thank you.

8         So a redox system would be one that is a system that's

9    capable of supporting both oxidation and reduction chemistry at

10   the same point in time.  Such a system is composed, then, of

11   oxidants and reductants.  In this capacity, that would be

12   chemicals that are capable of providing electrons and receiving

13   electrons.

14   Q.  What's the relationship chemically between oxidation and

15   providing and receiving electrons?

16   A.  An oxidation reaction is one in which electrons are removed

17   in order to facilitate formation of a covalent bond.  The redox

18   is the opposite, wherein electrons are provided so as to break

19   a covalent bond.

20   Q.  Can you use oxygen, just the gas oxygen as a redox

21   component?

22   A.  Yes, you can.  The process developed at Genentech utilized

23   oxygen as the oxidant source.  In said systems, though -- I

24   think, metaphorically, one can think of a fish tank and the

25   bubbling of air into a fish tank.  One observes, for instance,

Direct - Hart                                        125

1    that the oxygen is difficult to disperse uniformly throughout

2    the fish tank, and the bubbles tend to rise within the system

3    as well.  So that oxygen can be used as the oxidant source but

4    there are certain difficulties associated with using it.

5              The oxygen does participate in the reaction in some

6    type of a mediated form.  The mediated form, in that case, is

7    most commonly transition metals.  One can think of, for

8    instance, iron or copper.  And, at least for a kind of common

9    understanding, we're all familiar with rust, and that is a

10   chemistry of iron being oxidized.

11   Q.  And is there some disadvantage to using oxygen gas in these

12   refolding processes?

13   A.  There's disadvantages associated with the physical aspect

14   of using the oxygen.  As I mentioned before, oxygen is a gas

15   that's present either in a dissolved level or in a gaseous

16   phase.  And bubbles of gas tend to rise within liquid columns

17   and leave the system.  So it is difficult to meter and deliver

18   controlled amounts of oxygen into tanks, and it is difficult to

19   deliver it uniformly throughout a large tank.

20   Q.  Why would you want to deliver it in a uniform way like

21   that?  Why is that important?

22   A.  The value of delivering the oxidant uniformly is to promote

23   uniformed chemistry, and it might be a metaphor.  But I think

24   within the kitchen, we've all experienced difficulties of

25   mixing and trying to get all components uniformly mixed.

1   Q.   Now, let's turn -- I have a white binder in front of you.

2   If you do, please turn to the first item.

3         Do you have there something that is identified in the

4   upper right-hand corner as JTX001?

5   A.   I do.

6   Q.   And is that a copy of your patent?

7   A.   It is.

8   Q.   And first of all, I noticed that there are three inventors

9   and you are one of the three.

10        What was your relationship with the other two

11  inventors, Dr. Schultz and Keener?

12  A.   I hired Joseph Schultz as a reporting scientist to me in

13  about 1998, and I hired Ronald Nixon as a scientist reporting

14  to me in about 19 -- no, 2003 or 2004.

15  Q.   And Ronald Nixon is the person who is identified as Ronald

16  Nixon Keener on the front of the patent?

17  A.   That's correct.

18  Q.   For what period of time did you continue to work with those

19  two gentlemen?

20  A.   I worked with them in a day-to-day capacity from the time

21  that I hired them until about 2006.  The nature of my

22  relationship with them and the work that we conducted together

23  changed as the nature of my change in job roles.

24  Q.   What as your change in job roles at that time?

25  A.   Well, when I was originally hired by the company, I was

Direct - Hart                                127

1   laboratory scientist that was supported with a couple of

2   laboratory scientists, but with time my job responsibilities

3   grew.  I managed quite a large group.  At the time of departing

4   Thousand Oaks, I had 15 people reporting to me and I managed

5   many, many projects.

6           So I would say that my relationship with them was

7   originally one of collaborating scientists and then to one of

8   manager.  But I'm pleased to say that it has evolved to be one

9   of mentor and they lectin to treat me and contact me with

10  advice and for advice and consultation.

11  Q.  Now, while we're on the subject, could you just please

12  describe how your career progressed at Amgen after what you've

13  already told us?

14  A.  Sure.  Well, my -- I am currently a scientific director.

15  That is a leading scientist position on what is a purely

16  technical track at Amgen.  I made the choice to become a

17  technically focused scientist in about 2006, and so my

18  responsibilities of managing large numbers of people and groups

19  was transitioned to one of being predominantly a technical

20  scientist in nature since about 2006.

21  Q.  And where are you located currently?

22  A.  I'm currently located in Cambridge, having relocated from

23  Colorado.  I located to Colorado in 2006, where I had the

24  opportunity to be involved with the late-stage commercial

25  process development of a large number of products.

Direct - Hart                               128

1    Q.   And I believe you mentioned Thousand Oaks.

2            Just so there is no confusion anywhere, could you tell

3    us what Thousand Oaks refers to?

4    A.   Oh, sure.   Thousand Oaks is a city that's located in

5    Ventura County in California.

6    Q.   And what is that, how does that figure in Amgen's

7    operation?

8    A.   Thousand Oaks is the world center for Amgen Incorporated.

9    Q.   Now, looking back at the first page of your patent, the

10   title there is "Refolding Proteins Using a Chemically

11   Controlled Redox State."

12           What does it mean to be chemically controlled?

13   A.   Chemically controlled would infer that the components

14   involved in the refolding redox reactions are chemical in

15   nature as opposed to being physical in nature and that the

16   processes and reactions involved in the renaturation are

17   likewise chemical in nature rather than physical in nature.

18   Q.   Can you just tell us what renaturation means in the sense

19   that you used it in your answer?

20   A.   Renaturation as the, as the word, in some sense, applies is

21   to reacquire natural structure.   That would be the textbook

22   type of definition that would be synonymous with the word

23   refolding.

24   Q.   Now, let's look at some of the things in your patent.

25   Could you turn, please, to Page 10 of Exhibit 1.   And let's

Direct - Hart                                129

1   just put it up on the screen.  The first ten lines or so of

2   column two, please.

3           Now, are you able to see that, Dr. Hart?

4   A.  Yes, I can.

5   Q.  Now, this is a section that's from the background part of

6   the patent; is that right?

7   A.  Yes.

8   Q.  And what is this talking about here?

9   A.  Is this is referring to the nature of the problem, as it

10  were, at the time of work which effectively was that refolding

11  art was effectively limited to low molecular weight proteins

12  that were relatively simple in nature and had few misfolded

13  species that could be produced owing to their relative

14  simplicity.

15  Q.  Let's explain that a little more.

16          Why is it that a simple protein would have fewer

17  potential misfolded species?

18  A.  Well, I think the way to think about it, at least in terms

19  of the disulfide bonds, is that there's more possible pairings

20  the more cysteines one has, and the more possible pairings

21  creates the opportunity for more possible mispairings, so that

22  the number of possible mispairings grows progressively with the

23  number of cysteines involved.

24  Q.  And here, in this part of your patent, in about Line 6, or

25  6 to 7, you talk about detergent-based refolding chemistries.

Direct - Hart                                130

1              What were they?

2   A.   Detergent-based refoldings utilize detergents in order to

3   promote solubilization or maintaining of solubility or

4   denaturation of proteins.   They are methods that are available.

5   They are somewhat less utilized in part because of their less

6   general utility, because fewer proteins seem to like to refold

7   in the presence of detergents.

8   Q.   And are there any other advantages or disadvantageous to a

9   detergent-based refolding method?

10  A.   Well, the primary disadvantage is that a detergent needs to

11  be removed from the mixture, because detergents are not

12  suitable as injection formulatory agents, and they are quite

13  difficult to remove and can be very costly to remove.

14  Q.   Now, I see there, in about Lines 8 to 10, a reference to

15  high pressure refolding strategies, and then there is a

16  publication that's mentioned.

17              Do you have that?

18  A.   I do.

19  Q.   And let me ask to you turn, please, to Tab 2 in the book

20  and see if you can confirm that there we find the publication

21  in question.

22  A.   Yes, I see it.

23  Q.   And this is a publication entitled "High Pressure Refolding

24  of Recombinant Human Growth Hormone from Insoluble Aggregates."

25              What was high pressure refolding?

Direct - Hart                                131

1    A.  Well, high pressure refolding is essentially a mechanical

2    or physical means for refolding wherein equipment is used in

3    order to produce a very high pressure within a liquid system,

4    and the high pressure is responsible then for changing the

5    thermodynamic state in order to facilitate the unfolding and

6    refolding of the proteins.

7    Q.  Is that the same as or different from a chemical refolding

8    method?

9    A.  That one's very different.

10   Q.  While we have this, let's see if we can enlarge the last

11   six or seven lines of the middle paragraph in the right-hand

12   column that begin with the words "frequently," the word

13   "frequently."

14   A.  I see it.

15   Q.  All right.  And what is this talking about?

16   A.  It's commenting on the difficulties associated with

17   refolding and most especially in the last sentence, beginning

18   with "in addition, low protein concentrations needed for

19   acceptable refolding."  It is commenting on the difficulties

20   associated with industrial refolding and how those difficulties

21   can be limiting in terms of producing industrial quantities of

22   product.

23          I think what's particularly noteworthy is its

24   reference to large processing volumes and requirement for large

25   quantities of toxic and corrosive chaotropes or, in general,

Direct - Hart                                          132

1   chemicals, and that really is commenting on the associated cost

2   and difficulty of handling such quantities of chemicals.

3   Q.   What's a chaotrope?

4   A.   A common chaotrope would be, for instance, urea.  And for

5   reference, urea is the primarily component within fertilizers.

6           And for further reference, water treatment systems

7   can't allow large quantities of urea to be passed into their

8   systems in order to avoid blooms, the growth of organisms.  So

9   in an industrial setting, it needs to be managed as a disposal

10  chemical.

11  Q.   Why would you require these large quantities of chemicals

12  in the refolding processes that were used at that time?

13  A.   Well, the large quantities is resulting from the large

14  volumes.  There's really two factors that drive a quantity.

15  That would be the concentration of a component and then the

16  volume of the system that the component is in.  And so I

17  believe the commentary is really driven by the large processing

18  volumes.

19  Q.   Why would you need large processing volumes?

20  A.   Large processing volumes are a result of two things, the

21  need to produce large quantities of a product, but, in many

22  ways, more importantly, the low concentration of the protein

23  needed for refolding at that point in time.  And within the

24  sentence, I believe that that's what is indicated, as it reads,

25  in addition, low protein concentrations needed for acceptable

1    refolding yield.

2    Q.   Let's go back to your patent, the '138 patent.

3         What problem were you addressing in the work that's

4    described in this patent?

5    A.   We were addressing a need to ensure that we had very large

6    quantities of product that we could make, that the process for

7    making those large quantities could be readily scaled into very

8    large manufacturing systems and places.  And in that, we were

9    very mindful and concerned about the need for very large

10   volumes in order to accomplish those transformations.

11        So those factors collectively together guided our

12   thoughts and my thoughts towards the utility of a homogeneous

13   chemically facilitated oxidation reaction wherein protein was

14   very concentrated so as to limit volumes.

15   Q.   And how does the '138 patent solve or address that problem?

16   A.   The '138 patent solves that problem, addresses that problem

17   by facilitating the formation of disulfide bonds within

18   proteins by utilization of a small molecule which contained

19   disulfide species for provision of oxidation and reductive

20   potential, and providing those chemicals in such an optimized

21   form as to enable high concentration refolding.

22   Q.   Now, are you aware that there are some equations in the

23   '138 patent?

24   A.   Yes, I am.

25   Q.   Let me ask you to turn, please, to Page 12 of Exhibit 1.

Direct - Hart                        134

1    Just let me know when you have that.

2    A.  I have it.

3    Q.  And do you see there, in the middle of the right-hand side,

4    there are equation 1 and equation 2?

5    A.  I do.

6    Q.  Who came up with those?

7    A.  I did.

8    Q.  How did you do that?

9    A.  I did that at the beginning of my work with lectin,

10   bringing together the collected learnings of my past

11   experience.  The buffer thiol-pair ratio term, delineated by

12   equation 1, is reflective of my learnings that it was necessary

13   to control the redox potential of a system.  The arrangement of

14   the produced species and oxidase species in that form is

15   reminiscent of the redox potential that one measures with redox

16   meters.  And I had acquired appreciation for the utility of

17   that from my prior measurements of redox systems.

18          The second term, equation 2, is a, was -- the outcome

19   of my appreciation that, to facilitate refolding at higher

20   concentrations necessitated larger quantities of the oxidant,

21   as represented in this case by the oxidant within the equation.

22   But it was also apparent to me, while providing that oxidant,

23   it was necessary to provide a system that was sufficiently

24   buffered so as to ensure good control of the redox state during

25   the course of the oxidation reaction.

1   Q.  And what's a buffer, in the sense that you used it just

2   now?

3   A.  The term buffer is synonymous with the term used in

4   pH-buffers, meaning that it's a system that tends to maintain

5   itself.  A pH-induced buffer, for instance, maintains a

6   constant pH, despite one's addition of either acids or base

7   forms.  So in this context, this is a system that tends to

8   maintain itself, despite the addition of additional reductant

9   or oxidized components.

10  Q.  Now, let me ask to you turn on, in the patent, please, to

11  Page 13.  And I'm using the page numbers in the upper

12  right-hand corner.

13  A.  Yes.

14  Q.  You see at the bottom of column 7 there is a section headed

15  "Theory."

16         Why did you put this in the patent?

17  A.  The narrative included within the Theory section was

18  intended to provide description of the foundational basis for

19  the methodology, so as to provide for utility in teaching

20  others how to utilize the invention.

21  Q.  And did you include any practical examples in the patent?

22  A.  Yes, we did.

23  Q.  And let's take a look.  Maybe, if you could go to Page 16,

24  please, and look at example 3, which begins in, at about

25  Line 50.

Direct - Hart                                    136

1   A.   I see that.

2   Q.   And what is this an example of?

3   A.   As the title implies, this is an example of application of

4   the method for the high concentration refolding of a

5   non-native -- that would be not correctly folded or not fully

6   folded -- protein from a captured cell lysate.  And that would

7   be distinct in that it is a soluble form as opposed to an

8   insoluble form.

9   Q.   And what does that mean in connection with the matters

10  we've been talking about so far today?

11  A.   It means that there would be no need for a solubilization

12  step to obtain the protein to feed into a refolding step.

13  Q.   And what protein was used in this example?

14  A.   This derived from a molecule called AMG 719, using the AMG

15  code system, but it was also named SCIO-1RA.

16  Q.   And is there also an example of refolding with a protein

17  that was in an insoluble form?

18  A.   Yes, there is.

19  Q.   Can we turn the page and tell us, please, if you find it

20  there?

21  A.   Example 4 describes the refolding of a protein at high

22  concentration from inclusion bodies.

23  Q.   And what is the significance of the inclusion bodies

24  insofar as the question of protein solubility is concerned?

25  A.   Well, inclusion bodies is, in many ways, the more

Direct - Hart                                    137

1   predominant form of a starting point for processes from a

2   bacterial system.  The presence of the inclusion bodies or the

3   protein deposited with the inclusion bodies necessitates some

4   form of solubilization reaction, which is accomplished by

5   treatment with high concentrations of chaotropes or denaturants

6   along with reducing species.

7   Q.  Now, what protein was used in example 4?

8   A.  Example 4 was accomplished with AMG 785 -- or 745, excuse

9   me.

10  Q.  And what does the text of the patent tell us about that

11  protein?

12  A.  The text of the patent describes attributes of that

13  protein.  Notably, that it's a protein that is a Fc moiety

14  wherein the Fc is a fragment of a protein, fragment of an

15  anti-body, and specific from an igg1 antibody that is used,

16  then, linked by a linker with peptide linkages.  And that that

17  construct then has a molecular weight, or that would be a mass,

18  of about 57 kilodaltons.  And importantly, that system, then

19  comprises eight disulfide bonds.

20  Q.  And why is it important that that system comprises eight

21  disulfide bonds?

22  A.  Well, in terms of a description, eight disulfide bonds is a

23  large number of disulfide bonds.  So the attributes of the

24  molecule described would clearly delineate this is a complex

25  protein of a higher molecular weight containing many disulfide

Direct - Hart                              138

1    bonds.  And that is illustrative of the type of molecule that

2    prior art would indicate as being difficult to refold.

3    Q.  Now, did Amgen use the method of your patent in its

4    manufacture of Neupogen?

5    A.  No, it did not.

6    Q.  Did it use the method of your patent in its manufacturer of

7    Neulasta?

8    A.  No, it did not.

9    Q.  Why not?

10   A.  The processes to produce human-grade Neupogen and Neulasta,

11   or Neupogen in particular, existed, was licensed, was

12   validated, and was providing patients with commercial-grade

13   material at the time of this invention.

14        And the cost and challenges associated with making

15   process changes is always a decision of cost versus benefit.

16   And the process, as practiced by Amgen, in a very

17   well-controlled and reliable and licensed fashion, it was

18   deemed that the process was well controlled and that there was

19   no need to alter the refolding process.

20   Q.  What does well controlled mean in your line of work?

21   A.  Oh, well controlled means that -- excuse me, in many ways

22   it's well controlled.  For starters, the product quality

23   emanating from a processes is a very high grade.  It's meeting

24   all of the associated specifications for release for use in

25   human systems.  And it conforms with the product quality that

Direct - Hart                                139

1    was demonstrated to be safe and efficacious in clinical trials.

2          In addition, a process which is licensed and validated

3    has a number of process controls, which ensures that the

4    process itself is well behaved and highly reproducible and

5    reliable.

6    Q.  Now, just to focus on something that may be apparent to you

7    but perhaps not to all of us, when you say licensed, what do

8    you mean?

9    A.  I mean that for Amgen to produce and supply a product for

10   the treatment of a human therapeutic disease, it needs to

11   obtain a license to do so from a regulatory authority.  And the

12   regulatory authority requires a large number of things,

13   including, for instance, that the product and the process are

14   demonstrated to be in a state of control.

15   Q.  In the United States, that would be the Food and Drug

16   Administration?

17   A.  That would be the Food and Drug Administration in the

18   United States.

19   Q.  Now, has Amgen used your process in any commercial

20   products?

21   A.  I believe aspects of the patent are utilized in the Nplate

22   process.  I say aspects, because it is a chemically controlled

23   refolding but it does, it's not accomplished at high

24   concentration, and we didn't utilize all features of the

25   teachings in the development of that process.

Direct - Hart                                    140

1    Q.   And what is Nplate?

2    A.   Nplate is a peptibody protein, in many ways similar to the

3    example described in example 4.

4    Q.   Would your process work with G-CSF?

5    A.   I'm confident that it would.  The process was originally

6    developed with a protein called lectin.  Lectin is a molecule

7    of the same family as G-CSF.  It's composed of four helix

8    bundles, has a similar molecular weight and similar complexity

9    as Neupogen.

10   Q.   Now, while we have the patent in front of us, could you

11   look at the bottom of column 16, please?

12   A.   Yes.

13   Q.   And let's look at the part, at about Lines 62 through 64.

14   It talks about the ability to control variant species such as

15   incorrectly disulfide bonded species and misfolded species.

16        Could you explain what that's talking about please?

17   A.   Well, the -- I believe the common meaning of control is a

18   reasonable way to think about this.  So control would be one of

19   being resilient to potential variances, variances from the

20   outside, variances that are introduced within a process.

21   Control is one wherein behaviors are predictable.

22        So with respect to the sentence itself, the system

23   provides for the control to ensure that it's predictable in

24   terms of the number and quantity of product variants and the

25   production of the desired protein.

Direct - Hart                    141

1    Q.   What are the variants that are mentioned here?

2    A.   Variants would be things such as mispaired disulfide bonds,

3    oxidized individual residues that, for instance, could be

4    introduced by oxygen, residual single-chain species that would

5    be not dimerized.

6         I think I should explain what I just explained for the

7    Court.

8    Q.   Please, and let's try it in a way that might work for those

9    us of who perhaps didn't go to Caltech.

10   A.   I'm sorry.  The peptibody species and the species described

11   in example 4, they, in some ways, are akin to antibodies.  The

12   Fc fragment was derived from an antibody.  And as a metaphor,

13   an antibody is a bit like a Y.  It's composed of two parts.

14   The Fc is the part that brings them together.  And then, within

15   a peptibody, each of the arms is a separate component that

16   comes from a peptide.

17        So in making one of these products, it's necessary to

18   bring two halves together and form disulfide bonds between

19   them, in addition to forming all the requisite disulfide bonds

20   within each separate arm.

21   Q.   Thank you.

22        One other thing before we leave the patent.  Could you

23   turn back, please, to Page 13 of the exhibit, and let's bring

24   up on the screen Line 62 and 63 from column 8.

25        Do you see it?  It says there, "At lower redox buffer

Direct - Hart                                    142

1   strengths, the overall system becomes much more difficult to

2   control."

3           And can you tell us why is that?

4   A.  As I hoped to describe previously, the redox buffer

5   strength is providing a capacity of the system in order to

6   resist change, in order to maintain a state of control.

7           So in compositions wherein there is a lower redox

8   buffer strength, the system is less tolerant or less capable to

9   resist.  Illustrated by, for example, if oxygen is present

10  within the system, then it can exert itself so as to influence

11  the redox state and produce impurities.

12          Alternative sources for influence might be derived,

13  for instance, the solubilization, wherein there might be

14  carryover components of a reductive nature.

15  Q.  Now, is there a relationship between that statement that we

16  have on the screen there and the lower limit of 2 millimolar

17  for the redox buffer strength?

18  A.  Yes.  I would attribute the need for the lower limit with

19  this sentence.

20  Q.  And does the patent disclose a maximum redox buffer

21  strength?

22  A.  There's -- the patent does, in a few places, list what's

23  something referred to as a effective maximum.  An example that

24  comes to mind would be on Page 14, column 10, wherein it lists,

25  at about Line 33, that the thiol buffer strength is effectively

Direct - Hart                                      143

1   bounded at a maximum of 100 millimolar.

2   Q.  What would happen if you went above a hundred millimolar?

3   A.  Well, if all components stayed in solution, then I believe

4   nothing adverse would happen at all.

5   Q.  Now, one of the things that may come up in this case is the

6   question of the order or sequence in which components are

7   added.

8        Have you ever done any work to look at the

9   significance of that in your process?

10  A.  Over the course of time doing refolding work at Amgen since

11  1996, I have investigated the order of operation a couple of

12  times myself with different proteins, and I'm aware that others

13  have as well.

14       The order of addition would be, in simple terms, you

15  know, the order at which a component is added.  And from my

16  experience, it is not, it was never identified as a significant

17  factor.

18  Q.  Why did you look at it?

19  A.  Because myself and others had devised hypotheses wherein it

20  could matter.  So the prudent response to that type of

21  hypothesis is usually to test.

22       But additionally, when developing processes for

23  manufacturing environment, it is necessary to understand the

24  influences of various things.  And our manufacturing customers

25  often have very sound-based requests in order to facilitate and

Direct - Hart                              144

1    able efficient operations within their plant.  And so it is

2    desirable to have data-based answers as to whether or not

3    something can be done or not.

4    Q.   And to be clear, did you do actual experiments in terms of

5    investigating the effect of the order of addition?

6    A.   Yes.

7    Q.   What did you find?

8    A.   We found that there wasn't a significant effect.

9    Q.   Now, let's turn in the binder, please, to Tab 4, and we

10   should have there plaintiff's trial Exhibit 181.

11   A.   Yes.

12   Q.   And just looking at the first page, there's a reference in

13   the middle there to "Recovery of Biological Products XIII" and

14   then a date.

15            What is that referring to?

16   A.   The recovery of biological products is a scientific series,

17   arguably the premiere scientific series associated with the

18   purification of biological products.

19   Q.   Is that a series of conferences?

20   A.   A series of conferences where all participants are invited.

21   Q.   And what is the connotation of the fact that the

22   participants are invited?

23   A.   It's a very highly sought-after conference.  The program is

24   designed over a period of two years, and it usually is

25   delineating the most important work existing in the field and

1    attempting to direct work to meaningful and important new

2    areas.

3    Q.   And to be clear, you can't just go; someone has to ask you?

4    A.   You must be invited.

5    Q.   Now, did you go to this conference?

6    A.   I did.

7    Q.   Where was it?

8    A.   This conference was in Canada.  As I recall, it was Quebec

9    City, Canada.

10   Q.   And is this document a set of slides that Dr. Schultz

11   presented at that conference?

12   A.   Yes, it was.

13   Q.   And in the title there is a reference to a 1-ton microbial

14   protein process.

15           What is that about?

16   A.   Well, as the title implies, it is referring to a case

17   study, that would be an example or illustrative example of how

18   to develop a 1-ton.  1 ton in this case refers to the quantity

19   of product that a process could produce, most specifically

20   1,000 kilograms per batch, wherein the protein is produced in a

21   microbial protein process akin to what we've been describing

22   utilizing protein refolding.

23   Q.   Let's look at, please, Page 7 of this document.

24   A.   Yes.

25   Q.   And do you see at the top it says, "Clinical Process,

Direct - Hart                                    146

1   Initial Bottleneck Analysis"?

2          What is a bottleneck analysis in this context?

3   A.  The bottleneck, the word bottleneck is used metaphorically

4   to refer to, for instance, the neck of a bottle.  And the neck

5   of a bottle is the space that limits the rate at which a liquid

6   can be poured from a bottle.

7          So that word is used in this context in order to

8   identify at what point within the sequence of this process is

9   the overall productivity being limited by.

10  Q.  Now, were you involved in this analysis?

11  A.  I was involved with this analysis.

12  Q.  And what does it mean when it talks about facility fit

13  analysis?

14  A.  The facility fit analysis is an analysis wherein a facility

15  is not a theoretical concept but a very specific concept,

16  meaning that a given facility has exact equipment of exact

17  volumes so that when one is seeking to analyze the process

18  capability or the throughput of a process in the facility,

19  there will be necessarily bottlenecks or points at which the

20  existing infrastructure and equipment would limit the

21  throughput in the plant.

22  Q.  And what does it mean when it goes on in that same

23  statement to say "facility fit analysis revealed that the

24  refold volume was the limiting factor in all facilities"?

25  A.  The analysis identified the refold volume as the limiting

Direct - Hart                                    147

1    point in the process and specifically the volume of the tank

2    available to conduct the refolding.

3    Q.   And let's turn on, please, to Page 10 in Exhibit 181.

4         Dr. Hart, what are we looking at here?

5    A.   This is a graph that's comparing the productivity and cost

6    associated with a process, on the left, referred to as a

7    clinical process which utilized refolding technology prior to

8    or not utilizing the virtues of the '138 patent.

9         And the bar on the right is illustrating the cost and

10   the productivity of process which utilizes the '138 patent.

11   And that's what it shows.

12   Q.   And what does it mean when it says "improves productivity

13   greater than 75 percent"?

14   A.   That indicates that a given plant could produce 1.75 times

15   as much product in a given period of time.

16   Q.   And what does it mean when it says "decreases overhead

17   costs 40 percent"?

18   A.   That means that the fixed costs associated with operating

19   that plant, such as, for instance, manpower and appreciation

20   costs, taxes, et cetera, are all decreased relative to without

21   the improvement.

22   Q.   Now, I would like to look at one final document.  Could you

23   please turn to the last tab in the binder, and I hope there you

24   will find JTX088.

25   A.   Yes.

1    Q.  And is this an internal Amgen document?

2    A.  Yes, it is.

3    Q.  And it has your name on the front there?

4    A.  Yes, it does.

5    Q.  Now, let's turn, please, to Page 17 in this document.  Just

6    let me know when you've gotten there.

7    A.  Yes.

8    Q.  And the upper set of bullet points that are headed

9    "Molecular Oxygen and Trace Metals," to what is that referring?

10   A.  That's referring to a refold oxidation methodology

11   effectively akin to the process that I described having

12   invented at Genentech which utilizes oxygen and copper or

13   metals to facilitate oxidation.

14   Q.  Why does it say that that creates complicated engineering

15   and chemistry problem?

16   A.  The engineering problems would be relating to the need to

17   control the mixing within vessels and ensure that any gas

18   transfer within the system is well controlled.

19   Q.  And then after that it says, "Complicates scale-up and tech

20   transfer.

21           Can you explain scale-up in this context?

22   A.  Yes, I can.  Experiments are commonly conducted at

23   relatively small volumes so as to be an economical research

24   activity.

25           During the course of scaling up, we are transferring

1    that process into larger and larger volumes.  And in so doing,

2    we are proving that the process performs in the larger volumes.

3           The complication of the scale-up and tech transfer

4    derives from the lack of control and predictability associated

5    with the molecular oxygen trace metal approached.

6    Q.   And the lower part of the page that says "redox couple

7    anaerobic oxidation pathway," to what is that referring?

8    A.   That is referring to the refold methodology embodied in the

9    '138 patent.

10   Q.   What is the significance of the word anaerobic here?

11   A.   Anaerobic, as described in the patent, indicates the, a

12   lack of intentional provision of oxygen.

13   Q.   Let me turn on to Page 19, please.

14          And can you tell us what we find there?

15   A.   Those are mathematical relationships describing the redox

16   ratio on the top and the redox buffering strength on the

17   bottom.  They are the two equations that are described within

18   the '138 patent.

19   Q.   And let's turn now, please, to Page 21 and put that up on

20   the screen.

21          What are we looking at here, Doctor?

22   A.   This is a diagram that was composed by placement of

23   analytical results from experiments within a matrix where the

24   analytical results are positioned at a point corresponding to

25   the redox potential and the redox buffer strength associated

Direct - Hart                                    150

1    with the experiment.  And each of the analytical diagrams is

2    illustrating the quantity and number of species present within

3    the system.

4    Q.  I see one of them has a circle around it, the one right in

5    the middle.

6          Why is that circled?

7    A.  That's circled because that's the best condition.

8    Q.  What's best about it?

9    A.  Best is observable to, I believe, everybody.  There is a

10   single large peak in the center of the elution, and that peak

11   corresponds to the desired product, and it has minimized levels

12   of other species.

13   Q.  Does that peak represent the correctly refolded protein?

14   A.  That's correct.

15   Q.  And if we look above that, for example, we see ones with

16   multiple peaks; is that right?

17   A.  That's correct.

18   Q.  What do they represent?

19   A.  They represent the large number of misfolded species or

20   product variance that can be produced if one is not utilizing a

21   well-controlled system.

22   Q.  Now, is there a relationship between the information that

23   we're looking at here and the filing of what became the '138

24   patent?

25   A.  Could you rephrase the question?

Direct - Hart                    151

1   Q.  Yes.  How did it come about that Amgen decided to file an

2   application for what turned into the '138 patent?

3   A.  Oh.  Oh.  Well, in about 2008, end of 2008, 2009, I was

4   called to a meeting by my coinventors, and they were intending

5   to present this work externally, and they were asking about

6   what I thought of that.  And I advised them that we had never

7   shared these results externally before, and so I advised that

8   they should contact Amgen legal before taking the work

9   externally, and that is what initiated the activities resulting

10  in the '138 patent.

11  Q.  And this matrix of experimental results that we're looking

12  here, how does this pertain to the invention of the '138

13  patent?

14  A.  It pertains to the invention of the '138 patent in that it

15  clearly provides illustration and demonstration of the utility

16  for producing oxidized refoldings with optimized purity and

17  yield at high concentration.  And as one can see from the

18  graph, it provides evidence of the high degree of control and

19  predictability obtained when one follows the instructions as

20  specified.

21  Q.  Thank you.

22        That concludes my questions, Doctor.

23        THE COURT:  All right.  Cross.

24        MR. GOLOB:  Your Honor, if you don't mind, could I

25  take a restroom break?

Cross - Hart                    152

```
 1              THE COURT:  Yes, sir.  We'll take a five-minute break.

 2              MR. GOLOB:  That's plenty.

 3              THE COURT:  We'll be in recess for five minutes.

 4         (Recess at 2:57 p.m.)

 5         (Call to Order of the Court.)

 6              THE COURT:  Folks, please be seated.

 7              Dr. Hart, let me remind you that you're still under

 8    oath.  We will lectin with cross-examination.

 9              I will learn everybody's name before the end of this

10    trial.  It is just taking me a little while to put names with

11    faces, so bear with me.

12              MR. COBLENTZ:  Absolutely, Your Honor.  My name is

13    Blake Coblentz.  I'm here on behalf of the defendants.

14              May I proceed?

15              THE COURT:  You may, Mr. Coblentz.

16                        CROSS-EXAMINATION

17    BY MR. COBLENTZ:

18    Q.  Good afternoon, Dr. Hart.

19    A.  Good afternoon.

20    Q.  Now, I would first like you to turn to Tab 5 of your direct

21    examination binder.

22    A.  Yes.

23    Q.  And this is JTX88, and if we go to Page 17 --

24              And Your Honor, if we can get the screen switched

25    over?
```

Cross - Hart                                     153

```
 1              THE COURT:  You're switched.

 2              MR. COBLENTZ:  Thank you.

 3   BY MR. COBLENTZ:

 4   Q.  If we look at JTX88 on Page 7, I believe you testified on

 5   direct, and correct me if I'm wrong, that in the middle of the

 6   page, where it says "redox couple anaerobic oxidation pathway,"

 7   that was referring to the methodology in the '138 patent; is

 8   that correct?

 9   A.  Can you repeat the question, please?

10   Q.  Yes.  So here on JTX88, Page 17, I believe you testified on

11   direct that, in the middle of the page, where it's referring to

12   redox couple anaerobic oxidation pathway, you said that this

13   related to the '138 patent work; is that correct?

14   A.  That's correct.

15   Q.  Okay.  And the second bullet, under this redox couple

16   anaerobic oxidation pathway, says "Add all redox chemicals up

17   front."

18              Isn't that correct, Dr. Hart?

19   A.  It does.

20   Q.  Now, if we go to JTX88, Page 21 -- and I think it's on your

21   screen too, if it's easier.

22   A.  Yes.

23   Q.  Now, in your direct examination, you referred to this

24   graph; isn't that correct, Dr. Hart?

25   A.  Yes, I did.
```

Cross - Hart                                  154

1   Q.  And this particular graph, this redox screening graph, this

2   is not present anywhere in the '138 patent, is it, Dr. Hart?

3   A.  No, it's not.

4   Q.  Now I would like you to turn back to your, to Tab 1 in your

5   binder.  And Tab 1 is JTX1.

6   A.  Yes.

7   Q.  I would like you to look at the first page of JTX1.

8           And if we look the top right-hand corner, we see that

9   the date of the patent says February 10, 2015; isn't that

10  correct, Dr. Hart?

11  A.  That's correct.

12  Q.  And that would be the date that the '138 patent issued from

13  the Patent Office; is that correct?

14  A.  As I understand it.

15  Q.  Now, I believe on direct you said that you developed the

16  thiol-pair ratio equation and the redox buffer strength

17  equation in your work with lectin; is that correct?

18  A.  That's correct.

19  Q.  And that was in the time frame of 1997; is that correct?

20  A.  That's correct.

21  Q.  And you didn't publish those two equations as a part of

22  your work with lectin, did you, Dr. Hart?

23  A.  No.

24  Q.  And you didn't present those equations to any scientific

25  presentations at any conferences, did you, Dr. Hart?

Cross - Hart                                155

1    A.   No.

2    Q.   Those equations remained confidential at Amgen and was not

3    available to the public until the filing of the '138 patent; is

4    that correct, Dr. Hart?

5    A.   I believe that's true.

6    Q.   And Neulasta was approved by the FDA in 2002; is that

7    correct?

8    A.   I believe that's correct.

9    Q.   And you developed these equations in 1997; isn't that

10   correct?

11   A.   That's correct.

12   Q.   And despite Neulasta being FDA approved five years later,

13   Amgen didn't use your equations to refold the proteins in the

14   Neulasta product; isn't that correct?

15   A.   That's correct.

16   Q.   Now, if we go back to JTX1 and we look at Page 16, and if

17   we --

18        Mr. Mortonson, if you could blow up Example 3, down

19   where it starts around Line 50.

20        So if we look here in the example here, it says in the

21   first line, around Line 53, "In one experiment, a recombinant

22   protein comprising a plurality of polypeptides joined to an Fc

23   moiety was expressed in E.coli as an intercellular soluble

24   peptide chain, lysed from harvested and washed cells, isolated

25   from the lysate by affinity chromatography, and then refolded

1   at a concentration of approximately 12 grams per liter, as

2   described herein"; isn't that correct?

3   A.  That's correct.

4   Q.  And so for the reader of this patent, the only identifier

5   of the protein that was being refolded here was a recombinant

6   protein comprising a plurality of polypeptides joined to an Fc

7   moiety; isn't that correct?

8   A.  That's correct.

9   Q.  And I believe you said that this particular protein was the

10  AMG 719 protein; isn't that correct?

11  A.  That's correct.

12  Q.  But that AMG 719 nomenclature appears nowhere in the '138

13  patent; isn't that correct, Dr. Hart?

14  A.  I believe that's correct.

15  Q.  And that's an internal designation at Amgen; isn't that

16  correct?

17  A.  That's correct.  But the AMG designation is a coding system

18  that's used for presentation at external sources as well.

19  Q.  Correct.  But the AMG 719 was never included within the

20  '138 patent; isn't that correct, Dr. Hart?

21  A.  I believe the name AMG 719 is not present in the patent

22  description.

23  Q.  Now, if we go to Page 17 of JTX1.

24         And Mr. Mortonson, if you could please blow up Example

25  4 at around Line 30.

Cross - Hart                           157

1              And if we look at the first sentence here, I believe

2    you talked about this in your direct, that you said that the

3    protein that was being refolded here was a protein called AMG

4    745; is that correct?

5    A.  That's correct.

6    Q.  But the term AMG 745 never appears anywhere in the '138

7    patent; isn't that correct, Dr. Hart?

8    A.  That's correct.

9    Q.  Now, if we go to JTX1, Page 12, and if we specifically look

10   at right around Line 25 through 30 --

11   A.  Yes.

12   Q.  -- here, Dr. Hart, is the equation for buffer thiol-pair

13   ratio; isn't that correct?

14   A.  That's correct.

15   Q.  And you understand that the claim construction that was

16   adopted by the Court that requires, or requires that the

17   thiol-pair buffer strength is calculated in the redox

18   component; isn't that correct?

19   A.  Can you repeat your question?

20   Q.  You understand that the claim construction adopted by the

21   Court requires that the thiol-pair buffer strength be

22   calculated in the redox component; isn't that correct?

23   A.  That's as I understand it.

24   Q.  Now, if we go to column 6 here, right around Line 35, we

25   see the equation for redox buffer strength; isn't that correct?

1   A.  That's correct.

2   Q.  And it is your understanding, Dr. Hart, that the claim

3   construction adopted by the Court requires that the thiol-pair

4   buffer strength be calculated in the redox component; isn't

5   that correct?

6   A.  That's my understanding.

7   Q.  Now, I would like to go to Figure 1A, which is on JTX1 on

8   Page 2.  And if we look at the top of the graph here, Dr. Hart,

9   it says that this graph is referring to a redox buffer strength

10  of 5 millimolar; is that correct?

11  A.  That's correct.

12  Q.  And under the Court's construction, that 5 millimolar would

13  have been calculated in the redox component; isn't that

14  correct, Dr. Hart?

15  A.  Under the Court's construction.

16  Q.  Now, if we go to the next page, Page 3, this is Figure 1B.

17          If you look at the top of this graph, you see that

18  there's a redox buffer strength of 7.5 millimolar; isn't that

19  correct?

20  A.  That's correct.

21  Q.  And so that experiment that was run here was at this redox

22  buffer strength of 7.5 millimolar; isn't that correct?

23  A.  That's correct.

24  Q.  And again, under the Court's claim construction, a redox

25  buffer strength, that 7.5 millimolar, would have been

1   calculated in the redox component; isn't that correct?

2   A.   That's the Court's construction, but that would not be

3   aligned with the meaning of that label on this graph from the

4   data produced from laboratory experiments included with the

5   patent application at the time of submission.

6   Q.   But that is the redox buffer strength in the redox

7   component as it was construed by the Court, correct?

8   A.   I understand.  I'm just trying to clarify as a scientist

9   that this graph displays data, data obtained from experiments

10  that are specific, and the specific meaning of 7.5 millimeter

11  is associated not with the redox component as described by the

12  Court.

13  Q.   So are you saying that that's associated with the refold

14  mixture, Dr. Hart?

15  A.   That's correct.

16  Q.   So the 7.5 millimolar redox buffer strength that is in

17  Figure 1A and 1B, that's the calculation of the oxidants and

18  reductants in the refold mixture; is that correct?

19  A.   In the refold buffer.

20  Q.   In the refold buffer, correct?

21         Which is bigger, a bigger volume than the redox

22  component; isn't that correct?

23  A.   That's correct.

24  Q.   And that's the same redox buffer strength that is later

25  defined by the equation that we just looked at in the '138

Cross - Hart                                              160

1   patent; isn't that correct?

2   A.   That's correct.

3   Q.   Now, I would like you to look at Figures 1D, 1E, and 1F,

4   which is on Page 5, 6, and 7.

5        Do you see where I'm at, Dr. Hart?

6   A.   I do.

7   Q.   Okay.  And what we see here is, in Figure 5 there is a

8   redox buffer strength of 12.5 millimolar.

9        Do you see that?

10  A.   Yes.

11  Q.   And in Figure 1E on Page 6, we see it's a redox buffer

12  strength of 15 millimolar; isn't that correct, Dr. Hart?

13  A.   That's correct.

14  Q.   And for Figure 1F on Page 7, it's a redox buffer strength

15  of 20 millimolar; isn't that correct, Dr. Hart?

16  A.   That's correct.

17  Q.   So of the figures from 1A through 1F, we have not seen any

18  redox buffer strength higher than 20 millimolar; isn't that

19  correct --

20  A.   That's correct.

21  Q.   -- Dr. Hart?

22        Now, I believe you testified on direct that a redox

23  buffer strength of over a hundred millimolar wouldn't have an

24  effect on the redox chemistry.  Is that a fair

25  characterization?

Cross - Hart                                      161

1   A.  I don't believe that it would unless some physical process

2   were to happen so as to change the composition relative to what

3   was intended.

4   Q.  But you haven't pointed to any experiments that you ran

5   that demonstrated that a redox buffer strength of over a

6   hundred millimolar would not affect the redox chemistry; isn't

7   that correct?

8   A.  That's correct.

9   Q.  And there's no experiments in the '138 patent that have a

10  redox buffer strength of over a hundred millimolar; isn't that

11  correct, Dr. Hart?

12  A.  That's correct.

13  Q.  Now, I would like to go to JTX1, Page 16.

14       And Mr. Mortonson, if you could blow up, in column 14,

15  Line 31 through 36.

16       And in here we see it says that, "The thiol-pair ratio

17  and redox buffer strength were determined using an experimental

18  matrix of thiol-pair ratio," and then in parentheses it says,

19  "0.1 to 100, more typically 1 to 25," end parentheses, "versus

20  buffer strength," and in parentheses it says, "typically

21  2 millimolar to 20 millimolar, depending on the protein

22  concentration, the number of cysteine residues in the protein,

23  and the concentration of reductant used to solubilize the

24  inclusion bodies," end parentheses.

25       Do you see that?

Cross - Hart                                    162

1    A.  I do.

2    Q.  And when it talks about the redox buffer strength, it says,

3    "Typically 2 millimolar to 20 millimolar"; isn't that correct,

4    Dr. Hart?

5    A.  It is.

6    Q.  And it also says that, in developing a thiol-pair ratio and

7    a redox buffer strength, it depends on the number of cysteines

8    in the protein that you're trying to refold; isn't that

9    correct, Dr. Hart?

10   A.  It says that.

11   Q.  And it also depends on the protein concentration that, of

12   the protein that you're trying to refold; isn't that correct,

13   Dr. Hart?

14   A.  It says that.

15   Q.  Now, Dr. Hart, the final thiol-pair ratio equation that we

16   looked at a little while ago in the '138 patent, that is

17   referring to the oxidant and the reductant that's being added

18   to the refold buffer; isn't that correct?

19   A.  That's being added to -- can you repeat the question?

20   Q.  Sure.  So if we look back at -- or let's look at Claim 1,

21   which is on Page 18 at column 17, about Line 47.  And if we

22   look at Element A, which starts around Line 49, and we move to

23   Line 50, is it has a final thiol-pair ratio.

24         Do you see that?

25   A.  I do.

Cross - Hart                                                  163

1    Q.  And that's referring to the oxidant and the reductant

2    that's being added to the refold buffer; is that correct?

3    A.  As the Court has construed the meaning, I believe that's

4    correct.

5    Q.  And if we look at the redox buffer strength, those listed

6    in Claim 1, that's the amount of oxidant and reductant that is

7    in the refold buffer; is that correct, Dr. Hart?

8    A.  I believe the final thiol-pairs ratio and redox buffer

9    strength values are applied to the same volume as construed by

10   the Court.

11   Q.  And that would be in the refold buffer, according to you,

12   Dr. Hart?

13   A.  I believe that the Court construed it to be the redox

14   component.  Right.

15   Q.  So I'm asking for your opinion as an inventor of this

16   patent.

17        Do you believe that it should be in the refold buffer

18   or the redox component?

19   A.  The data graphs that describe the results that we returned

20   to before, that illustrate the procedure, those were obtained

21   using numbers that were applied to the refold mixture.

22        I would point, though, if one were to control the

23   volumes in concentrations of redox component as well as the

24   associated degree of dilution into a refold mixture, that the

25   end result would be the same.

Cross - Hart                              164

1  Q.  Now, I believe you testified on direct that the order of

2  addition of oxidant and reductant added is not a particularly

3  important factor in protein refolding; is that correct?

4  A.  Can you repeat?

5  Q.  Sure.  The order of addition of the oxidant and the

6  reductant is not an important factor in protein refolding; is

7  that your opinion?

8  A.  In my opinion, from my prior experience of order of

9  addition, I would conclude that it was not a significant

10 factor.

11 Q.  You didn't do any order of addition experiments with

12 oxidants and reductants with the filgrastim protein; isn't that

13 correct?

14 A.  Not with the filgrastim protein.

15 Q.  And you didn't point to any data today that showed your

16 order of addition experiments; isn't that correct?

17 A.  That's correct.

18        I did, however, do order of addition experiments with

19 lectin in 1997.

20 Q.  But you didn't point to any data that showed the results of

21 those experiments; isn't that correct, Dr. Hart?

22 A.  I did not.

23        MR. COBLENTZ:  I'll pass the witness.

24        THE COURT:  All right.

25        MR. GROOMBRIDGE:  No redirect, Your Honor.

```
 1              THE COURT:  Mr. Groombridge, any further questions?

 2              MR. GROOMBRIDGE:  No, Your Honor.  No further

 3   questions.

 4              THE COURT:  All right.  Thank you, Dr. Hart.  You may

 5   step down.

 6       (Witness was excused.)

 7              MR. GROOMBRIDGE:  And, Your Honor, plaintiff's next

 8   witness will be Dr. Richard Willson, and my partner Ms. Wu will

 9   being presenting this witness.

10              THE COURT:  Okay.

11              MS. WU:  Good afternoon, Your Honor.  My name is

12   Jennifer Wu.

13              May I present from the slide area over here?

14              THE COURT:  Yes.  Certainly.

15              MS. WU:  Thank you, Your Honor.

16              THE COURT:  Dr. Willson, if you would remain standing,

17   please.  Raise your right hand.

18              RICHARD WILLSON, PLAINTIFF'S WITNESS, SWORN

19              THE COURT:  All right.  Would you please be seated.

20   And please -- after you've had a chance to pour some water,

21   please give us your name and spell your last name for the

22   record.

23              THE WITNESS:  My name is Richard Willson, with two Ls,

24   W-I-L-L-S-O-N.

25              THE COURT:  Ms. Wu, you may inquire.
```

```
 1            MS. WU:  Thank you, Your Honor.
 2                     DIRECT EXAMINATION
 3   BY MS. WU:
 4   Q.  Good afternoon, Dr. Willson.
 5   A.  Good afternoon.
 6   Q.  What do you do by way of professional employment?
 7   A.  I'm a professor at the University of Houston.  More
 8   specifically, I'm the Huffington-Woestemeyer professor of
 9   chemical and biomolecular engineering and biochemistry.
10   Q.  Would you please tell the Court in more detail about the
11   nature of your responsibilities there?
12   A.  I teach classes, I do some administrative work, and I do,
13   principally I do research.
14   Q.  If could you turn to the first binder of the rather large
15   two binders in front of you to Tab 1, DTX005.
16            Is this your CV?
17   A.  It is.
18   Q.  And could you tell me about your education, beginning in
19   college?
20   A.  I did a bachelor's in chemical engineering at Caltech in
21   Pasadena, California.  I studied in chemical engineering, but I
22   was also quite interested in biology and medicine.  I had
23   contemplated going to medical school.  So I took quite a number
24   of biology classes.  I also had the pleasure of taking the
25   first biochemical engineering class offered at Caltech by Jay
```

1    Bailey.

2              And then I stayed and did a --

3    Q.  Can you just explain who Jay Bailey is?

4    A.  Oh, I'm sorry.  Jay Bailey was Dr.  Hart's Ph.D. advisory

5    and a seminal figure in biochemical engineering in the United

6    States.

7              I stayed and did a master's in chemical engineering at

8    Caltech, and then I moved to Cambridge, Massachusetts and did a

9    Ph.D. in chemical engineering, with a biochemical engineering

10   focus and a minor in microbiology.

11             After that, I was a postdoctoral fellow in the

12   laboratory of Jonathan King in the department of biology also

13   at MIT.

14   Q.  When did you start studying protein refolding, binding, and

15   purification?

16   A.  I think I was among the first engineers to take it

17   seriously.  The molecular biologists had done miracles during

18   the time that I was in high school and college in early

19   graduate school.  It was clear that there was going to be a

20   tremendous new advancement of industry and medicine and that it

21   would be possible to make very, very valuable human proteins

22   and other medicines in other organisms than humans.

23             And it also became known, and there were pictures in

24   leading scientific journals showing these blobs, which were

25   incredibly valuable medicines in a misfolded, insoluble, and

Direct - Willson                                     168

1   useless form.

2           So I asked a famous protein structural biologist at

3   MIT one day if he knew much about this protein folding thing,

4   because I thought the engineers would get interested in it, and

5   he referred me to Jonathan King.  He said, "John King is the

6   only person on our campus who seems to think, take protein

7   folding very seriously, and you should go and see him."  That

8   was in 1985 or 1986.

9   Q.  Could you tell us about what you did after your time at

10  MIT?

11  A.  Sure.  I should say, from that time on, I started hanging

12  out with John King's group.  I went to their group meetings

13  for, like, a year or two, I would guess, and finally was a

14  postdoc with him.

15          After that, I moved to the University of Houston, and

16  I became an assistant professor and got my own lab and started

17  working on protein purification.

18          We did some protein folding, although it was not a

19  major area of the study, but we use it all of the time, and so

20  I'm fairly involved in that field.  And I've been there ever

21  since as my primary profession, with a variety of different

22  titles, but always doing largely the same things, with a brief

23  foray into administration.

24  Q.  Have you published scientific papers in the area of protein

25  refolding, binding, and purification?

Direct - Willson                                    169

1  A.   Yes, I have.

2  Q.   How many scientific papers have you published in your

3  career?

4  A.   Roughly 110.

5  Q.   And how many of them relate to protein refolding, binding,

6  and purification?

7  A.   The great majority.

8  Q.   Have you been involved in protein refolding, binding, and

9  purification in industry and consulting?

10 A.   Yes.  I have consulted for several different companies that

11 were involved in -- I mean yes, in that broad category, I've

12 consulted with perhaps six companies in that range, including

13 two that were making PEGylated pharmaceuticals and I think two

14 that were doing refolding.  One of them is old enough, I'm not

15 quite sure.

16       I also was the founding chief technology officer of a

17 small company that grew to about 25 people and had its own

18 labs, and I was in charge of the production of certain enzymes

19 that we needed.  They were key, absolutely key to what we were

20 doing, and those were made in E. coli and needed to be

21 refolded, and that operation reported to me.

22 Q.   You mentioned PEGylated pharmaceuticals.

23       What does it mean to have a PEGylated pharmaceutical?

24 A.   So PEG is an acronym for polyethylene gylcol.  It is a

25 long, water-soluble polymer chain, quite biocompatible, very

Direct - Willson                                          170

1   tolerable by the human system.  And one can attach that to a

2   whole variety of things, to suppress interactions, to block

3   them, to make a molecule bigger so it won't go out, things like

4   that.

5   Q.  Are you involved in any conferences in the area of protein

6   refolding, binding, or purification?

7   A.  Yes, quite.  I have been an organizer at one time or

8   another, and sometimes more than once of most of the major

9   conferences in the area.  The recovery of biological products

10  conference, which was mentioned a moment ago, I've been an

11  organizer of.  The Affinity Conference, a thing called

12  bio-partitioning and purification, I'm on the current and last

13  scientific committees.

14          I've been the so-called area coordinator for

15  downstream processing.  Downstream processing means everything

16  you do after you finish drilling the cells.  The area

17  coordinator for that, for a couple -- the most, the two most

18  recent programming activities for the annual meeting of the

19  American Chemical Society's division of biochemical technology.

20  I'm sorry that was so long, but that is the largest single

21  American meeting in this area.  And I've been a speaker at all

22  of those meetings as well.

23  Q.  Are you member of any professional societies?

24  A.  I'm a member of the American Institute of Chemical

25  Engineers.  I'm fellow of the American Association for the

Direct - Willson                                171

1  Advancement of Science, and the American -- I'm on the --

2  fellow of the American Institute for Medical and Biological

3  Engineering, I'm a fellow of the American Chemical Society, and

4  I was recently elected to the National Academy of Inventors.

5  Q.  Congratulations.

6  A.  Thank you.

7           MS. WU:  At this point, Your Honor, I would like to

8  offer Dr. Willson as an expert in the field of protein

9  refolding, binding, and purification.  We have conferred with

10  Apotex's counsel, and they have no objection.

11          THE COURT:  All right.  The Court will recognize the

12  witness as an expert in that field, and you may render opinions

13  in that field.

14          MS. WU:  Thank you, Your Honor.

15  BY MS. WU:

16  Q.  Dr. Willson, what is your role in this lawsuit?

17  A.  I've been asked to evaluate the relationship of the Apotex

18  technology to the '138 patent.

19  Q.  And have you been retained by Amgen in that role?

20  A.  I have been retained by Amgen in that role.

21  Q.  Have you looked into whether there's infringement by Apotex

22  with respect to its process for manufacturing filgrastim as

23  compared to the '138 patent asserted claims?

24  A.  I have.  And I believe there is infringement.

25  Q.  Have you also looked into whether there's infringement by

Direct - Willson                                    172

1    Apotex with respect to its manufacturing process for

2    pegfilgrastim as compared to the asserted claims of the '138

3    patent?

4    A.   I have.  And I believe there's infringement.

5    Q.   Have you prepared a set of slides to help us understand

6    your opinions?

7    A.   I have.

8         MS. WU:  Mr. Weir, if I could ask you to put those on

9    the screen.

10   Q.   Could you tell us generally what the Amgen patent, the '138

11   patent is about?

12   A.   It is very difficult to follow Roger Hart on this topic,

13   but the Amgen patent is about improved methods of redox

14   refolding of proteins expressed in a non-mammalian cell -- that

15   would typically be a bacterial cell that could be used -- with

16   the goal of restoring those proteins to their functional active

17   shape and structure, also called refolding or renaturation.

18   Q.   We've been through some of those concepts today, but

19   perhaps we could go through the tutorial that you prepared in

20   as much detail as the Court would like.

21   A.   Certainly.

22   Q.   So what are we looking at here?

23   A.   So this is an illustration of a human cell in part to

24   remind us the real reason we're here today is that between 20

25   and 30 years ago a revolution in biotechnology got started when

Direct - Willson                                173

1    the ability to sequence DNA, to read human DNA code, to

2    synthesize it, to move it around, and to put it into other

3    organisms became a reality.  And that's really what's written

4    driven this enormous revolution in biotechnology and

5    biotechnology-derived medicines.

6          This picture also illustrates that a human cell is a

7    rather complicated object, with a nucleus, and it is rather

8    large, and it's a rather sophisticated kind of cell.  As we

9    heard earlier, in addition to being sophisticated, it is kind

10   of delicate.  It is used to living inside of a human.  And the

11   human body takes care of acidity, wastes, food, et cetera.  It

12   is meant to grow slowly.  Rapidly growing human cells are

13   cancer.

14         And so there's a tremendous advantage to moving the

15   DNA encoding, that is telling how to make a protein, out of the

16   human cell and into a simpler organism that you grow quickly

17   and in large quantities, but that simpler cell may not be quite

18   so sophisticated and may not do so well.

19         To get back to the fundamentals, so the letters in

20   DNA, the As and Ts and Gs and Cs, encode, they specify the

21   order of the little building blocks of a protein called amino

22   acids.  And you read the DNA letters in groups of three, and

23   each of those groups of three specifies what amino acid goes in

24   at a particular point.

25   Q.  Could you just -- to orient us in relation to the language

Direct - Willson                                    174

1    of the patent, what in this diagram is a mammalian cell?

2    A.   So humans are mammals, and so human cells, of course, are

3    mammalian cells.   We don't commonly make proteins in cultured

4    human cells.   It can be done.   But we often use a variety of

5    other types of cells of baby hamster kidney, there are green

6    monkey cells, and famously there are the Chinese hamster ovary

7    cells, which turn out to be quite well behaved for mammalian

8    cells and are widely used.

9    Q.   You had mentioned simpler cells earlier today, and could

10   you describe what that means?

11   A.   The simpler cells typically in a sort of biotechnology

12   utility context means bacteria or yeast, and those are easy to

13   grow.

14          I mean, my wife made some ginger beer recently.   We've

15   never been brewers at all, but, you know, the yeast behaved

16   pretty well.   Or, you know, if I find some milk in the fridge

17   that I have left lying around too long, after I opened it,

18   bacteria may well have gotten in there.   So simpler cells like

19   bacteria and yeast are relatively much easier to grow.

20   Q.   Are those non-mammalian cells?

21   A.   Correct.   Yeast and bacteria and specifically E. coli

22   bacteria, which are important here, are non-mammalian cells.

23   Q.   Many of us recognize E. coli as something that's bad, that

24   taints food.

25          Could you describe what the relationship is between

Direct - Willson                           175

1    what we, what people know about E.coli and the E. coli that

2    we'll be talking about in this case here?

3    A.   Absolutely.   There are toxin-producing E. coli, which make

4    people terribly sick.   There was a famous outbreak of

5    toxin-producing E. coli in Jack in the Box hamburger chains,

6    which caused enormous trouble.

7         And this actually dates back to the biotechnology

8    revolution.  This concern actually dates back to the original

9    biotechnology revolution.  The idea of putting human DNA,

10   specifically human insulin, was contemplated because we needed

11   to make a lot of insulin for diabetics.  The idea of conferring

12   upon E.coli, an organism that normally lives in the human gut,

13   the ability to make insulin which regulates human blood sugar

14   was one of many very substantial concerns about:  Are we going

15   to make an organism that can now kill people by hypoglycemia?

16        And so there was a famous conference at Asilomar to

17   consider the potential risks and benefits, and a wide variety

18   of restrictions, rules, and voluntary behavioral codes was

19   adopted, including, among other things, the fact that, for

20   biotechnology manufacturing, we would only use a kind of E.coli

21   that is selected not to survive in the human gut.  So there are

22   a variety of these kinds of biological controls.

23        In addition, you can't dump them down the sewer or

24   send them out.  You have to kill them before you dump them.

25   Q.   Let's go to the next slide.

Direct - Willson                          176

1          What are we looking at here?

2    A.   So these are the levels of protein structure.  I alluded a

3    moment ago to DNA directly encoding the order of the amino

4    acids.  Those are the individual little building blocks in the

5    protein.

6          And then there can be a -- the formation of local

7    structure.  Maybe 10 or 20 amino acids might form, for example,

8    a helix, like as is shown in the middle panel under secondary

9    structure, or a ribbon thing, like a beta sheet.

10         G-CSF has a lot of alpha helix, like the red helical

11   structure.  And then the secondary structure elements and the

12   rest of the protein all fold directly into a three-dimensional

13   structure, and it's both necessary and remarkable that that

14   happens.

15         Most proteins are critically dependent upon the

16   formation of a rather specific three-dimensional structure for

17   their function.  G-CSF is an example.  It is a kind of lock

18   which must interact with the receptor -- sorry, it's the kind

19   of key which must interact with a receptor lock.  And if the

20   shape isn't right, it doesn't work.

21         And the remarkable thing is that, you know, in the

22   human, which makes many proteins, if you have millions of such

23   molecules, the great majority of them will make it to the

24   correctly folded structure.

25   Q.   Dr. Willson, if I could just pause you for a second.  If

Direct - Willson                          177

1    you could please slow down, I think that would help us with the

2    court reporter.

3    A.   I apologize.

4    Q.   Is there a fourth structure that is associated with protein

5    structure?

6    A.   Yes.  There is a level called the quaternary structure,

7    which relates to the association of more than one chain into an

8    assemblage.  Human hemoglobin, the oxygen carrying protein in

9    blood that makes blood red, has four chains of two types, and

10   it has a quaternary structure.  G-CSF is a single chain.  It

11   does not have a quaternary structure.

12   Q.   What is the significance of the folded shape of a protein?

13   A.   For many proteins, shape confers function.  In many cases,

14   they must interact with something else, and that something else

15   has a complementary shape, the lock and key analogy or a

16   handshake.  And if one of the partners is the wrong shape, it

17   just won't work; that interaction does not occur correctly, and

18   so the protein is not functional.

19   Q.   Have you prepared the animation that shows the, that shows

20   correct protein folding?

21   A.   Yes, this is an animation that shows that.  And

22   specifically it shows an illustration of the G-CSF structure

23   and the formation of what are called disulfide bridges, which

24   we will talk about a little later.

25           G-CSF has five cysteine amino acids, and these have

Direct - Willson                           178

1   the special property of being able to chemically bridge to

2   other cysteine amino acids to form what are called disulfide

3   bridges.  And the correct formation of those is a major aspect

4   of the '138 technology.

5   Q.  What is the significance of the disulfide bridges in this

6   diagram?

7   A.  These are an illustration of correct pairing of the

8   cysteines to form the correct two disulfides in G-CSF.  It is,

9   as was mentioned earlier, quite possible to have the wrong

10  pairing.  And wrong pairing confers wrong structure and lack of

11  function.

12  Q.  What are we looking at here?

13  A.  Is this is a, this is the flattened-out representation of

14  G-CSF on the left side correctly folded and on the right side

15  one of the many ways that it could be incorrectly folded,

16  showing wrong disulfide bonding.

17        I should note that amino acids come in several

18  flavors, but we'll talk about only three today, I think.  One

19  is cysteines that can form disulfide bonds.  One is greasy

20  hydrophobic things that aren't very soluble in water.  And in

21  the correct folding of a protein, those end up in the middle.

22  They're away from the water.  In fact, some people speak of the

23  oil-drop model of a protein structure.  And then the other kind

24  are the polar water-soluble ones with charges and oxygens.

25  They look like ethanol.  They look like acetic acid, and they

Direct - Willson                                    179

1    end up on the outside.

2           So in correctly folded structure, the grease is in the

3    middle and the polar water-loving ones are on the outside, and

4    water is happy to see is that.  It sees the things it likes,

5    charges and stuff that looks like ethanol.

6           In incorrectly folded, two different bad things can

7    happen.  One is that the grease can be exposed.  It is not well

8    buried in the middle, and the greasy parts of two different

9    protein molecules can interact with each other.  In a quest to

10   bury the grease away from the water, they may turn to each

11   other.

12          And also the disulfide bonds can be wrong not only

13   inside a protein but between protein molecules, and so you can

14   form a large aggregate called an inclusion body, which we'll

15   see soon, and that can be held together both by greasy

16   interactions and by disulfides.

17   Q.  What is the impact of folding on the function of a protein?

18   A.  The great majority of proteins must be correctly folded.

19   And, in fact, if we start with an inclusion body and

20   incorrectly folded protein made, for example, in E.coli, as

21   somebody once pointed out to me, that only has nutritional

22   value; and if you fold it correctly, you may have a valuable

23   medicine.

24          An analogy is the white of a hard-boiled egg.  The

25   proteins in the white of a hard-boiled egg are, all of the

1    atoms and bonds are there correctly.  It's just that it's

2    misfolded and become insoluble.  And it is actually possible to

3    refold the protein from a hard-boiled egg white.

4         But there's an enormous difference between correctly

5    folded and misfolded.

6    Q.  Let's take a look at another animation that you've

7    prepared.

8         What does this show?

9    A.  So this shows the process of getting a piece of bacterial

10   DNA and cutting it open and putting in a piece of human DNA or

11   a piece of DNA encoding the human protein and putting that into

12   the bacterium.  And an important -- and you can grow the

13   bacteria easily.  It's kind of scary they way they come up, but

14   they grow very well.

15        It is important to note that the genetic code, that is

16   the way that DNA is decoded into protein, is largely identical

17   between humans and E. coli, and so you can do what I just

18   described.  You can take a piece of human DNA and put it in,

19   and it will often work.  You can sometimes fine-tune a bit.

20   But, in general, you can move a human DNA into E. coli and make

21   human proteins.

22   Q.  What happens next?

23   A.  Well, in many cases, you'll get the synthesis of the human

24   protein, but not the right shape.  You'll get misfolding.

25   Greasy parts will be exposed.  They'll stick together.  They'll

Direct - Willson                               181

1   form disulfide bonds between the different chains, and you'll

2   get this aggregated blobby object called an inclusion body.

3   And that will have, unfortunately frequently, your protein of

4   interest and a variety of contaminating proteins as well.

5   Q.   The composition of what's an inclusion body is an important

6   issue in this case, so could you describe in more detail what's

7   contained in inclusion bodies?

8   A.   Sure.   Inclusion bodies are usually mostly the protein of

9   interest.   There are always some contaminating proteins from

10  the host cell, that is, some E. coli proteins, for example.

11  There will often be a little bit of DNA.   And particularly on

12  the outside, there can be -- I'm sorry, I should say that a lot

13  of the stuff that gets put on them gets put on when you break

14  the cell open, and we're going to see an illustration of that

15  in a minute.

16          But the outer envelope, the outer membrane or the wall

17  of -- the outer skin, to use a less technical term, of E. coli

18  includes a lot of lipids, a lot of grease or buttery stuff, if

19  you like, and that will often get onto the outside of an

20  inclusion body when you break the E.coli open to liberate the

21  inclusion body.   And so there's frequently some surface

22  contamination on the outside of inclusion bodies of this greasy

23  stuff.

24  Q.   What happens next, after inclusion bodies are formed?

25  A.   Well, now you have your bacteria in a sort of dilute, in a

Direct - Willson                                    182

1   big liquid, commonly in a large fermentation vessel.  And so

2   you need to harvest them from there.  That can be done by

3   filtration, but is at least as commonly done by centrifugation,

4   where you -- this is small lab-scale centrifuge, but the right

5   illustration shows little particles in liquid, spin really

6   fast.  So if anybody's been on, you know, the variety of

7   amusement park rides, people are spun out to the side.

8           I have a daughter who weighs about a quarter as much

9   as I do, and if we ride this ride, she needs to be inside me so

10  I'm not spun out into her.

11          And so you can pellet or centrifuge down to the bottom

12  the E.coli bacteria.

13  Q.  And what is the result of centrifugation?

14  A.  It would look something like this, where you would start

15  with a turbid culture of bacteria.  And then after

16  centrifugation, down at the bottom, shown on the right, you

17  would have what is commonly called the pellet of the material

18  which has been centrifuged down to the bottom.

19  Q.  In the context of this process, what's contained in the

20  pellet?

21  A.  In the context of this process, the pellet would be the

22  E.coli bacteria containing the inclusion bodies of G-CSF.

23  Q.  What happens next?

24  A.  Now you want to get them out of the E.coli, so you break

25  them open, by usually some rather tough mechanical treatments.

Direct - Willson                                    183

1  You use further centrifugation to harvest the inclusion bodies.

2  And then commonly you would wash them.

3       One way to wash, as is done in the Apotex process, is

4  to take the inclusion body pellet, add about nine times its

5  volume of buffer or water or chemicals of some sort, mix it up

6  to wash the inclusion bodies, centrifuge them again, pour off

7  the liquid containing the stuff that got washed off, and do

8  that three more times for a, four cycles of washing to get off

9  the stuff that might be stuck on the outside of the inclusion

10 bodies.

11 Q.  What's left after washing?

12 A.  What's left will be an inclusion body of, in this case,

13 G-CSF protein, largely or completely denatured and aggregated

14 together, held together by greasy interactions that wouldn't

15 happen between correctly folded proteins, held together by

16 disulfide bonds that wouldn't happen between correctly folded

17 proteins, some E.coli proteins contained inside that got

18 caught, and then some pretty limited amount, perhaps quite

19 limited, after all that washing, of other contaminates like DNA

20 or lipids.

21 Q.  What happens next?

22 A.  Well, now you have these little rocks of inclusion bodies,

23 so you want to dissolve them up so that you can try to refold

24 them.  They failed to fold correctly the first time, and so the

25 '138 technology is all about giving them another chance.

1          And so the first thing to do is to solubilize the

2    inclusion bodies, make them dissolvable in water by adding

3    certain chemicals including agents that break disulfide bonds

4    by reducing them -- we'll talk about that chemical term

5    later -- but that break the disulfide bonds so that the

6    inclusion bodies can melt out into the individual chains.

7          And after that, they're sitting soluble in the

8    solubilization chemicals.  They're not correctly folded.

9    They're sort of not structured much at all.  On the other hand,

10   they're no longer an insoluble rock.

11   Q.  What happens next?

12   A.  Well, then this is the trick, and this is the teaching and

13   the advantage of the '138 technology.  Then you have to do some

14   quite clever things to refold the protein back to its actual

15   correct functional structure.  And the '138 technology

16   especially focuses on the aspect of controlling the reducing

17   and oxidizing environment so that the disulfide bonds get

18   formed correctly.

19   Q.  What's the significance of the green liquid on this

20   illustration?

21   A.  The green liquid is -- and I don't mean the green cysteines

22   and the green disulfide bonds.  Those are the good ones.  And

23   the red dot is a cysteine that doesn't participate in a

24   disulfide bond.  The green liquid is meant to be my signal for

25   redox chemicals acting on something.  And it occurs more than

Direct - Willson                               185

1   once in this presentation.

2   Q.  Could you describe what redox means?

3   A.  So redox is short for reduction and oxidation, and it's, as

4   Dr. Hart mentioned, the transfer of electrons.  You know, the

5   resemblance to the name oxygen is no coincidence.

6          One wonderfully relevant example is hair perms,

7   getting a permanent wave in your hair.  Hair is mostly made of

8   a protein called keratin, and that is held in shape by lots and

9   lots of disulfide bonds that are shown in the far left here,

10  the SSs.  And those can be reduced, that is, broken by some

11  redox chemistry, so that the hair is no longer held

12  strengthened, held in a particular shape by all those disulfide

13  bonds.  Then you can curl it into whatever shape you want, or

14  you can straighten it.

15         And so on the third, in the third yellow object,

16  that's the hair strand after it has been curled, and it doesn't

17  resist that, it doesn't spring back, because we've reduced its

18  stiffness by taking out all of the disulfide bonds.  And then

19  once we have it in the shape we like, we can freeze it back in

20  that shape by reforming a new, different set of disulfide bonds

21  that hold it in the new desired shape.

22         I should note that the redox chemicals are the reason

23  that many hair salons smell kind of funny.

24  Q.  What are we looking at here?

25  A.  So this is the real nitty-gritty of reduction and

Direct - Willson                            186

 1   oxidation.  We don't need to go into any huge detail, and

 2   Dr. Hart already mentioned it, but I want to emphasize that

 3   this really is a transfer of electrons that's involved.  And in

 4   oxidation, an atom loses an electron.  And the opposite

 5   pathway, reduction, really is the opposite pathway in which an

 6   atom gains an electron.

 7          And I want to note that there have to be partners.

 8   That is, an atom cannot simply spontaneously lose an electron.

 9   It has to have a partner to transfer it to and vice versa.

10   Q.  What are you showing on this slide?

11   A.  So this is the last of the sort of redox chemistry details,

12   but this is the one we care the most about here.  So this shows

13   the formation of a disulfide bond from two cysteines.  The HSs

14   or SH groups, those are the cysteine amino acid in a protein.

15   And it starts out in the reduced form, the free thiols.  Those

16   SHs are called thiols, and we'll hear about those later.

17          And then there's an oxidation process to make the

18   oxidized disulfide form, the S-bond-S bridge.

19          And then I've shown the two electrons, the E minuses,

20   just to emphasize that there are these electrons that have to

21   go somewhere.  And then there's usually a proton, which is a,

22   you know, sort of the essence of acid that floats around in

23   water, which carried with to balance out the charge of the

24   electron.

25   Q.  What is shown here?

Direct - Willson                        187

1   A.  So this is the flattened-out illustration of the structure

2   of G-CSF with the various amino acids numbered.

3        If we start with the green disulfide bond on the far

4   right, which is above the elements, the farthest right thing is

5   a box that says "Disulfide Bond," and it points to one

6   disulfide bond.

7        And if I direct your attention just a little bit above

8   that, you'll see "NH" and "PEG."  And that reminds me to tell

9   you that that's the so-called N-terminus of the molecule.  And

10  that is where pegfilgrastim has the polyethylene glycol

11  attached.

12       And if you trace around all the way to the other end

13  or just jump down near the other green box, you'll see the

14  COOH.  That's the other end, called the C-terminus.

15       Returning to the sulfides -- so there are two correct,

16  those disulfides here, and then there's the first cysteine, SH,

17  the red box, unpaired.  That's correct for correctly folded

18  G-CSF, but it is a thing that could easily give trouble in the

19  oxidated or the redox refolding of this protein.

20       So this molecule, assuming the 3-D structure was

21  right, would be the active form of G-CSF.

22  Q.  With that technical background, I would like to move

23  forward and talk briefly about the '138 patent.

24       THE COURT:  Why don't we take that second break now.

25  We'll take a ten-minute break, and then we'll resume.

Direct - Willson                              188

1            MS. WU:  Thank you.

2         (Recess at 4:02 p.m.)

3         (Call to Order of the Court.)

4            THE COURT:  All right, folks, please be seated.

5            Dr. Willson, once again, I remind you that you're

6    still under oath.  We will lectin with direct examination by

7    Ms. Wu.

8            MS. WU:  Thank you, Your Honor.

9            THE COURT:  You're welcome.

10   BY MS. WU:

11   Q.  Dr. Willson, when we left off, we were just about to talk

12   about the asserted '138 patent.  We've heard a lot about this

13   patent already.

14           So could you briefly describe for me what the patent

15   teaches?

16   A.  Yes.  This is a patent by Schultz, et al., including as an

17   inventor Roger Hart, whom we heard from a moment ago, titled

18   "Refolding Proteins Using a Chemically Controlled Redox State."

19           We've heard some background on this already, but I'll

20   just mention that the redox state is the degree of forcefulness

21   within -- with which the environment wants to make or unmake

22   disulfide bonds, I mean how much oxidizing power is available

23   or how much reducing power is available, and optimizing that is

24   very useful in protein folding.

25   Q.  What is the invention of the '138 patent?

Direct - Willson                                   189

1    A.   The invention is refolding proteins at higher

2    concentrations than the prior art, and teachings around how to

3    achieve that by paying attention to redox buffer strength and

4    thiol-pair ratio, both of which relate to the redox state of

5    the folding environment.

6    Q.   I think we'll come back to the thiol-pair ratio and redox

7    buffer strength calculations later.

8         Could you tell us what the problem was that was solved

9    by the invention of the '138 patent?

10   A.   The prior art taught folding proteins at very, very high

11   dilutions, at very low concentrations.  So a given amount of

12   protein would be put into a very large volume, which sounds

13   kind of dry until we think about what that might mean.

14        I met a guy once who told me that his company was

15   looking at building something that could be close to an

16   Olympic-sized swimming pool as a refold tank for their

17   production.  And that would have had to be made out of very

18   high quality 316 stainless steel.  It would have to be filled

19   with this expensive water for injection and all the chemicals.

20   And then, after the refill process, you would have to try to

21   recover the protein from a huge volume of very dilute stuff,

22   which is an expensive operation.  I mean, you know, there be

23   billons of dollars' worth of gold in the ocean but we don't

24   recover it because it's too dilute.

25   Q.   Why were large volumes required for protein refolding in

Direct - Willson                                    190

1   the prior art?

2   A.  Because in the process of refolding under less than optimal

3   conditions, proteins would tend to either misfold and/or stick

4   to each other and reaggregate.

5   Q.  Could you tell us what is described on slide 23 of your

6   presentation?

7   A.  This is an illustration of the prior art in which refolding

8   is done at very high delusions, at very low concentrations.

9   And of course, the illustration is a little artificial, but the

10  molecules are kept far way from one another so they don't make

11  mischief.  I heard somebody describe this as, when you've got a

12  bunch of kindergarteners, don't cram them close together, take

13  them to a big place and let them run around so they won't

14  interact.  And the same idea here, that proteins in refolding

15  can, if they bump into each other, if they're near each other,

16  can reaggregate and cause trouble.  So just giving them plenty,

17  plenty of room, so that they don't interact is a solution.

18  Q.  How do the '138 patent do things differently than the prior

19  art?

20  A.  So by attention to the redox environment, misfolding and

21  aggregation, which plagued the prior art, you can see it on the

22  left.  So this is misfolded protein, things sticking together,

23  forming these large aggregates, and settling down to the bottom

24  of the vessel.  I've seen this.  I mean, a protein in my lab

25  that we had worked quite hard to make, we set out to refold it

Direct - Willson                          191

1    and we got what looked like a snow globe, right?  You get

2    reaggregated particles that really will settle.  And it's quite

3    frustrating when the protein you've made turns back into a glob

4    like that.

5          There was an industrial process that was widely said

6    to have become commercial with a 7 percent refold yield.  That

7    is 93 percent of the protein went back into the globs and

8    settled to the bottom.

9    Q.  So just focusing on slide 24 for a second, what is the

10   significance of the circles on the left side and the right side

11   of this slide?

12   A.  Yes.  On the left side, where I've been focusing, that's

13   meant to show a lot of the protein that started out to try to

14   refold ending up back in the aggregated bodies, which are

15   misfolded and insoluble.

16         And then on the right side, the '138 patent, with the

17   color coding of the green representing a sort of a more

18   sophisticated redox environment, if you like, some aggregation,

19   not zero, but less aggregation.

20   Q.  How did the patent teach optimization of redox conditions?

21   A.  The principal teachings of the -- and I defer to the

22   inventor, who was on a moment ago.

23         But the principal teaching of the '138 patent are,

24   first, a very specific and quantitative focus on thiol buffer

25   strength and thiol-pair ratio chemistry and also really quite

Direct - Willson                                          192

```
1   previously overlooked interrelationship between those two.

2           So if you're trying to find an optimum in two

3   variables and they're not independent, and you change one and

4   you unwittingly mess up your optimization of the other, that

5   would be a quite inefficient way of optimizing the process.

6           And the '138 patent is sophisticated in that and

7   teaches a better way.

8   Q.  Does the '138 patent contain equations for calculating

9   thiol-pair ratios and redox buffer strengths?

10  A.  It does.

11  Q.  We'll talk about that in a second, but first I would like

12  to ask:  Were you here when Mr. McTigue gave his opening

13  statement this morning?

14  A.  Yes, I was.

15  Q.  And do you recall him saying that the calculation of

16  thiol-pair ratio, or TPR, and the calculation of redox buffer

17  strength, or RBS, was done in the refold mixture rather than

18  the redox component?  Do you recall that?

19  A.  I did hear him say that.  I was quite surprised.  That's

20  not as it was construed by the Court and not as I have done it.

21  Q.  Could you explain how you calculate redox buffer strength

22  as the '138 patent relates to Apotex's process?

23  A.  I applied the equations provided in the patent to the redox

24  component.

25  Q.  We'll look at those equations later, but I just wanted to
```

1   flag that point.

2           Now let's talk about Apotex's process for

3   manufacturing filgrastim.

4           Did you review Apotex's documents for filgrastim to

5   understand how Apotex manufactures that product?

6   A.  Yes, I did.

7   Q.  And do the binders sitting in front of you contain the

8   materials that you reviewed in order to understand that

9   process?

10  A.  Yes, they do.

11  Q.  Based on Apotex's materials for filgrastim, have you

12  reached an opinion as to whether or not Apotex's process for

13  manufacturing filgrastim infringes the asserted claims of the

14  '138 patent?

15  A.  Yes, I have.

16  Q.  Similarly, have you studied Apotex's process for

17  manufacturing pegfilgrastim?

18  A.  Yes, I have.

19  Q.  And did you review Apotex's documents for pegfilgrastim to

20  understand how their process works?

21  A.  Yes, I did.

22  Q.  Based on Apotex's materials for pegfilgrastim, have you

23  come to an opinion as to whether or not there is infringement

24  of the asserted claims of the '138 patent?

25  A.  Yes, I have.

Direct - Willson                                        194

1   Q.  And what is that opinion?

2   A.  My opinion is that the Apotex process infringes the

3   asserted claims in each case, both for filgrastim and for

4   pegfilgrastim processes.

5   Q.  Let's turn to Apotex's process for manufacturing

6   filgrastim, and I'm at slide 28 now.

7           I just would like to note that the slide contains

8   citations on the bottom right corner.  And for the record, if

9   you could just turn to JTX14 in your binder --

10  A.  Uh-huh.

11  Q.  -- Page 10.

12  A.  Okay.

13  Q.  Could you confirm for me whether what's shown on JTX14,

14  Page 10, is the same or similar to the diagram that's showed on

15  the left side of this slide 28?

16  A.  Yes, this is an accurate reproduction of the Apotex

17  document.

18  Q.  Now, we also have a citation on the slide 28 to JTX25.

19          Why is it that we have two citations for this slide?

20  A.  These would be for the -- and I risk standing corrected,

21  but I believe that's, as I recall, that it is because the

22  process for manufacturing filgrastim and the process for

23  manufacturing the pegfilgrastim critical intermediate, which

24  then receives a PEG molecule to make pegfilgrastim, are

25  identical.  It is the same process.

Direct - Willson                                      195

1    Q.  So if turn back to JTX14, is that Document JTX14 from

2    Apotex's BLA for pegfilgrastim?

3    A.  It is.

4    Q.  And if you turn to JTX25, is that a document from Apotex's

5    BLA for filgrastim?

6    A.  It is.

7    Q.  What does Page 10 of Apotex's filgrastim aBLA show?

8    A.  Page 10 again shows the process flow diagram that's on this

9    slide.

10   Q.  Okay.  With that understanding, could you tell us what is

11   shown on slide 28?

12   A.  Slide 28 is the beginning of a series of slides to

13   illustrate the steps of that process flow diagram, beginning

14   with a seed culture showing a modest number of E. coli,

15   definitely not to scale, growing in a shake flask.  And these

16   would be the E. coli which have been modified with the

17   gene-encoding human G-CSF.  That's the beginning of the

18   process.

19   Q.  And what process are you referring to?

20   A.  I'm sorry.  The process of manufacturing filgrastim either

21   as filgrastim drug substance or filgrastim as the filgrastim

22   critical intermediate for making pegfilgrastim.  They both

23   start this way and lectin this way throughout this entire page.

24   Q.  What happens next on slide 29?

25   A.  This is an illustration of growing those E. coli bacteria

Direct - Willson                                196

1   containing the gene for human G-CSF in a larger tank.

2            And there's a zoom-out that reminds us that these

3   bacteria contain, in the form of a little golden doughnut with

4   the red insert, a piece of DNA carrying the red human G-CSF

5   gene and thereby capable of making human G-CSF, which forms the

6   tumbleweed-looking inclusion body.  That's the aggregated

7   misfolded, held together by grease and wrong disulfide bonds

8   pellet or particle or aggregate of G-CSF inside the E. coli.

9   Q.  What happens next on slide 30?

10  A.  So you'll remember I showed a laboratory scale centrifuge a

11  little while ago and showed that you could, by centrifugal

12  forces, harvest E. coli bacteria out of a liquid.

13           This is actually industrial centrifuges for this

14  purpose.  They're large, expensive, complicated, sophisticated

15  machines roughly comparable to a Lamborghini in mechanical

16  complexity, and they are for harvesting the E. coli cells out

17  of the broth in which they've grown in the larger fermenter.

18  Q.  The results of this centrifugation is the pellets that we

19  looked at earlier?

20  A.  Yes, exactly.  And there's a liquid which then goes away,

21  and the pellets contain the interesting product.

22  Q.  What happens next on slide 31?

23  A.  So you remember I showed a picture a moment ago of E. coli

24  growing in the fermenter having DNA with a gene for the human

25  G-CSF and making inclusion body aggregates of human G-CSF.

Direct - Willson                              197

1              Well, those inclusion body aggregates of misfolded

2   human G-CSF is what we want.  And so to get at that, we break

3   open the cells by squeezing them through a tiny orifice under a

4   high pressure drop and shattering them, disrupting them.

5              The machines used actually originated in the dairy

6   industry.  This is what homogenized milk is.  You take the fat

7   globules and disrupt them down to such a small size they can't

8   go back together again to form cream.  And it turns out that if

9   you put E. coli through something like that, they get broken up

10  pretty well too.

11             So on the right there's the result of that process,

12  which would be three inclusion bodies and lots of random broken

13  parts of E.coli, which will include some proteins and also a

14  fair quantity of cell walls, cell membrane, greasy stuff from

15  the outside of the E.coli cell.

16  Q.  Okay.  What happens next on slide 32?

17  A.  In the process of cell disruption on the previous slide, it

18  is fairly common that some of the stuff, the shmootz from the

19  breaking up of the E.coli, will be end up adsorbed or absorbed

20  on the outside of the inclusion body.  So they get dirtier than

21  they actually were inside the E.coli.  They still have E.coli

22  proteins inside of them, but now they often get some amount,

23  which could be significant, of adsorbed lipids and sort of

24  fatty stuff from cell membranes and cell walls, et cetera.  And

25  so there is a wash process to try to wash that off.

Direct - Willson                    198

1   Q.  When you say wash process, for Apotex, how many washes does

2   Apotex do in its process?

3   A.  Apotex does one of what's called a buffer wash with

4   chemicals I'll tell you about in a second and three water

5   washes.  And each wash consists of taking the inclusion bodies

6   and mixing them up into what totals ten volumes, ten of their

7   volumes of liquid, and then settling them down again and

8   pouring off the liquid which contains the stuff that got washed

9   off of the inclusion body.

10          You know, it is three tenfold washes, which is a

11  pretty, it is an unusually thorough and aggressive wash.

12  Q.  Why is that?

13  A.  It is more than I have seen, and it also is -- it's more

14  aggressive than say the average to do both a buffer wash and

15  water wash.  It's two different chemical compositions.

16          The buffer wash done here uses EDTA, which is a

17  so-called chelator, which is a molecule that will bind and grab

18  to divalent -- so certain cations like magnesium and calcium --

19  and doing that would tend to destabilize certain kinds of stuff

20  that could contaminate inclusion bodies and assist washing

21  them.

22          And then there are three more washes with water after

23  that.

24  Q.  What is the result of the washed process, washing process?

25  A.  Heavily washed inclusion bodies, which will consist of

Direct - Willson                          199

1    G-CSF aggregated together, E.coli proteins that are associated

2    with and inside of that inclusion body, and a very small amount

3    potentially of lipids or DNA on the outside.

4           We have some other evidence that that number is quite

5    low, but it shouldn't be zero.

6    Q.  What are we looking at at slide 35?

7    A.  This is the rest of the story.  This is what happens after

8    you have your washed inclusion bodies.  And you'll see that at

9    the top center, the next step is IB, for inclusion body,

10   solubilization.  So that's the process of taking the inclusion

11   body aggregates and dissolving them.

12          And then the next step is the refolding process, which

13   is much of our interest here.

14          And then after that, there's long series of isolation

15   steps to try to remove the contaminants, almost all

16   contaminating proteins that would have been in the inclusion

17   bodies.

18          So all of the rest of those steps there are

19   principally oriented towards getting rid of E.coli proteins

20   that got into the inclusion body when it was being formed.

21   Q.  This block diagram that we're looking at on Page 35 of your

22   slides, is that found on JTX25 on Page 12?

23   A.  That's the citation.  Let me just confirm that.

24          Yes, it is.

25   Q.  What's the significance of the highlighted orange circle or

1  oval on this block diagram?

2  A.   Yes.   This slide is title "Apotex's process for

3  manufacturing filgrastim," in contrast to the process for

4  manufacturing pegfilgrastim.

5          And so this one ends with a product labeled filgrastim

6  DS.   And DS is drug substance.   That's ready to go but not in

7  individual dosage forms.   So, you know, one container of

8  incredibly precious material that needs to then go to fill and

9  finish to make dosage forms out of it.

10  Q.   Let's turn to Apotex's process for manufacturing

11  pegfilgrastim.

12          How is that different from the process for

13  manufacturing filgrastim?

14  A.   As you'll note, they're identical, except for the naming of

15  the final output.   I mean, it really is the same process.

16  Q.   Just to stop you for a second, slide 37 shows two block

17  diagrams.   One is the one that we just looked at from JTX25,

18  Page 12.

19          Is the one on the right for pegfilgrastim from JTX14,

20  Page 12?

21  A.   Let me just confirm that.

22          Yes, it is.

23  Q.   Could you lectin by telling us what the difference is

24  between the process for manufacturing Apotex's pegfilgrastim

25  versus Apotex's process for manufacturing filgrastim?

Direct - Willson                                        201

1  A.  Yes.  There is no difference, except in the way the final

2  product is named and then later used.

3        You'll see that on the left side the pegfilgrastim

4  manufacturing process, these steps are as they are for

5  filgrastim.  The inclusion body solubilization, the refolding,

6  which is, of course, of principal interest here, and then all

7  of the other steps to get rid of the contaminating E.coli and

8  proteins that were in the inclusion bodies.

9        And then finally the product is called filgrastim CI,

10 for filgrastim critical intermediate, because the processing is

11 not done yet.  It is an intermediate in the process of making

12 pegfilgrastim.  And we'll go on to further modifications.

13 Q.  What modifications are performed on the filgrastim critical

14 intermediate in the pegfilgrastim manufacturing process?

15 A.  The modification is the attachment of a PEG polymer chain,

16 PEG being polyethylene glycol.  And then there are several

17 steps to clean up molecules that were incorrectly or over or

18 not modified in the PEGylation.  And the result of that series

19 of steps is what's called PEGylated Apo-filgrastim drug

20 substance, as drug substance for filgrastim was the result of

21 the other process.

22 Q.  On slide 38, what illustrates the PEG moiety that you just

23 described?

24 A.  There are two structures in boxes on the right in yellow

25 frames, and they're attached to labeled points on the process

Direct - Willson                                202

1    flow diagram.  The first one is Apo-filgrastim critical

2    intermediate, which is identical to filgrastim drug substance,

3    and it is filgrastim.

4             Then after the PEGylation and cleanup, there is a

5    lower picture in the yellow box associated with the PEGylated

6    Apo-filgrastim drug substance, and that's the PEGylated version

7    of filgrastim, which has that long, squiggly line associated

8    with it which illustrates the polyethylene gylcol polymer

9    chain.

10   Q.  Could you confirm for me that the chart you see on slide 38

11   is found in JTX15 on Page 6?  I believe that would be Tab 10.

12   A.  Ten, yes.  Yes.  I confirm that.

13   Q.  In your opinion, what is the difference between the

14   filgrastim manufacturing process and the pegfilgrastim

15   manufacturing process?

16   A.  They're identical through to the point that correctly

17   folded and purified G-CSF protein is made.  That protein can be

18   called drug substance, filgrastim drug substance, if it is

19   ready to go out and be used, or exactly the same material can

20   be called filgrastim critical intermediate and subjected to

21   PEGylation to be turned into pegfilgrastim drug substance.

22   Q.  What is your opinion as to whether or not pegfilgrastim in

23   Apotex's process is materially changed from Apotex's filgrastim

24   in the context of this patent?

25   A.  In the context of this patent, I really don't think that it

Direct - Willson                                203

1    is materially changed.

2              I have the pleasure, actually, of knowing and actually

3    still do know Ed Merrill, who I believe was the first person to

4    suggest that PEG would be a valuable molecule for biomedical

5    applications.  He taught at MIT while I was there.

6              And, you know, one of the major issues, one of the

7    major features of PEG is that it's quite inert.

8              The other important thing to note is that, in the

9    context of this patent, the filgrastim is not substantially

10   modified by the attachment of the PEG.

11   Q.  What evidence did you rely on for your opinion?

12   A.  There is evidence in the literature -- I should note that

13   my lab PEGylates things not infrequently.  We also modify

14   proteins specifically at the N-terminus not infrequently

15   particularly because we think that doesn't make meaningful

16   changes in the protein.

17             But there is literature specifically about PEGylation

18   of filgrastim.  This is an extract from a paper by Molineux, a

19   rather well-known paper.

20   Q.  And is this paper found at JTX66 --

21   A.  Let me just confirm that.

22   Q.  -- that's cited on slide 40?

23             It will be Tab 23 of your first binder.

24   A.  Thank you.  It is.

25   Q.  How does this paper by Molineux support or not support your

Direct - Willson                                          204

1  opinion as to whether there is a material change between

2  Apotex's pegfilgrastim and its filgrastim?

3  A.  It strongly supports my conclusion that there is no

4  material change.  In the quotation here and the highlighting,

5  it reminds the reader that in doing PEGylation and

6  modification, in general, not solely in the case of filgrastim,

7  the great objective is to preserve the biological activity of

8  the molecule.

9  Q.  How do we know that?

10 A.  So this is a section extracted from the same paper.

11 Q.  You're referring to the portion clipped on slide 41?

12 A.  Yes, I am.  Sorry.  And that's, again, from the Molineux

13 paper, 2004, a very well-known paper.

14       And the quotation points out that pegfilgrastim

15 retains the same biological activity as filgrastim, binds to

16 the same G-CSF receptor, and stimulates the proliferation,

17 differentiation, and activation of neutrophils, which is the

18 action of filgrastim.

19 Q.  Why is it that pegfilgrastim retains the same biological

20 activity as filgrastim?

21 A.  Because it still has filgrastim in it, especially in the

22 context of this patent, where we're talking about folding and

23 structure.

24 Q.  Are there other documents that you've relied on to support

25 your opinion as to material change?

Direct - Willson                                      205

1   A.   Yes.   If you bring up the next slide, there's a relevant

2   document.

3   Q.   Let's see if Mr. Weir can take us to the next slide.

4   A.   There we go.

5         So this is a document from Apotex speaking to the FDA,

6   and the highlighted quotation is talking about the preservation

7   of the structural properties of filgrastim in pegfilgrastim.

8   And it points out that the structural properties of filgrastim

9   with respect to its amino acid sequence, what I called the

10  primary structure, and the secondary, that's the local with the

11  helices and the -- especially helices for G-CSF -- and the

12  higher order structures, the tertiary or overall folded

13  structure, remain largely unaltered in mono PEGylated

14  Apo-filgrastim.   So it is Apotex's opinion as well.

15  Q.   The statement that you were just reading is in a Apotex

16  letter you said?

17  A.   Yes.

18  Q.   And can that be found at JTX115 on Page 27 of that

19  document?

20  A.   Let me just look that up.

21        Sorry.   Wrong binder.

22  Q.   Tab 54 of your second binder.

23  A.   And Page 27 you said, right?

24        Yes.   That quotation is contained precisely where you

25  said, at Page 25 of JTX115 -- I'm sorry, in the page numbering

Direct - Willson                        206

1    at the top, JTX115, Page 27, at the top.

2    Q.  On slide 43, you've pulled out another clip from the same

3    JTX115 document.

4            What is this?

5    A.  Yes, this is again from Apotex, describing the relationship

6    between pegfilgrastim and filgrastim.  And it points out that

7    pegfilgrastim retains the same biological activity as

8    filgrastim and binds to the same G-CSF receptor, stimulating

9    the proliferation, differentiation, and activation of

10   neutrophils.

11           And then, in the lower quotation, the highlighted

12   portion in yellow, a couple of words before that says, "Studies

13   demonstrate that filgrastim and pegfilgrastim have the same

14   mechanism of action."

15           So there's literature evidence, and also Apotex has

16   asserted this as well.  Of course, they're making a biosimilar,

17   so they think a lot about structure and comparability of

18   molecules.

19   Q.  So just to wrap up this section, what is your opinion as to

20   whether or not Apotex's pegfilgrastim is or is not materially

21   changed compared to Apotex's (sic) filgrastim?

22   A.  It is my opinion is that Apotex's pegfilgrastim is not

23   materially changed compared to Amgen's filgrastim.

24   Q.  Now let's turn to an element-by-element analysis of the

25   claims of the '138 patent.

```
 1             Dr. Willson, did you walk through and compare how each
 2    of the asserted claims of the '138 patent map to what is in
 3    Apotex's accused processes?
 4    A.   I did.
 5    Q.   Would you please take us through your analysis?
 6    A.   So there are several elements of Claim 1, and the first one
 7    refers to a method of refolding a protein expressed in a
 8    non-mammalian expression system.
 9             So --
10    Q.   Is that claim element met?
11    A.   That claim element is met.  The E.coli expression system
12    used is a non-mammalian expression system, and we have evidence
13    that it is an E.coli expression system.
14    Q.   On Page 46 of your slide presentation, you have two clips,
15    one on the top and one on the bottom.  Do those come from
16    Apotex's BLA in JTX14 and JTX14 respectively?
17    A.   Yes, they do.  Would you like me to confirm the binders
18    or...
19    Q.   If you wish.
20    A.   No, I know that they do.
21    Q.   Okay.  And what is the significance of the fact that G-CSF
22    is expressed in E.coli with respect to the both filgrastim and
23    pegfilgrastim?
24    A.   In the context of this claim analysis, it is a clause of
25    the claim that the protein must be expressed in a non-mammalian
```

Direct - Willson                                    208

1    expression system.  And these proteins are expressed in the

2    non-mammalian expression system of E.coli bacteria.

3    Q.  Now let's turn to the claim element one or more of a

4    denaturant and aggregation suppressor and a protein stabilizer.

5    A.  Yes.

6    Q.  Is this claim element met in Apotex's processes?

7    A.  It is.

8    Q.  Why?

9    A.  Actually, the patent text lists examples of both

10   aggregation suppressors and protein stabilizers, and they're

11   fairly long lists.  But a fairly simple way to look at this is

12   that arginine and Sorbitol both are both.  And so it's simple

13   to present the analysis by focusing on whether arginine and

14   Sorbitol are present in the Apotex process.

15   Q.  And which part of the '138 pattern are you referring to

16   when you say the patent talks about aggregation suppressors and

17   protein stabilizers?

18   A.  The citation is to column 5, Lines 19 to 36.

19   Q.  How does Apotex's processes, how do Apotex's processes meet

20   this element of Claim 1?

21   A.  Apotex's processes have both argenine and Sorbitol in them,

22   each of which is both of the things that I mentioned earlier,

23   aggregation suppressors and protein stabilizers, according to

24   their BLA documents.

25   Q.  Are you referring to JTX14 and JTX25 when you say that it's

1   in Apotex's BLA documents?

2   A.   I am.

3   Q.   And what does slide 49 show?

4   A.   49 shows an extract from the BLA, which the composition of

5   the refolding solution, and in particular, the refolding

6   buffer.   The refolding buffer has a very large quantity of

7   arginine and 16.8 kilograms or, you know, of order of 45,

8   sorry, about 35 pounds.   Tris base Sorbitol, you know, about

9   18 pounds or so.   EDTA, which is the washing molecule I

10  referred to earlier, and then water for injection, which is

11  that water which is so pure as to be a pharmaceutical grade,

12  injectable into humans and very expensive.

13  Q.   So is the claim element one or more of a denaturant

14  aggregation suppressor and protein stabilizer met?

15  A.   It is.

16  Q.   Now let's look at the step (b) of Claim 1, which is

17  incubating the refold mixture.   Is that element met in Apotex's

18  processes?

19  A.   Yes.   That element is met in Apotex's processes.   The

20  Apotex BLA documents specify a refolding time range of 18 to 20

21  hours, 22 hours, but a set point of 18 hours.   18 hours

22  incubation.   They even use the same word.

23  Q.   And when you refer to Apotex's BLA, you're referring to

24  JTX14 and JTX25 again?

25  A.   I am.

Direct - Willson                               210

1   Q.   With respect to the claim element (c) of Claim 1, isolating

2   the protein from the refold mixture, is that met in Apotex's

3   processes?

4   A.   Yes, it also is met in Apotex's processes.

5   Q.   Why?

6   A.   The BLA documents that we've been referring to, JTX14 and

7   JTX25, show the stages of the production process after

8   refolding.   And the processes for filgrastim drug substance and

9   pegfilgrastim critical intermediate are of course identical

10  since they're the same process, but each of the flow diagrams

11  for them contains several steps which would be described as

12  isolation.   Most of this effort is devoted to -- well, effort

13  perhaps not counting boxes -- would be devoted to first getting

14  rid of the reaggregated stuff from the refold, but then a lot

15  of elimination of contaminating E. coli proteins that would

16  have been in the inclusion bodies.

17  Q.   Thank you.

18       Now let's talk about the claim element, present in a

19  volume at a concentration of 2 grams per liter or greater.   Is

20  that met in Apotex's process?

21  A.   Yes.   It is my opinion that that claim element also is met

22  in Apotex processes.

23  Q.   Why?

24  A.   Apotex makes inclusion bodies, washes them very thoroughly

25  so that they are substantially pure protein, in my opinion, and

Direct - Willson                                                211

1    then uses them at really quite high concentrations, vastly

2    higher than 2 grams per liter.

3    Q.  How do we know that?

4    A.  Apotex's BLA documents, again JTX14 and JTX25, contain

5    information about this process.  It begins with, the slides

6    begin by talking about bit more about the washing process, and

7    as I said, there's a buffer wash and then there are three water

8    washes.  And the buffer wash is described on the current slide.

9    Q.  What is the purpose of the buffer wash?

10   A.  It's one of four washes designed to remove surface absorbed

11   material, both in my opinion and in the literal wording of what

12   Apotex says here.  So the goal is, imagine a softball that's

13   fallen in the mud and you want to clear the mud off the

14   outside.  That's the kind of cleaning we're doing.  We're not

15   probably extracting a lot of stuff from inside, but we are

16   taking things off the surface.  And I think those things that

17   would be taken off would probably include perhaps a trace of

18   DNA and significant lipids from the lysis process.

19   Q.  Could you describe Apotex's water washes?

20   A.  So the, there are three water washes, and I should speak

21   for a moment and talk about the sort of the numbers and

22   structure of their washing process, which is identical between

23   the buffer wash and three water washes.  In each case, a gram

24   of inclusion body pellet is taken or, sorry, some number of

25   grams of inclusion body pellet are taken.  And the density of

Direct - Willson                              212

1   inclusion bodies is not much different from 1.0, which is the

2   density of water, so that means it's about a mil per gram.

3            And so they take 9 mils, or I'm sorry, they take 10

4   mils per gram of pellet.  So if I had this bottle, one-tenth

5   full of inclusion bodies, and I filled it up with water and

6   shook it a lot, that would be the washing process.  Then I

7   would centrifuge the inclusion bodies back down again.  I would

8   have 9 or 10 volumes of water above the inclusion body pellet,

9   and stuff that used to be on the inclusion bodies would be in

10  that water.  I would take that water and discard it, thereby by

11  getting rid of some of the contaminants that used to be on the

12  inclusion body.  And I would do that four times with the same

13  ten-to-one wash.  And the resuspension and then the

14  centrifugation.

15  Q.  The water washes are also described in JTX14 and JTX25,

16  that we've been discussing from Apotex's BLAs?

17  A.  That's correct.

18  Q.  Is there other evidence that you rely on to show highly

19  washed inclusion bodies are relatively pure in terms of total

20  protein?

21  A.  There are several other lines of evidence.

22           This is text from the '138 patent.  The first one is

23  from column 10, Lines 39 to 44, which equates highly washed

24  inclusion bodies with proteins.  It says, "When the protein is

25  disposed in the inclusion bodies, the inclusion bodies can be

Direct - Willson                                213

1   harvested from lysed cells, washed, concentrated, and

2   refolded."

3        And of course the thing that be refolded is protein.

4   And then, in the second quote, you know, "Inclusion bodies are

5   solubilized in the range of 10 to 100 grams of protein per

6   liter."

7   Q.  What does this mean to you?

8   A.  It means that the inventors of the '138 patent thought that

9   inclusion bodies were almost all protein, especially after they

10  had been washed.

11  Q.  How did you calculate the protein concentration in Apotex's

12  processes?

13  A.  I'll remind us that the question here is whether the

14  concentration is greater than 2 grams per liter.  There's a

15  range of allowable inputs in the Apotex process.  It's

16  specified in the BLA, again in JTX14 and JTX25, and if you look

17  at the lower box, the quotation with the red highlight, "The

18  cumulative weight of inclusion bodies in four bottles is

19  expected to be between 144 grams and 216 grams."

20       So that's the mass that's going to go in.  And that's

21  going to then be dissolved in the number just below,

22  7.2 liters.  And so I, in the upper box in the top, divide

23  144 grams by 7.2 liters, so you get 20 grams per liter.  And in

24  the lower portion of the upper box, I divide the upper end of

25  the allowed inclusion body range, 216 grams of inclusion

Direct - Willson                                214

1    bodies, by the specified 7.2 liters of solubilization buffer to

2    get the 30 grams per liter.  And those are the numbers which

3    are to be compared with 2 grams per liter in the claim

4    language.

5    Q.  And so what is your opinion as to whether or not the

6    present in the volume at a concentration of 2 grams per liter

7    are greater is satisfied with respect to protein concentration?

8    A.  It's my opinion that claim element is satisfied.

9    Q.  I would like to talk about one last claim element, perhaps

10   if the Court will permit, before we end for the day, and that's

11   the claim element to form a refold mixture.

12          What's your understanding of what this claim element

13   requires based on the Court's claim construction?

14   A.  Yes.  Refold mixture has been constructed as a mixture form

15   from contacting, one, the volume in which the concentration of

16   protein is 2.0 grams per liter or greater, which is the element

17   we just talked about a moment ago, with, two, the refold

18   buffer.

19          The refold mixture has a high protein concentration

20   where high protein concentration is at or above about 1 gram

21   per liter protein.

22          So that's the constructed claim language.

23   Q.  Is that claim met in Apotex's processes?

24   A.  Yes.  In my opinion, that claim element is met.

25   Q.  Why is that?

Direct - Willson                                215

1   A.  The evidence is, again, from the BLA documents JTX14 and

2   JTX25, which talks about the operating parameter.  And the

3   highlighted first yellow line is inclusion body amount per

4   liter of refolding buffer, the total volume being 160 liters,

5   which we'll talk about later, but inclusion body amount per

6   liter of refolding buffer operating range 0.9 to 1.4 grams per

7   liter and set point 1.1 grams per liter.

8   Q.  Where did this table come from?

9   A.  These are from the Apotex BLA documents JTX14 and JTX25.

10  Q.  Is there other evidence that Apotex's protein concentration

11  in its refold mixture is at or above 1 gram per liter?

12  A.  Yes.  Yes.  On the next slide -- there's been some

13  correspondence between Apotex and Amgen in which -- and these

14  are different exhibits, JTX113 and 112.

15          Would you like me to confirm those in the binder?

16  Q.  If you wish.  It would be Tabs 52 and 53 --

17  A.  Thank you.

18  Q.  -- of your second binder.  It would be Page 16 of JTX112

19  and Page 22 of JTX113.

20  A.  Oh, thank you.  Yes.  I was miscombining those elements.

21          Yes, okay.  Perhaps I won't do both, but I have

22  confirmed the JTX112.

23          And so these are communications from Apotex to Amgen

24  in which Apotex asserts the concentration of its filgrastim

25  drug substance.  So that's not inclusion bodies.  That's not

1    total protein.  That's actually the filgrastim drug substance

2    itself, pure G-CSF, in the refill buffer as 0.9 to 1.4 grams

3    per liter.

4         And then the pegfilgrastim process, which is

5    identical, has the similar number.  The concentration of its

6    filgrastim critical intermediate, which is the same molecule,

7    in the refill buffer is 0.9 to 1.4 grams per liter.

8    Q.  Just to wrap up this element, what is your opinion as to

9    whether or not the Court's definition of refold mixture is met

10   in Apotex's processes?

11   A.  It is my opinion that the Court's definition of refold

12   mixture is met in each of these processes.

13        MS. WU:  Your Honor, if this is a good time to stop,

14   we can pick up tomorrow.

15        THE COURT:  We will recess for the evening.  We'll

16   reconvene at 9:00 a.m. tomorrow morning.

17        Folks, even though I get here a little bit before

18   9:00, you don't have to be here until 9:00 o'clock.  So just

19   because I'm here, I will wait on you.  I can assure both sides

20   I will wait on you until 9:00 o'clock.

21        So you all have a nice evening, and we'll see you

22   tomorrow morning.

23        MR. GROOMBRIDGE:  Thank you.

24        MS. WU:  Thank you, Your Honor.

25      (Recess at 5:02 p.m., until 9:00 a.m., July 12, 2016.)

1                    C E R T I F I C A T E

2        I, Karl Shires, Registered Professional Reporter and

3   Federal Certified Realtime Reporter, certify that the foregoing

4   is a correct transcript from the record of proceedings in the

5   above-entitled matter.

6        Dated this 11TH day of July, 2016.

7

8   _____
    Karl Shires, RMR FCRR

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. COBLENTZ: [2]** 152/16 153/2
**BY MR. GROOMBRIDGE: [4]** 84/3 93/6 112/22 116/23
**BY MR. McTIGUE: [1]** 107/22
**BY MS. WU: [3]** 166/2 171/14 188/9
**MR. BRIER: [1]** 4/16
**MR. COBLENTZ: [3]** 152/11 153/1 164/22
**MR. GOLOB: [8]** 5/3 5/9 5/12 5/19 5/24 114/6 151/23 152/1
**MR. GROOMBRIDGE: [29]** 5/21 6/2 6/7 6/10 26/3 81/19 81/23 83/10 83/22 93/3 107/14 112/16 112/20 113/14 113/19 113/21 114/3 114/12 114/15 114/20 115/18 115/22 116/2 116/8 116/21 164/24 165/1 165/6 216/22
**MR. McTIGUE: [9]** 4/21 5/1 47/3 47/6 47/8 47/12 47/14 72/23 107/19
**MR. O'SULLIVAN: [2]** 4/4 4/12
**MS. FRIEDMAN: [3]** 82/1 82/14 82/25
**MS. LINSEY: [4]** 114/24 115/4 115/10 115/20
**MS. WU: [10]** 165/10 165/14 165/25 171/6 171/13 172/7 187/25 188/7 216/12 216/23
**THE COURT: [72]** 4/1 4/11 4/15 4/25 5/2 5/8 5/11 5/18 5/23 5/25 6/6 6/9 25/25 47/1 47/4 47/7 47/9 47/13 72/21 81/13 81/17 81/22 81/25 82/10 82/24 83/8 83/12 83/15 83/20 93/2 93/5 107/16 107/20 112/15 112/18 113/15 113/20 113/25 114/11 114/13 114/18 114/23 115/3 115/9 115/16 115/21 115/25 116/3 116/6 116/10 116/14 116/18 116/20 151/22 151/25 152/2 152/5 152/14 152/25 164/23 164/25 165/3 165/9 165/13 165/15 165/18 165/24 171/10 187/23 188/3 188/8 216/14
**THE WITNESS: [6]** 83/18 84/1 113/18 116/17 116/19 165/22

**$**

**$2 [1]** 94/13
**$2.5 [2]** 94/15 97/20
**$2.5 billion [2]** 94/15 97/20
**$20 [1]** 6/23
**$20 billion [1]** 6/23
**$4 [3]** 7/2 34/20 102/2
**$4 billion [3]** 7/2 34/20 102/2
**$4.3 [1]** 102/23
**$4.3 billion [1]** 102/23
**$5 [1]** 25/9
**$50 [1]** 103/8

**$50 billion [1]** 103/8
**$800 [1]** 34/21
**$800 million [1]** 34/21

**'**

**'13 [3]** 102/22 105/5 105/14
**'138 [89]** 12/16 22/7 23/22 24/14 26/2 32/4 34/10 38/3 40/1 40/6 40/15 40/25 41/5 43/5 43/11 47/22 49/17 50/1 50/8 50/23 51/9 51/22 52/24 52/25 57/11 60/6 60/18 64/23 65/5 65/9 65/12 74/6 78/16 79/3 79/14 79/18 79/22 80/10 80/25 81/10 133/2 133/15 133/16 133/23 147/8 147/10 149/9 149/18 150/23 151/2 151/10 151/12 151/14 153/7 153/13 154/2 154/12 155/3 156/12 156/20 157/6 159/25 161/9 162/16 171/18 171/23 172/2 172/10 178/4 183/25 184/13 184/15 187/23 188/12 188/25 189/9 190/18 191/16 191/23 192/6 192/8 192/22 193/14 193/24 206/25 207/2 208/15 212/22 213/8
**'14 [4]** 102/22 105/5 105/13 105/15
**'15 [4]** 102/22 105/4 105/13 105/15

**-**

**-and [2]** 1/19 2/4
**-v [1]** 1/6

**0**

**0.1 [1]** 161/19
**0.9 [4]** 28/25 215/6 216/2 216/7

**1**

**1 gram [2]** 214/20 215/11
**1,000 [1]** 99/10
**1,000 kilograms [1]** 145/20
**1-ton [2]** 145/13 145/18
**1.0 [1]** 212/1
**1.1 grams [2]** 29/2 215/7
**1.4 grams [4]** 29/1 215/6 216/2 216/7
**1.75 [1]** 147/14
**10 [23]** 42/18 45/4 45/15 94/6 95/5 97/11 98/14 106/19 128/25 130/14 142/24 147/3 154/9 176/7 194/11 194/14 195/7 195/8 202/11 212/3 212/8 212/23 213/5
**10 milligrams [1]** 42/17
**10 million-fold [1]** 42/23
**10 percent [2]** 94/4 103/14
**10 pounds [1]** 121/23
**10-K [3]** 45/20 51/17 101/3
**100 [17]** 43/13 54/3 54/10 54/13 58/13 58/17 67/4 67/5 67/20 71/2 71/6 72/8 93/18 94/10 94/18 143/1 161/19
**100 grams [1]** 213/5
**100 pounds [3]** 71/25 72/3 72/7
**10019 [1]** 1/19
**11 [4]** 1/9 8/1 90/23 113/23

**110 [1]** 169/4
**112 [1]** 215/14
**11:03 [1]** 81/16
**11TH [1]** 217/6
**12 [7]** 51/6 133/25 157/9 199/22 200/18 200/20 216/25
**12 grams [1]** 156/1
**12.5 [1]** 160/8
**1200 [1]** 2/7
**1285 [1]** 1/18
**12:26 [1]** 116/5
**12:30 [1]** 114/2
**13 [3]** 14/23 135/11 141/23
**138 [1]** 82/16
**14 [9]** 77/7 77/7 77/9 77/16 111/5 111/6 111/22 142/24 161/14
**14 kilograms [1]** 121/19
**14,000-gallon [1]** 121/12
**14,000-liter [2]** 121/8 121/12
**14-day [2]** 90/5 112/7
**144 grams [2]** 213/19 213/23
**15 [8]** 45/5 94/6 95/5 96/9 97/11 106/19 127/4 160/12
**15-61631-CIV [1]** 1/3
**15-61631-CIV-COHN [1]** 1/2
**15-minute [2]** 81/15 114/10
**16 [8]** 88/23 89/1 102/12 135/23 140/11 155/16 161/13 215/18
**16.8 kilograms [1]** 209/7
**160 liters [3]** 33/20 62/24 215/4
**17 [5]** 148/5 152/23 153/10 156/23 162/21
**175 [3]** 10/8 13/23 15/5
**18 [9]** 18/4 31/22 52/22 52/24 53/1 162/21 209/20 209/21 209/21
**18 pounds [1]** 209/9
**18,000 [3]** 6/23 88/22 113/9
**181 [2]** 144/10 147/3
**19 [4]** 28/12 126/14 149/13 208/18
**195 [1]** 103/20
**1980 [2]** 6/22 88/20
**1985 [1]** 168/8
**1986 [1]** 168/8
**1988 [1]** 118/14
**1991 [3]** 8/1 89/11 117/19
**1993 [1]** 120/3
**1996 [5]** 120/4 121/25 122/2 122/4 143/11
**1997 [5]** 123/9 123/9 154/19 155/9 164/19
**1998 [1]** 126/13
**19th [1]** 2/7
**1A [6]** 57/17 57/18 57/20 158/7 159/17 160/17
**1B [2]** 158/16 159/17
**1D [1]** 160/3
**1E [2]** 160/3 160/11
**1F [3]** 160/3 160/14 160/17
**1RA [1]** 136/15

**2**

**2 grams [7]** 27/12 28/10 210/19 211/2 213/14 214/3 214/6

**2 millimolar [3]** 142/16 161/21 162/3
**2,000 [1]** 19/14
**2.0 grams [1]** 214/16
**20 [12]** 28/11 28/12 45/16 61/19 98/15 160/15 160/18 161/21 162/3 172/24 176/7 209/20
**20 grams [2]** 28/8 213/23
**20 percent [4]** 7/2 45/1 103/6 103/10
**200 [2]** 2/3 72/1
**20006 [1]** 2/7
**2000s [1]** 98/2
**2002 [3]** 8/2 89/13 155/6
**2003 [1]** 126/14
**2004 [5]** 35/15 38/23 39/14 126/14 204/13
**2006 [4]** 126/21 127/17 127/20 127/23
**2008 [5]** 24/22 86/19 92/6 151/3 151/3
**2009 [1]** 151/3
**2010 [1]** 109/6
**2010s [1]** 98/2
**2011 [5]** 92/8 109/1 109/3 109/8 113/3
**2013 [2]** 102/21 105/13
**2015 [11]** 34/19 51/19 96/1 100/7 101/3 101/5 101/20 102/1 102/23 103/5 154/9
**2016 [3]** 1/9 216/25 217/6
**203G [1]** 1/24
**21 [2]** 149/19 153/20
**21 percent [1]** 103/5
**214 [3]** 71/4 71/11 72/4
**216 grams [2]** 213/19 213/25
**22 [3]** 55/7 209/21 215/19
**22 percent [1]** 101/19
**23 [2]** 190/5 203/23
**24 [2]** 100/2 191/9
**25 [4]** 157/10 161/19 169/17 205/25
**27 [4]** 100/5 205/18 205/23 206/1
**27 percent [1]** 102/11
**2700 [1]** 1/17
**271 [6]** 74/4 74/8 74/12 74/15 74/16 76/10
**28 [5]** 194/6 194/15 194/18 195/11 195/12
**29 [1]** 195/24
**299 [1]** 1/24
**2:00 p.m [1]** 116/2
**2:57 [1]** 152/4

**3**

**3 micrograms [1]** 43/4
**3,000ths [1]** 43/4
**3,891,000,000 [1]** 105/18
**3-D [1]** 187/20
**30 [5]** 5/8 156/25 157/10 172/25 196/9
**30 grams [2]** 28/8 214/2
**300 pints [1]** 33/20
**300 pounds [1]** 72/1
**31 [2]** 161/15 196/22
**316 [1]** 189/18

219

**3**

**32 [1]** 197/16
**33 [1]** 142/25
**33131 [2]** 1/21 2/4
**33301 [1]** 1/24
**340 [3]** 71/4 71/11 72/4
**35 [4]** 76/22 157/24 199/6 199/21
**35 pounds [1]** 209/8
**35th [1]** 88/19
**36 [2]** 161/15 208/18
**37 [2]** 18/4 200/16
**38 [2]** 201/22 202/10
**39 [1]** 212/23
**394 [1]** 99/11

**4**

**4.1 [2]** 102/23 102/23
**40 [1]** 203/22
**40 percent [2]** 25/22 147/17
**41 [1]** 204/11
**427 [1]** 50/24
**43 [2]** 18/4 206/2
**44 [4]** 68/21 68/22 104/25 212/23
**4410 [1]** 2/3
**45 [1]** 209/7
**46 [2]** 105/19 207/14
**47 [1]** 162/21
**49 [7]** 71/14 71/18 71/20 72/1 162/22 209/3 209/4
**4:02 [1]** 188/2

**5**

**5 kilograms [1]** 121/21
**5 millimolar [2]** 158/10 158/12
**5 percent [1]** 102/8
**50 [3]** 135/25 155/19 162/23
**50,000 [1]** 42/10
**52 [1]** 215/16
**53 [2]** 155/21 215/16
**54 [1]** 205/22
**5496 [1]** 1/23
**57 [1]** 137/18
**5:02 [1]** 216/25

**6**

**6,000 [1]** 113/9
**60 [1]** 38/7
**600 [4]** 1/21 99/9 99/9 99/9
**61 [1]** 101/7
**62 [2]** 140/13 141/24
**63 [1]** 141/24
**64 [1]** 140/13
**65 [1]** 18/4

**7**

**7 percent [1]** 191/6
**7-day [1]** 112/7
**7.2 liters [3]** 213/22 213/23 214/1
**7.5 [4]** 158/22 158/25 159/10 159/16
**7.5 millimolar [1]** 158/18
**70s [1]** 98/1
**719 [5]** 136/14 156/10 156/12 156/19 156/21
**745 [3]** 137/8 157/4 157/6

**75 percent [2]** 25/21 147/13
**769-5496 [1]** 1/23
**78 [1]** 18/4
**784 [1]** 50/23
**785 [1]** 137/8

**8**

**80s [1]** 98/2
**8:54 [1]** 1/10

**9**

**90 [9]** 52/22 53/15 56/22 57/11 57/14 63/3 63/11 69/18 73/2
**90 minutes [2]** 49/3 61/16
**90s [1]** 98/2
**93 percent [1]** 191/7
**954 [1]** 1/23
**9:00 [2]** 216/18 216/25
**9:00 a.m [1]** 216/16
**9:00 o'clock [2]** 216/18 216/20

**A**

**a.m [5]** 1/10 81/16 116/5 216/16 216/25
**abbreviation [1]** 21/14
**ability [7]** 22/18 45/18 86/25 106/20 140/14 173/1 175/13
**aBLA [1]** 195/7
**able [21]** 6/5 21/17 26/9 36/24 39/20 46/9 46/16 80/13 80/14 81/4 85/24 87/23 88/9 99/1 100/15 118/13 119/24 121/17 129/3 144/1 178/1
**above-entitled [1]** 217/5
**absolutely [6]** 38/5 41/3 81/1 152/12 169/19 175/3
**absorbed [2]** 197/19 211/10
**Academy [1]** 171/4
**accent [1]** 84/18
**acceptable [2]** 131/19 132/25
**accepted [1]** 119/6
**access [6]** 85/18 85/19 86/1 86/2 86/5 86/8
**accompanying [1]** 114/5
**accomplish [2]** 43/10 133/10
**accomplished [3]** 137/4 137/8 139/23
**accurate [2]** 55/10 194/16
**accused [1]** 207/3
**acetic [1]** 178/25
**achieve [2]** 34/4 189/3
**achieved [2]** 26/6 88/25
**achieves [1]** 72/22
**acid [10]** 15/5 18/6 33/2 33/4 39/8 173/23 178/25 186/14 186/22 205/9
**acidity [1]** 173/11
**acids [18]** 10/8 10/8 13/13 13/22 13/25 14/9 15/6 18/1 18/7 79/1 135/6 173/22 176/4 176/7 177/25 178/2 178/17 187/2
**acknowledge [1]** 78/7
**acquired [1]** 134/16
**acronym [1]** 169/24
**Actavis [1]** 110/3
**acting [20]** 50/14 50/15 77/4 77/5 80/1 80/2 90/15 90/20 91/12 91/14 91/22 91/23 91/24

**110/23 110/25 111/2 111/4 111/25 112/1 184/25
**action [3]** 39/21 204/18 206/14
**activated [1]** 47/6
**activation [3]** 39/2 204/17 206/9
**active [6]** 8/22 35/6 49/20 65/4 172/16 187/21
**actively [5]** 48/12 48/15 72/17 73/1 73/6
**actively-folded [2]** 48/12 48/15
**activities [2]** 151/9 170/18
**activity [11]** 12/16 15/24 17/2 38/21 38/25 39/4 148/24 204/7 204/15 204/20 206/7
**actual [7]** 42/5 42/11 50/10 56/14 99/24 144/4 184/14
**acute [2]** 46/8 90/6
**ad [2]** 52/6 79/15
**add [13]** 30/21 31/2 33/10 33/15 37/24 56/3 57/10 64/3 64/3 73/9 75/21 153/16 183/4
**added [14]** 20/1 31/17 32/20 32/24 49/3 54/2 73/19 76/10 143/7 143/15 162/17 162/19 163/2 164/2
**adding [11]** 36/1 49/22 56/22 59/14 59/15 61/15 72/15 74/23 75/24 97/8 184/2
**addition [24]** 24/4 31/23 32/10 66/2 66/6 91/13 111/15 115/11 131/18 132/25 135/6 135/8 139/2 141/19 143/14 144/5 164/2 164/5 164/9 164/11 164/16 164/18 173/9 175/23
**additional [2]** 4/13 135/8
**additionally [1]** 143/22
**address [7]** 4/23 26/24 54/14 78/14 87/4 95/2 133/15
**addresses [1]** 133/16
**addressing [3]** 4/15 133/3 133/5
**adds [2]** 57/11 57/13
**adjust [1]** 43/22
**administration [5]** 111/19 111/20 139/16 139/17 168/23
**administrations [1]** 76/25
**administrative [1]** 166/12
**admission [1]** 82/7
**admit [3]** 72/4 81/22 82/4
**admits [2]** 74/19 77/23
**adopt [2]** 14/19 15/9
**adopted [4]** 157/16 157/20 158/3 175/19
**adsorbed [2]** 197/19 197/23
**advance [3]** 26/21 31/5 106/14
**advanced [2]** 92/12 119/13
**advancement [2]** 167/20 171/1
**advances [1]** 39/25
**advancing [1]** 99/18
**advantage [3]** 12/2 173/14 184/13
**advantageous [1]** 11/5
**advantages [4]** 11/3 11/4 52/19 130/8
**advent [2]** 9/18 9/21
**adverse [2]** 45/18 143/4
**advice [2]** 127/10 127/10

**advise [1]** 114/15
**advised [2]** 151/6 151/7
**advisor [1]** 118/15
**advisory [1]** 167/4
**affairs [1]** 86/8
**affect [2]** 56/2 161/6
**affinity [1]** 155/25 170/11
**affordable [2]** 47/16 51/10
**Africa [5]** 85/3 85/3 86/13 86/14 86/15
**afternoon [7]** 5/17 22/15 152/18 152/19 165/11 166/4 166/5
**agents [4]** 79/10 79/15 130/12 184/3
**aggregate [5]** 24/3 57/1 63/8 179/14 196/8
**aggregated [6]** 24/8 181/2 183/13 191/14 196/6 199/1
**aggregates [5]** 130/24 190/23 196/25 197/1 199/11
**aggregation [11]** 23/13 24/14 43/8 190/21 191/18 191/19 208/4 208/10 208/16 208/23 209/14
**aggressive [2]** 198/11 198/14
**ago [13]** 85/4 85/6 85/6 98/15 162/16 170/10 172/25 176/3 188/17 191/22 196/11 196/23 214/17
**agree [6]** 52/23 56/24 72/22 109/12 109/15 109/16
**agreed [4]** 5/6 5/15 115/2 115/13
**agrees [1]** 75/13
**ahead [1]** 114/1
**air [1]** 124/25
**akin [5]** 50/3 119/13 141/11 145/21 148/11
**al [1]** 188/16
**Albuquerque [1]** 117/1
**aligned [1]** 159/3
**allow [5]** 26/18 49/13 87/9 107/13 132/7
**allowable [1]** 213/15
**allowed [6]** 28/25 54/13 81/1 81/2 81/3 213/25
**alluded [1]** 176/2
**alpha [1]** 176/10
**alter [1]** 138/19
**alternative [3]** 11/21 12/1 142/12
**amazing [1]** 113/7
**America [1]** 4/24
**American [7]** 170/19 170/21 170/24 170/25 171/1 171/2 171/3
**Americas [1]** 1/18
**AMG [13]** 45/25 104/3 104/4 136/14 136/14 137/8 156/10 156/12 156/17 156/19 156/21 157/3 157/6
**AMGEN [137]** 1/4 1/4 4/2 4/6 4/8 4/9 5/14 6/2 6/21 6/21 7/7 7/8 7/10 7/17 7/19 7/23 8/4 24/20 24/20 24/24 25/18 34/19 35/11 35/13 35/13 38/2 38/6 38/12 40/23 44/18 44/24 45/11

220

**A**

**AMGEN... [105]** 46/3 46/14 46/15 46/19 46/21 48/1 49/19 51/21 52/2 58/4 58/22 58/25 59/8 60/7 61/25 67/7 67/21 71/3 71/8 74/3 74/5 74/5 74/19 74/24 75/18 77/2 77/23 78/7 78/12 80/19 82/3 82/4 83/11 84/6 84/7 85/4 86/18 86/19 86/20 86/22 86/23 88/7 88/20 88/22 89/1 91/21 92/2 95/18 95/21 96/9 100/21 103/4 103/5 103/7 103/16 103/19 104/12 106/4 107/4 107/5 108/3 108/5 108/7 108/13 109/3 109/22 113/6 113/13 114/17 115/1 115/1 118/12 118/14 118/17 118/18 118/23 118/24 122/2 122/4 122/5 122/7 122/14 122/16 122/20 122/21 127/12 127/16 128/8 138/3 138/16 139/9 139/19 143/10 148/1 151/1 151/8 155/2 155/13 156/15 171/19 171/20 172/10 172/13 215/13 215/23
**Amgen's [36]** 38/9 45/18 45/20 48/9 48/22 51/17 54/20 55/4 55/5 55/6 57/21 57/24 60/9 61/2 65/13 68/22 77/10 78/10 79/6 88/2 91/13 93/8 98/5 101/21 101/24 103/2 108/17 109/9 109/13 109/14 109/16 109/17 113/2 113/5 128/6 206/23
**amino [22]** 10/8 13/13 13/22 13/25 14/9 15/5 15/6 18/1 18/6 18/6 39/8 79/1 173/21 173/23 176/3 176/7 177/25 178/2 178/17 186/14 187/2 205/9
**AML [1]** 7/8
**amount [12]** 6/15 25/11 25/19 44/25 62/23 163/6 183/18 189/11 197/22 199/2 215/3 215/5
**amounts [1]** 125/18
**amusement [1]** 182/7
**Ana [2]** 81/24 82/3
**anaerobic [6]** 149/7 149/10 149/11 153/6 153/12 153/16
**analogy [3]** 16/23 177/15 179/24
**analysis [23]** 25/1 25/1 60/9 66/15 67/6 67/17 68/14 70/12 70/22 71/10 146/1 146/2 146/10 146/11 146/13 146/14 146/14 146/23 146/25 206/24 207/5 207/24 208/13
**analytical [3]** 149/23 149/24 150/1
**analyze [1]** 146/17
**anatomical [1]** 36/18
**and/or [1]** 190/3
**animal [1]** 119/1
**Animals [1]** 11/19
**animation [10]** 12/23 16/2 17/11 17/12 21/25 31/19 36/7 177/19 177/21 180/6
**Anne [1]** 60/22

**anniversary [1]** 88/19
**annual [2]** 110/11 170/18
**answer [2]** 38/5 128/19
**answers [1]** 144/2
**anti [1]** 137/15
**anti-body [1]** 137/15
**antibodies [1]** 141/11
**antibody [4]** 95/2 137/15 141/12 141/13
**anticipate [1]** 44/23
**anticipated [2]** 123/15 123/22
**anticipating [1]** 122/22
**anticipation [2]** 40/3 40/10
**anybody's [1]** 182/6
**anymore [1]** 63/1
**apart [5]** 23/5 23/19 26/17 91/21 94/17
**Apo [5]** 35/2 201/19 202/1 202/6 205/14
**Apo-Filgrastim [5]** 35/2 201/19 202/1 202/6 205/14
**apologize [2]** 93/4 177/3
**APOTEX [114]** 1/7 1/7 4/2 4/19 4/23 5/5 5/17 8/3 8/10 8/14 8/17 8/17 27/5 27/14 27/16 28/24 30/3 30/17 31/14 34/9 34/15 35/10 35/21 38/23 39/5 39/14 40/22 41/4 42/14 43/14 44/15 46/9 47/16 47/20 48/19 48/21 48/25 49/4 49/10 50/7 50/16 51/3 51/9 51/13 51/20 52/3 52/4 52/6 52/15 52/19 53/4 53/18 53/21 53/25 54/5 54/9 54/19 54/20 54/21 55/13 56/17 56/21 57/3 58/7 58/13 60/4 62/1 62/7 62/9 62/22 63/15 65/4 65/24 65/25 69/17 70/8 74/16 74/19 75/12 75/13 75/14 75/16 78/12 80/19 80/21 80/24 80/25 81/5 114/8 115/2 171/17 171/21 172/1 183/3 193/5 194/2 194/16 198/1 198/2 198/3 205/5 205/15 206/5 206/15 208/14 209/20 210/22 210/24 211/12 213/15 215/9 215/13 215/23 215/24
**Apotex's [88]** 4/24 4/25 8/7 30/4 31/1 34/24 39/25 49/11 49/16 49/17 52/14 52/15 53/3 53/15 54/11 54/25 56/8 56/8 57/7 57/13 60/15 60/19 60/24 61/10 61/17 61/17 62/5 62/12 62/14 62/18 63/1 63/14 63/21 64/21 65/6 65/8 68/23 69/6 73/23 74/14 78/18 79/17 82/6 115/12 171/10 192/22 193/2 193/4 193/11 193/12 193/16 193/19 193/22 194/5 195/2 195/4 195/7 200/2 200/10 200/24 200/25 202/23 202/23 204/2 205/14 206/20 206/21 206/22 207/3 207/16 208/6 208/19 208/19 208/21 209/1 209/17 209/19 209/23 210/2 210/4 210/20 211/4 211/19 212/16 213/11 214/23 215/10 216/10
**apparent [3]** 118/4 134/22

**139/6
**apparently [1]** 40/12
**appearances [3]** 1/15 2/1 4/4
**appears [3]** 97/3 156/12 157/6
**application [8]** 32/7 40/11 41/2 50/8 60/6 136/3 151/2 159/5
**applications [1]** 203/5
**applied [5]** 44/8 100/3 163/9 163/21 192/23
**applies [2]** 44/12 128/20
**apply [3]** 44/6 77/15 77/15
**appointment [2]** 119/7 122/2
**appreciation [3]** 134/16 134/19 147/19
**approach [20]** 43/21 47/4 47/9 49/5 50/5 58/6 59/14 61/4 64/1 64/10 65/25 66/6 66/10 66/22 68/4 69/15 72/14 73/15 78/20 82/24
**approached [1]** 50/9 149/5
**appropriate [3]** 44/20 97/12 97/18
**approval [9]** 5/7 5/16 94/2 94/5 94/7 99/12 99/14 99/19 109/5
**approve [1]** 61/2
**approved [7]** 92/14 92/17 94/1 96/1 99/16 155/6 155/12
**approximately [12]** 19/14 86/17 101/25 102/2 102/24 103/8 103/10 113/9 117/18 120/5 123/7 156/1
**area [21]** 41/14 85/18 89/3 96/10 99/5 99/7 99/8 99/8 104/16 104/16 104/19 104/21 119/10 165/13 168/19 168/24 170/5 170/9 170/14 170/16 170/21
**areas [13]** 7/17 85/13 88/7 92/22 93/13 98/25 99/20 101/16 102/20 104/14 104/22 107/1 145/2
**argenine [1]** 208/21
**arginine [3]** 208/12 208/13 209/7
**arguably [1]** 144/17
**arguing [3]** 49/19 49/20 49/22
**argument [10]** 40/5 40/10 40/10 53/13 57/16 59/19 72/12 78/17 78/18 79/17
**arguments [1]** 40/1
**Arielle [2]** 114/4 114/25
**arm [1]** 141/20
**armed [1]** 44/5
**arms [1]** 141/15
**arrange [1]** 14/1
**arranged [1]** 15/6
**arrangement [2]** 41/18 134/13
**arrived [1]** 122/13
**arrow [1]** 69/1
**arrows [9]** 30/18 57/5 59/18 61/11 61/12 62/18 64/17 69/21 81/2
**art [20]** 23/7 23/17 23/25 24/9 26/2 40/4 48/21 50/6 66/4 78/21 79/21 80/22 129/11 138/2 189/2 189/10 190/1 190/7 190/19 190/21
**articles [1]** 96/13

**artificial [1]** 190/9
**Asilomar [1]** 175/16
**asked [2]** 168/2 171/17
**asking [4]** 48/9 99/3 151/5 163/15
**aspect [8]** 7/5 28/14 31/6 106/19 106/22 125/13 178/3 184/16
**aspects [7]** 7/22 17/8 44/20 75/10 96/21 139/21 139/22
**assemblage [1]** 177/8
**assemble [1]** 13/12
**assert [3]** 58/4 58/22 59/9
**asserted [10]** 79/3 79/17 171/23 172/2 188/12 193/13 193/24 194/3 206/16 207/2
**asserts [1]** 215/24
**assess [1]** 37/25
**assist [1]** 198/20
**assistance [1]** 108/8
**assistant [1]** 168/16
**associated [19]** 125/4 125/13 131/16 131/20 132/1 138/14 138/24 144/17 147/6 147/18 149/4 149/25 159/11 159/13 163/24 177/4 199/1 202/5 202/7
**association [2]** 170/25 177/7
**assume [1]** 47/5
**assuming [1]** 187/20
**assure [1]** 216/19
**asthma [1]** 85/13
**atom [4]** 18/7 186/4 186/6 186/8
**atoms [2]** 18/8 180/1
**attach [2]** 23/11 170/1
**attached [6]** 10/12 20/21 34/13 35/18 187/11 201/25
**attaching [1]** 36/2
**attachment [2]** 201/15 203/10
**attempting [2]** 74/24 145/1
**attention [7]** 11/10 11/18 74/11 108/22 187/7 189/3 190/20
**attract [4]** 46/16
**attributable [3]** 101/18 102/4 102/10
**attribute [1]** 142/18
**attributed [1]** 101/20
**attributes [2]** 137/12 137/23
**audience [1]** 43/22
**Austria [1]** 40/12
**authority [2]** 139/11 139/12
**authorize [1]** 112/10
**available [8]** 9/9 115/2 115/8 130/4 147/2 155/3 188/22 188/23
**Avenue [2]** 1/18 1/21
**average [3]** 72/7 97/20 198/14
**avoid [3]** 39/4 43/24 132/8
**aware [3]** 122/18 133/22 143/12
**axiomatic [1]** 59/3

**B**

**baby [1]** 174/5
**bachelor's [3]** 84/20 117/7 166/20
**back [43]** 10/18 21/9 23/15 25/2 37/21 41/25 45/1 48/1

# B

back... [35] 55/4 58/7 59/4 64/20 65/19 68/16 78/25 84/15 88/21 100/2 100/10 100/15 111/25 114/17 122/3 122/14 128/9 133/2 141/23 154/4 155/16 162/20 173/19 175/7 175/8 184/14 185/17 185/19 189/6 191/3 191/7 191/14 195/1 197/8 212/7
background [6] 6/15 84/16 85/8 129/5 187/22 188/19
bacteria [28] 11/23 12/3 19/8 19/9 19/12 19/22 20/4 20/7 20/14 20/19 20/24 27/18 55/14 55/16 174/12 174/18 174/19 174/21 174/22 180/13 181/25 182/12 182/15 182/22 195/25 196/3 196/12 208/2
bacterial [3] 137/2 172/15 180/9
bacterium [5] 19/9 19/13 19/18 20/16 180/12
bad [2] 174/23 179/6
Bailey [5] 118/15 118/15 167/1 167/3 167/4
baked [2] 71/22 71/22
balance [3] 80/12 80/16 186/23
ball [1] 20/8
bar [5] 4/14 101/10 102/3 102/4 147/9
BARRY [3] 2/6 4/19 5/4
base [2] 135/6 209/8
based [28] 7/1 8/4 35/12 38/24 40/11 44/24 45/4 67/14 78/19 93/10 93/10 93/11 97/12 99/8 109/4 111/21 123/15 123/18 123/21 123/25 129/25 130/2 130/9 143/25 144/2 193/11 193/22 214/13
basic [3] 12/18 20/2 75/1
basically [1] 60/17
basis [4] 19/16 108/14 111/8 135/18
bat [1] 69/18
batch [2] 25/12 145/20
batches [1] 32/14
bath [1] 21/4
Bay [1] 119/10
bead [1] 17/9
bead-like [1] 17/9
beads [4] 13/10 13/21 13/25 14/10
bear [2] 119/24 152/11
becoming [1] 94/22
beer [1] 174/14
began [3] 33/17 33/18 80/18
beginning [13] 6/20 17/20 22/19 29/20 31/25 33/11 36/5 131/17 134/9 166/18 195/12 195/13 195/17
begins [2] 135/24 211/5
behalf [4] 4/18 4/18 51/21 152/13
behaved [3] 139/4 174/7 174/15
behavioral [1] 175/18
behaviors [1] 140/21

belief [1] 111/11
believe [59] 8/19 9/20 11/11 13/20 17/14 17/23 22/14 22/15 27/4 28/13 31/8 31/23 32/15 37/2 37/22 41/8 43/15 81/22 87/2 106/14 107/5 108/10 108/15 110/10 110/13 110/14 110/16 113/7 113/10 114/6 118/14 128/1 132/17 132/24 139/21 140/17 143/3 150/9 153/4 153/10 154/15 155/5 155/8 156/9 156/14 156/21 157/1 160/22 161/1 163/3 163/8 163/13 163/17 164/1 171/24 172/4 194/21 202/11 203/3
bench [2] 1/12 82/24
benefit [3] 30/11 86/1 138/15
benefits [2] 122/8 175/17
best [5] 107/14 114/22 150/7 150/8 150/9
beta [2] 17/3 176/9
better [6] 78/4 95/13 98/19 113/11 118/4 192/7
beyond [1] 76/19
big [12] 8/3 19/23 21/5 23/16 37/15 37/19 54/23 99/4 103/17 121/3 182/1 190/13
bigger [6] 10/16 37/19 99/2 159/21 159/21 170/3
billion [9] 6/23 7/2 34/20 94/13 94/15 97/20 102/2 102/23 103/8
billionth [1] 42/24
billons [4] 51/6 51/6 77/24 189/23
bind [2] 74/25 198/17
binded [1] 75/3
binder [17] 83/24 83/25 88/12 96/14 115/8 126/1 144/9 147/23 152/21 154/5 166/14 194/9 203/23 205/21 205/22 215/15 215/18
binders [3] 166/15 193/7 207/17
binding [6] 167/14 168/25 169/5 169/8 170/6 171/9
binds [4] 38/25 75/7 204/15 206/8
bio [1] 170/12
bio-partitioning [1] 170/12
biochemical [4] 166/25 167/5 167/9 170/19
biochemistry [1] 166/9
biocompatible [1] 169/25
biologic [9] 8/15 88/23 93/11 95/1 95/15 95/17 96/7 96/8 98/12
biological [17] 12/15 13/14 15/24 19/8 37/10 38/20 38/25 144/13 144/16 144/18 170/9 171/2 175/22 204/7 204/15 204/19 206/7
biologically [1] 49/20
biologics [2] 87/20 113/10
biologist [1] 166/2
biologists [1] 167/17
biology [6] 12/18 94/25 95/1 166/22 166/24 167/12
biomanufacturing [3] 109/9

113/2 113/5
biomechanical [2] 117/6 117/15
biomedical [1] 203/4
biomolecular [2] 61/24 166/9
biopharmaceutical [1] 110/8
bioprocessing [1] 117/21
biosimilar [16] 8/11 51/13 73/7 91/14 108/4 108/6 108/10 109/5 109/14 109/17 109/23 110/2 110/5 110/9 110/17 206/16
biosimilars [11] 8/15 47/16 51/10 80/4 80/8 108/14 108/16 109/3 109/7 109/9 110/6
biotechnology [22] 7/11 7/13 10/19 19/17 20/3 86/24 86/24 87/3 87/5 87/6 87/8 88/21 113/6 119/9 119/23 172/25 173/4 173/5 174/11 175/7 175/9 175/20
biotechnology-derived [1] 173/5
Biscayne [1] 2/3
bit [20] 7/11 7/22 8/21 10/17 12/18 17/15 20/9 22/24 30/15 31/13 70/2 94/17 97/15 109/11 141/13 180/19 181/11 187/7 211/6 216/17
bits [1] 14/17
BLA [13] 195/2 195/5 207/16 208/24 209/1 209/4 209/20 209/23 210/6 211/4 213/16 215/1 215/9
black [1] 98/1
BLAKE [3] 2/5 4/19 152/13
BLAs [1] 212/16
bleeding [1] 92/5
blend [2] 62/17 65/6
blessed [1] 118/13
Blincyto [3] 46/6 92/11 92/22
blob [1] 20/8
blobby [1] 181/2
blobs [2] 24/11 167/24
block [4] 170/2 199/21 200/1 200/16
blocks [2] 173/21 176/4
blood [12] 9/4 9/5 9/12 16/19 39/21 75/5 89/17 89/20 90/2 175/13 177/9 177/9
blooms [1] 132/8
blow [4] 109/8 155/18 156/24 161/14
blown [1] 62/18
blown-up [1] 62/18
blue [7] 16/4 16/8 16/14 16/16 29/21 69/14 98/1
blueprint [3] 13/4 19/11 19/13
bodies [63] 9/1 11/8 11/16 20/20 21/3 23/15 28/24 30/9 41/18 48/5 55/8 55/8 55/12 55/19 55/22 56/6 56/9 62/6 62/8 117/21 118/24 119/3 120/7 136/22 136/23 136/25 137/2 137/3 161/24 181/7 181/8 181/22 181/24 182/22 183/1 183/6 183/10 183/22 184/2 184/6 191/14 197/12 198/5 198/20 198/25 199/8 199/17

201/8 210/16 210/24 212/1 212/15 212/7 212/9 212/19 212/24 212/25 212/25 213/4 213/9 213/18 214/1 215/25
body [53] 11/14 13/4 13/4 13/12 16/3 20/11 20/17 20/19 21/5 21/7 27/17 27/25 28/3 29/3 36/9 76/14 77/8 77/13 91/8 91/9 99/24 111/22 117/23 117/24 118/1 122/19 137/15 173/11 179/14 179/19 181/2 181/5 181/20 181/21 183/4 183/12 196/6 196/25 197/1 197/20 198/9 199/2 199/9 199/11 199/20 201/5 211/24 211/25 212/8 212/12 213/25 215/3 215/5
body's [1] 92/19
boiled [3] 179/24 179/25 180/3
boils [1] 33/22
bolded [1] 67/23
bond [8] 124/17 124/19 184/24 186/13 186/18 187/3 187/5 187/6
bonded [1] 140/15
bonding [1] 178/16
bonds [29] 21/18 24/4 79/1 120/20 129/19 133/17 137/19 137/21 137/22 137/23 138/1 141/2 141/18 141/19 178/19 179/12 180/1 181/1 183/16 184/3 184/5 184/17 184/22 185/9 185/13 185/18 185/20 188/22 196/7
bone [3] 77/21 92/8 104/17
bones [1] 15/8
book [2] 100/23 130/19
booster [2] 89/17 90/2
bottle [5] 62/25 146/4 146/5 146/6 212/4
bottleneck [5] 25/1 146/1 146/2 146/3 146/3
bottlenecks [1] 146/19
bottles [1] 213/18
bottom [20] 13/8 24/7 31/25 35/23 42/23 92/13 102/7 104/25 105/8 118/7 135/14 140/11 149/17 182/11 182/16 182/18 190/23 191/8 194/8 207/15
Boulevard [2] 1/24 2/3
bounded [5] 33/23 54/10 58/12 71/1 143/1
box [11] 34/8 42/16 43/2 175/5 187/5 187/13 187/17 202/5 213/17 213/22 213/24
boxes [6] 30/7 58/5 62/18 66/21 201/24 210/13
brand [2] 50/16
brands [1] 84/12
break [15] 20/19 105/9 108/21 114/2 124/18 151/25 152/1 181/13 181/20 182/24 184/3 184/5 187/24 187/25 197/2
breaking [1] 197/19
breaks [1] 21/5
brewers [1] 174/15
Brickell [1] 1/21
bridge [3] 18/9 178/1 186/18

**B**

**bridges [7]** 15/8 18/12 18/14 21/18 177/23 178/3 178/5
**brief [5]** 44/22 74/3 74/4 76/10 168/22
**briefly [6]** 34/14 39/22 40/9 74/15 187/23 188/14
**BRIER [2]** 2/2 4/17
**bring [22]** 6/5 8/11 45/5 45/15 51/9 51/20 86/25 88/9 93/16 94/16 95/3 95/5 97/1 98/20 98/21 98/25 106/21 107/14 108/7 141/18 141/23 205/1
**bringing [6]** 7/3 46/3 47/16 95/11 97/19 134/10
**brings [2]** 25/23 141/14
**broad [6]** 21/23 79/14 93/21 99/8 103/13 169/11
**broad-based [1]** 99/8
**broader [2]** 93/25 98/18
**broadly [2]** 90/14 104/19
**broken [4]** 27/3 185/10 197/9 197/12
**broth [1]** 196/17
**brought [5]** 7/24 8/9 96/11 119/23 122/3
**Broward [1]** 1/24
**bubbles [2]** 125/2 125/16
**bubbling [1]** 124/25
**buffer [115]** 27/20 27/20 29/11 29/25 30/6 31/3 52/22 54/1 54/3 54/7 54/10 54/11 55/24 56/23 57/13 58/8 58/11 58/12 58/14 58/17 58/23 59/2 59/6 62/12 62/14 62/19 63/22 63/22 63/24 64/15 64/16 67/2 67/3 67/5 67/8 67/11 67/17 68/2 68/6 68/15 68/19 68/25 69/5 69/9 71/1 71/7 71/12 71/19 124/2 134/11 135/1 135/3 135/5 141/25 142/4 142/8 142/17 142/20 142/25 149/25 154/16 157/12 157/17 157/21 157/25 158/4 158/9 158/18 158/22 158/25 159/6 159/16 159/19 159/20 159/24 160/8 160/11 160/14 160/18 160/23 161/5 161/10 161/17 161/20 162/2 162/7 162/18 163/2 163/5 163/7 163/8 163/11 163/17 183/5 189/3 189/7 191/24 192/9 192/16 192/21 198/3 198/14 198/16 209/6 209/6 211/7 211/8 211/9 211/23 214/1 214/18 215/4 215/6 216/2 216/7
**buffered [1]** 134/24
**buffering [1]** 149/16
**buffers [1]** 135/4
**building [3]** 173/21 176/4 189/15
**built [3]** 13/7 17/21 113/7
**bullet [3]** 34/25 148/8 153/15
**bump [1]** 190/15
**bunch [3]** 19/25 55/17 190/12
**bundles [1]** 140/8
**burden [3]** 54/21 61/2 73/16
**buried [1]** 179/8
**bury [1]** 179/10

**business [29]** 4/9 6/25 7/5 8/7 8/15 45/3 45/3 45/8 46/14 84/9 84/10 84/11 84/21 84/23 85/10 85/23 86/12 87/15 87/16 88/2 88/4 89/2 89/16 93/8 93/10 94/8 106/10 108/11 110/5
**buttery [1]** 181/18

**C**

**C-terminus [2]** 17/23 187/14
**C-Y-S-T-E-I-N-E [1]** 30/13
**C-Y-S-T-I-N-E [1]** 30/13
**cake [3]** 52/9 71/22 71/22
**cakes [1]** 80/15
**calcium [1]** 198/18
**calculate [8]** 67/4 67/10 68/2 68/10 69/24 71/12 192/21 213/11
**calculated [8]** 68/9 68/13 71/8 157/17 157/22 158/4 158/13 159/1
**calculating [2]** 68/5 192/8
**calculation [6]** 67/20 67/21 71/3 159/17 192/15 192/16
**calculations [3]** 34/1 67/8 189/7
**California [5]** 117/10 117/11 119/10 128/5 166/21
**call [17]** 4/1 14/12 41/1 45/20 81/17 81/18 83/10 87/18 90/3 93/15 93/19 99/24 111/20 111/21 116/6 152/5 188/3
**call-out [1]** 45/20
**called [52]** 8/18 8/23 10/13 11/13 13/19 14/11 15/21 16/5 16/17 17/19 17/22 18/6 18/9 20/10 20/18 21/13 21/16 23/13 27/2 29/13 35/25 36/17 40/2 41/25 85/18 96/10 122/15 136/14 140/6 151/4 157/3 170/11 170/14 172/17 173/21 177/6 177/23 178/2 179/14 181/2 182/17 185/8 186/16 187/9 187/14 198/3 198/17 201/9 201/19 202/18 202/20 205/9
**calls [3]** 66/3 83/11 115/1
**Caltech [8]** 117/12 117/13 117/14 118/20 141/9 166/20 166/25 167/8
**Cambridge [2]** 127/22 167/8
**campus [1]** 168/6
**Canada [8]** 47/18 84/18 84/25 85/1 85/2 86/4 145/8 145/9
**Canadian [1]** 8/5
**cancer [15]** 7/18 9/6 9/9 9/23 37/14 46/18 51/12 51/13 76/18 76/23 77/17 77/19 92/5 112/4 173/13
**cancers [1]** 92/21
**Candidates [1]** 102/16
**capability [2]** 113/7 146/18
**capable [5]** 41/13 124/9 124/12 142/8 196/5
**capacity [5]** 95/22 123/23 124/11 126/20 142/5
**capital [1]** 97/12
**capitalized [1]** 97/16

**capitalizing [1]** 97/12
**captured [1]** 136/6
**cardiovascular [1]** 104/17
**care [7]** 11/10 11/18 96/23 98/19 112/4 173/11 186/12
**career [4]** 119/18 121/7 127/12 169/3
**carefully [1]** 38/18
**carried [1]** 186/23
**carrying [2]** 177/8 196/4
**carryover [1]** 142/14
**cascade [1]** 16/18
**case [47]** 1/2 5/18 6/15 6/18 7/5 11/22 12/11 15/20 18/3 19/21 25/25 27/11 39/23 39/25 49/11 49/23 50/1 50/10 50/20 51/1 51/14 51/15 52/14 53/12 53/13 55/4 68/22 71/21 72/2 74/2 74/2 75/18 80/6 81/8 123/2 123/3 125/6 134/21 143/5 145/16 145/18 175/2 181/6 183/12 194/3 204/6 211/23
**cases [3]** 73/18 177/13 180/23
**categories [1]** 10/24
**category [2]** 85/13 169/11
**CATHERINE [2]** 1/18 4/14
**cations [1]** 198/18
**caught [1]** 183/18
**cause [5]** 14/19 16/16 21/18 21/20 190/16
**caused [3]** 17/4 19/1 175/6
**causing [3]** 15/9 98/7 98/8
**cell [33]** 9/12 11/12 11/13 11/14 12/5 12/21 12/24 16/3 16/8 16/18 55/14 55/16 87/10 87/10 89/17 118/3 136/6 172/14 172/15 172/23 173/6 173/8 173/16 173/17 174/1 181/10 181/14 197/14 197/14 197/15 197/17 197/24 197/24
**cells [40]** 9/4 9/5 9/7 10/20 10/24 11/1 11/1 11/2 11/4 11/4 11/5 11/6 11/20 11/21 12/2 12/12 16/19 39/21 75/5 87/7 89/20 118/4 155/24 170/16 173/12 174/2 174/3 174/4 174/5 174/6 174/7 174/8 174/9 174/11 174/18 174/20 174/22 196/16 197/3 213/1
**center [3]** 128/8 150/10 199/9
**central [2]** 85/5 104/19
**centrifugal [1]** 196/11
**centrifugation [6]** 182/3 182/13 182/16 183/1 196/18 212/14
**centrifuge [6]** 118/7 182/4 182/11 183/6 196/10 212/7
**centrifuged [1]** 182/18
**centrifuges [1]** 196/13
**centrifuging [1]** 118/5
**certain [12]** 9/5 9/12 10/15 24/9 29/11 56/9 81/22 125/4 169/18 184/3 198/18 198/19
**certainly [5]** 4/22 8/4 116/1 165/14 172/21
**Certified [1]** 217/3
**certify [1]** 217/3
**cetera [4]** 88/8 147/20 173/11

197/24
**chain [8]** 78/25 141/4 155/24 169/25 177/7 177/10 201/15 202/9
**chains [4]** 175/5 177/9 181/1 184/6
**chair [1]** 61/23
**challenge [1]** 40/17
**challenges [3]** 7/5 7/15 138/14
**chance [3]** 41/6 165/20 183/25
**change [5]** 36/3 37/24 38/1 38/1 38/3 38/11 38/15 38/16 39/17 39/19 57/7 60/20 69/6 69/22 72/13 72/14 74/9 74/13 75/2 76/13 76/14 77/14 77/25 77/25 78/8 78/11 81/1 81/2 81/3 87/1 96/25 126/23 126/24 142/6 161/2 192/3 204/1 204/4 204/25
**changed [9]** 49/18 62/17 74/22 75/24 126/23 202/23 203/1 206/21 206/23
**changes [9]** 17/1 49/23 75/6 75/6 75/21 81/6 81/8 138/15 203/16
**changing [4]** 39/4 61/17 65/8 131/4
**chaotrope [2]** 132/3 132/4
**chaotropes [2]** 131/25 137/5
**characteristics [1]** 119/2
**characterization [1]** 160/25
**charge [2]** 169/18 186/23
**charges [2]** 178/24 179/5
**chart [3]** 101/17 102/3 202/10
**charts [2]** 70/2 101/10
**cheaper [1]** 12/9
**check [3]** 34/8 77/17 82/14
**checkmark [1]** 28/15
**checks [1]** 27/6
**chelator [1]** 198/17
**chemical [24]** 22/12 27/21 30/13 30/14 41/10 61/23 87/17 104/8 117/6 117/16 128/14 128/17 131/17 132/10 166/9 166/20 166/21 167/7 167/9 170/19 170/24 171/3 184/4 198/15
**chemically [12]** 22/9 32/4 72/19 123/14 124/14 128/10 128/12 128/13 133/13 139/22 178/1 188/18
**chemically-controlled [1]** 22/9
**chemicals [25]** 21/4 21/13 21/17 21/23 22/2 25/15 26/6 26/12 26/13 30/9 43/23 87/17 124/12 132/1 132/2 132/11 133/20 153/16 183/5 184/3 184/8 184/25 185/22 189/19 198/4
**chemistries [1]** 129/25
**chemistry [10]** 26/17 124/9 125/10 125/23 148/15 160/24 161/6 185/11 186/11 191/25
**chemists [1]** 21/17
**chemo [7]** 90/10 90/11 100/3 100/3 100/13 111/24 112/7
**chemotherapy [12]** 9/11 9/15 9/16 76/19 89/22 90/4 90/17

**C**

chemotherapy... [5]  90/17 91/5 91/7 91/8 112/5
chief [4]  68/22 72/2 75/18 169/16
Chinese [2]  11/13 174/6
CHO [1]  11/14
choice [2]  10/24 127/16
cholesterol [2]  96/4 96/5
chromatography [1]  155/25
chronic [1]  122/18
CI [2]  35/1 201/9
circle [2]  150/4 199/25
circled [2]  150/6 150/7
circles [1]  191/10
circumstances [2]  43/23 122/3
citation [3]  194/18 199/23 208/18
citations [2]  194/8 194/19
cited [1]  203/22
city [2]  128/4 145/9
CIV [2]  1/2 4/3
claim [57]  26/24 27/1 27/3 27/11 28/14 28/19 29/12 29/13 29/18 30/2 32/10 32/21 48/24 53/9 53/14 54/16 54/17 55/13 57/17 57/23 57/24 57/25 58/7 58/10 64/14 65/19 65/20 80/13 157/15 157/20 158/2 158/24 162/20 163/6 207/6 207/10 207/11 207/24 207/25 208/3 208/6 208/20 209/13 209/16 210/1 210/1 210/18 210/21 214/3 214/8 214/9 214/11 214/12 214/13 214/22 214/23 214/24
Claim 1 [4]  162/20 163/6 207/6 208/20
claimed [3]  61/6 62/15 68/23
claiming [1]  73/20
claims [11]  26/24 79/3 79/17 81/11 171/23 172/2 193/13 193/24 194/3 206/25 207/2
clarify [1]  159/8
class [2]  87/22 166/25
classes [2]  166/12 166/24
classic [1]  12/25
clause [1]  207/24
clean [1]  201/17
cleaning [1]  211/14
cleanup [1]  202/4
clear [9]  32/16 39/17 64/11 78/20 111/22 144/4 145/3 167/19 211/13
clearance [1]  36/8
cleared [2]  36/9 114/10
clearly [5]  32/13 34/3 40/13 137/24 151/15
clever [2]  26/18 184/14
click [1]  18/9
clinging [1]  20/14
clinical [13]  93/19 97/8 98/14 98/18 99/2 99/4 104/10 107/11 120/10 121/6 139/1 145/25 147/7
clinician [1]  107/3
clinicians [1]  107/7
clip [2]  114/10 206/2

clipped [1]  204/11
clips [1]  207/14
close [10]  6/23 23/8 23/12 26/13 26/18 89/5 114/3 118/16 189/15 190/12
closely [1]  11/25
closing [1]  5/8
cloud [1]  59/25
clump [1]  21/5
COBLENTZ [4]  2/5 4/20 152/13 152/15
code [3]  136/15 173/1 180/15
codes [1]  175/18
coding [2]  156/17 191/17
COHN [2]  1/2 1/13
coils [1]  15/20
coincidence [3]  102/24 103/1 185/5
coinventors [1]  151/4
coli [19]  169/20 174/21 174/23 175/1 175/3 175/5 180/17 180/20 181/10 181/17 195/14 195/16 195/25 196/8 196/12 196/16 196/23 197/9 210/15
collaborate [1]  118/14
collaborated [1]  108/13
collaborating [1]  127/7
collaboration [2]  110/3 118/23
collaborative [1]  118/18
collapses [1]  43/7
colleague [2]  81/24 114/4
colleagues [1]  38/19
collected [1]  134/10
collectively [1]  133/11
college [3]  117/3 166/19 167/18
colony [1]  8/23
color [2]  24/7 191/17
Colorado [2]  127/23 127/23
colorectal [1]  92/5
colored [1]  31/15
column [13]  97/13 97/14 129/2 131/12 135/14 140/11 141/24 142/24 157/24 161/14 162/21 208/18 212/23
columns [1]  125/16
combine [5]  61/10 66/21 68/4 69/2 70/17
combined [3]  29/25 32/19 102/9
combines [1]  62/22
combining [1]  62/23
come [22]  11/1 20/14 26/13 29/14 37/10 46/9 46/10 47/11 68/8 84/15 90/25 91/3 106/1 115/3 143/5 151/1 178/17 180/13 189/6 193/23 207/15 215/8
comes [9]  16/11 19/9 41/4 41/21 58/25 61/11 68/12 141/16 142/24
comfortable [1]  83/17
coming [3]  41/17 42/2 47/8
commentary [1]  132/17
commenting [3]  131/16 131/19 132/1
commerce [1]  84/20
commercial [14]  25/23 34/22 52/1 84/11 88/3 88/5 120/23

120/24 121/2 121/4 127/24 138/12 139/19 191/6
commercial-grade [1]  138/12
commercialization [2]  109/13 109/17
commercialize [2]  108/14 109/7
commercially [1]  34/17
commit [1]  106/12
commitment [2]  95/18 113/13
commitments [1]  106/14
committees [1]  170/13
common [5]  9/10 125/8 132/4 140/17 197/18
commonly [10]  10/3 11/13 23/10 125/7 148/22 174/3 182/1 182/3 182/17 183/2
communications [1]  215/23
community [3]  39/3 46/15 119/24
companies [5]  7/12 103/11 103/17 169/10 169/12
company [25]  6/21 7/1 7/11 8/3 8/4 8/5 8/8 8/20 44/24 45/6 85/9 85/12 86/21 93/11 100/21 106/6 106/8 110/19 119/9 119/23 120/25 120/25 126/25 169/17 189/14
company's [2]  102/9 110/18
comparability [1]  206/17
comparable [3]  24/13 105/20 196/15
compare [5]  87/14 98/18 103/11 121/11 207/1
compared [5]  171/23 172/2 206/21 206/23 214/3
compares [1]  105/5
comparing [1]  147/5
comparison [1]  30/25
compete [3]  111/2 111/11 111/18
competes [3]  110/21 110/23 110/25
Competition [1]  106/1
competitive [1]  106/23
competitors [3]  91/12 91/21 91/24
complementary [1]  177/15
completely [5]  9/2 19/3 28/9 87/7 183/13
completion [1]  119/6
complex [2]  87/21 137/24
complexity [2]  140/8 196/16
complicated [6]  14/25 44/11 61/25 148/14 173/7 196/14
Complicates [1]  148/19
complication [1]  149/3
complimentary [1]  30/15
component [70]  29/23 32/12 33/15 49/5 53/19 53/20 53/21 53/22 54/6 57/14 57/22 57/24 58/1 58/5 58/15 58/23 58/24 59/2 59/5 59/6 59/17 62/15 62/16 62/20 64/15 65/22 65/23 66/7 66/8 66/12 66/17 66/21 66/23 67/14 67/21 68/3 68/3 68/5 68/6 68/11 68/13 69/9 69/24 70/9 70/16 70/25 71/13

71/20 72/10 73/3 79/7 124/21 132/5 132/15 132/16 141/15 143/15 157/18 157/22 158/4 158/11 159/1 159/7 159/11 159/22 163/14 163/18 163/23 192/18 192/24
components [14]  27/21 29/24 29/24 31/16 52/8 69/2 97/6 123/23 125/25 128/13 135/9 142/14 143/3 143/6
composed [5]  55/9 124/10 140/7 141/13 149/22
composition [3]  161/2 181/5 209/4
compositions [2]  142/7 198/15
compound [3]  65/2 94/7 98/13
compounds [9]  86/10 87/17 94/12 94/19 95/9 95/11 97/19 103/25 104/5
comprise [1]  59/6
comprised [1]  55/23
comprises [2]  137/19 137/20
comprising [4]  58/23 59/2 155/22 156/6
compromised [1]  46/9
compromises [1]  9/13
computer [3]  6/7 47/5 47/10
concentrated [3]  22/23 133/14 213/1
concentration [77]  23/6 23/8 24/10 24/25 25/20 26/3 27/12 28/7 28/21 33/10 41/15 42/4 42/11 42/17 47/21 48/18 48/19 48/21 48/23 49/1 49/2 50/4 50/9 52/16 52/17 52/18 52/19 52/20 53/4 53/5 53/16 54/15 54/18 55/2 56/2 56/17 56/24 57/2 57/8 57/19 59/13 63/5 63/7 63/10 63/16 64/13 64/21 64/24 67/17 67/17 72/13 73/13 79/7 80/21 123/17 132/15 132/22 133/21 136/4 136/22 139/24 151/17 156/1 161/22 161/23 162/11 210/19 213/11 213/14 214/6 214/7 214/15 214/19 214/20 215/10 215/24 216/5
concentrations [20]  22/18 23/1 23/23 26/10 41/14 42/7 43/3 50/25 56/15 56/25 67/12 131/18 132/25 134/20 137/5 163/23 189/2 189/11 190/8 211/1
concept [2]  146/15 146/15
concepts [1]  172/18
conceptually [1]  32/20
concern [2]  9/18 175/8
concerned [2]  133/9 136/24
concerning [1]  41/23
concerns [1]  175/14
conclude [2]  80/18 164/9
concluded [1]  25/2
concludes [4]  46/25 107/15 115/20 151/22
conclusion [1]  204/3
conclusions [1]  5/8
condition [4]  9/9 9/19 95/2 150/7
conditions [9]  19/22 21/19

**C**

**conditions... [7]** 43/18 79/15 79/16 79/19 104/12 190/3 191/20
**conduct [1]** 147/2
**conducted [5]** 21/2 45/23 121/16 126/22 148/22
**conducting [1]** 67/6
**conference [10]** 24/21 24/22 121/1 144/23 145/5 145/8 145/11 170/10 170/11 175/16
**conferences [5]** 144/19 144/20 154/25 170/5 170/9
**conferred [1]** 171/9
**conferring [1]** 175/11
**confers [2]** 177/13 178/10
**confident [1]** 140/5
**confidential [2]** 114/8 155/2
**configure [1]** 19/2
**confirm [9]** 130/20 194/13 199/23 200/21 202/10 202/12 203/21 207/17 215/15
**confirmation [3]** 14/5 21/11 22/3
**confirmed [2]** 82/6 215/22
**conflicting [1]** 5/14
**conforms [1]** 138/25
**confusion [1]** 128/2
**Congratulations [1]** 171/5
**Congress [1]** 109/6
**connect [1]** 18/21
**connected [1]** 79/1
**connecting [1]** 10/6
**connection [3]** 7/4 123/8 136/9
**connotation [1]** 144/21
**cons [1]** 11/3
**consequence [3]** 26/5 36/21 107/8
**consequences [2]** 46/12 46/13
**consider [9]** 41/6 56/12 57/7 65/13 65/14 75/22 80/11 90/12 175/17
**considered [1]** 40/16
**consist [1]** 198/25
**consistent [1]** 98/5
**consistently [4]** 87/23 95/16 103/6 113/12
**consists [1]** 198/5
**consolidated [1]** 74/2
**constant [1]** 135/6
**constitutes [1]** 36/2
**construct [1]** 137/17
**constructed [2]** 214/14 214/22
**construction [23]** 27/11 28/19 29/19 53/14 54/2 54/8 54/16 54/17 58/10 67/2 68/1 68/9 69/24 71/19 72/9 157/15 157/20 158/3 158/12 158/15 158/24 159/2 214/13
**construed [6]** 78/25 159/7 163/3 163/9 163/13 192/20
**consultation [1]** 127/10
**consulted [2]** 169/10 169/12
**consulting [1]** 169/9
**contact [3]** 14/17 127/9 151/8
**contacting [2]** 29/10 214/15
**contacts [1]** 69/1
**contain [8]** 57/14 62/14 62/19

192/8 193/7 196/3 196/21 211/4
**contained [6]** 124/1 133/18 181/7 182/19 183/17 205/24
**container [3]** 33/18 33/19 200/7
**containing [14]** 29/21 53/7 54/21 56/22 62/5 62/10 62/23 63/3 69/9 69/17 137/25 182/22 183/7 196/1
**contains [5]** 75/13 75/13 194/7 198/8 210/11
**contaminants [2]** 199/15 212/11
**contaminate [1]** 198/20
**contaminates [1]** 183/19
**contaminating [5]** 181/4 181/9 199/16 201/7 210/15
**contamination [1]** 181/22
**contemplated [2]** 166/23 175/10
**context [17]** 33/15 42/25 85/22 119/12 121/9 135/7 146/2 146/7 148/21 174/12 182/19 182/21 202/24 202/25 203/9 204/22 207/24
**continue [6]** 46/4 99/16 99/16 99/17 106/13 126/18
**Continued [1]** 2/1
**contracting [1]** 8/18
**contrary [1]** 46/11
**contrast [1]** 200/3
**control [17]** 22/11 26/12 123/20 134/13 134/24 139/14 140/14 140/17 140/18 140/21 140/23 142/2 142/6 148/17 149/4 151/18 163/22
**controlled [15]** 22/9 123/15 125/18 128/11 128/12 128/13 138/17 138/18 138/20 138/21 138/22 139/22 148/18 150/21 188/18
**controlling [2]** 34/4 184/16
**controls [2]** 139/3 175/22
**convenient [2]** 113/24 115/24
**COOH [1]** 187/14
**coordinator [2]** 170/14 170/17
**copied [1]** 35/10
**copper [2]** 125/8 148/12
**copy [2]** 82/13 126/6
**core [2]** 7/17 104/22
**corner [7]** 15/4 39/13 88/16 126/4 135/12 154/8 194/8
**corporate [2]** 86/7 115/12
**CORPORATION [1]** 1/8
**correct [99]** 18/13 22/2 56/13 72/23 126/17 150/14 150/17 153/5 153/8 153/13 153/14 153/18 153/24 154/10 154/11 154/13 154/17 154/18 154/19 154/20 155/4 155/7 155/8 155/10 155/11 155/14 155/15 156/2 156/3 156/7 156/8 156/10 156/11 156/13 156/14 156/16 156/19 156/20 157/4 157/5 157/7 157/8 157/13 157/14 157/18 157/22 157/25 158/1 158/5 158/10 158/11 158/14 158/19 158/20 158/22

158/23 159/1 159/7 159/15 159/18 159/20 159/22 159/23 160/1 160/2 160/12 160/13 160/15 160/16 160/19 160/20 161/7 161/8 161/11 161/12 162/3 162/9 162/12 162/18 163/2 163/4 163/7 164/3 164/13 164/16 164/17 164/21 174/21 177/20 178/3 178/7 178/8 178/21 184/15 187/15 187/17 212/17 217/4
**corrected [1]** 194/20
**correctly [19]** 16/25 32/7 136/5 150/13 176/24 177/17 178/14 179/2 179/18 179/22 180/1 180/4 183/15 183/16 183/24 184/8 184/18 187/17 202/16
**correctly-folded [1]** 32/7
**correspondence [1]** 215/13
**corresponding [1]** 149/24
**corresponds [1]** 150/11
**corrosive [1]** 131/25
**cost [21]** 8/8 46/23 47/16 51/10 94/15 96/22 96/23 96/25 97/6 97/9 97/12 97/12 97/16 97/19 98/3 99/12 132/1 138/14 138/15 147/5 147/9
**costly [2]** 11/20 130/13
**costs [15]** 25/9 25/17 25/22 96/21 97/24 98/9 98/24 99/3 106/17 109/22 109/25 110/1 147/17 147/18 147/20
**counsel [9]** 4/4 4/11 4/23 4/24 4/25 57/21 79/6 82/6 171/10
**counter [1]** 115/13
**counter-designations [1]** 115/13
**counting [1]** 210/13
**countries [1]** 86/15
**County [1]** 128/5
**couple [15]** 15/18 17/8 48/3 50/12 53/19 92/22 98/8 127/1 143/11 149/6 153/6 153/12 153/15 170/17 206/12
**course [20]** 5/6 5/16 7/18 8/10 8/19 10/2 15/3 38/1 44/10 44/20 54/20 134/25 143/10 148/25 174/2 190/9 201/6 206/16 210/9 213/3
**court [51]** 1/1 1/23 4/1 4/15 27/2 30/11 35/25 41/4 44/18 47/1 47/13 48/9 48/9 49/13 50/12 50/13 54/7 56/12 57/6 62/14 68/20 78/24 80/2 80/10 81/7 81/17 82/9 82/9 82/13 114/17 115/8 115/14 115/18 116/6 141/7 152/5 157/16 157/21 158/3 159/7 159/12 163/3 163/10 163/13 166/10 171/11 172/20 177/2 188/3 192/20 214/10
**Court's [18]** 5/16 6/8 28/19 53/14 67/9 67/10 69/24 71/19 72/8 74/10 115/15 158/12 158/15 158/24 159/2 214/13 216/9 216/11
**courtroom [3]** 8/13 22/14 114/10

**covalent [2]** 124/17 124/19
**cover [4]** 6/14 60/18 84/15 101/4
**covered [6]** 12/7 79/11 80/10 80/15 80/15 85/25
**covers [1]** 79/14
**COZEN [3]** 2/2 2/5 4/18
**cram [1]** 190/12
**cream [1]** 197/8
**create [9]** 10/9 10/21 39/21 95/1 108/4 109/9 110/7 110/8 122/12
**created [9]** 11/14 17/10 20/23 20/24 29/20 38/2 119/21 119/24 123/25
**creates [3]** 91/8 129/21 148/14
**creating [2]** 12/12 43/24
**critical [12]** 35/1 35/4 45/22 87/21 194/23 195/22 201/10 201/13 202/1 202/20 210/9 216/6
**critically [1]** 176/15
**cross [6]** 78/12 88/6 107/22 151/23 152/8 152/16
**cross-examination [3]** 107/22 152/8 152/16
**cross-functional [1]** 88/6
**crystal [1]** 78/20
**Cs [3]** 13/2 13/11 173/20
**CSF [42]** 8/23 9/4 13/23 16/1 16/2 16/10 16/11 16/13 18/3 18/15 39/1 50/17 50/17 140/4 140/7 176/10 176/17 177/10 177/22 177/25 178/8 178/14 182/22 183/13 187/2 187/18 187/21 195/17 196/1 196/4 196/5 196/8 196/25 196/25 197/2 199/1 202/17 204/16 205/11 206/8 207/21 216/2
**culture [2]** 182/15 195/14
**cultured [1]** 174/3
**cumulative [1]** 213/18
**cures [1]** 87/3
**curl [1]** 185/13
**curled [1]** 185/16
**current [2]** 170/12 211/8
**currently [3]** 127/14 127/21 127/22
**curving [1]** 16/6
**customers [1]** 143/24
**cutting [4]** 46/20 180/10
**cutting-edge [1]** 46/20
**CV [1]** 166/16
**cycle [2]** 100/14 100/16
**cycles [1]** 183/8
**cysteine [11]** 18/6 18/6 18/25 30/10 30/13 161/22 177/25 178/2 184/23 186/14 187/16
**cysteines [10]** 18/11 18/17 18/21 129/20 129/23 162/7 178/8 178/19 184/21 186/13
**cystine [4]** 30/10 30/12 33/1 33/3
**Czech [3]** 85/2 86/11 86/12

**D**

**daily [2]** 37/3 108/15
**dairy [1]** 197/5

**D**

**dangerous [1]** 112/21
**data [8]** 99/3 144/2 159/4
159/9 159/9 163/19 164/15
164/20
**data-based [1]** 144/2
**date [6]** 5/8 94/13 108/15
144/14 154/9 154/12
**Dated [1]** 217/6
**dates [2]** 175/7 175/8
**daughter [1]** 182/8
**day [18]** 37/1 55/20 66/10
72/16 77/7 78/10 80/17 90/5
90/25 91/3 100/13 112/7 112/7
126/20 126/20 168/3 214/10
217/6
**day-to-day [1]** 126/20
**days [13]** 5/8 77/7 77/9 77/16
77/17 77/19 91/6 100/14 100/14
111/5 111/6 111/22 114/22
**DC [1]** 2/7
**deal [6]** 33/4 34/17 34/22 35/19
37/15 39/24
**dealing [3]** 40/21 48/8 50/24
**dealings [1]** 39/5
**deals [1]** 73/24
**death [1]** 89/21
**debilitating [1]** 104/20
**decade [1]** 63/16
**decade's [3]** 59/15 60/5 72/14
**decade-old [1]** 63/16
**decades [1]** 98/4
**decide [4]** 27/2 36/1 86/20
111/7
**decided [2]** 109/6 151/1
**decides [1]** 112/6
**decision [1]** 138/15
**declaration [1]** 67/25
**decline [1]** 105/25
**declining [1]** 105/24
**decoded [1]** 180/16
**decreased [1]** 147/20
**decreases [2]** 25/22 147/16
**deemed [1]** 138/18
**defendant [2]** 2/2 107/19
**defendants [4]** 1/9 4/18 5/5
152/13
**defer [1]** 191/21
**deficiency [1]** 9/12
**defined [1]** 159/25
**definitely [1]** 195/15
**definition [4]** 111/5 128/22
216/9 216/11
**degree [9]** 84/19 84/23 117/7
117/12 117/14 117/17 151/18
163/24 188/20
**delay [2]** 107/18 107/18
**deliberate [2]** 38/15 39/18
**deliberately [1]** 10/21
**delicate [1]** 173/10
**delineate [1]** 137/24
**delineated [1]** 134/11
**delineating [1]** 144/25
**deliver [8]** 71/15 86/25 87/24
95/19 96/22 125/17 125/19
125/20
**delivered [2]** 99/22 100/4
**delivering [2]** 106/13 125/22

**delivery [1]** 96/22
**delusions [1]** 190/8
**demonstrate [2]** 47/20 206/13
**demonstrated [3]** 139/1 139/14
161/5
**demonstration [1]** 151/15
**demonstrative [1]** 17/15
**denaturant [2]** 208/4 209/13
**denaturants [1]** 137/5
**denaturation [1]** 130/4
**denatured [1]** 183/13
**density [2]** 211/25 212/2
**departed [1]** 120/4
**departing [1]** 127/3
**department [1]** 167/12
**dependent [1]** 176/15
**depending [1]** 161/21
**depends [5]** 45/13 99/6 107/2
162/7 162/11
**depict [4]** 13/10 15/2 101/14
101/15
**depicted [10]** 13/9 13/18 13/18
15/7 18/12 18/23 29/21 29/23
29/23 64/22
**depicting [2]** 14/7 15/19
**depiction [3]** 36/10 62/20
69/12
**depicts [1]** 29/12
**deposited [1]** 137/3
**deposition [2]** 113/23 115/12
**depot [1]** 120/19
**depressed [1]** 9/6
**derived [4]** 136/14 141/12
142/12 173/5
**derives [1]** 149/4
**describe [17]** 66/2 80/23 88/1
89/15 93/8 120/13 123/12
127/12 142/4 163/19 174/10
174/25 181/6 185/2 188/14
190/11 211/19
**described [16]** 48/16 133/4
137/24 140/3 141/10 148/11
149/11 149/17 156/2 159/11
180/18 190/5 201/23 210/11
211/8 212/15
**describes [2]** 136/21 137/12
**describing [7]** 97/5 97/6
102/17 124/2 145/21 149/15
206/5
**description [4]** 28/23 135/18
137/22 156/22
**design [1]** 41/12
**designated [1]** 115/7
**designation [4]** 115/3 115/13
156/15 156/17
**designations [2]** 115/13 115/16
**designed [2]** 144/24 211/10
**desirable [1]** 144/2
**desired [5]** 39/21 43/25 140/25
150/11 185/21
**despite [3]** 135/6 135/8 155/12
**destabilize [1]** 198/19
**detail [7]** 45/22 65/21 109/11
166/10 172/20 181/6 186/1
**details [1]** 186/11
**detergent [4]** 129/25 130/2
130/9 130/10
**detergent-based [3]** 129/25

**130/2 130/9
detergents [3]** 130/2 130/7
130/11
**determination [2]** 67/9 67/10
**determine [2]** 56/21 80/18
**determined [2]** 78/24 161/17
**develop [11]** 86/25 94/15 97/1
98/17 107/10 108/13 109/7
122/22 123/3 123/10 145/18
**developed [15]** 35/12 50/7
51/13 93/12 96/8 98/15 99/25
100/1 120/10 120/17 120/18
124/22 140/6 154/15 155/9
**developing [9]** 7/3 86/1 93/14
109/3 109/22 110/2 122/8
143/22 162/6
**development [14]** 7/23 9/4
45/4 45/15 46/2 102/16 102/19
106/16 108/18 109/13 109/17
110/17 127/25 139/25
**device [4]** 41/24 41/25 99/25
100/1
**devised [1]** 143/19
**devoted [2]** 210/12 210/13
**diabetics [1]** 175/11
**diagram [13]** 15/10 23/2 31/25
41/16 149/22 174/1 178/6
194/14 195/8 195/13 199/21
200/1 202/1
**diagrams [3]** 150/1 200/17
210/10
**didn't [14]** 12/3 43/16 43/17
63/7 63/15 109/24 139/24 141/9
154/21 154/24 155/13 164/11
164/15 164/20
**difference [20]** 26/2 26/4 26/7
30/23 31/7 31/9 31/9 31/24
32/1 32/13 33/22 36/6 77/10
77/12 111/14 112/5 180/4
200/23 201/1 202/13
**differences [2]** 73/8 73/9
**different [65]** 7/12 7/15 10/24
13/17 14/24 15/1 24/5 26/6
26/6 30/14 30/21 31/4 36/11
38/2 40/14 41/10 42/14 43/12
46/5 48/17 49/8 49/9 52/8
54/12 57/21 60/13 60/25 63/22
66/25 73/18 73/19 75/9 76/16
76/24 78/5 78/6 78/8 88/7
90/13 92/20 93/13 96/21 97/6
98/22 99/20 103/23 111/13
111/18 112/2 118/25 119/2
123/13 131/7 131/9 143/12
168/21 169/10 179/6 179/8
181/1 185/20 198/15 200/12
212/1 215/14
**differentiation [3]** 39/2 204/17
206/9
**differently [1]** 190/18
**differs [1]** 10/11
**difficult [10]** 91/2 91/3 98/11
125/1 125/17 125/18 130/13
138/2 142/1 172/12
**difficulties [5]** 125/4 125/24
131/16 131/19 131/20
**difficulty [1]** 132/2
**dilute [5]** 23/17 25/14 181/25
189/21 189/24

**diluted [2]** 25/5 43/6
**dilution [4]** 42/10 42/17 43/9
163/24
**dilutions [1]** 189/11
**dimensional [6]** 14/5 15/10
15/14 17/12 176/12 176/16
**dimerized [1]** 141/5
**dimerizing [1]** 16/17
**direct [18]** 46/13 82/5 84/3
108/22 109/21 116/23 145/1
152/20 153/5 153/11 153/23
154/15 157/2 160/22 164/1
166/2 187/7 188/6
**directed [2]** 22/12 113/1
**directly [3]** 69/3 176/3 176/12
**director [1]** 127/14
**dirtier [1]** 197/20
**disadvantage [3]** 12/10 125/11
130/10
**disadvantageous [2]** 46/24
130/8
**disadvantages [2]** 11/9 125/13
**disagree [3]** 48/4 48/22 55/6
**discard [1]** 212/10
**disclose [1]** 142/20
**disclosed [1]** 80/22
**discloses [1]** 40/4
**disclosing [1]** 43/1
**discounts [1]** 106/2
**discovered [1]** 26/12
**discovery [1]** 93/16
**discussing [1]** 212/16
**discussion [2]** 29/10 111/3
**disease [9]** 92/8 93/23 94/25
99/7 104/12 104/17 104/17
122/19 139/10
**diseases [3]** 17/3 46/5 87/4
**disorder [1]** 92/6
**disperse [1]** 125/1
**dispersed [1]** 23/5
**display [1]** 93/2
**displays [1]** 159/9
**disposal [1]** 132/9
**disposed [1]** 212/25
**dispute [12]** 27/4 27/8 28/20
51/3 52/3 52/4 52/6 75/3 75/4
75/12 75/14 77/3
**disputed [1]** 29/8
**disputes [1]** 27/1
**disrupt [1]** 197/7
**disrupting [1]** 194/4
**disruption [1]** 197/17
**dissolvable [1]** 184/2
**dissolve [2]** 33/6 183/23
**dissolved [3]** 33/10 125/15
213/21
**dissolving [1]** 199/11
**distinct [1]** 136/7
**distribution [1]** 101/15
**DISTRICT [3]** 1/1 1/1 1/14
**disulfide [40]** 18/9 21/18 24/4
120/20 129/19 133/17 133/19
137/19 137/21 137/22 137/23
137/25 140/15 141/2 141/18
141/19 177/23 178/2 178/5
178/16 178/19 179/12 181/1
183/16 184/3 184/5 184/17
184/22 184/24 185/9 185/12

**D**

**disulfide... [9]** 185/18 185/20 186/13 186/18 187/3 187/5 187/6 188/22 196/7
**disulfides [3]** 178/8 179/16 187/16
**divalent [1]** 198/18
**divide [2]** 213/22 213/24
**division [1]** 170/19
**DNA [29]** 12/24 12/25 13/6 13/11 19/10 19/11 19/13 19/18 19/25 20/25 173/1 173/1 173/15 173/20 173/22 175/9 176/3 180/10 180/10 180/11 180/16 180/18 180/20 181/11 183/19 196/4 196/24 199/3 211/18
**doctor [6]** 38/19 91/10 107/25 116/11 149/21 151/22
**doctors [1]** 78/6
**doctrine [24]** 29/14 29/15 31/6 31/11 32/8 47/22 53/12 56/20 59/19 59/23 60/7 60/9 60/11 60/11 60/14 60/25 65/21 66/14 66/23 70/12 70/16 70/22 71/10 72/12
**document [20]** 24/20 38/7 40/22 44/3 104/24 108/23 108/25 109/4 145/10 145/23 147/22 148/1 148/5 194/17 195/1 195/4 205/2 205/5 205/19 206/3
**documents [14]** 30/5 32/22 34/25 38/9 193/4 193/19 204/24 208/24 209/1 209/20 210/6 211/4 215/1 215/9
**DOE [5]** 65/7 67/6 68/14 70/23 73/23
**doing [24]** 16/4 21/8 22/11 32/4 34/3 42/13 43/21 56/13 86/23 98/12 98/12 98/18 99/22 100/19 102/20 118/19 143/10 149/1 168/22 169/14 169/20 198/19 204/5 211/14
**dollars [1]** 51/6
**dollars' [1]** 189/23
**dosage [4]** 111/19 111/20 200/7 200/9
**dosages [1]** 76/25
**dosing [3]** 78/2 93/21 93/24
**dot [1]** 184/23
**double [4]** 12/25 25/18 71/10 82/14
**double-check [1]** 82/14
**doubt [2]** 44/22 114/23
**doughnut [1]** 196/3
**downstream [3]** 35/5 170/15 170/15
**dozen [1]** 61/22
**dozens [1]** 9/16
**Dr [2]** 166/4 167/4
**Dr. [93]** 22/13 32/18 34/1 38/18 38/23 39/14 51/20 51/20 51/21 51/23 60/22 60/23 60/24 61/19 62/10 62/21 63/2 63/13 66/1 68/1 68/3 68/9 68/12 68/17 69/16 75/19 75/20 75/20 75/20 75/25 76/5 76/10 76/11 76/19 76/20 76/21 77/6 77/14

78/13 78/13 78/14 78/14 79/13 80/23 81/6 81/7 107/24 115/24 116/10 126/11 129/3 145/10 147/4 152/7 152/18 153/18 153/24 154/2 154/10 154/22 154/25 155/4 156/13 156/20 157/7 157/12 158/2 158/8 158/14 159/14 160/5 160/12 160/15 160/21 161/11 162/4 162/9 162/13 162/15 163/7 163/12 164/21 165/4 165/8 165/16 171/8 171/16 176/25 185/4 186/2 188/5 188/11 207/1
**Dr. Anne [1]** 60/22
**Dr. Hart [35]** 115/24 129/3 147/4 152/7 152/18 153/18 153/24 154/2 154/10 154/22 154/25 155/4 156/13 156/20 157/7 157/12 158/2 158/8 158/14 159/14 160/5 160/12 160/15 160/21 161/11 162/4 162/9 162/13 162/15 163/7 163/12 164/21 165/4 185/4 186/2
**Dr. Keener [4]** 51/20 51/20 51/21 51/23
**Dr. Molineux [2]** 38/18 39/14
**Dr. Molineux's [1]** 38/23
**Dr. Morpurgo [10]** 75/19 75/20 75/25 76/5 76/10 76/11 76/19 78/13 78/14 81/6
**Dr. Paulson [1]** 107/24
**Dr. Richard [1]** 165/8
**Dr. Robinson [12]** 60/23 60/24 61/19 62/10 62/21 63/2 63/13 66/1 68/12 69/16 79/13 80/23
**Dr. Roger [2]** 22/13 116/10
**Dr. Scadden [9]** 75/20 75/20 76/20 76/21 77/6 77/14 78/13 78/14 81/7
**Dr. Schultz [2]** 126/11 145/10
**Dr. Willson [11]** 32/18 34/1 68/3 68/9 165/16 171/8 171/16 176/25 188/5 188/11 207/1
**Dr. Willson's [2]** 68/1 68/17
**drain [1]** 25/16
**dramatically [1]** 9/24
**drawing [3]** 13/6 13/8 16/6
**drawn [1]** 30/4
**drill [1]** 17/17
**drilling [1]** 170/16
**drive [2]** 106/20 132/14
**driven [2]** 132/17 173/4
**drivers [1]** 96/23
**drives [1]** 99/3
**driving [1]** 107/3
**drop [2]** 178/23 197/4
**drug [27]** 8/7 35/2 35/5 35/6 45/4 74/13 74/14 75/14 76/6 76/14 76/15 77/13 93/20 139/15 139/17 195/21 200/6 201/19 201/20 202/2 202/6 202/18 202/18 202/21 210/8 215/25 216/1
**drugs [5]** 24/19 75/12 76/3 76/4 94/15
**dry [1]** 189/13
**DS [4]** 35/2 35/5 200/6 200/6

**DTX005 [1]** 166/15
**DTX5 [3]** 3/4 82/17 83/4
**due [1]** 5/13
**dump [2]** 175/23 175/24
**dumped [1]** 49/3
**dust [1]** 59/25
**duties [1]** 88/2

**E**

**E. [12]** 174/23 175/1 175/3 180/17 180/20 195/14 195/16 195/25 196/8 196/16 196/23 210/15
**E. coli [12]** 174/23 175/1 175/3 180/17 180/20 195/14 195/16 195/25 196/8 196/16 196/23 210/15
**E.coli [26]** 11/23 11/23 19/9 48/2 155/23 175/1 175/12 175/20 179/20 181/20 182/12 182/22 182/24 183/17 197/13 197/15 197/19 197/21 197/21 199/1 199/19 201/7 207/11 207/13 207/22 208/2
**earlier [8]** 98/10 103/23 173/9 174/9 178/9 196/19 208/22 209/10
**earliest [1]** 89/7
**early [9]** 93/14 93/15 94/24 104/5 104/6 106/16 106/20 107/3 167/18
**earth [1]** 16/7
**easier [4]** 82/20 87/19 153/21 174/19
**easily [2]** 180/13 187/18
**East [1]** 1/24
**Eastern [1]** 85/5
**easy [2]** 5/12 174/12
**economical [1]** 148/23
**economics [2]** 85/20 96/20
**economists [1]** 86/6
**Ed [1]** 203/3
**edge [1]** 46/20
**EDTA [2]** 198/16 209/9
**education [2]** 117/2 166/18
**effect [24]** 9/8 9/14 9/17 9/23 14/21 19/2 19/5 19/22 24/13 32/17 33/19 34/4 36/25 37/11 37/13 43/15 44/24 45/18 76/4 93/23 106/5 144/5 144/8 160/24
**effective [4]** 9/15 76/14 95/10 142/23
**effectively [10]** 33/23 96/23 118/1 119/19 122/10 122/11 129/10 129/11 142/25 148/11
**effectiveness [1]** 77/13
**effects [3]** 76/2 76/12 77/20
**efficacious [1]** 139/1
**efficacy [1]** 98/16
**efficiencies [1]** 48/24
**efficient [2]** 48/23 144/1
**effort [3]** 15/14 210/12 210/12
**egg [3]** 179/24 179/25 180/3
**eight [4]** 85/4 137/19 137/20 137/22
**either [8]** 51/16 58/23 59/7 119/1 125/15 135/6 190/3 195/20

**elected [1]** 171/4
**electron [4]** 186/4 186/6 186/8 186/24
**electrons [10]** 120/19 124/12 124/13 124/15 124/16 124/18 185/4 186/13 186/19 186/20
**element [28]** 27/17 57/24 59/22 61/1 61/7 70/24 70/24 162/22 206/24 206/24 207/10 207/11 208/3 208/6 208/20 209/13 209/17 209/19 210/1 210/18 210/21 214/8 214/9 214/11 214/12 214/16 214/24 216/8
**element-by-element [1]** 206/24
**elements [11]** 16/6 30/17 60/8 60/13 60/15 61/3 61/4 176/11 187/4 207/6 215/20
**eliminated [2]** 76/15 77/8
**elimination [2]** 77/12 210/15
**eloquently [1]** 63/4
**elution [1]** 150/10
**emanating [1]** 138/23
**embodied [1]** 149/8
**embodying [1]** 34/9
**emphasize [2]** 186/2 186/20
**employ [1]** 21/17
**employees [3]** 6/23 88/23 113/9
**employment [2]** 122/5 166/6
**enable [2]** 123/4 133/21
**enabled [3]** 40/7 79/18 118/17
**enablement [3]** 43/13 78/19 79/17
**enables [1]** 9/15
**encode [1]** 173/20
**encoding [4]** 173/15 176/3 180/11 195/17
**encountered [1]** 24/3
**encountering [1]** 16/3
**endeavor [1]** 83/24
**endeavors [1]** 15/22
**ends [1]** 200/5
**engage [2]** 12/14 46/16
**engages [1]** 107/3
**engineer [4]** 19/17 38/19 40/8 87/9
**engineered [4]** 9/2 9/24 10/21 38/18
**engineering [20]** 13/6 13/8 61/24 117/6 117/7 117/16 117/16 121/9 121/10 148/14 148/16 166/9 166/20 166/21 166/25 167/5 167/7 167/9 167/9 171/3
**engineers [4]** 43/22 167/16 168/4 170/25
**enjoyed [1]** 51/4
**enlarge [1]** 131/10
**enlargement [1]** 20/10
**enormous [4]** 42/22 173/4 175/6 180/4
**enriched [2]** 118/9 119/25
**ensure [10]** 17/7 90/25 95/12 95/15 109/18 123/22 133/5 134/24 140/23 148/17
**ensures [1]** 139/3
**enter [1]** 94/4
**enterprise [1]** 6/22
**entire [4]** 17/3 72/6 86/12

**E**

entire... [1]  195/23
entirely [1]  39/18
entitled [2]  130/23 217/5
entry [1]  113/3
envelope [1]  181/16
environment [9]  64/13 106/23 120/22 143/23 184/17 188/21 189/5 190/20 191/18
enzymes [1]  169/18
EP [1]  40/25
EPO [2]  75/9 76/15
equate [2]  53/19 55/14
equates [1]  212/23
equation [11]  134/4 134/4 134/12 134/18 134/21 154/16 154/17 157/12 157/25 159/25 162/15
equations [12]  67/13 123/25 133/22 149/17 154/21 154/24 155/2 155/9 155/13 192/8 192/23 192/25
equipment [5]  19/11 30/19 131/2 146/16 146/20
equivalency [1]  66/19
equivalent [5]  61/4 69/23 71/6 72/19 90/23
Equivalents [23]  29/14 29/16 31/6 31/11 32/8 47/22 53/13 56/20 59/19 59/23 60/7 60/9 60/11 60/14 61/1 65/21 66/14 66/24 70/12 70/17 70/22 71/10 72/12
especially [8]  95/14 98/14 120/8 131/17 184/16 204/21 205/11 213/9
ESQ [8]  1/17 1/17 1/18 1/20 2/2 2/5 2/6 2/6
essence [7]  10/22 26/7 57/25 64/20 75/7 96/3 186/22
essential [1]  14/21
essentially [1]  131/1
establish [2]  34/3 60/10
et [5]  88/8 147/20 173/11 188/16 197/24
et cetera [4]  88/8 147/20 173/11 197/24
ethanol [2]  178/25 179/5
Europe [6]  47/17 85/2 85/5 86/8 86/9 86/10
European [2]  40/23 41/2
evaluate [1]  171/17
evaluating [1]  119/1
evening [2]  216/15 216/21
events [1]  16/18
Eventually [1]  69/10
everybody [1]  150/9
everybody's [1]  152/9
evidence [77]  8/20 12/19 17/20 24/17 25/6 26/10 26/25 27/9 27/23 29/15 31/8 31/13 32/5 33/9 33/24 34/2 34/19 35/19 36/4 36/5 38/4 39/16 40/13 41/9 43/14 44/16 44/23 47/15 48/20 48/25 51/19 51/25 53/3 53/4 53/9 54/1 55/11 55/17 56/4 56/8 56/17 58/25 59/9 61/4 61/11 65/13 65/13 65/15

65/24 66/16 68/8 68/12 68/21 69/13 69/16 73/3 73/16 75/22 75/25 79/2 79/4 80/2 80/6 80/7 81/5 81/10 83/2 151/18 199/4 203/11 203/12 206/15 207/12 212/18 212/21 215/1 215/10
evidentiary [1]  117/22
evolution [1]  97/24
evolve [1]  12/3
evolved [4]  11/14 97/25 98/3 127/8
evolving [1]  99/23
exact [3]  110/13 146/16 146/16
exactly [10]  5/14 12/16 21/15 32/3 34/3 45/11 55/10 108/11 196/20 202/19
examination [11]  82/5 84/3 107/22 112/20 116/23 152/8 152/16 152/21 153/23 166/2 188/6
example [34]  11/24 12/8 20/13 21/16 25/13 34/19 46/6 77/2 99/23 121/13 135/24 136/2 136/3 136/13 136/16 136/21 137/7 137/8 140/3 140/3 141/11 142/9 142/23 145/17 145/17 150/15 155/18 155/20 156/24 176/7 176/17 179/20 181/10 185/6
examples [3]  44/10 135/21 208/9
excerpt [3]  32/22 38/23 114/5
excerpts [1]  38/7
excess [1]  28/10
exclusivity [2]  51/5 51/5
excuse [3]  108/1 137/8 138/21
excused [2]  113/18 165/6
exert [1]  142/10
exhibit [12]  3/3 83/2 91/25 99/11 100/23 103/20 112/24 128/25 133/25 141/23 144/10 147/3
Exhibit 1 [2]  128/25 133/25
Exhibit 181 [2]  144/10 147/3
Exhibit 195 [1]  103/20
Exhibit 2 [2]  91/25 112/24
Exhibit 394 [1]  99/11
exhibits [12]  3/2 81/22 82/4 82/7 82/8 82/9 82/12 83/24 88/16 93/2 114/6 215/14
exist [1]  70/21
existed [2]  60/5 138/11
existing [4]  25/19 95/13 144/25 146/20
exit [1]  114/15
expand [3]  46/5 65/8 65/8
expected [1]  213/19
expenses [1]  102/22
expensive [8]  11/11 25/13 45/5 94/11 189/19 189/22 196/14 209/12
experience [6]  76/1 98/5 123/18 134/11 143/16 164/8
experienced [1]  125/24
experiences [1]  123/21
experiment [3]  150/1 155/21 158/21
experimental [2]  151/11

161/17
experimentation [3]  78/23 79/12 79/21
experimenting [1]  79/23
experiments [11]  144/4 148/22 149/23 159/4 159/9 161/4 161/9 164/11 164/16 164/18 164/21
expert [11]  32/18 55/1 57/8 60/23 61/19 68/17 76/11 78/10 78/14 171/8 171/12
expertise [4]  109/9 109/14 113/2 113/5
experts [3]  57/3 75/17 75/17
expired [1]  51/19
explain [19]  31/12 49/4 53/23 54/4 62/11 63/2 66/13 76/5 76/12 81/7 97/15 117/24 124/4 129/15 140/16 141/6 148/21 167/3 192/21
explained [1]  141/6
explore [1]  124/3
exposed [3]  114/9 179/7 180/25
expressed [7]  62/3 155/23 172/14 207/7 207/22 207/25 208/1
expression [9]  52/5 52/7 61/20 207/8 207/11 207/12 207/13 208/1 208/2
extensive [2]  27/23 76/1
external [1]  156/18
externally [3]  151/5 151/7 151/9
extra [4]  31/1 31/14 33/21 37/1
extract [2]  203/18 209/4
extracted [2]  27/18 204/10
extracting [1]  211/15
extremely [1]  79/14

**F**

faced [1]  7/15
faces [1]  152/11
facilitate [6]  123/24 124/17 131/5 134/19 143/25 148/13
facilitated [1]  133/13
facilitating [1]  133/17
facilities [2]  87/22 146/24
facility [8]  25/19 121/8 146/12 146/14 146/14 146/16 146/18 146/23
fact [27]  19/12 23/9 33/11 33/17 37/1 37/15 39/12 41/11 49/11 51/8 52/4 54/25 57/9 60/2 62/7 63/14 68/18 71/1 73/11 79/25 108/7 110/20 144/21 175/19 178/22 179/19 207/21
factor [9]  8/24 9/17 24/12 25/2 143/17 146/24 164/3 164/6 164/10
factors [6]  18/14 21/22 75/8 98/8 132/14 133/11
factory [1]  19/10
factual [1]  75/23 78/9
failed [1]  183/24
failure [3]  45/6 95/3 98/10
fair [6]  61/5 111/19 112/13 112/14 160/24 197/14
fairly [6]  10/3 29/6 168/20

197/18 208/11 208/11
fall [1]  89/2
fallen [1]  211/13
familiar [3]  7/20 96/17 125/9
family [1]  140/7
famous [3]  168/2 175/4 175/16
famously [1]  174/6
fancy [1]  77/10
far [14]  5/20 23/5 23/19 28/9 28/13 43/5 43/5 43/5 104/7 111/10 136/10 185/9 187/3 190/10
farthest [1]  187/4
fashion [3]  59/16 70/18 138/17
fashioned [2]  60/19 70/4
fast [4]  12/3 12/6 43/6 182/6
fat [1]  197/6
fatal [2]  9/19 9/23
fatty [1]  197/24
favor [1]  80/17
Fc [6]  137/13 137/14 141/12 141/14 155/22 156/6
Fc moiety [1]  137/13
FCRR [2]  1/23 217/8
FDA [13]  38/10 38/10 39/6 39/7 39/15 51/5 94/1 94/5 94/7 112/9 155/6 155/12 205/5
FDA-approved [1]  94/1
features [2]  139/24 203/7
February [1]  154/9
February 10 [1]  154/9
Federal [1]  217/3
federally [1]  86/5
feed [1]  136/12
feel [1]  91/7
feeling [1]  91/9
fellow [4]  167/11 170/25 171/2 171/3
fenestrae [3]  36/17 36/18 37/8
fermentation [2]  19/23 182/1
fermenter [2]  196/17 196/24
fertilizers [1]  132/5
fewer [2]  129/16 130/6
fibro [3]  89/18 89/19 100/17
field [15]  10/23 40/8 59/5 64/1 70/4 117/5 119/15 121/10 122/11 122/11 144/25 168/20 171/8 171/12 171/13
figure [14]  17/20 97/3 97/21 97/24 99/12 103/10 128/6 158/7 158/16 159/17 160/7 160/11 160/14 167/5
Figure 1A [2]  158/7 159/17
Figure 1B [1]  158/16
Figure 1E [1]  160/11
Figure 1F [1]  160/14
Figure 2 [1]  97/3
Figure 3 [3]  97/21 97/24 99/12
Figure 5 [1]  160/7
figured [1]  19/15
figures [3]  41/8 160/3 160/17
file [2]  67/19 151/11
filed [1]  60/6
filgrastim [82]  35/1 35/2 36/10 39/8 49/17 49/21 49/22 50/14 51/9 51/11 52/3 74/13 74/25 75/14 75/22 76/16 76/25 77/3 77/6 77/11 77/15 77/21 80/4

**F**

**filgrastim... [59]** 81/6 81/8
111/15 164/12 164/14 171/22
193/3 193/4 193/11 193/13
194/3 194/6 194/22 195/5 195/7
195/20 195/21 195/21 195/21
200/3 200/5 200/13 200/25
201/5 201/9 201/10 201/13
201/19 201/20 202/1 202/2
202/3 202/6 202/7 202/14
202/18 202/20 202/23 203/9
203/18 204/2 204/6 204/15
204/18 204/20 204/21 205/7
205/8 205/14 206/6 206/8
206/13 206/21 206/23 207/22
210/8 215/24 216/1 216/6
**filing [2]** 150/23 155/3
**fill [2]** 25/9 200/8
**filled [2]** 189/18 212/5
**filling [1]** 15/22
**filter [3]** 36/21 36/24 37/10
**filtration [1]** 182/3
**final [7]** 51/18 147/22 162/15
162/23 163/8 200/15 201/1
**finally [4]** 49/25 78/16 168/13
201/9
**finance [1]** 84/20
**find [17]** 8/12 10/8 12/7 87/3
89/12 89/13 96/15 98/11 98/13
118/8 130/20 136/19 144/7
147/24 149/14 174/16 192/2
**findings [1]** 5/7
**finds [2]** 16/11 118/5
**fine [1]** 180/19
**fine-tune [1]** 180/19
**finish [4]** 5/15 5/16 170/16
200/9
**finished [1]** 119/4
**first [70]** 5/18 8/9 8/14 18/25
21/2 27/10 27/20 30/7 36/9
36/15 40/2 40/10 41/5 50/2
52/15 53/2 54/14 54/22 58/2
59/4 62/9 63/12 63/17 64/2
65/22 66/23 70/16 81/19 83/10
83/12 86/4 88/13 92/14 92/17
92/24 93/12 93/14 93/19 94/7
96/9 98/9 104/15 117/22 118/12
118/13 122/15 126/2 126/8
128/9 129/1 144/12 152/20
154/7 155/21 157/1 166/14
166/25 167/16 183/24 184/1
187/16 191/24 192/11 202/1
203/3 203/23 207/6 210/13
212/22 215/3
**firstly [1]** 40/16
**fish [3]** 124/24 124/25 125/2
**fit [8]** 16/23 19/4 37/8 37/19
38/17 146/12 146/14 146/23
**fits [1]** 16/15
**five [9]** 18/11 18/16 79/1
104/14 120/5 152/1 152/3
155/12 177/25
**five-minute [1]** 152/1
**fixed [1]** 147/18
**flag [1]** 193/1
**flask [1]** 195/15
**flat [1]** 15/11
**flattened [2]** 178/13 187/1

**flattened-out [2]** 178/13 187/1
**flavors [1]** 178/18
**flexibility [2]** 77/16 78/2
**flip [2]** 89/9 92/9
**floats [1]** 186/22
**FLORIDA [6]** 1/1 1/9 1/21
1/24 2/4 8/6
**flow [7]** 41/25 42/6 46/13 195/8
195/13 202/1 210/10
**focus [14]** 53/2 60/8 74/10
75/10 84/20 104/13 104/14
104/16 105/9 109/1 113/10
139/6 167/10 191/24
**focused [10]** 21/22 37/22 85/12
98/15 98/17 99/8 104/22 119/22
120/7 127/17
**focuses [2]** 87/17 184/16
**focusing [3]** 191/9 191/12
208/13
**fold [7]** 17/7 17/11 18/23 42/23
176/12 179/22 183/24
**folded [34]** 15/16 16/22 16/25
17/4 17/5 18/15 18/18 18/22
20/25 21/21 32/7 48/12 48/15
72/17 73/1 73/6 80/20 136/5
136/6 176/24 177/12 178/14
178/15 179/2 179/6 179/18
179/20 180/5 183/15 183/16
184/8 187/17 202/17 205/12
**folding [31]** 14/20 16/25 17/1
17/8 18/5 18/20 19/20 21/8
26/14 37/23 37/23 37/25 38/15
38/16 39/10 39/18 39/19 43/7
48/8 60/23 63/9 168/3 168/7
168/18 177/20 178/21 179/17
188/24 189/5 189/10 204/22
**folds [2]** 14/5 18/13
**folks [7]** 4/16 4/21 114/15
116/7 152/6 188/4 216/17
**follow [2]** 49/12 172/12
**followed [1]** 32/9
**following [1]** 109/5
**follows [2]** 29/4 151/19
**food [5]** 11/24 139/15 139/17
173/11 174/24
**football [3]** 70/3 70/3 71/5
**foray [2]** 8/14 168/23
**forcefulness [1]** 188/20
**forces [3]** 14/18 14/18 196/12
**foregoing [1]** 217/3
**foreseeing [1]** 122/8
**forever [1]** 66/6
**forget [1]** 114/22
**forgo [1]** 89/22
**form [35]** 14/2 14/2 17/10 18/8
22/23 23/15 24/4 26/14 26/15
29/25 30/1 125/6 125/6 133/21
134/14 136/7 136/8 136/17
137/1 137/4 141/18 168/1 176/7
178/2 178/8 178/19 179/14
181/1 186/15 186/18 187/21
196/3 197/8 214/11 214/14
**formation [11]** 18/13 34/5 34/5
120/20 124/17 133/17 176/6
176/16 177/23 178/3 186/13
**formed [5]** 18/12 20/12 181/24
184/18 199/20
**former [1]** 30/16

**forming [3]** 28/17 141/19
190/23
**forms [6]** 20/8 43/7 135/7
196/5 200/7 200/9
**formulatory [1]** 130/12
**Fort [2]** 1/9 1/24
**forth [2]** 49/19 52/23
**forward [14]** 12/19 17/14
20/15 38/22 50/18 87/2 95/3
98/11 98/13 98/17 104/7 108/16
109/6 187/23
**found [7]** 25/18 38/13 144/8
199/22 202/11 203/20 205/18
**foundational [1]** 135/18
**founded [4]** 6/21 88/20 88/20
103/8
**founder [1]** 113/6
**founding [1]** 169/16
**four [13]** 10/5 14/24 18/11
18/17 27/4 30/7 77/23 140/7
177/9 183/8 211/10 212/12
213/18
**fourth [2]** 54/9 177/4
**fragment [3]** 137/14 137/14
141/12
**frame [1]** 154/19
**frames [1]** 201/25
**Francisco [1]** 121/8
**frankly [3]** 43/13 49/7 51/25
**free [1]** 186/15
**freeze [1]** 185/19
**frequently [6]** 21/12 37/4
131/12 131/13 181/3 181/21
**fridge [2]** 12/7 174/16
**Friedman [2]** 81/24 82/3
**front [17]** 6/9 40/25 49/18 63/1
78/15 88/12 91/25 100/23
108/19 112/24 126/1 126/16
140/10 148/3 153/17 166/15
193/7
**fruits [1]** 92/9
**frustrating [1]** 191/3
**frustration [1]** 22/22
**full [4]** 78/22 79/18 81/11
212/5
**fully [1]** 136/5
**function [8]** 13/14 61/5 72/25
75/4 176/17 177/13 178/11
179/17
**functional [4]** 88/6 172/16
177/18 184/15
**functions [1]** 81/3
**fundamentals [1]** 173/19
**funny [1]** 185/23
**further [14]** 17/17 20/23 45/16
47/1 73/22 81/5 81/13 113/15
118/7 132/6 165/1 165/2 183/1
201/12
**furthest [1]** 45/23
**future [6]** 45/16 86/24 104/5
106/18 106/21 107/14

**G**

**G-CSF [42]** 8/23 9/4 13/23
16/1 16/2 16/10 16/11 16/13
18/3 18/15 39/1 50/17 50/17
140/4 140/7 176/10 176/17
177/10 177/22 177/25 178/8

178/14 182/22 183/13 187/2
187/18 187/21 195/17 196/1
196/4 196/5 196/8 196/25
196/25 197/2 199/1 202/17
204/16 205/11 206/8 207/21
216/2
**gains [1]** 186/6
**gallon [2]** 25/10 121/12
**garbage [3]** 55/15 55/15 55/17
**garners [1]** 77/24
**GARRISON [1]** 1/16
**gas [6]** 121/14 124/20 125/11
125/14 125/16 148/17
**gaseous [1]** 125/15
**gene [6]** 19/19 19/20 195/17
196/1 196/5 196/24
**gene-encoding [1]** 195/17
**Genentech [14]** 119/9 119/17
119/19 119/21 120/1 120/2
120/4 120/6 120/13 121/25
122/2 123/19 124/22 148/12
**general [14]** 4/8 4/11 4/24
76/22 84/8 86/12 86/14 88/2
88/3 103/13 130/6 131/25
180/20 204/6
**generally [3]** 50/13 89/14
172/10
**generation [1]** 9/21
**generic [1]** 8/7
**genetic [1]** 180/15
**gentlemen [1]** 126/19
**genuinely [1]** 44/3
**Germany [1]** 85/5
**getting [8]** 42/9 73/2 90/11
180/9 185/7 199/19 210/13
212/11
**ginger [1]** 174/14
**give [11]** 11/24 15/23 19/23
37/12 77/9 77/22 82/13 116/16
121/11 165/21 187/18
**given [11]** 6/15 9/16 37/3 44/6
44/6 48/1 122/11 146/16 147/14
147/15 189/11
**gives [1]** 44/9
**giving [2]** 183/25 190/16
**Glaxo [5]** 84/25 85/9 85/11
85/15 85/16
**GlaxoSmithKline [2]** 84/25
85/9
**glob [1]** 191/3
**global [1]** 101/15
**globe [1]** 191/1
**globs [1]** 191/7
**globules [1]** 197/7
**glycol [3]** 10/14 187/10 201/16
**go [76]** 6/13 12/6 14/16 17/14
21/9 22/4 26/9 26/22 28/4
30/19 30/24 37/21 39/23 41/24
44/5 44/12 47/25 48/2 50/18
56/20 58/20 60/11 60/12 60/12
60/14 61/15 61/9 68/6 70/19
70/25 71/18 71/21 75/17 78/2
78/11 89/9 91/10 91/10 92/7
100/2 100/10 101/7 102/12
104/24 109/11 111/25 114/1
119/17 122/1 133/2 135/23
141/9 145/3 145/5 152/23
153/20 155/16 156/23 157/9

# G

**go... [17]**  157/24 158/7 158/16
161/13 168/7 170/3 172/19
175/25 186/1 186/21 197/8
200/6 200/8 201/12 202/19
205/4 213/20
**goal [4]**  43/11 47/16 172/16
211/12
**goes [17]**  10/18 31/3 36/5 36/20
45/17 55/15 64/3 64/4 68/25
69/3 69/14 69/17 88/24 118/3
146/22 173/23 196/20
**going [105]**  11/17 13/15 13/16
14/20 15/23 17/6 17/18 18/2
19/20 20/2 20/23 22/10 23/19
27/13 29/6 30/12 30/20 31/17
31/18 32/5 32/13 32/15 32/16
33/2 33/11 33/24 34/8 35/4
35/6 35/7 35/8 36/4 36/19 38/4
38/12 39/16 40/13 41/9 41/17
42/5 42/5 45/15 45/21 46/20
47/25 49/13 49/15 49/19 49/19
49/21 49/24 50/11 52/23 54/24
55/12 56/7 56/10 57/20 58/7
59/4 60/17 60/20 60/22 60/24
61/20 61/21 61/24 61/25 62/1
62/16 62/21 64/2 64/20 66/8
66/20 69/4 69/19 70/3 70/13
70/13 72/5 75/2 75/4 75/10
75/12 75/14 76/10 76/23 77/2
78/24 87/1 91/5 94/21 95/2
95/14 98/10 107/13 114/5
121/14 166/23 167/19 175/14
181/14 213/20 213/21
**gold [1]**  189/23
**golden [1]**  196/3
**GOLOB [3]**  2/6 4/19 5/5
**good [30]**  4/2 4/5 4/12 4/16
4/17 5/1 5/4 6/6 6/12 33/4
34/17 34/22 35/19 45/8 82/2
86/21 89/5 94/23 97/4 107/24
114/3 119/20 134/24 152/18
152/19 165/11 166/4 166/5
184/22 216/13
**gotten [3]**  68/21 148/6 174/18
**government [1]**  85/19
**grab [1]**  198/17
**grade [6]**  25/8 25/9 138/10
138/12 138/23 209/11
**graduate [6]**  117/10 118/15
118/19 118/22 119/6 167/19
**Graham [1]**  4/11
**gram [18]**  28/22 29/5 42/25
43/4 52/16 53/2 54/14 54/18
55/3 56/10 56/19 57/15 57/19
211/23 212/2 212/4 214/20
215/11
**grams [26]**  27/12 28/8 28/8
28/10 29/1 29/2 42/18 156/1
210/19 211/2 211/25 213/5
213/14 213/19 213/19 213/23
213/23 213/25 214/2 214/3
214/6 214/16 215/6 215/7 216/2
216/7
**Granix [3]**  91/18 91/19 91/20
**granted [4]**  5/9 40/20 114/14
115/17
**granulocyte [1]**  8/23

**graph [10]**  147/5 151/18
153/24 154/1 154/1 158/8 158/9
158/17 159/3 159/9
**Graphically [1]**  60/19
**graphs [1]**  163/19
**gray [12]**  29/24 58/2 58/18
62/15 62/20 65/25 67/24 70/15
70/15 71/8 71/20 97/25
**grease [5]**  179/2 179/7 179/10
181/18 196/7
**greasy [9]**  14/13 14/15 178/19
179/8 179/15 180/25 181/22
183/14 197/14
**great [9]**  9/17 11/18 24/17
28/12 100/18 169/7 176/23
179/18 204/7
**greater [9]**  27/12 37/16 58/9
58/11 147/13 210/19 213/14
214/7 214/16
**greatly [1]**  24/15
**green [20]**  14/3 15/8 16/2
16/14 16/21 18/12 27/6 36/16
67/19 98/1 101/19 174/5 184/19
184/21 184/21 184/22 184/24
187/3 187/13 191/17
**grew [2]**  127/3 169/17
**gritty [1]**  185/25
**GROOMBRIDGE [20]**  1/17
4/7 48/16 49/25 50/21 52/5
52/18 52/22 55/22 56/24 57/10
59/13 61/15 62/2 62/22 63/4
63/6 83/9 83/21 165/1
**group [3]**  127/3 168/12 168/12
**groups [4]**  127/18 173/22
173/23 186/14
**grow [13]**  11/10 11/19 12/2
12/6 12/13 87/7 87/11 173/12
173/16 174/13 174/19 180/12
180/14
**growing [7]**  11/19 12/8 105/14
173/12 195/15 195/25 196/24
**grown [3]**  9/21 98/3 196/17
**grows [1]**  129/22
**growth [3]**  118/25 130/24
132/8
**Gs [3]**  13/2 13/11 173/20
**guess [1]**  168/13
**guided [1]**  133/11
**gut [2]**  175/12 175/21
**guy [2]**  49/13 189/14
**gylcol [2]**  169/24 202/8

# H

**H-A-R-T [1]**  116/20
**hair [6]**  185/6 185/7 185/7
185/11 185/16 185/23
**half [2]**  85/6 121/15
**halves [1]**  141/18
**hamburger [1]**  175/5
**hamster [3]**  11/13 174/5 174/6
**hand [22]**  7/25 10/11 15/4
18/24 24/13 27/15 29/2 30/6
82/8 83/14 88/16 89/10 92/4
97/3 116/13 126/4 131/11 134/3
135/12 154/8 165/17 184/9
**handful [1]**  45/9
**handle [1]**  81/25
**handling [1]**  132/2

**handshake [1]**  177/16
**hang [1]**  42/19
**hanging [1]**  168/11
**happen [15]**  11/7 16/21 18/10
23/10 24/2 24/6 24/10 41/13
56/6 143/2 143/4 161/2 179/7
183/15 183/16
**happened [1]**  18/24
**happens [18]**  13/24 14/4 16/10
20/7 36/10 36/14 74/9 176/14
180/22 181/24 182/23 183/21
184/11 195/24 196/9 196/22
197/16 199/7
**happy [5]**  12/5 82/8 82/9
117/25 179/4
**hard [4]**  179/24 179/25 180/3
190/25
**hard-boiled [3]**  179/24 179/25
180/3
**harms [2]**  80/13 80/16
**harness [1]**  19/8 92/18
**harnessing [2]**  7/13 10/20
**Hart [42]**  22/13 115/24 116/10
116/14 116/18 116/19 129/3
147/4 152/7 152/18 153/18
153/24 154/2 154/10 154/22
154/25 155/4 156/13 156/20
157/7 157/12 158/2 158/8
158/14 159/14 160/5 160/12
160/15 160/21 161/11 162/4
162/9 162/13 162/15 163/7
163/12 164/21 165/4 172/12
185/4 186/2 188/17
**Hart's [1]**  167/4
**Harvard [1]**  76/21
**harvest [3]**  182/2 183/1 196/12
**harvested [2]**  155/24 213/1
**harvesting [1]**  196/16
**hats [1]**  42/19
**havoc [1]**  91/9
**he'll [1]**  68/6
**head [2]**  86/4 86/7
**headed [2]**  135/14 148/8
**heading [2]**  99/12 102/15
**health [4]**  85/20 86/6 96/20
96/23
**healthcare [3]**  96/22 96/22
98/25
**healthy [1]**  93/20
**hear [78]**  6/1 6/25 7/4 7/11
7/22 8/10 8/14 8/16 9/7 9/20
10/14 11/12 11/22 13/15 13/17
14/9 14/20 17/1 17/18 19/19
21/13 22/10 24/17 25/6 26/10
26/25 27/22 29/9 29/15 30/12
30/15 30/20 32/5 32/18 33/8
33/25 34/16 35/14 36/4 37/2
37/14 38/12 42/5 42/20 43/20
44/14 45/2 45/3 45/11 45/22
45/24 46/12 49/24 50/6 51/8
51/19 51/22 52/21 54/25 55/25
57/3 57/8 59/15 61/20 63/13
64/2 69/13 72/20 73/8 75/19
75/25 76/17 76/20 77/11 77/20
79/13 186/16 192/19
**heard [8]**  38/8 54/23 65/11
173/9 188/12 188/17 188/19
190/11

**hearing [2]**  115/6 117/23
**hearsay [2]**  71/9 71/9
**Heavily [1]**  198/25
**heavy [3]**  56/5 71/5 72/10
**held [7]**  179/15 183/14 183/15
185/8 185/11 185/12 196/7
**helical [1]**  176/10
**helices [5]**  10/5 14/2 15/20
205/11 205/11
**helix [5]**  12/25 13/1 140/7
176/8 176/10
**Hello [1]**  114/25
**help [4]**  64/6 99/20 172/5 177/1
**helpful [1]**  12/19
**helps [1]**  89/7
**hematology [1]**  104/15
**hemoglobin [1]**  177/8
**herring [1]**  74/7
**high [44]**  23/1 28/21 42/9
42/10 45/6 48/18 48/23 50/25
52/18 52/19 53/16 54/17 64/13
64/24 79/7 87/5 89/20 89/24
90/1 96/3 103/4 123/16 130/15
130/23 130/25 131/1 131/3
131/4 133/21 136/4 136/21
137/5 138/23 139/23 151/17
151/18 167/18 189/10 189/18
190/8 197/4 211/1 214/19
214/20
**high-concentration [4]**  52/18
52/19 64/13 64/24
**higher [11]**  9/15 22/18 26/10
39/9 98/11 134/19 137/25
160/18 189/1 205/12 211/2
**higher-order [1]**  39/9
**highlight [3]**  59/1 62/18 213/17
**highlighted [8]**  29/1 66/21
67/23 69/2 199/25 205/6 206/11
215/3
**highlighting [1]**  204/4
**highlights [2]**  102/19 103/22
**highly [9]**  22/23 27/25 46/23
114/8 114/8 139/4 144/23
212/18 212/23
**highly-concentrated [1]**  22/23
**highly-washed [1]**  27/25
**hire [1]**  46/17
**hired [5]**  120/3 126/12 126/13
126/21 126/25
**history [3]**  85/12 88/22 108/18
**hit [1]**  107/9
**hits [1]**  69/19
**Hoffmann [2]**  75/8 76/9
**Hoffmann-La [2]**  75/8 76/9
**HOGAN [1]**  1/20
**hold [1]**  185/21
**holding [1]**  25/2
**holes [5]**  36/14 36/17 36/17
37/8 37/20
**home [3]**  91/1 91/11 100/4
**homogeneous [1]**  133/12
**homogenized [1]**  197/6
**Honor [264]**
**Honor's [7]**  5/7 8/13 54/7
54/16 54/17 68/9 68/10
**HONORABLE [1]**  1/13
**hope [1]**  147/23
**hoped [1]**  142/4

**H**

**hopefully [4]** 18/9 83/25 104/5 124/5
**hormone [4]** 119/1 120/9 120/10 130/24
**hormone-related [1]** 119/1
**Hospital [1]** 76/22
**hospitalization [1]** 89/21
**host [1]** 181/10
**hour [3]** 31/20 32/1 113/25
**hours [11]** 31/22 36/24 52/22 52/24 53/1 100/2 100/5 209/21 209/21 209/21 209/21
**house [1]** 4/25
**housekeeping [3]** 5/3 5/21 81/21
**Houston [2]** 166/7 168/15
**HR [1]** 88/8
**HSs [1]** 186/13
**hue [1]** 10/12
**Huffington [1]** 166/8
**Huffington-Woestemeyer [1]** 166/8
**huge [5]** 25/4 100/9 106/16 186/1 189/21
**huh [3]** 108/24 109/2 194/10
**human [52]** 8/25 11/6 11/6 12/12 12/13 12/21 13/4 19/17 19/21 20/1 20/5 20/7 20/25 20/25 97/7 98/9 119/1 130/24 138/10 138/25 139/10 167/21 170/1 172/23 173/1 173/6 173/10 173/11 173/12 173/16 174/2 174/4 175/9 175/10 175/12 175/13 175/21 176/22 177/8 180/10 180/11 180/18 180/20 180/21 180/23 195/17 196/1 196/4 196/5 196/24 196/25 197/2
**human-grade [1]** 138/10
**humans [5]** 94/4 167/22 174/2 180/17 209/12
**Humira [3]** 110/10 110/11 110/18
**hundred [5]** 45/7 143/2 160/23 161/6 161/10
**hydrochloric [3]** 33/2 33/4 33/6
**hydrophilic [1]** 14/11
**hydrophobic [1]** 178/20
**hypercholesterolemia [1]** 96/3
**hypoglycemia [1]** 175/15
**hypotheses [1]** 143/19
**hypothesis [1]** 143/21
**hypothetical [7]** 68/4 70/16 70/20 71/3 71/13 72/10 72/11

**I**

**I'd [10]** 8/21 15/25 25/24 48/5 56/12 65/14 68/20 73/23 80/18 108/25
**I'll [21]** 6/1 6/9 10/16 27/8 34/11 39/22 40/9 48/3 53/23 55/4 56/20 59/19 61/9 70/8 74/5 78/16 80/2 164/23 188/19 198/4 213/13
**I'm [61]** 19/20 23/19 25/8 26/8 26/9 35/4 43/13 47/25 49/12

49/13 49/15 54/23 54/24 56/10 57/20 70/3 70/12 70/13 81/13 82/9 84/8 84/18 88/3 93/1 107/25 108/10 110/4 114/19 114/20 114/21 117/1 121/12 127/8 127/22 135/11 140/5 141/10 143/12 152/13 153/5 159/8 160/5 163/15 166/7 166/8 167/4 168/20 169/14 170/12 170/20 170/24 170/25 171/1 171/3 181/12 182/10 194/6 195/20 205/25 212/3 216/19
**I've [20]** 5/19 64/22 67/22 68/16 68/21 70/2 70/14 70/15 76/8 76/10 121/7 168/20 169/11 170/10 170/14 170/21 171/17 186/19 190/24 191/12
**IB [1]** 199/9
**idea [4]** 45/8 175/9 175/11 190/14
**identical [11]** 9/2 11/25 41/3 180/16 194/25 200/14 202/2 202/16 210/9 211/22 216/5
**identified [7]** 45/25 96/10 104/2 126/3 126/15 143/16 146/25
**identifier [1]** 156/4
**identify [3]** 92/1 94/7 146/8
**identifying [1]** 18/2
**igg1 [1]** 137/15
**ignore [3]** 69/22 69/23 72/8
**II [7]** 93/22 97/8 103/24 104/7 104/9 106/11 106/12
**III [9]** 45/23 93/24 94/1 97/8 103/24 104/8 104/9 106/10 106/11
**illness [1]** 87/13
**illustrate [2]** 163/20 195/13
**illustrated [3]** 62/22 63/5 142/9
**illustrates [3]** 173/6 201/22 202/8
**illustrating [2]** 147/9 150/2
**illustration [11]** 151/15 172/23 177/22 178/7 181/14 182/5 184/20 187/1 190/7 190/9 195/25
**illustrative [2]** 138/1 145/17
**images [3]** 10/1 15/3 20/9
**imagine [5]** 10/3 15/10 15/13 17/14 211/12
**Imlygic [3]** 92/13 92/16 92/23
**immediately [1]** 42/12
**immune [2]** 9/13 92/19
**immunotherapy [3]** 92/19 92/23 92/23
**impact [9]** 98/23 98/24 104/20 106/8 106/9 106/16 107/6 110/18 179/17
**impacting [1]** 106/20
**impacts [2]** 63/8 76/12
**impediment [1]** 22/22
**implemented [1]** 120/21
**implies [3]** 7/9 136/3 145/16
**importance [2]** 52/3 108/2
**important [40]** 13/14 15/1 15/25 16/25 18/4 18/5 22/8 25/7 35/20 40/18 46/15 55/23 56/5 57/6 57/10 58/13 59/24

59/24 60/8 61/1 61/12 62/13 63/18 63/25 66/15 67/7 73/13 76/11 101/23 125/21 137/20 144/25 145/1 164/3 164/6 174/22 180/12 180/15 181/5 203/8
**importantly [14]** 27/16 35/10 51/20 53/11 59/18 62/10 63/21 68/16 70/8 73/17 76/17 80/9 132/22 137/18
**imposed [1]** 25/17
**impressed [1]** 86/22
**improperly [2]** 17/4 17/5
**improperly-folded [1]** 17/4
**improve [1]** 99/21
**improved [4]** 9/24 24/15 123/4 172/13
**improvement [1]** 147/21
**improves [2]** 25/21 147/12
**impurities [2]** 118/10 142/11
**in-house [1]** 4/25
**inability [2]** 22/23 23/1
**inactive [1]** 19/3
**inappropriately [1]** 46/10
**INC [3]** 1/4 1/7 7/8
**incidence [1]** 89/18
**include [6]** 56/7 56/16 84/13 135/21 197/13 211/17
**included [4]** 48/4 135/17 156/19 159/4
**includes [3]** 62/5 62/6 181/18
**including [10]** 20/1 24/21 44/10 46/13 76/13 139/13 169/12 175/19 184/3 188/16
**inclusion [93]** 20/11 20/17 20/20 21/3 21/5 21/7 23/15 27/17 27/25 28/3 28/24 29/3 30/9 41/18 48/5 55/7 55/8 55/12 55/19 56/6 62/6 62/8 117/21 117/23 117/24 118/1 118/24 119/3 120/7 136/22 136/23 136/25 137/2 137/3 161/24 179/14 179/19 181/2 181/5 181/7 181/8 181/20 181/21 181/22 181/24 182/22 183/1 183/4 183/6 183/9 183/12 183/22 184/2 184/6 196/6 196/25 197/1 197/12 197/20 198/5 198/9 198/20 198/25 199/2 199/8 199/9 199/10 199/16 199/20 201/5 201/8 210/16 210/24 211/24 211/25 212/1 212/5 212/7 212/8 212/9 212/12 212/19 212/24 212/25 212/25 213/4 213/9 213/18 213/25 213/25 215/3 215/5 215/25
**inclusions [2]** 55/21 56/9
**incontrovertibly [1]** 66/17
**inconvenient [1]** 90/22
**Incorporated [1]** 128/8
**incorrect [1]** 24/4
**incorrectly [7]** 18/22 18/23 140/15 178/15 179/6 179/20 201/17
**increase [6]** 25/20 37/6 42/4 98/7 98/9 100/17
**increased [2]** 24/25 106/2

**increases [1]** 37/7
**increasing [1]** 75/5
**increasingly [1]** 94/22
**incredibly [6]** 90/22 94/11 100/9 106/22 167/25 200/8
**incubate [2]** 31/18 52/24
**incubating [2]** 52/25 209/17
**incubation [1]** 209/22
**independent [3]** 53/22 66/17 192/3
**India [1]** 8/18
**indicate [1]** 138/2
**indicated [7]** 90/15 90/18 111/5 112/6 112/9 121/25 132/24
**indicates [2]** 147/14 149/11
**indications [2]** 76/24 78/1
**indistinct [1]** 32/21
**individual [6]** 21/6 91/15 141/3 176/4 184/6 200/7
**induced [1]** 135/5
**industrial [8]** 22/21 23/2 24/18 131/20 131/21 132/9 191/5 196/13
**industry [10]** 7/16 19/17 22/22 24/23 25/2 25/3 103/12 167/20 169/9 197/6
**inefficient [1]** 192/5
**inert [1]** 203/7
**infection [2]** 89/18 89/21
**infer [1]** 128/13
**inflammation [1]** 104/16
**influence [4]** 14/14 22/2 142/10 142/12
**influences [1]** 143/24
**information [4]** 13/3 114/9 150/22 211/5
**infrastructure [2]** 109/18 146/20
**infrequently [2]** 203/13 203/14
**infringe [21]** 46/10 47/21 49/17 52/15 53/25 54/9 58/3 58/6 58/8 58/14 58/16 58/21 58/22 59/7 59/9 59/20 61/3 65/23 66/19 72/5 79/22
**infringed [1]** 58/4
**infringement [18]** 6/18 25/25 32/9 34/7 34/12 50/10 50/19 52/14 60/10 65/7 73/24 74/17 80/19 171/21 171/24 171/25 172/4 193/23
**infringes [3]** 80/20 193/13 194/2
**infused [1]** 87/12
**ingredient [1]** 35/6
**ingredients [6]** 29/22 31/2 31/4 31/14 62/13 73/19
**initial [3]** 48/2 53/6 146/1
**initiated [1]** 151/9
**inject [1]** 92/24
**injectable [2]** 87/12 209/12
**injection [8]** 37/12 90/24 91/1 91/1 91/11 130/12 189/19 209/10
**injections [5]** 37/1 37/3 77/7 90/23 111/9
**injector [1]** 99/25
**injects [1]** 36/22

**I**

**injunction [4]** 44/19 79/25 80/4
115/6
**injunctive [1]** 6/19
**innovated [1]** 96/8
**innovation [10]** 92/10 93/11
94/20 95/7 95/7 106/20 106/24
106/25 106/25 107/12
**innovative [7]** 87/1 88/23
93/11 103/15 106/21 108/3
108/18
**innovative-based [1]** 93/11
**inputs [1]** 213/15
**inquire [3]** 83/22 116/21
165/25
**inquiry [2]** 31/7 31/10
**insert [2]** 19/18 196/4
**inside [20]** 11/14 12/4 12/21
12/23 14/16 16/9 20/6 36/13
56/2 107/4 118/2 173/10 179/13
182/9 183/17 196/8 197/21
197/22 199/2 211/15
**insofar [1]** 136/24
**insoluble [7]** 130/24 136/8
136/17 167/25 180/2 184/10
191/15
**instance [10]** 123/20 124/25
125/8 132/4 135/5 139/13 141/3
142/13 146/4 147/19
**Institute [3]** 117/10 170/24
171/2
**instructions [1]** 151/19
**instrumental [1]** 15/8
**insufficiently [1]** 40/6
**insulin [3]** 175/10 175/11
175/13
**insurers [1]** 86/6
**intact [1]** 75/15
**Intas [2]** 8/18 8/20
**integral [1]** 19/16
**intended [2]** 135/18 161/3
**intending [1]** 151/4
**intense [1]** 43/9
**intensely [3]** 41/14 42/7 45/4
**intent [1]** 6/14
**intentional [1]** 149/12
**interact [6]** 176/18 176/19
177/14 179/9 190/14 190/17
**interaction [2]** 23/21 177/17
**interactions [3]** 170/2 179/16
183/14
**interacts [1]** 14/6
**intercellular [1]** 155/23
**interest [5]** 7/14 181/4 181/9
199/13 201/6
**interested [2]** 166/22 168/4
**interesting [1]** 196/21
**intermediate [11]** 35/1 35/4
194/23 195/22 201/10 201/11
201/14 202/2 202/20 210/9
216/6
**intermediates [1]** 43/7
**internal [2]** 148/1 156/15
**interrelationship [1]** 192/1
**interrogates [1]** 118/7
**interrogative [1]** 119/15
**introduce [3]** 4/6 4/20 114/5
**introduced [7]** 89/11 89/13

94/12 100/6 100/7 140/20 141/4
**introduction [1]** 9/7
**invalid [2]** 40/2 50/1
**invalidate [1]** 41/4
**invalidity [2]** 78/17 78/18
**invent [1]** 63/15
**invented [1]** 148/12
**invention [21]** 22/16 22/17
22/17 24/14 34/10 40/5 40/9
40/14 42/11 48/24 61/7 73/2
78/22 79/6 135/20 138/13
151/12 151/14 188/25 189/1
189/9
**inventor [4]** 115/24 163/15
188/17 191/22
**inventors [8]** 22/13 24/21
26/11 51/22 126/8 126/11 171/4
213/8
**inventory [1]** 40/11
**invest [3]** 93/12 97/17 97/18
**invested [2]** 103/6 103/8
**investigated [3]** 38/13 122/16
143/11
**investigating [1]** 144/5
**investigators [1]** 119/24
**investing [3]** 103/19 106/13
107/2
**investment [4]** 94/13 94/16
102/18 109/18
**investments [1]** 107/5
**invests [3]** 7/1 44/25 103/4
**invited [3]** 144/20 144/22
145/4
**involved [14]** 21/24 44/4
118/12 127/24 128/14 128/16
129/23 146/10 146/11 168/20
169/8 169/11 170/5 186/3
**involves [4]** 7/13 7/14 22/17
122/19
**involving [1]** 6/16
**iron [2]** 125/8 125/10
**isolate [1]** 118/3
**isolated [2]** 121/21 155/24
**isolating [2]** 118/24 210/1
**isolation [3]** 119/2 199/14
210/12
**issue [11]** 7/21 9/22 39/6 44/18
47/24 51/8 58/19 74/12 74/12
74/24 181/6
**issued [1]** 154/12
**issues [3]** 6/17 24/23 203/6
**it's [178]** 8/3 8/4 8/5 11/19
11/20 13/3 13/22 15/1 15/14
15/16 16/3 16/13 16/14 16/25
19/10 20/13 23/18 23/21 24/19
24/20 24/22 28/9 28/11 31/19
31/25 32/14 32/16 32/21 33/9
33/12 33/19 35/2 35/6 35/7
35/8 36/11 37/5 37/25 38/1
38/2 40/15 40/24 41/10 41/20
42/3 42/6 42/9 42/11 42/18
43/2 43/21 45/19 45/20 46/14
46/22 47/11 48/10 48/10 48/14
48/19 48/20 49/3 50/5 50/5
52/1 52/9 52/22 52/24 52/25
53/1 54/12 54/20 54/23 57/1
57/9 59/3 59/24 60/8 61/2 61/7
62/9 62/12 62/23 62/24 63/15

63/15 63/16 63/17 63/18 63/18
64/1 64/1 64/10 64/16 64/18
64/18 65/14 65/17 65/17 66/2
66/6 66/24 66/24 67/7 67/11
68/21 69/10 69/19 69/20 69/23
72/17 73/16 75/23 76/15 77/18
77/23 78/9 82/20 90/2 90/10
92/16 93/17 93/17 93/20 94/9
94/13 94/15 94/22 96/3 96/8
98/11 99/25 100/9 100/19
100/23 102/7 104/5 107/18
110/10 110/14 113/3 119/14
121/1 131/16 135/4 137/13
138/22 138/23 139/23 140/7
140/23 141/13 141/17 144/23
153/11 153/20 153/21 154/3
160/11 160/14 173/8 176/13
176/18 180/1 180/1 180/13
185/3 189/24 191/2 198/13
198/15 203/7 208/12 208/25
211/10 212/2 213/15 214/8
**item [6]** 16/2 40/4 96/14 100/22
113/22 126/2
**items [1]** 104/2

**J**

**Jabri [1]** 4/25
**Jack [1]** 175/5
**JAMES [3]** 1/13 118/15 118/15
**Jay [3]** 166/25 167/3 167/4
**JENNIFER [3]** 1/17 4/9
165/12
**job [3]** 126/23 126/24 127/2
**JOHN [5]** 1/20 4/5 4/11 168/5
168/12
**join [6]** 16/16 16/17 18/8 86/18
86/20 86/22
**joined [8]** 10/9 13/22 28/11
18/25 85/4 86/19 155/22 156/6
**joining [1]** 16/4
**Jonathan [2]** 167/12 168/5
**Joseph [1]** 126/12
**journal [2]** 35/16 96/20 96/21
**journals [1]** 167/24
**JTK110B [1]** 82/21
**JTK26 [1]** 82/19
**JTX [1]** 82/20
**JTX001 [1]** 126/4
**JTX088 [1]** 147/24
**JTX1 [10]** 3/3 82/16 83/3 154/5
154/7 155/16 156/23 157/9
158/7 161/13
**JTX10 [3]** 3/4 82/17 83/4
**JTX109a [1]** 3/5 82/20 82/20
83/6
**JTX109V [3]** 3/5 82/21 83/6
**JTX11 [3]** 3/4 82/17 83/4
**JTX110A [3]** 3/5 82/21 83/6
**JTX110B [2]** 3/5 83/6
**JTX112 [5]** 3/5 82/21 83/7
215/18 215/22
**JTX113 [5]** 3/5 82/21 83/7
215/14 215/19
**JTX115 [7]** 3/5 82/21 83/7
205/18 205/25 206/1 206/3
**JTX121 [3]** 3/6 82/22 83/7
**JTX122 [3]** 3/6 82/22 83/7

**JTX123 [4]** 3/3 82/16 82/22
83/3
**JTX127 [3]** 3/6 82/22 83/7
**JTX128 [3]** 3/6 82/22 83/7
**JTX13 [1]** 82/18
**JTX14 [16]** 82/18 194/9 194/13
195/1 195/1 200/19 207/16
207/16 208/25 209/24 210/6
211/4 212/15 213/16 215/1
215/9
**JTX143 [3]** 3/6 82/22 83/7
**JTX144 [3]** 3/6 82/22 83/8
**JTX15 [2]** 82/18 202/11
**JTX155 [3]** 3/3 82/15 83/2
**JTX16 [1]** 82/18
**JTX161 [3]** 3/3 82/16 83/3
**JTX17 [1]** 82/18
**JTX18 [1]** 82/18
**JTX19 [1]** 82/18
**JTX195 [4]** 3/3 82/16 83/3
100/23
**JTX2 [3]** 3/4 82/17 83/4
**JTX20 [3]** 3/4 82/18 83/5
**JTX22 [3]** 3/4 82/18 83/5
**JTX23 [1]** 82/19
**JTX24 [1]** 82/19
**JTX25 [13]** 82/19 194/18 195/4
199/22 200/17 208/25 209/24
210/7 211/4 212/15 213/16
215/2 215/9
**JTX27 [3]** 3/4 82/19 83/5
**JTX30 [3]** 3/3 82/16 83/3
**JTX65 [3]** 3/4 82/19 83/5
**JTX66 [4]** 3/5 82/19 83/5
203/20
**JTX69 [6]** 3/3 3/5 82/17 82/19
83/4 83/5
**JTX71 [3]** 3/5 82/19 83/5
**JTX77 [3]** 3/5 82/20 83/6
**JTX78 [3]** 3/5 82/20 83/6
**JTX88 [7]** 3/4 82/17 83/4
152/23 153/4 153/10 153/20
**JTX9 [3]** 3/4 82/17 83/4
**JUDGE [1]** 1/14
**July [3]** 1/9 216/25 217/6
**jump [1]** 187/13

**K**

**Keener [6]** 51/20 51/20 51/21
51/23 126/11 126/16
**keep [1]** 26/16
**keeping [1]** 56/13
**kept [1]** 190/10
**keratin [1]** 185/8
**KERRY [2]** 2/6 4/19
**key [23]** 16/14 16/15 16/15
16/23 19/4 38/16 39/20 46/20
73/8 73/9 98/8 104/14 104/16
104/16 107/3 107/6 107/12
107/12 107/13 169/19 169/19
176/19 177/15
**kidney [8]** 36/13 36/15 36/20
36/21 36/24 37/9 37/9 174/5
**kill [2]** 175/15 175/24
**kills [1]** 91/8
**kilodaltons [1]** 137/18
**kilograms [4]** 121/19 121/21
145/20 209/7

**K**

**Kim [1]** 4/10
**kind [34]** 11/23 15/9 16/13
18/5 19/24 19/24 21/3 21/8
26/14 34/5 36/15 46/1 46/16
86/5 87/8 88/21 88/24 90/3
93/15 93/21 94/1 104/7 104/19
125/8 173/8 173/9 175/20
176/17 176/18 178/23 180/13
185/23 189/13 211/14
**kindergarteners [1]** 190/12
**kindly [1]** 116/16
**kinds [3]** 104/12 175/22 198/19
**King [3]** 167/12 168/5 168/5
**King's [1]** 168/12
**Kinstler [1]** 38/19
**kitchen [1]** 125/24
**knew [1]** 168/3
**knock [1]** 40/14
**know [69]** 5/21 11/6 50/13
50/15 50/22 58/13 65/22 72/6
74/1 74/3 76/11 79/22 85/11
87/1 87/8 87/18 87/20 88/9
88/24 90/25 92/7 93/12 93/17
94/11 94/20 94/22 95/7 97/18
97/19 98/2 98/14 99/9 99/15
100/4 100/12 102/13 103/7
103/22 103/25 104/20 106/22
107/6 107/17 109/12 110/4
110/7 110/13 111/20 134/1
143/15 148/6 174/15 174/16
175/1 176/21 182/6 185/4
186/22 189/22 198/10 200/7
203/3 203/6 204/9 207/20 209/7
209/8 211/3 213/4
**knowing [1]** 203/2
**known [5]** 9/9 23/25 167/23
203/19 204/13
**Kwasigroch [1]** 4/10
**Kyprolis [1]** 92/11

**L**

**La [2]** 75/8 76/9
**lab [4]** 168/16 182/4 190/24
203/13
**lab-scale [1]** 182/4
**label [1]** 159/3
**labeled [2]** 200/5 201/25
**labeling [1]** 78/2
**laboratories [1]** 118/24
**laboratory [5]** 127/1 127/2
159/4 167/12 196/10
**labs [1]** 169/18
**lack [3]** 149/4 149/12 178/10
**laid [1]** 15/10
**Lamborghini [1]** 196/15
**language [4]** 29/12 173/25
214/4 214/22
**large [46]** 6/21 24/7 24/11
33/16 44/25 51/4 62/24 87/11
87/20 122/9 122/19 122/21
122/23 123/16 125/19 127/3
127/18 127/25 131/24 131/24
132/7 132/11 132/13 132/13
132/17 132/19 132/20 132/21
133/5 133/7 133/8 133/9 137/23
139/12 150/10 150/19 166/14
173/8 173/17 179/14 182/1

189/12 189/25 190/23 196/14
209/6
**large-scale [1]** 122/9
**largely [12]** 19/12 39/9 39/11
75/17 78/11 87/17 87/18 98/15
168/22 180/16 183/13 205/13
**larger [13]** 12/4 33/18 77/23
123/5 123/5 123/5 123/5 134/20
149/1 149/1 149/2 196/1 196/17
**largest [4]** 110/7 121/6 121/7
170/20
**lastly [3]** 15/21 44/17 81/10
**late [2]** 118/15 127/24
**late-stage [1]** 127/24
**Latin [1]** 36/18
**Lauderdale [2]** 1/9 1/24
**lawsuit [2]** 7/21 171/16
**lawyer [1]** 112/21
**lawyers [2]** 4/13 6/4
**layer [1]** 36/14
**layman [1]** 71/24
**layman's [2]** 75/5 77/5
**layperson [1]** 124/4
**lead [5]** 30/18 88/3 89/21 89/21
89/22
**leader [5]** 103/19 106/24
106/25 106/25 107/12
**leaders [1]** 118/16
**leading [5]** 46/18 88/4 110/4
127/15 167/24
**learn [3]** 33/2 119/25 152/9
**learned [1]** 121/1
**learning [1]** 119/25
**learnings [2]** 134/10 134/12
**leave [4]** 86/20 99/11 125/17
141/22
**lectin [15]** 122/15 122/16 123/8
123/10 127/9 134/9 140/6 140/6
152/8 154/17 154/22 164/19
188/6 195/23 200/23
**left [34]** 10/4 12/24 15/4 15/18
18/18 18/19 20/20 27/15 30/6
30/7 30/25 31/16 41/17 83/13
86/21 86/21 86/22 89/10 92/4
116/12 121/25 122/2 147/6
174/17 178/14 183/11 183/12
185/9 188/11 190/22 191/10
191/12 194/15 201/3
**left-hand [5]** 15/4 27/15 30/6
89/10 92/4
**legal [7]** 4/9 6/17 29/15 31/10
44/20 74/3 151/8
**length [1]** 95/4
**lengthy [1]** 94/6
**lesions [1]** 92/25
**letter [1]** 205/16
**letters [3]** 13/2 173/19 173/22
**lettuce [1]** 55/20
**leukemia [2]** 46/8 92/12
**Leukine [1]** 91/18
**level [14]** 22/21 25/20 26/2
28/12 28/13 28/25 34/22 87/5
87/6 89/15 89/24 90/1 125/15
177/6
**levels [5]** 9/6 13/17 25/14
150/11 176/2
**liability [1]** 44/19
**liable [1]** 74/17

**liberate [1]** 181/20
**license [1]** 139/11
**licensed [5]** 120/25 138/11
138/17 139/2 139/7
**life [2]** 11/2 98/24
**light [1]** 101/19
**likes [4]** 16/6 18/8 50/13 179/4
**likewise [1]** 128/17
**limine [1]** 38/8
**limit [6]** 29/5 79/3 133/14
142/16 142/18 146/20
**limitation [12]** 29/5 29/10
33/23 53/10 54/2 54/13 59/1
67/6 67/19 67/19 71/7 72/3
**limitations [7]** 29/9 57/18
57/20 59/8 59/10 59/12 64/14
**limited [7]** 1/4 7/8 67/4 129/11
146/9 183/18 183/19
**limiting [5]** 9/16 24/11 131/21
146/24 146/25
**limits [1]** 146/5
**line [19]** 42/19 89/2 129/24
135/25 138/20 141/24 142/25
155/19 155/21 155/21 156/25
157/10 157/24 161/15 162/21
162/22 162/23 202/7 215/3
**Line 25 [1]** 157/10
**Line 30 [1]** 156/25
**Line 31 [1]** 161/15
**Line 33 [1]** 142/25
**Line 35 [1]** 157/24
**Line 47 [1]** 162/21
**Line 49 [1]** 162/22
**Line 50 [3]** 135/25 155/19
162/23
**Line 53 [1]** 155/21
**Line 6 [1]** 129/24
**Line 62 [1]** 141/24
**lines [8]** 14/7 129/1 130/14
131/11 140/13 208/18 212/21
212/23
**Lines 19 [1]** 208/18
**Lines 39 [1]** 212/23
**Lines 62 [1]** 140/13
**Lines 8 [1]** 130/14
**linkages [1]** 137/16
**linked [1]** 137/16
**linker [1]** 137/16
**Linsey [2]** 114/4 115/1
**lipids [5]** 181/18 183/20 197/23
199/3 211/18
**lipophilic [1]** 14/13
**liquid [14]** 33/6 125/16 131/3
146/5 182/1 182/5 183/7 184/19
184/21 184/24 196/12 196/20
198/7 198/8
**list [2]** 82/8 142/22
**listed [2]** 40/24 163/5
**listen [3]** 56/4 68/8 69/16
**listening [1]** 75/25
**listens [1]** 68/20
**lists [3]** 142/24 208/9 208/11
**liter [40]** 27/12 28/8 28/8 28/10
28/22 29/1 29/2 29/6 42/8
43/5 52/16 53/2 54/15 54/18
55/3 56/11 56/19 57/15 57/19
62/25 121/8 121/12 156/1
210/19 211/2 213/6 213/14

213/23 214/2 214/3 214/6
214/16 214/21 215/4 215/6
215/7 215/7 215/11 216/3 216/7
**literal [4]** 32/9 60/10 67/19
211/11
**literally [22]** 47/22 58/3 58/4
58/6 58/8 58/14 58/16 58/20
58/22 59/7 59/10 59/11 59/20
61/3 64/14 65/23 66/19 68/18
70/25 72/4 79/4 79/10
**literature [3]** 203/12 203/17
206/15
**liters [6]** 33/20 62/24 213/22
213/23 214/1 215/4
**little [29]** 7/11 7/22 10/17
12/18 14/25 17/17 22/24 25/10
31/12 45/22 63/1 70/2 85/8
97/15 109/11 129/15 152/10
162/16 173/21 176/4 177/24
181/11 182/5 183/22 187/7
190/9 196/3 196/11 216/17
**lived [1]** 40/12
**lives [2]** 87/2 175/12
**living [8]** 7/13 7/13 10/9 10/20
13/4 87/7 87/21 173/10
**LLP [1]** 1/16
**local [5]** 15/19 41/13 42/9
176/6 205/10
**localized [1]** 41/14
**locally [1]** 14/1
**located [7]** 8/18 117/11 119/9
127/21 127/22 127/23 128/4
**lock [10]** 16/13 16/14 16/15
16/23 16/23 19/4 38/17 176/17
176/19 177/15
**Lois [1]** 4/10
**long [30]** 10/11 10/13 35/18
50/15 65/9 72/6 72/7 76/14
77/5 80/1 80/24 85/11 85/12
86/16 90/20 91/22 91/23 91/24
94/8 110/25 111/2 111/25
113/24 120/1 169/25 170/20
174/17 199/14 202/7 208/11
**long-acting [10]** 50/15 77/5
80/1 90/20 91/22 91/23 91/24
110/25 111/2 111/25
**long-standing [1]** 85/11
**longer [9]** 9/17 36/25 37/8
37/20 38/17 71/6 74/11 184/10
185/11
**longitudinal [1]** 10/5
**look [80]** 15/12 15/16 15/17
17/8 20/9 23/24 24/24 28/5
30/3 30/5 31/1 31/24 33/14
34/24 41/1 41/7 41/16 41/22
42/16 43/1 43/2 54/10 56/12
58/25 60/9 70/24 72/5 72/25
77/14 78/1 78/8 80/12 92/20
93/21 93/23 94/14 94/14 94/20
96/25 97/2 97/21 99/18 99/19
101/20 103/20 104/25 106/10
128/24 135/23 135/24 140/11
140/13 143/8 143/18 145/23
147/22 150/15 153/4 154/7
154/8 155/16 155/20 157/1
157/9 158/8 158/17 160/3
162/20 162/20 162/22 163/5
178/25 178/25 180/6 182/14

# L

**look... [5]** 192/25 205/20 208/11 209/16 213/16
**looked [13]** 29/18 35/19 38/6 38/12 39/6 70/7 159/25 162/16 171/21 171/25 191/1 196/19 200/17
**looking [29]** 10/1 14/23 22/3 30/24 34/15 69/12 86/23 94/12 95/8 96/21 97/18 98/23 102/3 103/14 104/20 128/9 144/12 147/4 149/21 150/23 151/11 172/22 176/1 178/12 185/24 189/15 196/6 199/6 199/21
**lookings [1]** 75/9
**looks [4]** 16/6 99/17 102/18 179/5
**Loomar [1]** 4/24
**lose [2]** 106/4 186/8
**loses [1]** 186/4
**lost [3]** 106/3 106/7 106/15
**lot [32]** 10/1 11/9 13/15 15/2 21/9 24/1 25/17 30/12 44/11 50/11 55/24 62/2 70/1 70/2 79/2 86/8 91/8 95/8 95/9 95/12 111/9 175/11 176/10 181/12 181/18 181/18 188/12 191/13 206/17 210/14 211/15 212/6
**lots [5]** 16/12 16/12 185/8 185/9 197/12
**loud [1]** 82/10
**LOVELLS [1]** 1/20
**loving [3]** 14/11 14/13 179/3
**low [36]** 23/5 23/23 24/9 41/14 41/15 42/7 43/3 47/16 47/21 48/19 48/21 48/25 49/2 50/9 51/10 52/17 52/20 56/23 56/25 57/2 57/8 59/13 63/5 63/7 63/10 63/16 64/21 72/13 80/21 129/11 131/18 132/22 132/25 189/11 190/8 199/5
**low-concentration [12]** 41/15 47/21 52/17 52/20 57/2 57/8 59/13 63/5 63/16 64/21 72/13 80/21
**low-cost [1]** 51/10
**lower [21]** 8/8 12/8 15/17 15/21 23/7 42/12 43/2 43/5 52/16 101/10 102/7 106/2 141/25 142/7 142/16 142/18 149/6 202/5 206/11 213/17 213/24
**lower-cost [1]** 8/8
**Ls [1]** 165/23
**lucky [1]** 45/7
**lump [1]** 20/8
**Lumps [1]** 23/14
**lunch [4]** 113/24 114/2 115/25 116/1
**Lydeamore [4]** 115/1 115/11 115/16 115/20
**lying [1]** 174/17
**lymphoblastic [1]** 46/8
**lymphocytic [1]** 92/12
**lysate [3]** 118/5 136/6 155/25
**lysed [2]** 155/24 213/1
**lysine [1]** 118/4
**lysis [2]** 20/19 211/18

# M

**ma'am [1]** 114/24
**machine [3]** 48/3 55/14 62/3
**machines [2]** 196/15 197/5
**magnesium [1]** 198/18
**main [1]** 51/7
**maintain [3]** 135/4 135/8 142/6
**maintaining [1]** 130/3
**maintaining [1]** 135/5
**major [9]** 7/18 18/14 30/19 86/9 168/19 170/8 178/3 203/6 203/7
**majority [6]** 28/12 32/2 103/23 169/7 176/23 179/18
**making [11]** 10/16 25/8 133/7 138/14 141/17 169/13 195/22 196/5 196/25 201/11 206/16
**mammal [1]** 11/15
**mammalian [19]** 11/1 11/2 11/4 11/4 11/5 11/12 11/20 11/21 12/12 172/14 174/1 174/3 174/7 174/20 174/22 207/8 207/12 207/25 208/2
**mammals [2]** 11/2 174/2
**manage [1]** 87/23
**managed [5]** 21/20 86/13 127/3 127/4 132/9
**management [2]** 85/17 85/17
**manager [8]** 4/8 84/8 86/12 86/14 88/2 88/3 88/4 127/8
**managing [3]** 26/17 92/25 127/18
**manifested [1]** 89/18
**manner [4]** 49/9 64/6 66/16 66/24
**manpower [1]** 147/19
**manufacture [3]** 10/23 95/16 203/3
**manufacturer [1]** 138/6
**manufactures [1]** 193/5
**manufacturing [39]** 1/4 7/7 22/4 22/21 25/3 30/5 31/21 32/22 87/22 87/24 95/15 95/21 113/8 113/10 120/22 121/8 133/8 143/23 143/24 171/22 172/1 175/20 193/3 193/13 193/17 194/5 194/22 194/23 195/20 200/3 200/4 200/10 200/13 200/24 200/25 201/4 201/14 202/14 202/15
**map [1]** 207/2
**March [1]** 100/7
**marked [1]** 27/5
**market [59]** 7/4 7/24 8/1 8/9 8/11 45/5 45/8 46/3 46/11 47/17 47/17 47/18 51/10 80/1 80/2 80/3 80/5 80/5 80/8 85/18 86/8 86/25 88/23 89/1 89/16 89/25 90/15 90/16 90/20 90/22 91/13 91/14 91/22 91/23 94/10 94/14 94/16 95/6 95/12 96/11 97/1 97/20 98/20 99/1 100/19 106/1 106/3 107/14 108/8 109/23 110/2 110/17 110/21 110/23 110/25 111/2 111/4 112/1 112/1
**marketed [1]** 46/4
**marketing [2]** 84/20 88/5
**marketplace [1]** 100/8
**markets [8]** 86/9 90/12 90/14 95/11 111/11 111/13 111/18 112/3
**Markman [6]** 54/2 67/2 68/1 68/9 68/10 71/19
**mass [3]** 23/16 137/17 213/20
**Massachusetts [2]** 76/22 167/8
**master's [3]** 84/21 117/17 167/7
**material [39]** 10/15 20/6 20/22 23/14 24/11 25/5 25/8 33/21 34/6 34/20 34/21 36/3 38/3 39/20 41/20 42/2 42/3 49/23 51/18 74/9 75/2 75/6 75/6 75/21 76/13 77/14 77/25 78/8 78/11 81/7 120/14 138/13 182/17 200/8 202/19 204/1 204/4 204/25 211/11
**materially [10]** 49/17 74/13 74/22 75/24 77/25 81/5 202/23 203/1 206/20 206/23
**materials [6]** 20/14 32/23 44/13 193/8 193/11 193/22
**math [5]** 56/10 56/13 56/13 56/14 56/16
**mathematical [1]** 149/15
**mathematically [2]** 32/20 44/3
**matrix [3]** 149/23 151/11 161/18
**matter [17]** 24/16 29/18 51/1 52/13 59/18 61/16 64/25 66/8 66/9 69/8 70/19 80/15 80/20 81/8 81/21 143/20 217/5
**matters [15]** 5/3 48/10 49/6 51/1 52/23 53/24 60/4 65/1 65/10 69/20 73/20 77/12 77/13 81/1 136/9
**maximize [2]** 43/25 73/12
**maximum [3]** 142/20 142/23 143/1
**McTIGUE [6]** 2/6 4/19 4/20 47/3 113/1 192/12
**mean [26]** 17/1 54/19 73/7 78/25 85/22 87/6 92/16 128/12 136/9 138/20 139/8 139/9 146/12 146/22 147/12 147/16 169/11 169/23 174/14 184/21 188/22 189/13 189/22 190/24 200/15 213/7
**meaning [9]** 7/1 51/25 61/5 135/4 140/17 146/16 159/3 159/10 163/3
**meaningful [2]** 145/1 203/15
**means [35]** 9/11 9/23 19/20 33/5 35/4 35/5 35/6 35/17 36/25 37/9 40/3 42/20 45/9 53/14 67/4 72/25 77/5 78/19 90/24 97/16 99/2 99/3 100/1 118/8 128/18 131/2 136/11 138/21 147/18 170/15 174/10 174/12 185/2 212/2 213/8
**meant [4]** 25/6 173/12 184/24 191/13
**measure [3]** 54/6 58/17 71/19
**measurements [1]** 134/17
**measures [2]** 98/22 134/15
**mechanical [7]** 41/11 41/12

43/6 43/10 131/1 182/25 196/15
**mechanism [5]** 20/2 22/12 23/18 36/15 206/14
**mechanisms [3]** 19/9 37/10 87/10
**mediated [2]** 125/6 125/6
**medical [9]** 14/21 19/5 22/6 36/18 46/15 88/8 89/15 166/23 171/2
**medically [1]** 87/9
**medicine [13]** 17/6 85/24 86/1 87/11 95/5 95/20 96/7 96/8 98/11 99/2 166/22 167/20 179/23
**medicines [35]** 7/3 8/15 20/3 45/11 45/15 85/21 86/2 87/1 88/9 88/23 89/1 93/14 93/17 94/23 95/11 95/13 95/13 95/25 98/15 98/18 98/20 99/15 99/17 99/21 99/22 106/14 106/18 107/10 107/14 108/4 108/6 108/8 167/22 167/25 173/5
**meet [9]** 28/14 53/9 54/1 54/4 54/5 59/10 59/11 64/14 208/19
**meeting [5]** 23/20 138/23 151/4 170/18 170/21
**meetings [2]** 168/12 170/22
**meets [2]** 53/15 100/9
**melanoma [3]** 92/15 92/24 92/25
**melt [1]** 184/6
**member [2]** 170/23 170/24
**membrane [2]** 181/16 197/14
**membranes [1]** 197/24
**mention [1]** 188/20
**mentioned [18]** 19/7 24/2 94/9 95/24 96/12 98/10 110/1 125/14 128/1 130/16 141/1 169/22 170/10 174/9 178/9 185/4 186/2 208/22
**mentions [1]** 51/9
**mentor [1]** 127/9
**merely [1]** 46/17
**Merrill [1]** 203/3
**mess [2]** 24/8 192/4
**met [15]** 189/14 207/10 207/11 208/6 209/14 209/17 209/19 210/2 210/4 210/20 210/21 214/23 214/24 216/9 216/12
**metabolic [1]** 104/17
**metal [1]** 149/5
**metals [3]** 125/7 148/9 148/13
**metaphor [3]** 122/10 125/23 141/12
**metaphorically [2]** 124/24 146/3
**meter [1]** 125/17
**meters [2]** 123/21 134/16
**method [25]** 44/8 47/21 48/20 51/15 52/21 56/24 57/4 57/16 59/12 59/25 61/14 63/5 63/8 63/11 64/2 66/1 66/2 70/18 80/22 130/9 131/8 136/4 138/3 138/6 207/7
**methodical [1]** 70/11
**methodology [5]** 120/17 135/19 148/10 149/8 153/7
**methods [3]** 50/25 130/4

## M

**methods... [1]** 172/13
**Mexico [2]** 117/1 117/5
**Miami [2]** 1/21 2/4
**microbial [3]** 118/3 145/13 145/21
**microbiology [1]** 167/10
**micrograms [1]** 43/4
**microphone [1]** 89/6
**microscope [1]** 118/2
**microscopy [1]** 118/8
**middle [10]** 131/11 134/3 144/13 150/5 153/5 153/11 176/8 178/21 179/3 179/8
**migraine [1]** 104/20
**mil [1]** 212/2
**military [1]** 49/13
**milk [2]** 174/16 197/6
**milligrams [1]** 42/17
**milliliter [3]** 42/18 42/24 43/4
**millimeter [1]** 159/10
**millimolar [25]** 54/4 54/13 58/13 58/18 68/5 142/16 143/1 143/2 158/10 158/12 158/18 158/22 158/25 159/16 160/8 160/12 160/15 160/18 160/23 161/6 161/10 161/21 161/21 162/3 162/3
**millimole [4]** 58/8 58/11 71/11 72/4
**millimoles [2]** 71/2 71/4
**million [2]** 34/21 42/23
**millions [3]** 79/5 79/10 176/22
**mils [2]** 212/3 212/4
**mind [2]** 142/24 151/24
**mindful [1]** 133/9
**mine [1]** 101/19
**minimized [1]** 150/11
**minimum [3]** 28/10 31/22 94/1
**minor [1]** 167/10
**minuses [1]** 186/19
**minute [5]** 81/15 114/10 152/1 181/15 187/25
**minutes [14]** 49/3 52/22 53/15 56/22 57/11 57/14 61/16 63/3 63/12 64/3 69/18 73/9 113/23 152/3
**miracles [1]** 167/17
**mischief [1]** 190/11
**miscombining [1]** 215/20
**misfold [2]** 23/9 190/3
**misfolded [14]** 55/9 55/13 55/23 129/12 129/17 140/15 150/19 167/25 180/2 180/5 190/22 191/15 196/7 197/1
**misfolding [2]** 180/24 190/20
**mispaired [1]** 141/2
**mispairings [2]** 129/21 129/22
**mispronounce [1]** 50/12
**missed [1]** 40/19
**MIT [4]** 167/13 168/3 168/10 203/5
**mix [3]** 31/2 41/23 183/5
**mixed [7]** 20/13 29/25 31/4 41/20 41/21 41/24 125/25
**mixer [1]** 42/6
**mixing [5]** 41/24 42/12 125/25 148/17 198/6

**mixture [46]** 26/12 28/18 28/20 28/21 28/25 29/20 30/1 48/12 49/4 53/8 54/22 55/2 57/12 61/8 61/13 63/20 64/9 64/17 67/15 67/18 67/22 68/7 68/11 69/1 69/3 69/10 69/14 71/16 72/16 72/18 81/4 130/11 159/14 159/18 163/21 163/24 192/17 209/17 210/2 214/11 214/14 214/14 214/19 215/11 216/9 216/12
**modality [1]** 96/10
**model [11]** 6/25 7/6 8/7 15/18 15/22 45/9 45/13 93/9 93/10 94/20 178/23
**modern [1]** 99/4
**modest [1]** 195/14
**modification [2]** 201/15 204/6
**modifications [2]** 201/12 201/13
**modified [3]** 195/16 201/18 203/10
**modify [1]** 203/13
**moiety [4]** 137/13 155/23 156/7 201/22
**mold [1]** 12/7
**molecular [8]** 87/10 129/11 137/17 137/25 140/8 148/9 149/5 167/17
**molecule [31]** 10/16 16/11 16/21 34/13 36/2 36/20 36/23 37/7 37/25 38/14 39/12 65/3 75/24 87/11 103/15 111/15 111/21 133/18 136/14 137/24 138/1 140/6 170/3 187/9 187/20 194/24 198/17 203/4 204/8 209/9 216/6
**molecules [17]** 24/5 26/13 33/9 33/17 36/8 36/16 71/16 87/19 87/21 94/4 106/21 176/23 179/9 179/13 190/10 201/17 206/18
**Molineux [6]** 35/13 38/18 39/14 203/18 203/25 204/12
**Molineux's [1]** 38/23
**moment [9]** 7/3 41/22 170/10 176/3 188/17 191/22 196/23 211/21 214/17
**monetary [1]** 46/13
**money [1]** 45/1
**monkey [1]** 174/6
**mono [1]** 205/13
**Morley [1]** 4/10
**morning [14]** 4/2 4/5 4/12 4/16 4/17 5/1 5/4 5/18 6/12 82/2 107/24 192/13 216/16 216/22
**morph [1]** 62/17
**Morpurgo [10]** 75/19 75/20 75/25 76/5 76/10 76/11 76/19 78/13 78/14 81/6
**Mortonson [5]** 108/21 109/8 155/18 156/24 161/14
**motion [3]** 16/18 38/8 81/22
**mouth [1]** 103/16
**move [17]** 12/19 20/15 23/19 32/25 38/22 87/2 93/18 93/22 93/24 94/3 98/11 98/13 109/6 162/22 173/2 180/20 187/22
**moved [9]** 28/2 85/1 86/7 86/11

**mixture [46]** 86/13 98/17 104/7 167/8 168/15
**moves [1]** 82/4
**moving [2]** 104/21 173/14
**Mr [4]** 107/25 108/21 109/8 161/14
**Mr. [47]** 4/7 4/11 4/20 47/3 48/16 49/25 50/21 52/5 52/18 52/22 55/22 56/24 57/10 59/13 61/15 62/2 62/22 63/4 63/6 83/9 83/12 83/13 83/21 84/5 88/15 93/8 97/5 108/1 108/2 108/22 109/10 110/20 111/10 112/24 113/16
**Mr. Coblentz [1]** 152/15
**Mr. Groombridge [19]** 4/7 48/16 49/25 50/21 52/5 52/18 52/22 55/22 56/24 57/10 59/13 61/15 62/2 62/22 63/4 63/6 83/9 83/21 165/1
**Mr. John [1]** 4/11
**Mr. Lydeamore [3]** 115/11 115/16 115/20
**Mr. McTigue [4]** 4/20 47/3 113/1 192/12
**Mr. Mortonson [2]** 155/18 156/24
**Mr. Paulson [13]** 83/13 84/5 88/15 93/8 97/5 108/1 108/2 108/22 109/10 110/20 111/10 112/24 113/16
**Mr. Richard [1]** 83/12
**Mr. Stephen [1]** 115/1
**Mr. Weir [2]** 172/8 205/3
**Ms [1]** 114/4
**Ms. [6]** 4/24 47/11 81/24 165/8 165/25 188/7
**Ms. Ana [1]** 81/24
**Ms. Roberta [1]** 4/24
**Ms. Thompkins [1]** 47/11
**Ms. Wu [3]** 165/8 165/25 188/7
**mud [2]** 211/13 211/13
**multiple [5]** 53/6 79/25 85/17 92/11 150/16
**myeloma [1]** 92/11

## N

**N-terminal [2]** 35/12 35/17
**N-terminus [7]** 17/19 17/21 18/2 35/18 35/24 187/9 203/14
**name [23]** 7/9 11/1 36/18 36/18 82/2 83/17 83/18 83/19 83/20 104/8 114/25 116/16 116/16 116/18 148/3 152/9 152/12 156/21 165/11 165/21 165/21 165/23 185/5
**named [6]** 7/7 40/12 51/22 104/8 136/15 201/2
**names [2]** 50/16 152/10
**naming [1]** 200/14
**nanogram [2]** 42/24 42/24
**narrative [1]** 135/17
**National [1]** 171/4
**native [1]** 136/5
**natural [2]** 9/3 128/21
**naturally [1]** 8/25

**nature [13]** 85/10 88/1 126/21 126/23 127/20 128/15 128/15 128/17 128/17 129/9 129/12 142/14 166/11
**nauseam [2]** 52/6 79/15
**near [3]** 14/12 187/13 190/15
**nearly [1]** 34/20
**necessarily [2]** 89/14 146/19
**necessary [5]** 134/12 134/23 141/17 143/23 176/13
**necessitated [1]** 134/20
**necessitates [1]** 137/3
**neck [2]** 146/4 146/4
**need [24]** 11/18 17/7 33/6 37/1 42/25 43/1 66/20 93/25 100/10 122/8 122/22 123/16 123/20 123/22 132/19 132/21 133/5 133/9 136/11 138/19 142/18 148/16 182/2 186/1
**needed [7]** 123/16 131/18 132/23 132/25 169/19 169/20 175/10
**needing [1]** 122/21
**needs [11]** 18/19 18/19 19/11 77/18 95/20 95/22 130/10 132/9 139/10 182/9 200/8
**neglected [1]** 93/1
**Nephrology [1]** 104/15
**nervous [1]** 104/19
**Neulasta [63]** 7/20 8/1 8/12 8/21 9/14 10/10 45/14 51/2 51/3 51/16 51/18 51/25 65/11 65/15 80/1 80/9 84/13 89/12 89/13 89/24 90/1 90/5 90/12 90/15 90/17 90/20 90/24 92/3 95/22 99/23 100/4 100/16 100/21 101/18 101/20 101/21 101/23 101/25 102/10 102/25 105/8 105/9 105/12 105/14 105/17 106/5 106/7 106/15 110/25 111/4 111/11 111/15 111/21 111/23 112/5 112/8 112/9 112/10 138/7 138/10 155/6 155/12 155/14
**Neupogen [42]** 7/20 7/25 8/11 8/22 9/14 10/4 51/2 51/3 51/16 51/25 65/11 65/15 80/1 80/9 84/13 89/10 89/16 89/17 90/2 90/7 90/12 90/21 90/23 91/13 95/22 100/21 102/4 102/10 105/20 105/22 110/12 110/21 110/23 111/2 111/3 111/6 111/11 111/14 138/4 138/10 138/11 140/9
**neutropenia [8]** 9/10 9/11 9/17 9/18 9/22 89/18 89/19 100/17
**neutrophils [3]** 39/2 204/17 206/10
**never [11]** 40/20 53/21 56/15 59/5 69/1 69/4 143/16 151/6 156/19 157/6 174/15
**new [22]** 1/19 1/19 7/3 45/10 50/5 57/16 59/25 63/15 70/16 71/9 85/2 86/7 92/18 95/5 99/17 106/21 117/1 117/5 145/1 167/20 185/20 185/21
**newer [1]** 95/25
**newfangled [4]** 53/16 60/18

**N**

newfangled... [2]  63/19 65/9
NH [1]  187/8
nice [1]  216/21
NICHOLAS [1]  1/17
nine [8]  85/1 86/17 89/4 108/5
108/7 109/22 110/6 183/4
nitty [1]  185/25
nitty-gritty [1]  185/25
Nixon [3]  126/13 126/15
126/16
No. [1]  101/8
No. 6 [1]  101/8
nomenclature [1]  156/12
non [14]  11/2 11/4 11/21 12/12
52/14 73/24 136/5 172/14
174/20 174/22 207/8 207/12
207/25 208/2
non-infringement [2]  52/14
73/24
non-mammalian [11]  11/2
11/4 11/21 12/12 172/14 174/20
174/22 207/8 207/12 207/25
208/2
non-native [1]  136/5
normally [4]  107/18 114/2
114/2 175/12
North [1]  4/24
Notably [1]  137/13
notch [1]  46/17
note [12]  26/21 62/14 67/7 70/8
178/17 180/15 185/22 186/7
194/7 200/14 203/8 203/12
noteworthy [1]  131/23
notice [2]  18/16 84/18
noticed [1]  126/8
Nplate [4]  92/5 139/21 140/1
140/2
nucleus [2]  12/24 173/7
number [42]  18/1 29/22 33/9
33/16 40/25 43/25 46/12 71/15
82/4 86/14 93/13 93/25 96/24
99/5 101/6 102/8 102/12 102/25
103/13 104/3 104/4 105/16
105/16 110/13 123/2 127/25
129/22 129/23 137/23 139/3
139/12 140/24 150/2 150/19
161/22 162/7 166/23 195/14
199/4 211/24 213/21 216/5
numbered [1]  187/2
numbering [2]  46/1 205/25
numbers [10]  29/4 34/3 45/25
88/15 103/3 127/18 135/11
163/21 211/21 214/2
numerous [1]  61/21
nutrients [1]  19/24
nutritional [1]  179/21
NW [1]  2/7
NYARADY [2]  1/18 4/14

**O**

o'clock [2]  216/18 216/20
O'CONNOR [3]  2/2 2/5 4/18
O'SULLIVAN [2]  1/20 4/6
Oaks [5]  127/4 128/1 128/3
128/4 128/8
oath [2]  152/8 188/6
obesity [2]  122/17 122/18

object [4]  114/7 173/7 181/2
185/15
objection [4]  82/6 114/12
114/13 171/10
objective [1]  204/7
observable [1]  150/9
observe [1]  118/2
observes [1]  124/25
obtain [4]  117/12 117/14
136/12 139/11
obtained [7]  117/7 117/15
117/19 118/6 151/19 159/9
163/20
obviously [1]  80/12
occur [1]  177/17
occurred [1]  80/24
occurring [1]  8/25
occurs [2]  32/1 184/25
ocean [1]  189/23
October [1]  51/19
October 2015 [1]  51/19
offense [14]  48/17 48/19 48/23
53/16 57/17 60/1 63/18 63/19
64/6 64/21 65/16 70/4 70/9
72/13
offenses [2]  64/24 80/14
offer [1]  171/8
offered [1]  166/25
offers [1]  7/20
Office [5]  40/17 40/19 40/24
41/6 154/13
officer [1]  169/16
Official [1]  1/23
oh [7]  56/8 128/4 138/21 151/3
151/3 167/4 215/20
oil [2]  14/13 178/23
oil-drop [1]  178/23
oil-loving [1]  14/13
oily [4]  14/13 14/15 23/10
23/11
okay [18]  5/3 47/8 81/23 82/1
93/3 107/21 112/19 115/10
116/7 116/11 153/15 160/7
165/10 194/12 195/10 197/16
207/21 215/21
old [24]  12/25 49/1 50/8 56/23
57/3 57/16 59/15 59/24 60/5
60/5 60/19 63/8 63/16 64/2
64/10 64/19 64/21 66/2 70/4
70/10 72/14 72/21 73/15 169/14
old-fashioned [2]  60/19 70/4
Olympic [1]  189/16
Olympic-sized [1]  189/16
Omar [1]  4/25
on-body [1]  99/24
once [11]  60/12 90/4 90/10
99/15 114/21 170/8 179/21
185/1 185/19 188/5 189/14
oncologists [1]  9/21
oncology [12]  4/9 7/18 84/9
84/10 84/11 84/12 88/2 88/9
89/2 92/1 99/5 104/15
oncolytic [1]  92/14
one's [2]  131/9 135/6
one-tenth [1]  212/4
ones [9]  16/12 18/3 18/3 21/20
32/3 150/15 178/24 179/3
184/22

ongoing [1]  46/6
Onpro [1]  100/18
open [7]  12/7 115/18 180/10
181/14 181/20 182/25 197/3
opened [1]  174/17
opening [6]  6/14 10/17 26/23
44/21 46/25 192/12
openings [1]  6/1
operate [2]  25/14 26/16
operates [1]  45/11
operating [5]  29/5 88/24
147/18 215/2 215/6
operation [4]  128/7 143/11
169/21 189/22
operations [3]  8/5 84/11 144/1
opinion [23]  163/15 164/7
164/8 193/12 193/23 194/1
194/2 202/13 202/22 203/11
204/1 204/25 205/14 206/19
206/22 210/21 210/25 211/11
214/5 214/8 214/24 216/8
216/11
opinions [2]  171/12 172/6
opportunities [1]  119/23
opportunity [6]  97/17 118/17
119/20 120/9 127/24 129/21
opposed [2]  128/15 136/7
opposite [3]  124/18 186/4
186/5
optimal [1]  190/2
optimization [2]  191/20 192/4
optimize [2]  73/14 79/7
optimized [5]  73/2 73/13 79/9
133/20 151/16
optimizing [2]  188/23 192/5
optimum [1]  192/2
option [4]  57/4 64/23 70/10
72/13
options [1]  70/4
orange [4]  29/23 31/15 62/18
199/25
order [55]  4/1 12/15 13/11
13/12 13/23 16/10 16/21 25/4
30/21 31/23 32/10 33/20 39/9
43/24 57/21 66/2 66/5 67/16
68/10 81/17 86/22 95/5 116/6
119/15 123/3 123/4 123/5
124/17 130/2 131/3 131/5 132/8
133/10 142/5 142/6 143/6
143/11 143/14 143/15 143/25
144/5 146/7 152/5 164/1 164/5
164/8 164/11 164/16 164/18
173/21 176/3 188/3 193/8
205/12 209/7
ordered [1]  46/14
ordinary [3]  40/7 78/21 79/21
organism [6]  12/4 12/8 13/5
173/16 175/12 175/15
organisms [5]  12/5 87/21 132/8
167/22 173/3
organization [2]  88/5 88/18
organizer [2]  170/7 170/11
orient [2]  49/14 173/25
oriented [1]  199/19
orifice [1]  197/3
origin [1]  21/10
original [2]  120/7 175/8
originally [3]  126/25 127/7

140/5
originated [1]  197/5
orphan [1]  99/8
outbreak [1]  175/4
outcome [2]  32/17 134/18
outer [3]  181/16 181/16 181/17
output [2]  25/19 200/15
outside [20]  14/17 16/7 16/8
20/15 55/25 74/18 74/20 90/5
107/4 140/20 179/1 179/3
181/12 181/19 181/22 183/9
197/15 197/20 199/3 211/14
oval [1]  200/1
ovary [2]  11/13 174/6
overall [7]  15/22 94/14 103/2
109/25 142/1 146/9 205/12
overhead [1]  147/16
overlooked [1]  35/5 192/1
oversimplify [1]  74/24
overtime [1]  106/12
owing [1]  129/13
owned [1]  7/8
oxidant [28]  49/5 49/6 59/16
59/16 64/3 64/5 64/8 70/5
70/17 70/17 72/15 72/15 73/10
73/10 120/18 123/19 123/24
124/23 125/3 125/22 134/20
134/21 134/22 162/17 163/1
163/6 164/2 164/5
oxidants [10]  53/23 59/14
66/11 66/11 67/13 69/19 70/6
124/11 159/17 164/12
oxidase [1]  134/14
oxidated [1]  187/19
oxidation [18]  21/14 21/14
124/9 124/14 124/16 133/13
133/19 134/25 148/10 148/13
149/7 153/6 153/12 153/16
185/3 186/1 186/4 186/17
oxidized [5]  125/10 135/9
141/3 151/16 186/18
oxidizing [2]  184/17 188/22
oxygen [22]  21/16 120/18
120/19 123/19 124/20 124/20
124/23 125/1 125/3 125/5
125/11 125/14 125/14 125/18
141/4 142/9 148/9 148/12 149/5
149/12 177/8 185/5
oxygens [1]  178/24

**P**

P-A-U-L-S-O-N [1]  83/20
p.m [4]  116/2 152/4 188/2
216/25
page [78]  10/11 15/11 55/7
89/9 89/9 89/12 89/13 92/3
92/7 92/8 92/9 92/13 97/2
97/21 101/6 101/8 101/11
102/12 102/15 103/20 104/23
104/25 105/19 105/19 108/23
113/2 128/9 128/25 133/25
135/11 135/11 135/23 136/19
141/23 142/24 144/12 145/23
147/3 148/5 149/6 149/13
149/19 152/23 153/4 153/6
153/10 153/11 153/20 154/7
155/16 156/23 157/9 158/8
158/16 158/16 160/4 160/11

**P**

page... [21] 160/14 161/13 162/21 194/11 194/14 195/7 195/8 195/23 199/21 199/22 200/18 200/20 202/11 205/18 205/23 205/25 205/25 206/1 207/14 215/18 215/19
Page 10 [5] 128/25 147/3 194/14 195/7 195/8
Page 12 [4] 133/25 157/9 199/22 200/18
Page 13 [2] 135/11 141/23
Page 14 [1] 142/24
Page 16 [4] 135/23 155/16 161/13 215/18
Page 17 [3] 148/5 152/23 156/23
Page 18 [1] 162/21
Page 19 [1] 149/13
Page 2 [1] 158/8
Page 21 [2] 149/19 153/20
Page 22 [1] 55/7
Page 25 [1] 205/25
Page 27 [3] 205/18 205/23 206/1
Page 3 [1] 158/16
Page 35 [1] 199/21
Page 4 [1] 89/13
Page 44 [1] 104/25
Page 46 [2] 105/19 207/14
Page 5 [3] 108/23 113/2 160/4
Page 6 [2] 97/2 160/11
Page 7 [3] 145/23 153/4 160/14
paid [4] 46/21 46/22 85/25 119/14
pain [1] 77/21
pair [17] 124/2 134/11 154/16 157/12 157/17 157/21 158/3 161/16 161/18 162/6 162/15 162/23 189/4 189/6 191/25 192/9 192/16
paired [1] 18/17
pairing [3] 178/7 178/10 178/10
pairings [2] 129/19 129/20
pairs [2] 18/20 163/8
panel [1] 176/8
paper [9] 38/23 39/14 203/18 203/19 203/20 203/25 204/10 204/13 204/13
papers [3] 94/14 168/24 169/2
paragraph [2] 109/8 131/11
parameter [1] 215/2
parent [1] 8/5
parentheses [4] 161/18 161/19 161/20 161/24
park [1] 182/7
parlance [2] 71/5 77/6
part [40] 7/16 8/22 12/4 16/8 16/9 18/7 19/16 23/10 23/11 25/3 27/15 29/13 29/17 32/10 32/11 33/25 34/11 37/9 48/2 53/6 54/22 56/5 63/12 70/19 72/2 101/10 106/15 109/24 111/19 113/3 117/23 129/5 129/24 130/5 140/13 141/14 149/6 154/21 172/23 208/15
participants [2] 144/20 144/22

participate [2] 125/5 184/23
particle [1] 196/8
particles [2] 182/5 191/2
particular [14] 13/22 14/19 15/6 35/23 43/23 51/24 120/8 122/6 138/11 154/1 156/9 173/24 185/12 209/5
particularly [6] 13/16 118/9 131/23 164/2 181/11 203/15
parties [4] 5/6 6/20 115/2 115/13
partitioning [1] 170/12
partner [6] 8/18 74/20 108/13 110/3 165/8 186/9
partners [5] 88/6 108/8 108/12 177/16 186/7
parts [11] 10/6 14/1 14/6 14/10 14/12 14/16 27/8 141/13 179/8 180/25 197/13
Pasadena [2] 117/11 166/21
pass [1] 164/23
passed [2] 35/14 132/7
passing [1] 36/16
patent [171] 6/4 6/17 12/11 12/16 22/7 22/8 22/12 22/20 23/23 26/2 26/20 28/11 29/19 30/21 30/24 30/25 32/4 32/10 32/21 34/2 34/4 34/10 37/23 38/3 40/1 40/2 40/6 40/11 40/15 40/16 40/18 40/19 40/19 40/24 40/25 41/2 41/5 41/6 41/8 42/15 42/19 43/5 43/11 43/20 44/1 44/7 46/10 47/24 48/13 49/12 49/17 50/1 50/8 50/23 50/23 50/23 50/24 50/24 51/9 51/18 51/22 51/24 52/25 60/6 60/18 64/11 64/19 64/23 65/2 65/3 65/5 65/9 73/11 74/17 78/17 78/21 79/3 79/11 79/14 79/18 79/22 80/10 80/15 80/25 93/10 124/1 126/6 126/16 128/9 128/24 129/6 129/24 133/2 133/2 133/4 133/15 133/16 133/23 135/10 135/16 135/21 137/10 137/12 138/3 138/6 139/21 140/10 141/22 142/20 142/22 147/8 147/10 149/9 149/11 149/18 150/24 151/2 151/10 151/13 151/14 153/7 153/13 154/2 154/9 154/12 154/13 155/3 156/4 156/13 156/20 156/21 157/7 159/5 160/1 161/9 162/16 163/16 171/18 171/23 172/3 172/10 172/11 172/13 174/1 187/23 188/12 188/13 188/14 188/16 188/25 189/9 190/18 191/16 191/20 191/23 192/6 192/8 192/22 192/23 193/14 193/24 202/24 202/25 203/9 204/22 206/25 207/2 208/9 208/16 212/22 213/8
patented [2] 61/6 120/16
patents [5] 23/25 26/25 51/8 60/1 60/2
pathway [7] 109/5 149/7 153/6 153/12 153/16 186/5 186/5
patient [18] 21/23 37/12 77/17

77/19 78/3 78/7 85/19 85/25 86/4 95/19 95/20 100/1 111/7 112/2 112/6 112/8 112/10 113/13
patient's [1] 98/23
patients [37] 96/13 97/14 51/12 51/13 76/18 76/23 86/2 87/12 87/24 88/10 89/22 90/3 90/6 90/7 90/16 91/2 91/3 91/5 93/17 93/22 93/25 94/23 96/5 96/6 99/5 99/9 99/20 100/10 100/10 100/12 100/18 106/21 109/19 111/7 112/4 113/12 138/12
patients' [1] 87/2
pattern [1] 208/15
PAUL [1] 1/16
Paulson [19] 4/7 83/12 83/13 83/15 83/19 84/5 88/15 93/8 97/5 107/24 107/25 108/1 108/2 108/22 109/10 110/20 111/10 112/24 113/16
pause [1] 176/25
pay [2] 45/10 45/14
payer [1] 85/19
paying [1] 189/3
payor [1] 85/25
payors [2] 85/21 86/6
PCSK9 [1] 96/10
peak [3] 150/10 150/10 150/13
peaks [1] 150/16
PEG [27] 10/13 34/13 35/8 35/18 35/23 36/1 36/11 37/5 37/24 38/10 38/14 39/11 39/17 49/22 74/23 75/21 75/24 111/15 169/24 187/8 194/24 201/15 201/16 201/22 203/4 203/7 203/10
pegfilgrastim [53] 38/25 49/21 49/23 50/3 50/14 51/11 51/18 52/4 73/25 74/2 74/21 74/25 75/13 75/23 77/1 77/4 77/8 77/11 77/22 81/6 111/23 172/2 187/10 193/17 193/19 193/22 194/4 194/23 194/24 195/2 195/22 200/4 200/11 200/19 200/24 201/3 201/12 201/14 202/14 202/21 202/22 204/2 204/14 204/19 205/7 206/6 206/7 206/13 206/20 206/22 207/23 210/9 216/4
PEGylate [3] 39/3 74/6 74/7
PEGylated [19] 34/16 34/17 34/20 34/22 36/12 37/2 37/5 37/11 37/16 38/2 50/17 81/9 169/13 169/22 169/23 201/19 202/5 202/6 205/13
PEGylates [2] 74/6 203/13
PEGylating [1] 76/1
PEGylation [16] 35/11 35/12 35/17 49/18 74/9 74/13 75/9 76/2 76/4 76/7 76/12 201/18 202/4 202/21 203/17 204/5
pellet [12] 118/1 118/4 182/11 182/17 182/20 182/21 183/4 196/8 211/24 211/25 212/4 212/8
pellets [3] 118/5 196/18 196/21

people [15] 10/22 15/1 20/9 40/17 46/17 121/9 121/10 127/4 127/18 169/17 175/1 175/4 175/15 178/22 182/7
peptibody [3] 140/2 141/10 141/15
peptide [4] 79/1 137/16 141/16 155/24
perceived [1] 123/19
perceiving [1] 122/20
percent [17] 7/2 25/21 25/22 43/14 45/1 94/4 101/19 102/8 102/11 103/5 103/6 103/10 103/14 147/13 147/17 191/6 191/7
percentage [2] 110/1 110/11
perfectly [2] 12/5 16/22
perform [5] 49/9 61/5 71/3 74/19 75/4
performed [1] 201/13
performs [2] 67/7 149/2
period [10] 42/7 43/10 63/11 90/6 101/4 118/22 123/7 126/18 144/24 147/15
permanent [2] 120/3 185/7
permission [2] 6/9 115/15
permit [1] 214/10
permitted [1] 28/6
perms [1] 185/6
person [6] 40/7 78/21 79/21 126/15 168/6 203/3
perspective [3] 15/15 87/24 101/24
perspectives [2] 97/10 98/22
pertain [1] 151/12
pertains [1] 151/14
Peter [1] 4/15
petroleum [1] 121/14
Pfizer [10] 85/1 85/2 86/3 86/4 86/11 86/16 86/17 86/20 86/21 86/22
Pfizer's [1] 86/10
pH [3] 135/4 135/5 135/6
pH-buffers [1] 135/4
pH-induced [1] 135/5
Ph.D [6] 117/15 117/19 117/20 119/4 167/4 167/9
pharmaceutical [13] 7/12 7/16 25/8 25/9 35/3 85/11 85/23 87/15 87/16 103/11 103/17 169/23 209/11
pharmaceuticals [2] 169/13 169/22
pharmacokinetic [1] 78/5
phase [26] 45/23 93/15 93/18 93/19 93/22 93/24 94/1 94/3 97/7 97/8 103/24 103/24 103/24 103/25 104/6 104/7 104/8 104/9 104/9 104/9 106/10 106/11 106/11 106/11 106/12 125/16
Phase I [1] 106/11
Phase II [3] 104/9 106/11 106/12
Phase III [6] 93/24 94/1 104/8 104/9 106/10 106/11
phases [2] 45/23 104/1
physical [7] 14/18 23/18 125/13 128/15 128/17 131/2

237

**P**

**physical... [1]** 161/1
**physician [5]** 100/2 100/11 100/16 111/7 112/6
**physicians [4]** 46/18 88/8 99/20 107/12
**pick [1]** 216/14
**picture [3]** 173/6 196/23 202/5
**pictures [1]** 167/23
**piece [9]** 34/7 34/22 42/15 113/23 180/9 180/10 180/11 180/18 196/4
**pieces [1]** 27/3
**pills [1]** 87/18
**pints [2]** 33/20 33/21
**pioneer [1]** 88/20
**pipeline [3]** 7/23 106/9 106/16
**place [6]** 35/23 41/20 42/6 43/3 101/21 190/13
**placebo [1]** 98/16
**placement [1]** 149/22
**places [5]** 15/7 48/3 101/23 133/8 142/22
**plagued [1]** 190/21
**plain [1]** 36/10
**plaintiff [4]** 1/16 7/7 81/18 107/18
**plaintiff's [6]** 83/15 116/9 116/14 144/10 165/7 165/18
**Plaintiffs [1]** 1/5
**plan [1]** 82/4
**plane [1]** 86/9
**planet [1]** 16/7
**plant [4]** 144/1 146/21 147/14 147/19
**play [6]** 12/21 17/10 29/14 37/10 50/23 114/17
**played [4]** 114/7 115/14 115/16 115/18
**player [11]** 59/4 59/5 59/7 66/1 71/4 71/5 72/3 72/7 72/9 72/10 72/11
**player's [2]** 71/9 71/25
**players [5]** 49/8 64/1 66/25 80/3 81/2
**please [52]** 4/4 47/11 47/13 81/18 83/16 83/17 88/1 88/12 89/8 96/14 97/21 101/6 102/13 104/24 108/21 116/7 116/13 116/15 117/2 117/24 123/12 126/2 127/11 128/25 129/2 130/19 133/25 135/10 135/24 136/19 140/11 140/16 141/8 141/23 144/9 145/23 147/3 147/23 148/5 149/13 149/19 152/6 153/9 156/24 165/17 165/19 165/20 165/21 166/10 177/1 188/4 207/5
**pleased [1]** 127/8
**pleasure [2]** 166/24 203/2
**pleats [1]** 14/3
**plenty [3]** 152/2 190/16 190/17
**plows [1]** 45/1
**plug [2]** 41/25 42/6
**plurality [2]** 155/22 156/6
**pocket [1]** 97/11
**point [35]** 5/22 6/2 25/24 29/2 31/13 32/25 35/1 39/25 41/5

42/21 48/3 51/7 58/16 63/21 77/24 113/12 119/17 122/7 122/16 124/1 124/10 132/23 137/1 146/8 147/1 149/24 163/22 164/15 164/20 171/7 173/24 193/1 202/16 209/21 215/7
**pointed [2]** 161/4 179/21
**pointing [1]** 61/12
**points [12]** 42/14 48/17 52/11 52/12 73/5 146/19 148/8 187/5 201/25 204/14 205/8 206/6
**poisoning [1]** 11/24
**polar [2]** 178/24 179/3
**policy [3]** 85/19 85/20 86/6
**polyethylene [5]** 10/13 169/24 187/10 201/16 202/8
**polymer [4]** 10/14 169/25 201/15 202/8
**polypeptides [2]** 155/22 156/6
**pool [2]** 25/8 189/16
**population [2]** 78/7 112/11
**populations [1]** 112/2
**pores [1]** 36/17
**portfolio [5]** 7/19 101/22 101/24 108/5 110/18
**portion [9]** 28/23 101/17 102/3 106/4 106/7 113/1 204/11 206/12 213/24
**portions [1]** 115/6
**position [10]** 68/1 73/24 84/7 119/11 119/13 119/14 119/20 120/2 120/4 127/15
**positioned [1]** 149/24
**positions [1]** 18/4
**possible [9]** 22/19 124/5 129/19 129/20 129/21 129/22 167/21 178/9 180/2
**possibly [1]** 80/6
**post [4]** 5/7 99/12 99/14 99/19
**post-approval [3]** 99/12 99/14 99/19
**post-trial [1]** 5/7
**postdoc [1]** 168/14
**postdoctoral [7]** 119/7 119/11 119/13 119/20 119/22 120/2 167/11
**potency [1]** 76/15
**potential [9]** 44/11 123/20 129/17 133/20 134/13 134/15 140/19 149/25 175/17
**potentially [1]** 199/3
**pounds [8]** 71/6 71/25 72/1 72/3 72/7 121/23 209/8 209/9
**pour [2]** 165/20 183/6
**poured [1]** 146/6
**pouring [1]** 198/8
**power [3]** 92/18 188/22 188/23
**PowerPoint [1]** 6/4
**practical [7]** 22/25 24/17 26/5 36/21 37/11 107/8 135/21
**practically [1]** 119/14
**practice [6]** 40/8 65/12 65/16 66/5 70/10 72/21
**practiced [3]** 50/7 74/18 138/16
**pre [3]** 48/8 97/7 98/9
**pre-folding [1]** 48/8

**pre-human [2]** 97/7 98/9
**precious [1]** 200/8
**precisely [2]** 105/16 205/24
**preclinical [1]** 93/16
**predictability [2]** 149/4 151/19
**predictable [2]** 140/21 140/23
**predominant [1]** 137/1
**predominantly [2]** 118/25 127/19
**preferentially [1]** 26/15
**prefers [1]** 82/9
**prefilled [1]** 99/24
**preliminary [1]** 115/6
**premiere [1]** 144/17
**prepared [4]** 172/5 172/19 177/19 180/7
**preparing [1]** 122/11
**prescribed [1]** 112/10
**presence [3]** 38/10 130/7 137/2
**present [16]** 27/11 51/16 75/17 79/20 125/15 142/9 150/2 151/5 154/2 154/24 156/21 165/13 208/13 208/14 210/18 214/6
**presentation [7]** 6/5 71/15 115/20 156/18 185/1 190/6 207/14
**presentations [1]** 154/25
**presented [2]** 24/20 145/11
**presenting [1]** 165/9
**presents [2]** 7/6 44/15
**preservation [1]** 205/6
**preserve [1]** 204/7
**president [2]** 4/8 84/8
**pressed [1]** 15/11
**pressure [7]** 130/15 130/23 130/25 131/1 131/3 131/4 197/4
**pretty [6]** 54/24 109/10 174/16 183/18 197/10 198/11
**prevail [1]** 44/19
**preventing [1]** 34/5
**preview [2]** 27/9 36/3
**previous [1]** 197/17
**previously [3]** 22/19 142/4 192/1
**price [1]** 106/2
**primarily [6]** 8/8 85/13 110/24 111/4 111/13 132/5
**primary [5]** 13/18 13/21 130/10 168/21 205/10
**principal [3]** 191/21 191/23 201/6
**principally [2]** 166/13 199/19
**principles [2]** 44/4 123/25
**prior [22]** 23/7 23/17 23/25 24/9 26/2 40/4 40/4 48/21 50/6 54/1 80/22 123/14 134/17 138/2 147/7 164/8 189/2 189/10 190/1 190/7 190/18 190/21
**probably [7]** 27/1 87/7 87/19 94/10 110/10 211/15 211/17
**problem [10]** 5/19 42/13 70/21 129/9 133/3 133/15 133/16 133/16 148/15 189/8
**problems [1]** 148/16
**procedure [1]** 163/20
**procedures [1]** 123/4
**proceed [1]** 152/14
**proceedings [2]** 1/12 217/4

**proceeds [1]** 33/13
**ProCensus [1]** 87/9
**process [229]**
**processes [27]** 24/18 48/6 76/3 122/22 125/12 128/16 132/12 137/1 138/10 138/23 143/22 194/4 207/3 208/6 208/19 208/19 208/21 209/18 209/19 210/3 210/4 210/8 210/22 213/12 214/23 216/10 216/12
**processing [8]** 12/14 131/24 132/17 132/19 132/20 170/15 170/15 201/10
**produce [13]** 26/19 61/6 87/19 91/20 122/22 123/5 131/3 132/21 138/10 139/9 142/11 145/19 147/14
**produced [6]** 121/21 129/13 134/14 145/20 150/20 159/4
**produces [1]** 19/25
**producing [5]** 121/5 131/21 151/16 175/3 175/5
**product [46]** 7/19 19/7 35/5 45/5 45/7 46/4 52/1 74/14 74/20 74/21 77/22 80/25 85/17 91/19 94/16 97/1 99/1 100/6 101/16 101/22 101/23 101/24 102/16 105/4 105/6 110/8 111/16 113/14 131/22 132/21 133/6 138/22 138/25 139/9 139/13 140/24 145/19 147/15 150/11 150/20 155/14 193/5 196/21 200/5 201/2 201/9
**production [5]** 16/19 140/25 169/18 189/17 210/7
**productions [1]** 122/9
**productivity [5]** 25/21 146/9 147/5 147/10 147/12
**products [44]** 7/9 7/14 7/21 7/24 8/8 8/16 8/23 9/8 9/18 9/22 10/3 45/10 45/14 45/25 46/1 46/3 46/23 47/17 47/18 50/16 51/14 51/15 51/24 80/1 80/9 91/13 91/16 91/17 92/2 102/20 105/7 108/3 108/18 109/14 109/18 109/22 110/6 127/25 129/20 141/17 144/13 144/16 144/18 170/9
**profession [1]** 168/21
**professional [3]** 166/6 170/23 217/2
**professionally [2]** 84/24 119/5
**professor [5]** 76/1 76/21 166/7 166/8 168/16
**profits [1]** 77/24
**program [2]** 119/21 144/23
**programming [1]** 170/18
**programs [2]** 45/21 103/23
**progressed [1]** 117/2
**progressively [1]** 129/22
**project [1]** 122/24
**projections [1]** 80/7
**projects [3]** 122/13 122/15 127/5
**proliferation [3]** 39/1 204/16 206/9
**promise [1]** 86/24
**promote [2]** 125/22 130/3

238

**P**

prong [1]  54/5
prongs [1]  54/5
proof [1]  73/16
proper [1]  21/19
properly [7]  17/7 18/15 18/18 20/6 20/25 21/21 40/9
properties [7]  39/7 76/6 76/9 76/13 78/6 205/7 205/8
property [2]  14/10 178/1
proportion [3]  102/9 103/2 103/4
proprietary [1]  120/12
pros [1]  11/3
protection [2]  11/15 93/10
protein [265]
protein-containing [7]  54/21 56/22 62/5 62/10 62/23 63/3 69/17
proteins [99]  9/25 10/18 10/19 11/7 12/12 12/14 12/15 13/5 14/8 14/25 17/4 19/6 19/12 19/12 19/14 20/1 20/13 20/24 21/6 21/7 22/18 22/23 23/4 23/8 23/11 24/2 28/2 30/8 44/9 44/11 47/25 48/3 48/12 48/15 50/25 51/15 55/9 55/13 55/23 57/1 60/2 60/3 63/8 65/4 69/14 72/17 73/1 73/2 73/6 76/1 78/25 79/5 79/8 79/9 79/11 79/19 80/20 120/18 120/21 122/9 128/10 129/11 130/4 130/6 131/6 133/18 143/12 155/13 167/21 172/14 172/16 174/3 176/15 176/22 177/13 179/18 179/25 180/21 181/4 181/9 181/10 183/15 183/17 183/17 188/18 189/1 189/10 190/3 190/14 197/13 197/22 199/1 199/16 199/19 201/8 203/14 208/1 210/15 212/24
proton [1]  186/21
proud [1]  95/18
prove [3]  46/7 53/13 66/18
proven [1]  44/19
provide [5]  11/16 123/23 134/23 135/18 135/19
provided [2]  124/18 192/23
provides [3]  140/23 151/15 151/18
providing [6]  124/12 124/15 133/20 134/22 138/12 142/5
provincially [1]  86/5
proving [1]  149/2
provision [2]  133/19 149/12
provisions [1]  51/5
prudent [1]  143/20
PTX [1]  82/16
PTX002 [2]  88/13 108/21
PTX138 [2]  3/3 83/3
PTX181 [3]  3/4 82/17 83/4
PTX2 [6]  3/3 82/15 83/2 88/17 88/18 108/17
PTX31 [3]  3/6 82/22 83/8
PTX33 [3]  3/6 82/23 83/8
PTX38 [3]  3/3 82/16 83/3
PTX39 [3]  3/3 82/16 83/3
PTX394 [4]  3/3 82/15 83/2

96/15
public [2]  114/9 155/3
publication [6]  35/15 40/4 40/11 130/16 130/20 130/23
publications [2]  61/22 96/13
publish [1]  154/21
published [4]  35/13 120/16 168/24 169/2
pull [1]  66/6
pulled [1]  206/2
pure [6]  28/4 29/4 209/11 210/25 212/19 216/2
purely [1]  127/15
purification [9]  144/18 167/15 168/17 168/25 169/6 169/9 170/6 170/12 171/9
purified [2]  121/21 202/17
purify [1]  22/4
purity [1]  151/16
purple [1]  24/7
purpose [2]  196/14 211/9
purposes [3]  10/15 26/23 50/15
put [38]  19/23 21/3 24/1 28/15 30/17 31/10 33/14 34/8 35/8 42/25 49/19 52/21 52/23 57/23 63/2 68/16 70/3 71/24 75/8 77/17 77/19 80/6 88/18 97/4 103/16 121/9 121/20 129/1 135/16 149/19 152/10 172/8 173/2 180/18 181/13 181/13 189/12 197/9
putting [8]  35/22 38/14 39/11 39/17 55/5 175/9 180/10 180/11

**Q**

Q2 [1]  111/6
Q3 [4]  90/8 90/9 90/20 111/8
quality [4]  98/24 138/22 138/25 189/18
quantitative [1]  191/24
quantities [13]  122/23 123/6 131/21 131/25 132/2 132/7 132/11 132/13 132/21 133/6 133/7 134/20 173/17
quantity [7]  122/20 132/14 140/24 145/18 150/2 197/14 209/6
quarter [1]  182/8
quaternary [4]  13/19 177/6 177/10 177/11
Quebec [1]  145/8
quest [1]  179/9
question [19]  10/19 34/12 35/25 37/22 37/24 43/20 44/17 75/23 78/9 112/17 112/22 130/21 136/24 143/6 150/25 153/9 157/19 162/19 213/13
questions [9]  30/22 47/1 73/22 81/13 107/16 113/15 151/22 165/1 165/3
quickly [9]  12/8 25/13 39/24 58/20 73/23 77/8 78/16 79/24 173/16
quite [32]  15/2 17/15 30/15 40/13 44/11 47/25 49/7 51/25 79/16 93/6 118/13 119/22 127/3 130/12 166/22 166/23 169/15 169/25 170/7 173/17 174/7

178/9 183/18 184/14 190/25 191/2 191/25 192/5 192/19 199/4 203/7 211/1
quotation [6]  204/4 204/14 205/6 205/24 206/11 213/17
quote [2]  39/13 213/4
quoted [1]  39/12

**R**

raise [3]  83/14 116/13 165/17
raised [1]  117/5
ran [1]  161/4
random [1]  197/12
range [14]  28/6 42/21 42/22 42/23 79/14 93/24 102/22 103/13 169/12 209/20 213/5 213/15 213/25 215/6
ranges [1]  93/21
Rapidly [1]  173/12
rate [2]  45/6 146/5
rates [3]  42/10 95/3 98/10
ratio [15]  124/2 134/11 149/16 154/16 157/13 161/16 161/18 162/6 162/15 162/23 163/8 189/4 189/6 191/25 192/16
ratios [2]  26/7 192/9
RBS [1]  192/17
reached [1]  193/12
reacquire [1]  128/21
reaction [7]  31/15 35/13 124/16 125/5 133/13 134/25 137/4
reactions [2]  128/14 128/16
reactor [2]  41/25 42/6
read [5]  71/18 82/9 82/11 173/1 173/22
reader [2]  156/4 204/5
readily [3]  77/23 118/6 133/7
reading [1]  205/15
reads [1]  132/24
ready [3]  107/20 200/6 202/19
reaggregate [2]  190/4 190/16
reaggregated [2]  191/2 210/14
real [3]  25/22 172/24 185/25
reality [1]  173/3
really [42]  10/24 14/18 19/16 20/5 23/22 33/19 33/22 37/6 37/18 42/18 43/1 46/9 48/9 49/16 56/1 77/12 79/24 85/20 86/23 87/1 91/10 92/9 92/18 99/6 99/6 102/18 104/15 106/20 107/3 119/22 132/1 132/14 132/17 173/3 182/5 186/3 186/5 191/2 191/25 200/15 202/25 211/1
Realtime [1]  217/3
reason [11]  8/12 11/11 23/7 37/15 58/20 63/6 64/4 105/25 111/18 172/24 185/22
reasonable [1]  140/18
reasons [6]  4/14 12/6 40/1 41/7 63/4 100/15
rebuttal [1]  67/25
rebutted [2]  75/18 78/11
recall [6]  27/10 115/5 145/8 192/15 192/18 194/21
recalls [2]  58/12 70/23
receive [1]  82/13

received [5]  3/2 74/3 83/2 100/8 100/9
receiver [4]  70/9 70/15 70/20 70/21
receives [2]  106/5 194/24
receiving [2]  124/12 124/15
receptor [8]  39/1 75/1 75/3 75/7 176/18 176/19 204/16 206/8
receptors [5]  16/5 16/8 16/11 16/12 16/16
recess [10]  81/15 81/16 116/1 116/4 116/5 152/3 152/4 188/2 216/15 216/25
recipe [6]  26/8 43/23 52/9 64/18 71/23 80/16
recirculate [1]  42/1
recognize [4]  20/5 100/25 171/11 174/23
recombinant [3]  130/24 155/21 156/5
reconvene [2]  116/2 216/16
record [7]  82/12 82/12 83/18 116/17 165/22 194/8 217/4
recover [2]  189/21 189/24
recovery [3]  144/13 144/16 170/9
recreate [1]  21/20
recruited [1]  122/5
red [13]  18/18 19/18 36/14 74/7 97/1 93/17 97/14 176/10 177/9 184/23 187/17 196/4 196/4 213/17
redirect [3]  112/16 112/20 164/25
redox [166]  21/13 21/13 21/23 22/2 29/23 29/24 30/9 30/16 31/16 32/11 53/18 53/20 53/21 54/1 54/3 54/6 54/7 54/10 54/11 57/14 57/22 57/23 58/1 58/5 58/8 58/11 58/12 58/14 58/15 58/17 58/23 59/2 59/5 59/6 59/17 62/15 62/16 62/19 64/14 65/22 65/23 66/7 66/8 66/12 66/16 66/20 66/23 67/5 67/8 67/11 67/14 67/20 68/2 68/2 68/3 68/4 68/6 68/11 68/13 69/2 69/9 69/24 70/8 70/16 70/25 71/1 71/7 71/11 71/13 71/19 71/20 72/9 73/3 79/7 79/9 79/14 79/15 79/16 79/19 123/15 123/20 123/21 123/22 124/2 124/5 124/8 124/17 124/20 128/11 128/14 134/13 134/15 134/15 134/17 134/24 141/25 142/4 142/7 142/11 142/17 142/20 149/6 149/15 149/16 149/25 149/25 153/6 153/12 153/15 153/16 154/1 154/16 157/17 157/22 157/25 158/4 158/9 158/13 158/18 158/21 158/24 159/1 159/6 159/6 159/11 159/16 159/21 159/24 160/8 160/11 160/14 160/18 160/22 160/24 161/5 161/6 161/10 161/17 162/2 162/7 163/5 163/8 163/13 163/18 163/23 172/13 184/25

**R**

**redox... [19]** 185/2 185/3 185/11 185/22 186/11 187/19 188/18 188/20 189/3 189/4 189/6 190/20 191/18 191/20 192/9 192/16 192/18 192/21 192/23
**reduce [3]** 71/8 89/17 107/5
**reduced [4]** 30/8 185/10 185/17 186/15
**reducing [5]** 98/24 137/6 184/4 184/16 188/23
**reductant [15]** 49/6 59/16 64/4 64/5 66/12 70/17 72/15 73/10 135/8 161/23 162/17 163/1 163/6 164/2 164/6
**reductants [9]** 53/23 66/11 67/13 69/19 70/5 70/7 124/11 159/18 164/12
**reduction [6]** 21/14 21/16 124/9 185/3 185/25 186/5
**reductive [2]** 133/19 142/14
**refer [6]** 50/13 88/15 89/8 104/9 146/4 209/23
**reference [8]** 8/19 45/25 130/14 131/24 132/5 132/6 144/12 145/13
**referred [5]** 142/23 147/6 153/23 168/5 209/10
**referring [18]** 129/9 144/15 145/16 148/9 148/10 149/7 149/8 153/7 153/11 158/9 162/17 163/1 195/19 204/11 208/15 208/25 209/23 210/6
**refers [5]** 35/15 102/21 128/3 145/18 207/7
**refill [3]** 189/20 216/2 216/7
**reflective [1]** 134/12
**reflects [1]** 82/12
**refold [97]** 21/10 22/18 22/23 23/1 23/3 24/25 28/17 28/19 28/21 29/11 29/20 29/25 30/1 31/3 48/12 49/4 52/7 52/21 53/8 54/22 55/2 57/12 58/23 59/2 59/6 60/2 61/7 61/13 62/14 62/19 63/20 63/22 63/22 63/24 64/9 64/12 64/16 64/17 67/1 67/3 67/15 67/18 67/22 68/7 68/11 68/15 68/18 68/25 68/25 69/3 69/4 69/8 69/10 69/14 71/16 72/16 81/4 120/18 121/17 130/6 138/2 146/24 146/25 148/10 149/8 155/13 159/13 159/18 159/19 159/20 162/8 162/12 162/18 163/2 163/7 163/11 163/17 163/21 163/24 180/3 183/23 184/14 189/16 190/25 191/6 191/14 214/11 214/14 214/17 214/19 215/11 216/9 216/11
**refolded [8]** 73/2 150/13 155/25 156/5 157/3 169/21 213/2 213/3
**refolding [126]** 21/10 22/11 23/20 25/4 25/20 28/25 30/6 30/19 31/15 41/10 41/13 41/15 41/21 42/1 42/5 42/13 43/2

44/7 47/21 47/25 48/7 48/22 49/16 50/2 50/25 51/15 52/8 52/18 52/19 52/20 56/22 59/13 60/1 60/3 60/23 61/20 61/23 62/12 63/5 63/16 64/10 64/22 64/24 65/16 69/13 69/20 74/8 79/8 80/22 120/8 120/11 120/13 120/15 120/17 120/21 121/16 121/19 123/4 123/4 123/8 123/10 123/13 123/15 123/17 123/18 123/24 125/12 128/10 128/14 128/23 129/10 129/25 130/9 130/15 130/23 130/25 131/1 131/2 131/6 131/7 131/17 131/19 131/20 132/12 132/23 133/1 133/21 134/19 136/4 136/12 136/16 136/21 138/19 139/23 143/10 145/22 147/2 147/7 164/3 164/6 167/14 168/25 169/5 169/8 169/14 170/6 171/9 172/14 172/17 187/19 188/18 189/1 189/25 190/2 190/7 190/14 199/12 201/5 207/7 209/5 209/5 209/6 209/20 210/8 215/4 215/6
**refoldings [3]** 121/6 130/2 151/16
**refolds [3]** 22/1 65/4 80/25
**reforming [1]** 185/20
**refractory [1]** 92/12
**regards [1]** 123/2
**regime [4]** 91/4 112/6 112/7 112/7
**Registered [1]** 217/2
**regulates [1]** 175/13
**regulatory [4]** 35/3 88/8 139/11 139/12
**reimbursement [4]** 85/20 85/22 85/24 86/10
**relapsed [1]** 92/12
**relate [2]** 169/5 189/4
**related [6]** 11/23 11/25 30/14 119/1 122/15 153/13
**relates [2]** 177/7 192/22
**relating [1]** 148/16
**relation [1]** 173/25
**relationship [10]** 118/16 124/14 126/10 126/22 127/6 142/15 150/22 171/17 174/25 206/5
**relationships [2]** 44/2 149/15
**relative [3]** 129/13 147/20 161/2
**relatively [6]** 45/9 87/19 129/12 148/23 174/19 212/19
**release [1]** 138/24
**relevant [5]** 13/20 17/23 43/22 185/6 205/1
**reliable [3]** 109/19 138/17 139/5
**reliably [2]** 95/16 113/12
**relied [2]** 76/9 204/24
**relief [2]** 6/19 44/18
**relies [1]** 40/22
**relocated [1]** 127/22
**rely [3]** 76/16 203/11 212/18
**remain [5]** 39/9 83/14 116/13 165/16 205/13

**remained [1]** 155/2
**remains [1]** 75/15
**remarkable [2]** 176/13 176/21
**remedies' [1]** 7/4
**remedy [1]** 6/18
**remember [5]** 4/7 66/19 69/16 196/10 196/23
**remind [5]** 114/19 152/7 172/24 188/5 213/13
**reminds [3]** 187/8 196/2 204/5
**reminiscent [1]** 134/15
**remove [5]** 61/10 130/13 130/13 199/15 211/10
**removed [3]** 36/9 124/16 130/11
**removing [1]** 108/16
**renaturation [4]** 128/16 128/18 128/20 172/17
**render [1]** 171/12
**rendering [1]** 17/13
**rendition [1]** 17/13
**rep [1]** 85/16
**Repatha [3]** 94/12 95/24 95/25
**repeat [4]** 153/9 157/19 162/19 164/4
**rephrase [1]** 150/25
**report [1]** 68/17
**reported [3]** 38/14 39/7 169/21
**reporter [6]** 1/23 1/23 30/11 177/2 217/2 217/3
**reporting [5]** 105/3 105/4 126/12 126/13 127/4
**reports [2]** 38/24 78/14
**represent [4]** 103/3 150/13 150/18 150/19
**representation [3]** 12/20 12/25 178/13
**representations [1]** 57/25
**representative [5]** 27/1 65/20 68/17 88/4 115/12
**represented [2]** 13/3 134/21
**representing [1]** 191/17
**represents [2]** 10/7 36/14
**reproducible [1]** 139/4
**reproduction [1]** 194/16
**Republic [3]** 85/3 86/11 86/13
**reputation [3]** 106/24 107/2 107/6
**reputational [1]** 107/9
**request [2]** 114/14 115/15
**requests [1]** 143/25
**require [7]** 11/9 79/11 79/20 109/14 109/18 111/8 132/11
**required [6]** 18/14 28/14 39/5 69/9 71/1 189/25
**requirement [2]** 64/15 131/24
**requirements [1]** 29/15
**requires [7]** 28/11 139/12 157/16 157/16 157/21 158/3 214/13
**requisite [1]** 141/19
**research [32]** 7/1 44/24 45/4 45/21 45/22 46/4 46/7 46/8 46/16 46/20 46/20 93/15 99/16 102/15 102/19 102/20 103/25 104/5 104/13 107/11 118/18 119/7 119/11 119/13 119/14 119/14 119/15 119/22 119/22

120/7 148/23 166/13
**research-based [3]** 7/1 44/24 45/4
**researchers [1]** 107/13
**resectable [1]** 92/25
**resemblance [1]** 185/5
**residual [1]** 141/4
**residues [2]** 141/3 161/22
**resilient [1]** 140/19
**resist [3]** 142/6 142/9 185/17
**resorts [1]** 97/18
**resources [1]** 107/2
**respect [11]** 36/1 38/3 39/8 92/16 140/22 171/22 172/1 205/9 207/22 210/1 214/7
**respected [1]** 96/21
**respective [2]** 76/24 114/15
**respectively [2]** 105/13 207/16
**response [1]** 143/20
**responsibilities [3]** 127/2 127/18 166/11
**responsible [2]** 108/10 131/4
**rest [5]** 4/20 105/10 176/12 199/7 199/18
**restoring [1]** 172/16
**restrictions [1]** 175/18
**restroom [1]** 151/25
**result [23]** 23/13 27/24 32/6 48/11 59/21 61/6 64/18 65/10 69/21 71/18 72/23 72/25 73/7 73/10 73/21 81/4 132/20 163/25 182/13 197/11 198/24 201/18 201/20
**resulting [4]** 106/1 106/2 132/13 151/9
**results [11]** 16/19 26/9 52/10 65/14 149/23 149/24 151/7 151/11 163/19 164/20 196/18
**resume [1]** 187/25
**resuspension [1]** 212/13
**retain [1]** 38/20
**retained [2]** 171/19 171/20
**retains [4]** 38/25 204/15 204/19 206/7
**returned [1]** 163/19
**Returning [1]** 187/15
**reusing [1]** 42/3
**revealed [1]** 146/23
**revenue [11]** 45/17 101/17 101/24 102/4 103/2 103/4 103/7 103/10 106/4 106/7 106/15
**revenues [2]** 7/2 45/1
**reverse [1]** 21/16
**review [3]** 29/17 193/4 193/19
**reviewed [1]** 193/8
**revolution [4]** 172/25 173/4 175/8 175/9
**ribbon [3]** 10/6 15/18 176/9
**ribbon-like [1]** 10/6
**Richard [8]** 4/7 67/25 83/12 83/15 83/19 165/8 165/18 165/23
**rid [6]** 20/21 25/15 199/19 201/7 210/14 212/11
**ride [2]** 182/9 182/9
**rides [1]** 182/7
**RIFKIND [1]** 1/16
**right [91]** 5/24 7/25 10/11 15/9

**R**

right... [87]  15/13 15/21 18/20 18/24 19/22 19/24 19/24 20/25 21/11 21/20 23/15 24/13 29/2 31/17 35/23 37/22 40/24 48/5 57/12 63/21 67/24 68/25 69/17 83/9 83/14 83/21 88/16 93/6 96/4 97/3 98/13 99/11 104/12 107/17 108/9 109/4 110/21 111/12 112/3 113/16 114/14 114/24 115/4 115/22 116/2 116/8 116/11 116/12 116/13 116/21 117/12 126/4 129/6 131/11 131/15 134/3 135/12 147/9 150/4 150/16 151/23 154/8 157/10 157/24 163/14 164/24 165/4 165/17 165/19 171/11 176/20 178/14 180/24 182/4 182/16 187/4 187/4 187/21 188/4 191/1 191/10 191/16 194/8 197/11 200/19 201/24 205/23

right-hand [12]  7/25 10/11 18/24 24/13 29/2 88/16 97/3 126/4 131/11 134/3 135/12 154/8

rise [2]  125/2 125/16

risk [2]  100/17 194/20

risks [1]  175/17

risky [4]  45/6 93/17 94/9 94/22

RMR [2]  1/23 217/8

road [1]  121/14

Roberta [1]  4/24

Robinson [13]  60/22 60/23 60/24 61/19 62/10 62/21 63/2 63/13 66/1 68/12 69/16 79/13 80/23

robust [1]  12/9

Roche [2]  75/8 76/9

rock [1]  184/10

rocks [1]  183/22

Roger [6]  22/13 116/10 116/14 116/18 172/12 188/17

role [3]  171/16 171/19 171/20

roles [3]  85/17 126/23 126/24

Ronald [3]  126/13 126/15 126/15

room [1]  190/17

roughly [3]  99/9 169/4 196/15

rules [1]  175/18

run [16]  25/10 27/7 31/22 34/1 48/19 52/10 52/10 57/5 61/7 63/18 64/17 67/22 72/15 81/4 158/21 190/13

running [2]  71/17 85/4

runs [2]  17/12 21/25

rust [1]  125/9

**S**

S-bond-S [1]  186/18

safe [3]  93/20 95/9 139/1

safely [1]  87/23

safety [3]  88/8 98/16 109/19

sales [21]  6/23 34/18 37/15 37/16 51/4 85/16 85/17 85/17 88/5 101/15 102/10 102/25 105/4 105/9 105/12 105/14 105/17 105/22 105/24 110/11

salons [1]  185/23

San [1]  121/8

San Francisco [1]  121/8

sand [1]  49/14

Sandel [1]  4/15

Sandoz [1]  91/15

Sanofi [1]  91/16

Saskatchewan [1]  84/19

satisfied [3]  27/5 214/7 214/8

saw [2]  15/18 53/19

saying [15]  22/20 23/19 28/19 39/10 41/4 42/9 42/11 43/2 57/25 64/12 66/9 78/4 78/5 159/13 192/15

says [40]  30/22 34/2 41/22 42/16 43/4 44/1 44/7 44/8 54/3 67/12 67/16 67/24 68/10 71/21 73/11 74/5 99/12 112/21 141/25 145/25 147/12 147/16 148/19 149/6 153/6 153/16 154/9 155/20 158/9 161/16 161/18 161/20 162/2 162/6 162/10 162/14 187/5 206/12 211/12 212/24

Scadden [9]  75/20 75/20 76/20 76/21 77/6 77/14 78/13 78/14 81/7

scale [11]  31/19 120/23 120/24 122/9 123/16 148/19 148/21 149/3 182/4 195/15 196/10

scale-up [3]  148/19 148/21 149/3

scaled [2]  120/22 133/7

scales [3]  25/17 120/22 123/5

scaling [1]  148/25

scary [1]  180/13

schedule [1]  90/10

schedules [1]  5/14

schematic [1]  35/21

schizophrenia [1]  104/21

Schlegl [14]  40/12 40/14 40/22 41/2 41/8 41/9 41/11 41/22 42/1 42/8 42/12 42/15 43/1 43/8

school [4]  117/10 166/23 167/18 167/19

Schultz [4]  126/11 126/12 145/10 188/16

science [8]  6/16 49/7 56/4 62/25 79/2 99/18 107/3 171/1

scientific [11]  35/16 39/3 46/15 127/14 144/16 144/17 154/24 167/24 168/24 169/2 170/13

scientist [8]  35/13 126/12 126/13 127/1 127/15 127/17 127/20 159/8

scientists [14]  10/22 17/25 19/15 24/21 24/22 24/24 25/18 87/9 107/4 107/12 118/16 118/18 127/2 127/7

SCIO [1]  136/15

SCIO-1RA [1]  136/15

scope [3]  78/22 79/18 81/11

score [9]  48/11 48/17 49/9 52/11 52/12 59/22 64/9 65/10 95/21

scoring [2]  73/5 73/6

screen [18]  6/5 6/9 57/23 67/11 67/24 69/7 70/14 70/20 97/4 97/22 101/13 129/1 141/24 142/16 149/20 152/24 153/21 172/9

screening [1]  154/1

screens [1]  93/2

seated [7]  81/18 83/16 116/7 116/15 152/6 165/19 188/4

second [27]  7/7 19/1 31/20 34/25 40/5 49/5 53/18 58/7 62/11 64/4 66/18 70/21 71/6 73/23 101/23 109/8 134/18 153/15 176/25 187/24 191/9 192/11 198/4 200/16 205/22 213/4 215/18

secondary [7]  13/18 13/24 15/20 39/8 176/8 176/11 205/10

section [8]  39/23 102/17 102/18 129/5 135/14 135/17 204/10 206/19

sediment [1]  118/6

see [113]  6/12 7/10 7/19 7/23 7/25 8/19 10/1 10/4 10/5 10/10 12/20 12/23 12/25 13/1 13/8 13/13 14/3 14/6 15/2 15/2 15/4 15/7 17/11 17/12 17/15 18/3 18/9 18/13 18/21 18/24 21/25 22/7 22/19 23/4 23/24 24/6 24/13 25/21 26/21 27/13 28/23 29/1 30/5 30/16 32/22 33/16 34/1 35/11 35/21 35/22 36/10 36/11 36/15 38/24 40/25 41/6 42/9 44/9 44/15 45/24 50/17 51/17 67/23 73/14 89/10 91/10 92/4 92/5 92/7 92/9 93/1 93/20 97/22 99/12 100/2 101/10 102/21 129/3 130/14 130/20 130/22 131/10 131/14 134/3 135/14 136/1 141/25 145/25 150/4 150/15 151/17 154/8 157/25 158/17 160/5 160/7 160/9 160/11 161/16 161/25 162/24 168/7 179/4 179/15 181/14 187/8 187/13 190/21 199/8 201/3 202/10 205/3 216/21

seed [1]  195/14

seeking [2]  118/3 146/17

seen [6]  40/19 61/11 107/11 160/17 190/24 198/13

sees [2]  121/13 179/4

seldom [1]  60/11

select [1]  102/19

selected [2]  102/16 175/21

sell [4]  34/15 91/13 101/25 102/1

selling [1]  92/2

seminal [1]  167/5

send [1]  175/24

senior [3]  4/25 88/3 88/4

sense [5]  104/4 121/11 128/18 128/20 135/1

sensitive [1]  114/8

sentence [7]  67/12 67/23 131/17 132/24 140/22 142/19 157/1

separate [13]  32/14 32/14

53/22 59/17 62/16 62/19 64/14 64/24 66/20 70/8 73/3 141/15 141/20

separately [1]  42/3

sequence [7]  13/23 15/5 39/8 143/6 146/8 173/1 205/9

series [12]  13/22 27/16 27/19 30/1 30/7 144/16 144/17 144/19 144/20 195/12 199/14 201/18

serious [1]  87/12

seriously [2]  167/17 168/7

serve [1]  39/20

serves [1]  10/15

set [13]  10/23 29/2 43/18 43/23 47/12 87/8 145/10 148/8 172/5 185/20 190/25 209/21 215/7

sets [1]  16/17

setting [2]  57/2 132/9

settle [1]  191/2

settled [1]  191/8

settling [2]  190/23 198/7

seven [3]  27/3 99/25 131/11

severe [3]  9/12 45/17 96/4

sewer [1]  175/23

SH [2]  186/14 187/16

shake [1]  195/15

shape [18]  14/19 14/20 15/9 15/23 17/11 172/17 176/20 177/12 177/13 177/15 177/16 180/24 185/8 185/12 185/13 185/19 185/20 185/21

shaped [1]  16/22

share [1]  106/3

shared [1]  151/7

shattering [1]  197/4

she'll [1]  66/4

sheet [1]  176/9

sheets [1]  14/3

shmootz [1]  197/18

shook [1]  212/6

short [15]  16/2 36/7 42/7 43/9 56/21 77/4 80/2 90/15 91/12 91/14 110/23 111/4 112/1 113/22 185/3

short-acting [8]  77/4 80/2 90/15 91/12 91/14 110/23 111/4 112/1

shortage [1]  89/20

show [43]  15/15 15/22 15/25 31/8 33/24 34/8 38/4 40/13 41/9 47/15 48/20 48/25 52/1 53/3 53/4 53/9 54/11 54/20 55/11 55/17 56/17 62/7 65/15 68/12 69/21 73/16 79/2 79/4 79/20 80/3 80/7 81/5 81/10 95/12 97/23 98/19 98/21 180/8 191/13 195/7 209/3 210/7 212/18

showed [6]  164/15 164/20 194/14 196/10 196/11 196/23

showing [10]  32/23 85/20 103/21 103/22 103/24 106/23 167/24 178/16 186/10 195/14

shown [17]  10/12 18/17 19/18 24/7 30/18 32/13 35/23 42/21 70/1 101/17 176/8 182/16 185/9 186/19 186/25 194/13 195/11

shows [16]  15/19 44/12 97/24

**S**

**shows... [13]** 105/7 105/8 147/11 177/19 177/19 177/21 177/22 180/9 182/5 186/12 195/8 200/16 209/4

**SHs [1]** 186/16

**sic [1]** 206/21

**sick [1]** 175/4

**sickest [1]** 91/6

**side [33]** 4/6 7/25 9/17 9/23 10/11 18/24 24/13 25/25 27/11 27/15 29/2 30/6 77/20 89/10 90/19 92/4 95/16 97/3 98/9 98/14 99/19 103/15 113/8 134/3 178/14 178/14 182/7 191/10 191/10 191/12 191/16 194/15 201/3

**sides [1]** 216/19

**signal [1]** 184/24

**significance [15]** 22/25 24/18 33/3 33/13 100/21 104/2 136/23 143/9 149/10 177/12 178/5 184/19 191/10 199/25 207/21

**significant [15]** 9/8 27/24 32/16 34/18 34/23 77/22 106/8 106/9 106/15 109/14 143/16 144/8 164/9 197/23 211/18

**significantly [2]** 93/12 110/15

**SIMEON [2]** 2/2 4/17

**similar [10]** 23/14 55/19 63/23 65/7 90/1 140/2 140/8 140/8 194/14 216/5

**similarly [3]** 25/15 79/13 193/16

**simple [10]** 12/20 23/18 23/22 37/6 37/19 129/12 129/16 143/14 208/11 208/12

**simpler [5]** 173/16 173/17 174/9 174/11 174/18

**simplest [3]** 48/15 87/6 104/4

**simplicity [1]** 129/14

**simplify [3]** 48/5 48/9 61/24

**simply [7]** 20/20 23/18 26/16 61/10 79/16 80/19 186/8

**single [9]** 25/2 40/4 43/16 43/17 66/1 141/4 150/10 170/20 177/10

**single-chain [1]** 141/4

**singled [1]** 12/5

**singled-cell [1]** 12/5

**sir [6]** 47/2 47/14 81/14 113/17 113/21 152/1

**sit [3]** 30/19 31/18 80/7

**sitting [6]** 31/15 32/2 33/1 33/12 184/7 193/7

**situation [2]** 40/21 44/6

**six [7]** 48/17 73/5 77/19 104/14 104/22 131/11 169/12

**size [11]** 8/4 25/7 26/16 37/7 37/7 76/14 77/11 77/12 121/12 121/15 197/7

**sized [1]** 189/16

**skill [3]** 40/7 78/21 79/21

**skills [1]** 122/9

**skin [1]** 181/17

**slide [55]** 7/10 7/25 12/20 13/9 13/18 14/23 24/20 25/21 28/18 38/7 45/19 59/4 68/17 68/21

68/21 68/22 71/14 71/18 71/20 72/1 76/24 102/7 165/13 175/25 186/10 190/5 191/9 191/11 194/6 194/7 194/15 194/18 194/19 195/9 195/11 195/12 195/24 196/9 196/22 197/16 197/17 199/6 200/2 200/16 201/22 202/10 203/22 204/11 205/1 205/3 206/2 207/14 209/3 211/8 215/12

**slides [10]** 26/22 53/19 55/5 72/1 77/10 145/10 172/5 195/12 199/22 211/5

**slight [1]** 67/24

**slightly [6]** 16/5 30/21 33/18 33/18 57/21 73/18

**slow [10]** 45/4 50/4 50/14 53/15 56/21 59/12 61/15 70/11 72/13 177/1

**slow-acting [1]** 50/14

**slower [1]** 63/11

**slowly [7]** 11/10 11/19 49/3 57/11 57/13 63/2 173/12

**small [6]** 6/22 25/11 36/20 41/13 62/23 81/21 87/19 103/15 109/10 133/18 148/23 169/17 182/4 197/7 199/2

**smaller [5]** 33/5 33/10 33/12 33/18 86/14

**smell [1]** 185/23

**snow [1]** 191/1

**so-called [4]** 29/13 170/14 187/9 198/17

**societies [1]** 170/23

**society [2]** 98/21 171/3

**Society's [1]** 170/19

**softball [1]** 211/12

**sold [1]** 34/19

**solely [2]** 11/19 204/6

**solubility [2]** 130/3 136/24

**solubilization [8]** 130/3 136/11 137/4 142/13 184/8 199/10 201/5 214/1

**solubilize [3]** 21/4 161/23 184/1

**solubilized [8]** 22/1 30/8 41/18 55/9 55/11 62/4 62/6 213/5

**soluble [9]** 10/14 10/15 33/4 136/7 155/23 169/25 178/20 178/24 184/7

**solution [7]** 30/10 30/10 33/1 100/18 143/3 190/17 209/5

**solve [2]** 42/13 133/15

**solved [1]** 189/8

**solves [1]** 133/16

**somebody [2]** 179/21 190/11

**somewhat [1]** 130/5

**soon [1]** 179/15

**sophisticated [6]** 173/8 173/9 173/18 191/18 192/6 196/14

**Sorbitol [4]** 208/12 208/14 208/21 209/8

**sorry [14]** 114/19 121/12 141/10 167/4 170/20 176/18 181/12 195/20 204/12 205/21 205/25 209/8 211/24 212/3

**sort [12]** 15/11 23/3 36/3 174/11 181/25 183/5 184/9

186/11 186/22 191/17 197/23 211/21

**sought [1]** 144/23

**sought-after [1]** 144/23

**sound [2]** 87/22 143/25

**sound-based [1]** 143/25

**sounds [1]** 189/12

**source [2]** 124/23 125/3

**sources [2]** 142/12 156/18

**south [5]** 2/3 85/3 86/13 86/14 121/7

**SOUTHERN [2]** 1/1 86/15

**space [3]** 4/14 15/22 146/5

**space-filling [1]** 15/22

**speak [3]** 6/9 178/22 211/20

**speaker [1]** 170/21

**speaking [2]** 89/14 205/5

**spec [2]** 56/8 56/9

**special [1]** 178/1

**specialty [2]** 117/6 117/16

**species [19]** 26/19 34/6 43/24 43/25 129/13 129/17 133/19 134/14 134/14 137/6 140/14 140/15 140/15 141/4 141/10 141/10 150/2 150/12 150/19

**specific [7]** 44/10 137/15 146/15 159/10 159/10 176/16 191/24

**specifically [15]** 6/19 28/20 48/4 68/11 69/7 109/24 145/19 147/1 157/9 166/8 174/21 175/10 177/22 203/14 203/17

**specification [2]** 67/14 78/20

**specifications [1]** 138/24

**specifics [2]** 16/13 110/4

**specified [3]** 151/20 213/16 214/1

**specifies [1]** 173/23

**specify [2]** 173/20 209/20

**spectrophotometer [1]** 54/24

**speed [1]** 108/11

**spell [4]** 83/18 116/16 116/19 165/21

**spelling [1]** 83/20

**spend [1]** 103/18

**spending [3]** 86/8 97/10 103/3

**spent [3]** 55/24 61/19 62/2

**spin [3]** 55/19 55/20 182/5

**spinner [1]** 55/20

**spiral [1]** 14/2

**spiral-like [1]** 14/2

**spirals [1]** 10/5

**splice [1]** 19/17

**splicing [1]** 19/19

**sponsored [1]** 119/21

**spontaneously [1]** 186/8

**spread [5]** 48/17 53/16 57/16 59/25 63/19

**spring [1]** 185/17

**spun [2]** 182/7 182/10

**squeezing [1]** 197/3

**squiggly [1]** 202/7

**squirrely [1]** 10/4

**SSs [1]** 185/10

**stabilizer [2]** 208/4 209/14

**stabilizers [3]** 208/10 208/17 208/23

**stack [1]** 103/17

**stacks [1]** 103/19

**stage [2]** 97/25 127/24

**stages [1]** 210/7

**stainless [1]** 189/18

**stand [4]** 83/14 84/1 116/4 116/13

**standard [2]** 70/23 98/19

**standing [5]** 83/14 85/11 116/13 165/16 194/20

**start [17]** 5/17 6/22 45/7 52/24 53/11 57/22 67/9 74/5 92/9 93/14 93/19 115/24 167/14 179/19 182/14 187/3 195/23

**start-up [1]** 6/22

**started [7]** 23/16 85/16 92/24 168/11 168/16 172/25 191/13

**starters [1]** 138/22

**starting [8]** 15/4 17/21 18/1 92/22 93/23 93/24 117/2 137/1

**starts [3]** 155/19 162/22 186/15

**state [12]** 4/4 80/19 83/17 128/11 131/5 134/24 139/14 142/6 142/11 188/18 188/20 189/4

**statement [6]** 109/13 109/16 142/15 146/23 192/13 205/15

**statements [1]** 38/9

**STATES [7]** 1/1 47/19 74/18 74/20 139/15 139/18 167/6

**stay [7]** 36/23 50/17 91/11 92/3 108/11 108/15 120/1

**stayed [4]** 120/2 143/3 167/2 167/7

**steel [1]** 189/18

**step [23]** 20/22 21/2 21/8 21/12 28/3 28/5 55/4 62/9 62/11 63/17 63/18 63/24 63/25 69/15 83/13 113/17 116/11 136/12 136/12 165/5 199/9 199/12 209/16

**Stephen [1]** 115/1

**steps [16]** 12/14 27/16 30/2 53/6 53/6 61/10 64/6 72/20 195/13 199/15 199/18 201/4 201/7 201/17 201/19 210/11

**stepwise [22]** 49/5 50/5 50/9 58/5 59/14 59/16 61/13 64/1 64/10 65/25 66/4 66/5 66/10 66/14 66/22 68/4 69/15 69/18 70/18 72/14 73/15 80/21

**stick [2]** 180/25 190/3

**sticking [1]** 190/22

**sticks [1]** 37/20

**stiffness [1]** 185/18

**stimulates [3]** 9/4 39/1 204/16

**stimulating [2]** 8/24 206/8

**stop [3]** 5/17 200/16 216/13

**story [1]** 199/7

**straight [1]** 48/6

**straighten [1]** 185/14

**straightened [3]** 55/12 62/4 62/5

**straightforward [1]** 29/7

**strand [1]** 175/16

**strategies [1]** 130/15

**stream [2]** 41/20 45/17

**Street [1]** 2/7

**strength [61]** 54/1 54/3 54/7

**S**

**strength... [58]** 54/10 54/11 58/8 58/11 58/12 58/14 58/17 64/15 67/2 67/3 67/5 67/8 67/11 67/17 68/2 68/6 71/1 71/7 71/12 71/20 124/2 142/5 142/8 142/17 142/21 142/25 149/16 149/25 154/16 157/17 157/21 157/25 158/4 158/9 158/18 158/22 158/25 159/6 159/16 159/24 160/8 160/12 160/14 160/18 160/23 161/5 161/10 161/17 161/20 162/2 162/7 163/5 163/9 189/3 189/7 191/25 192/17 192/21

**strengthened [1]** 185/12

**strengths [2]** 142/1 192/9

**stretch [2]** 13/1 60/18

**string [9]** 13/2 13/10 13/21 13/25 14/1 14/10 15/5 17/9 17/9

**strings [1]** 13/25

**strong [1]** 92/10

**strongly [1]** 204/3

**structural [3]** 168/2 205/7 205/8

**structurally [1]** 75/15

**structure [41]** 10/2 10/7 13/16 13/17 13/20 13/21 13/24 14/4 14/15 14/15 14/25 38/11 39/7 43/10 128/21 172/17 176/2 176/7 176/9 176/11 176/11 176/13 176/16 176/24 177/4 177/5 177/6 177/10 177/11 177/22 178/10 178/23 179/2 184/15 187/1 187/20 204/23 205/10 205/13 206/17 211/22

**structured [1]** 184/9

**structures [6]** 14/2 15/20 39/9 39/11 201/24 205/12

**stuck [1]** 183/9

**student [1]** 118/22

**studied [3]** 117/5 166/21 193/16

**studies [4]** 117/4 119/6 120/11 206/12

**study [5]** 96/24 119/14 119/16 145/17 168/19

**studying [2]** 99/7 167/14

**stuff [19]** 16/14 16/14 23/16 55/18 179/5 181/13 181/18 181/23 183/7 183/9 189/21 197/14 197/18 197/24 198/8 198/19 210/14 211/15 212/9

**subject [8]** 5/6 5/15 29/18 38/8 52/25 100/20 117/20 127/11

**subjected [1]** 202/20

**submission [2]** 115/7 159/5

**submit [5]** 5/7 52/20 59/11 61/9 80/2

**submitted [5]** 38/10 40/23 40/24 50/8 80/25

**subsequent [3]** 12/14 74/22 74/23

**subset [1]** 8/16

**subsidiary [1]** 7/8

**substance [14]** 35/3 35/5 195/21 200/6 201/20 201/20

202/2 202/6 202/18 202/18 202/21 210/8 215/25 216/1

**substantial [4]** 31/9 106/4 106/7 175/14

**substantially [4]** 54/12 61/5 203/9 210/25

**success [2]** 51/14 63/9

**successful [5]** 45/10 45/14 46/22 51/11 51/12

**successfully [2]** 60/2 60/3

**successive [1]** 27/22

**sufficient [2]** 95/21 123/23

**sufficiently [2]** 25/5 134/23

**sugar [1]** 175/13

**suggest [2]** 22/9 203/4

**suggests [1]** 11/1

**suitable [2]** 22/5 130/12

**Suite [2]** 1/21 2/3

**sulfides [1]** 187/15

**sulfur [4]** 18/7 18/8 120/20 120/20

**supplied [1]** 109/19

**supplies [2]** 121/2 121/6

**supply [3]** 95/22 123/19 139/9

**support [4]** 11/15 203/25 203/25 204/24

**supported [1]** 127/1

**supporting [2]** 120/20 124/9

**supports [1]** 204/3

**supposed [1]** 90/5

**suppress [1]** 170/2

**suppressor [2]** 208/4 209/14

**suppressors [3]** 208/10 208/16 208/23

**sure [22]** 5/10 5/14 20/24 43/14 54/24 73/4 85/25 87/23 89/5 92/3 95/8 95/8 95/10 106/13 114/21 127/14 128/4 162/20 164/5 168/11 169/15 181/8

**surface [4]** 16/7 181/21 211/10 211/16

**surprised [1]** 192/19

**surprisingly [1]** 122/20

**survive [1]** 175/21

**susceptible [1]** 43/8

**suspect [2]** 15/3 29/9

**swimming [2]** 25/8 189/16

**switch [2]** 107/18 114/17

**switched [2]** 152/24 153/1

**SWORN [3]** 83/15 116/14 165/18

**synonymous [2]** 128/22 135/3

**synthesis [1]** 180/23

**synthesize [1]** 173/2

**synthetic [1]** 8/25

**syringe [2]** 99/23 99/24

**system [42]** 9/13 36/23 41/12 46/1 92/19 98/25 104/20 120/8 123/21 123/22 124/6 124/8 124/8 124/10 125/2 125/17 131/3 132/16 134/13 134/23 135/4 135/7 136/15 137/2 137/18 137/20 140/22 142/1 142/5 142/8 142/10 148/18 150/3 150/21 156/17 170/1 207/8 207/11 207/12 207/13 208/1 208/2

**systematic [1]** 43/21

**systems [11]** 11/15 23/25 30/16 87/8 118/25 124/23 132/6 132/8 133/8 134/17 138/25

**T**

**tab [11]** 88/13 130/19 144/9 147/23 152/20 154/4 154/5 166/15 202/11 203/23 205/22
**Tab 1 [3]** 154/4 154/5 166/15
**Tab 54 [1]** 205/22
**table [10]** 4/20 49/14 103/20 103/22 105/3 105/4 105/7 105/8 105/20 215/8
**Tabs [1]** 215/16
**Tabs 52 [1]** 215/16
**tail [3]** 10/11 10/13 35/18
**taints [1]** 174/24
**take [37]** 11/17 15/15 19/11 21/3 33/15 45/9 55/21 57/7 64/21 70/6 70/6 76/8 77/20 81/15 87/18 90/23 91/1 95/4 116/1 122/2 135/23 151/25 152/1 167/16 168/6 180/6 180/18 183/4 187/24 187/25 190/12 197/6 205/3 207/5 212/3 212/3 212/10
**taken [4]** 96/9 211/17 211/24 211/25
**takes [9]** 43/3 45/4 88/21 94/6 94/11 95/7 97/1 97/11 173/11
**talent [1]** 46/17
**talk [45]** 6/16 6/20 8/21 19/19 22/15 22/24 28/17 35/1 44/22 49/25 50/2 50/20 50/21 52/14 57/20 59/1 60/21 60/22 60/24 62/1 62/21 65/20 67/1 74/4 74/15 75/20 76/2 76/10 76/20 76/23 77/2 109/21 109/24 129/25 177/24 178/18 184/4 187/23 188/11 192/11 193/2 210/18 211/21 214/9 215/5
**talked [22]** 52/17 52/18 59/13 61/15 62/7 63/6 67/3 68/18 70/2 75/10 79/6 79/15 79/25 87/20 97/7 103/23 106/10 107/1 111/25 113/6 157/2 214/17
**talking [30]** 19/6 21/23 22/20 24/23 34/4 39/14 43/3 45/20 47/23 47/24 49/8 49/15 51/23 55/22 65/2 65/2 69/13 74/1 76/3 76/3 76/17 76/18 129/8 131/15 136/10 140/16 175/2 204/22 205/6 211/6
**talks [10]** 22/7 29/19 30/2 30/25 36/8 140/14 146/12 162/2 208/16 215/2
**tangible [2]** 25/23 107/8
**tank [31]** 19/23 19/23 23/2 24/7 25/7 31/18 32/3 32/20 33/11 33/16 33/17 33/20 41/21 42/1 42/3 42/4 80/5 121/3 121/7 121/8 121/12 121/12 121/16 121/18 124/24 124/25 125/2 125/19 147/1 189/16 196/1
**tanker [1]** 121/14
**tanks [2]** 25/4 125/18
**target [2]** 29/2 96/6

**targets [1]** 94/22
**taste [1]** 73/18
**taught [3]** 44/5 189/10 203/5
**taxes [1]** 147/20
**teach [5]** 40/7 43/16 43/17 166/12 191/20
**teaches [4]** 41/9 78/21 188/15 192/7
**teaching [7]** 32/9 43/11 43/21 44/3 135/19 184/12 191/23
**teachings [3]** 139/25 189/2 191/21
**team [5]** 4/10 72/6 72/7 72/8 123/3
**tease [1]** 94/17
**tech [2]** 148/19 149/3
**technical [7]** 32/18 33/13 41/7 127/16 127/19 181/17 187/22
**technically [1]** 127/17
**technique [5]** 41/10 41/11 43/12 43/16 44/12
**techniques [2]** 22/11 31/21
**technological [1]** 7/15
**technology [12]** 55/6 87/9 117/11 122/8 147/7 169/16 170/19 171/18 178/4 183/25 184/13 184/15
**tell [23]** 61/21 72/2 84/17 89/14 105/12 105/22 117/2 120/15 128/2 128/18 136/19 137/10 142/3 149/14 166/10 166/18 168/9 172/10 187/8 189/8 190/5 195/10 198/4
**telling [10]** 24/24 38/10 39/2 41/12 43/9 43/21 44/4 120/12 173/15 200/23
**tells [5]** 13/4 13/12 42/8 105/14 105/24
**temperature [1]** 19/24
**ten [6]** 129/1 187/25 198/6 198/6 202/12 212/13
**ten-minute [1]** 187/25
**ten-to-one [1]** 212/13
**tend [5]** 24/3 125/2 125/16 190/3 198/19
**tended [1]** 23/23
**tends [2]** 135/4 135/7
**tenfold [1]** 198/10
**tenth [1]** 212/4
**term [10]** 21/10 66/4 117/23 134/11 134/18 135/3 135/3 157/6 181/17 184/4
**terminal [2]** 35/12 35/17
**terminology [2]** 17/18 34/25
**terminus [9]** 17/19 17/21 17/23 18/2 35/18 35/24 187/9 187/14 203/14
**terms [27]** 10/15 24/18 28/6 35/3 37/18 46/14 48/15 50/11 70/3 71/24 75/5 94/8 94/14 98/23 99/5 101/21 103/17 106/19 106/23 124/4 129/18 131/21 137/22 140/24 143/14 144/4 212/19
**terrible [1]** 91/7
**terribly [1]** 175/4
**tertiary [4]** 13/19 14/4 14/15 205/12

**T**

test [4]  53/5 56/15 93/20
143/21
tested [1]  73/4
testified [9]  108/2 108/17
110/20 115/5 115/11 153/4
153/10 160/22 164/1
testify [3]  22/15 51/21 63/13
testifying [2]  108/25 111/10
testimony [13]  42/20 46/2 50/6
54/25 57/9 57/9 72/20 79/13
96/13 109/21 113/23 115/3
115/7
testing [9]  53/3 53/17 53/17
54/19 54/20 54/21 55/2 73/14
120/10
tests [1]  56/18
Teva [3]  91/16 91/19 91/20
text [5]  41/3 137/10 137/12
208/9 212/22
textbook [1]  128/21
thalassemia [1]  17/3
thank [45]  5/2 5/10 5/20 5/25
6/3 6/11 12/22 47/2 47/2 81/12
81/14 81/20 83/1 83/9 83/11
83/23 87/25 88/11 93/4 104/23
107/15 112/15 113/15 113/16
113/19 115/19 116/22 118/11
124/7 141/21 151/21 153/2
165/4 165/15 166/1 171/6
171/14 188/1 188/8 203/24
210/17 215/17 215/20 216/23
216/24
thanks [1]  121/15
theirs [2]  62/15 63/23
theoretical [1]  146/15
theory [4]  65/7 73/23 135/15
135/17
therapeutic [4]  7/17 75/4 107/1
139/10
therapies [1]  109/19
therapy [2]  90/10 111/8
thermodynamic [1]  131/5
thing [24]  5/13 5/18 13/7 14/4
14/24 15/14 15/17 18/13 20/10
20/16 23/3 32/5 56/5 114/16
141/22 168/3 170/11 176/9
176/21 184/1 187/4 187/18
203/8 213/3
thing's [1]  17/5
things [54]  7/13 7/14 10/4 10/9
10/20 11/20 14/8 14/14 16/5
17/25 20/13 20/21 22/21 23/9
23/19 27/18 27/25 28/1 29/11
29/17 36/13 42/2 44/1 44/11
49/16 56/14 62/8 75/16 87/7
91/8 120/16 122/12 123/2 124/3
128/24 132/20 139/12 141/2
143/5 143/24 168/22 170/2
170/3 175/19 178/20 179/4
179/6 184/14 190/18 190/22
203/13 208/22 211/16 211/16
think [65]  5/11 12/18 27/8 27/9
27/13 29/6 30/11 31/13 32/12
32/33 34/2 34/7 34/18 35/20
39/16 39/23 40/12 41/5 42/5
43/19 44/14 68/22 81/20 85/12
87/16 90/14 92/18 94/13 94/20

95/4 95/24 96/12 101/13 106/8
106/19 107/20 109/5 111/3
114/11 115/20 117/22 120/16
121/13 122/18 124/24 124/24
125/7 125/23 129/18 129/18
131/23 140/18 141/6 153/20
167/16 168/6 169/13 177/1
178/18 189/6 189/13 202/25
203/15 206/17 211/16
thiol [20]  124/2 134/11 142/25
154/16 157/12 157/17 157/21
158/3 161/16 161/18 162/6
162/15 162/23 163/8 189/4
189/6 191/24 191/25 192/9
192/16
thiol-pair [17]  124/2 134/11
154/16 157/12 157/17 157/21
158/3 161/16 161/18 162/6
162/15 162/23 189/4 189/6
191/25 192/9 192/16
thiol-pairs [1]  163/8
thiols [2]  186/15 186/16
third [6]  53/25 58/20 64/8
68/15 185/15 185/15
Thompkins [1]  47/11
thorough [2]  27/23 198/11
thoroughly [1]  210/24
thought [4]  119/19 151/6 168/4
213/8
thoughts [2]  133/12 133/12
Thousand [5]  127/4 128/1
128/3 128/4 128/8
three [43]  6/17 14/5 15/14
17/12 22/13 27/22 32/14 32/14
41/19 49/16 54/12 59/8 59/25
60/13 60/14 61/2 61/22 66/22
77/17 80/3 80/4 80/8 85/6 90/7
90/10 90/21 104/1 105/23 126/8
126/9 173/22 173/23 176/12
176/16 178/18 183/8 197/12
198/4 198/10 198/22 211/7
211/20 211/23
three-dimensional [5]  14/5
15/14 17/12 176/12 176/16
threshold [1]  28/10
throughput [2]  146/18 146/21
throw [2]  25/12 63/19
thrown [2]  25/16 50/11
Thursday [1]  38/9
time [51]  5/14 42/4 42/7 43/10
47/25 55/24 59/17 62/2 63/11
69/18 81/12 86/8 87/23 94/8
95/4 95/7 95/19 97/19 97/24
101/4 113/13 117/22 118/19
118/22 122/7 122/16 123/7
123/14 124/1 124/10 126/18
126/20 126/24 127/2 127/3
129/10 132/12 132/23 138/13
143/10 147/15 154/19 159/5
167/18 168/9 168/11 168/19
170/7 183/24 209/20 216/13
timeline [6]  32/1 88/25 89/8
89/9 89/10 113/3
times [10]  27/19 54/12 77/23
96/25 99/4 143/12 147/14 183/4
183/8 212/12
tiny [3]  17/1 25/11 197/3
tips [1]  41/19

title [6]  22/8 128/10 136/3
145/13 145/16 200/2
titled [1]  188/17
titles [1]  168/22
today [13]  79/2 80/7 82/5
88/22 89/2 91/12 91/21 136/10
164/15 172/18 172/24 174/9
178/18
told [3]  93/1 127/13 189/14
tolerable [1]  170/1
tolerant [1]  142/8
tomorrow [3]  216/14 216/16
216/22
tomorrow's [1]  45/10
ton [3]  145/13 145/18 145/18
tool [1]  17/15
top [15]  28/19 46/17 101/7
102/15 105/7 145/25 149/16
154/8 158/8 158/17 199/9 206/1
206/1 207/15 213/22
top-notch [1]  46/17
topic [1]  172/12
Toronto [1]  84/22
total [8]  45/1 55/2 56/15 97/9
105/16 212/19 215/4 216/1
totals [1]  198/6
touch [6]  10/16 34/13 40/9
44/17 44/21 79/24
touchdown [15]  48/14 49/4
52/11 53/1 53/8 57/5 60/4 64/9
65/1 65/1 65/10 65/17 67/18
71/17 71/21
touchdowns [4]  48/11 49/9
59/22 80/14
touching [1]  41/19
tough [2]  100/14 182/25
tougher [1]  12/3
toxic [2]  17/2 131/25
toxin [2]  175/3 175/5
toxin-producing [2]  175/3
175/5
TPR [1]  192/16
trace [4]  148/9 149/5 187/12
211/17
track [1]  127/16
tradition [1]  85/12
traditional [5]  7/12 7/16 87/14
87/16 96/7
transcript [2]  1/12 217/4
transfer [6]  148/18 148/20
149/3 185/4 186/3 186/9
transferring [1]  148/25
transformations [1]  133/10
transition [1]  125/7
transitioned [1]  127/19
trash [2]  55/21 56/1
treat [9]  9/6 11/18 46/7 46/7
96/3 96/4 112/2 112/4 127/9
treating [3]  51/11 51/12 76/23
treatment [17]  7/18 9/8 9/23
37/14 76/17 77/4 77/5 89/23
91/5 91/7 93/23 100/13 100/14
122/17 132/6 137/5 139/10
treatments [2]  96/5 182/25
tremendous [2]  167/20 173/14
trial [15]  1/12 5/7 10/2 13/15
13/21 15/3 17/16 17/24 35/15
44/10 44/14 99/4 117/23 144/10

152/10
trials [10]  93/19 94/1 97/7
98/18 98/22 99/2 106/11 106/12
107/11 139/1
triangles [1]  41/19
trick [1]  184/12
tried [9]  47/20 57/4 60/19
61/14 63/10 64/2 70/10 70/18
80/21
tried-and-true [9]  47/20 57/4
60/19 61/14 63/10 64/2 70/10
70/18 80/21
triple [5]  57/4 64/22 70/4 70/10
72/13
Tris [1]  209/8
trouble [3]  175/6 187/18
190/16
truck [1]  121/14
true [12]  47/20 57/4 60/19
61/14 63/10 64/2 70/10 70/18
80/21 108/3 108/5 155/5
truly [4]  86/25 87/3 94/24
106/24
try [13]  50/16 54/24 61/24
61/25 62/16 95/1 95/1 141/8
183/23 189/20 191/13 197/25
199/15
trying [16]  8/10 42/13 48/8
73/11 87/4 92/18 92/20 94/21
94/24 110/7 110/8 125/25 159/8
162/8 162/12 192/2
Ts [3]  13/2 13/11 173/20
tubes [1]  32/14
Tuesday [1]  5/17
Tulane [1]  61/23
tumbleweed [2]  20/10 196/6
tumbleweed-looking [1]  196/6
tune [1]  180/19
turbid [1]  182/15
turn [48]  6/17 9/13 16/23 18/4
25/24 34/11 39/22 43/13 56/7
57/17 73/23 78/16 88/12 89/12
96/14 97/2 100/20 100/22 101/6
104/24 106/18 106/18 126/1
126/2 128/25 130/19 133/25
135/10 136/19 141/23 144/9
147/3 147/23 148/5 149/13
149/19 152/20 154/4 166/14
174/7 179/10 194/5 194/9 195/1
195/4 200/10 206/24 208/3
turned [3]  93/2 151/2 202/21
turning [2]  29/8 105/19
turns [10]  19/25 24/16 26/11
33/3 35/24 37/13 41/1 44/25
191/3 197/8
tutorial [6]  48/1 48/22 55/6
56/25 62/2 172/19
twice [2]  60/12 90/4
twin [1]  40/23
two [61]  4/13 7/21 10/24 15/7
15/10 16/16 33/21 38/20 39/25
40/1 45/13 46/22 51/14 54/5
54/12 64/24 66/7 67/1 68/14
75/10 79/8 85/6 90/14 90/17
91/15 94/1 94/1 97/9 111/13
123/25 126/10 126/19 129/2
132/14 132/20 141/13 141/18
144/24 149/17 154/21 165/23

**T**

two... [20]  166/15 168/13
169/13 169/13 170/17 177/9
178/8 179/6 179/8 186/13
186/19 187/15 192/1 192/2
194/19 198/15 200/16 201/24
207/14 214/17
two-dimensional [1]  15/10
type [8]  9/5 9/12 10/23 26/7
125/6 128/22 138/1 143/20
types [1]  44/8 174/5 177/9
typical [2]  99/4 99/6
typically [6]  77/4 161/19
161/20 162/3 172/15 174/11

**U**

U.S [1]  1/14
Uh [3]  108/24 109/2 194/10
Uh-huh [3]  108/24 109/2
194/10
Uhm [1]  120/15
ultimately [3]  8/16 16/18
120/23
un [3]  75/18 78/11 92/25
un-rebutted [2]  75/18 78/11
un-resectable [1]  92/25
unable [2]  60/10 81/11
unaffected [1]  39/11
unaltered [2]  39/9 205/13
uncontroverted [1]  65/24
undergoing [4]  9/11 100/12
112/4 112/5
undergraduate [2]  84/19 117/4
understand [18]  21/15 94/24
94/25 99/20 111/14 118/4
121/10 124/5 143/23 154/14
157/15 157/20 157/23 159/8
172/5 193/5 193/8 193/20
understanding [6]  120/24
125/9 158/2 158/6 195/10
214/12
undesirable [3]  23/21 26/20
43/24
undisputed [1]  53/20
undoubtedly [1]  38/1
undue [4]  21/19 78/22 79/11
79/20
unfolding [2]  21/9 131/5
unfolds [2]  21/6 22/1
unfortunate [1]  9/10
unfortunately [3]  63/23 91/6
181/3
uniform [1]  125/20
uniformed [1]  125/23
uniformly [4]  125/1 125/19
125/22 125/25
UNITED [7]  1/1 47/19 74/18
74/20 139/15 139/18 167/5
universe [2]  79/19 80/13
university [8]  61/23 76/22
84/19 84/21 117/4 117/8 166/7
168/15
unlock [1]  39/20
unmake [1]  188/21
unopposed [1]  81/22
unpaired [1]  187/17
unPEGylated [7]  34/15 34/21
35/9 36/16 36/19 36/23 37/17

unusable [3]  23/16 24/8 24/11
unusually [2]  44/25 198/11
unwittingly [1]  192/4
unwound [1]  13/1
upper [11]  15/4 15/13 39/13
42/16 88/16 126/4 135/11 148/8
213/22 213/24 213/24
urea [3]  132/4 132/5 132/7
usage [3]  89/16 89/24 90/1
usages [1]  76/24
use [62]  9/15 9/24 10/25 11/17
11/20 11/21 12/13 13/12 14/22
16/22 17/6 17/14 22/6 23/7
25/4 25/7 28/4 33/5 35/4 43/9
43/16 43/17 45/10 48/17 48/18
49/8 56/23 57/16 57/16 59/12
59/14 59/24 59/25 62/17 63/14
63/23 65/4 65/20 66/25 69/15
72/11 73/10 76/18 78/6 78/22
79/9 80/16 82/5 87/10 89/17
111/7 124/20 138/3 138/6
138/24 155/13 168/19 174/4
175/20 181/17 183/1 209/22
useful [2]  12/15 188/24
useless [2]  34/6 168/1
uses [8]  48/19 48/23 48/25 60/4
80/21 80/24 198/16 211/1
usually [7]  13/3 98/18 143/21
144/24 181/8 182/25 186/21
utility [7]  75/1 130/6 133/12
134/16 135/19 151/15 174/12
utilization [2]  99/21 133/18
utilize [3]  130/2 135/20 139/24
utilized [4]  124/22 130/5
139/21 147/7
utilizes [2]  147/10 148/12
utilizing [4]  120/18 145/22
147/8 150/20

**V**

validated [2]  138/12 139/2
validity [3]  6/18 39/23 40/18
valuable [5]  122/12 167/21
167/25 179/22 203/4
value [7]  24/25 25/23 85/21
98/21 99/1 125/22 179/22
values [2]  67/12 163/9
variable [1]  106/17
variables [1]  192/3
variance [1]  150/20
variances [3]  140/19 140/19
140/20
variant [1]  140/14
variants [3]  140/24 141/1
141/2
variety [9]  118/25 120/22
168/21 170/2 174/4 175/17
175/22 181/4 182/6
various [4]  14/5 92/10 143/24
187/2
vast [1]  32/2
vastly [2]  52/8 211/1
vat [1]  62/24
Vectibix [1]  92/4
Ventura [1]  128/5
verbatim [1]  39/13
versa [1]  186/9
version [17]  8/25 9/2 15/14

17/13 34/16 34/16 34/17 35/9
36/12 37/2 37/12 37/16 37/17
38/2 40/23 41/2 202/6
versions [3]  8/8 8/11 26/19
versus [6]  50/14 87/20 98/16
138/15 161/19 200/25
vessel [4]  30/18 31/15 182/1
190/24
vessels [1]  148/17
vial [16]  53/22 58/2 58/18
62/16 62/19 62/20 63/1 64/16
65/25 69/7 69/14 69/19 70/15
70/15 71/8 71/20
vials [1]  70/1
vice [3]  4/8 84/8 186/9
video [6]  12/21 113/23 114/5
114/17 115/14 115/15
Videotape [1]  115/18
Vienna [1]  85/4
view [2]  38/4 43/19
viewed [1]  122/10
virotherapy [3]  92/14 92/17
92/20
virtues [1]  147/8
visualizing [1]  14/24
volume [30]  27/12 28/6 29/20
32/19 33/5 33/12 53/7 54/22
56/23 62/5 62/10 62/24 63/3
67/14 69/17 106/3 121/14
132/16 146/24 146/25 147/1
159/21 163/9 183/5 189/12
189/21 210/19 214/6 214/15
215/4
volumes [16]  131/24 132/14
132/18 132/19 132/20 133/10
133/14 146/17 148/23 149/1
149/2 163/23 189/25 198/6
198/7 212/8
voluntary [1]  175/18
volunteers [1]  93/20

**W**

W-I-L-L-S-O-N [1]  165/24
wait [2]  216/19 216/20
walk [2]  92/1 207/1
wall [2]  16/7 181/16
walls [2]  197/14 197/24
want [50]  5/10 10/22 13/25
14/2 14/16 14/22 16/20 20/12
20/16 22/5 22/24 26/15 28/17
30/3 36/25 44/7 44/22 46/19
47/5 50/19 54/14 54/15 55/18
57/17 58/20 59/19 67/21 67/23
74/4 74/10 79/24 91/10 91/11
95/7 98/21 100/5 103/16 107/11
107/13 109/10 109/12 111/23
125/20 182/24 183/23 185/13
186/2 186/7 197/2 211/13
wanted [3]  44/17 53/11 192/25
wants [2]  51/9 188/21
wash [22]  20/21 27/18 27/20
55/25 56/3 183/2 183/3 183/6
197/25 197/25 198/1 198/3
198/5 198/11 198/14 198/15
198/16 211/7 211/8 211/9
211/23 212/13
washed [11]  27/25 155/24
183/7 198/8 198/24 198/25

199/8 212/19 212/23 213/1
213/10
washes [14]  27/22 55/24 56/6
198/1 198/5 198/10 198/22
210/24 211/8 211/10 211/19
211/20 211/23 212/15
washing [13]  27/23 28/3 55/24
119/2 183/8 183/11 183/19
198/20 198/24 209/9 211/6
211/22 212/6
Washington [1]  2/7
wastes [1]  173/11
water [41]  10/14 10/15 14/11
14/12 14/18 25/9 25/12 27/22
33/1 33/5 33/7 33/21 55/20
132/6 165/20 169/25 178/20
178/22 178/24 179/3 179/4
179/10 183/5 184/2 186/23
189/19 198/4 198/15 198/22
209/10 209/11 211/7 211/19
211/20 211/23 212/2 212/5
212/8 212/10 212/10 212/15
water-loving [2]  14/11 179/3
water-soluble [2]  169/25
178/24
wave [1]  185/7
way [65]  6/4 11/7 13/10 13/24
15/6 15/17 18/2 19/9 20/4 20/4
21/2 23/16 26/5 26/18 29/19
30/21 31/10 32/3 32/6 32/21
33/13 36/8 39/3 41/10 42/14
43/11 45/24 46/11 46/22 48/17
52/7 58/2 58/7 61/6 64/5 66/16
66/18 66/25 70/11 72/25 73/19
73/19 78/6 79/4 80/25 87/3
88/15 94/5 97/25 125/20 129/18
140/18 141/8 166/6 180/13
180/16 183/3 187/12 190/10
192/5 192/7 195/23 195/23
201/1 208/11
ways [15]  14/24 15/1 18/22
22/10 30/15 55/17 78/1 78/9
99/17 132/22 136/25 138/21
140/2 141/11 178/15
we've [32]  5/15 44/2 44/2
47/24 54/23 60/13 62/6 67/3
68/18 70/1 70/5 70/5 70/25
71/18 79/1 79/15 92/10 92/24
98/16 103/6 103/8 106/3 125/24
136/10 145/21 172/18 174/14
185/17 188/12 188/19 210/6
212/16
we've shown [1]  70/1
Wednesday [1]  5/18
weekly [10]  90/4 90/4 90/7
90/8 90/9 90/16 90/21 111/6
111/6 111/8
weeks [4]  37/13 90/10 90/17
90/21
weigh [1]  72/9
weighs [2]  62/9 182/8
weight [13]  56/9 58/19 71/4
71/9 71/25 72/5 72/8 122/19
129/11 137/17 137/25 140/8
213/18
Weir [2]  172/8 205/3
WEISS [1]  1/16
welcome [1]  188/9

## W

**well [73]** 4/10 4/11 12/13 21/20 22/17 25/7 38/20 40/18 42/15 43/15 55/3 55/10 72/19 75/2 80/11 91/9 96/21 100/9 100/19 108/13 111/2 111/25 117/4 117/17 118/10 120/16 121/13 122/7 123/13 124/7 125/3 126/25 127/14 129/18 130/10 131/1 132/13 136/25 137/22 138/17 138/18 138/20 138/21 138/22 139/4 140/17 143/3 143/13 145/16 148/18 150/21 151/3 156/18 163/23 170/22 173/18 174/7 174/16 174/18 179/7 180/14 180/23 181/4 181/25 183/22 184/12 197/1 197/10 203/19 204/13 205/14 206/16 210/12
**well-controlled [2]** 138/17 150/21
**well-known [2]** 203/19 204/13
**well-managed [1]** 21/20
**well-respected [1]** 96/21
**went [9]** 24/9 39/12 52/5 84/18 117/10 119/19 143/2 168/12 191/7
**WHARTON [1]** 1/16
**white [13]** 9/4 9/5 9/12 16/19 39/21 75/5 89/17 89/20 90/2 126/1 179/24 179/25 180/3
**wholly [1]** 7/8
**wholly-owned [1]** 7/8
**wide [5]** 70/9 70/14 70/20 70/20 175/17
**widely [2]** 174/8 191/5
**wife [1]** 174/14
**Willson [16]** 32/18 34/1 67/25 68/3 68/9 165/8 165/16 165/18 165/23 166/4 171/8 171/16 176/25 188/5 188/11 207/1
**Willson's [2]** 68/1 68/17
**win [1]** 64/7
**windows [1]** 36/19
**wish [2]** 207/19 215/16
**witness [20]** 57/9 81/19 83/10 83/12 83/14 83/15 83/25 84/1 113/18 115/23 116/8 116/9 116/12 116/14 164/23 165/6 165/8 165/9 165/18 171/12
**witnesses [6]** 5/15 55/1 55/1 63/14 78/11 82/5
**Woestemeyer [1]** 166/8
**wonderfully [1]** 185/6
**word [9]** 54/23 54/23 128/20 128/22 131/12 146/3 146/7 149/10 209/22
**wording [1]** 211/11
**words [7]** 30/12 32/19 35/11 63/23 103/16 131/12 206/12
**work [60]** 6/12 14/21 16/10 16/24 17/6 17/18 19/3 21/1 32/6 38/17 44/2 46/19 64/5 84/5 84/6 88/9 92/19 93/16 93/24 94/24 95/8 95/9 95/12 95/15 98/12 98/13 99/22 104/10 107/13 118/13 118/19 118/24 120/9 120/15 120/17 121/5

122/13 122/24 123/8 126/18 126/22 129/10 133/3 134/9 138/20 140/4 141/8 143/8 143/10 144/25 145/1 151/5 151/8 153/13 154/17 154/22 166/12 176/20 177/17 180/19
**worked [9]** 15/1 84/25 85/2 85/16 85/18 96/5 123/3 126/20 190/25
**working [14]** 17/22 25/16 40/8 46/3 86/5 86/9 88/6 93/13 104/6 108/3 108/5 108/7 120/5 168/17
**works [6]** 16/1 20/4 28/7 111/21 111/22 193/20
**world [13]** 6/24 8/6 24/24 41/12 44/4 46/11 46/18 87/22 88/24 105/10 107/4 113/11 128/8
**worldwide [2]** 105/4 108/14
**worry [5]** 59/22 61/13 61/14 69/10 71/22
**worse [2]** 17/2 100/14
**worth [3]** 34/20 34/21 189/23
**wrap [3]** 34/7 206/19 216/8
**written [2]** 115/7 173/3
**wrong [21]** 18/20 19/2 21/8 26/14 34/5 43/20 44/12 54/25 56/16 69/1 69/3 69/5 153/5 177/16 178/9 178/10 178/10 178/16 179/12 196/7 205/21
**wrongs [1]** 69/21
**wrote [1]** 39/14
**WU [6]** 1/17 4/9 165/8 165/12 165/25 188/7

## X

**Xgeva [1]** 92/8
**XIII [1]** 144/13

## Y

**yards [1]** 59/25
**year [11]** 6/23 7/2 25/19 86/18 88/19 88/19 102/23 105/16 105/17 117/18 168/13
**years [31]** 8/1 45/5 45/15 45/16 48/20 51/6 61/19 76/22 85/1 85/4 85/6 85/6 85/14 86/17 92/11 94/6 95/5 96/9 96/25 97/11 98/3 98/15 100/1 102/21 103/7 105/23 106/19 120/5 144/24 155/12 172/25
**yeast [5]** 12/1 174/12 174/15 174/19 174/21
**yellow [10]** 14/7 64/16 69/2 69/7 102/8 185/15 201/24 202/5 206/12 215/3
**yellowish [1]** 10/12
**yield [9]** 24/15 73/4 73/5 73/12 73/12 73/15 133/1 151/17 191/6
**York [4]** 1/19 1/19 85/2 86/7

## Z

**Zarzio [1]** 91/15
**zero [2]** 191/19 199/5
**zoom [2]** 16/3 196/2
**zoom-out [1]** 196/2