UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61631-CIV-COHN/SELTZER
(CONSOLIDATED WITH 15-62081-CIV-COHN/SELTZER)

AMGEN INC. and AMGEN
MANUFACTURING LIMITED,

     Plaintiffs,

v.

APOTEX INC. and APOTEX CORP.,

     Defendants.

_____/

## ORDER ON MOTION TO SEAL CERTAIN TRIAL EXHIBITS

**THIS CAUSE** is before the Court upon Apotex Inc. and Apotex Corp.'s

Unopposed Motion to Seal Certain Trial Exhibits [DE 255] ("Motion to Seal").  Upon

reviewing the Motion to Seal and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Apotex Inc. and Apotex Corp.'s Unopposed

Motion to Seal Certain Trial Exhibits [DE 255] is hereby **GRANTED**.  Trial Exhibit Nos.

PTX038, PTX039, PTX138, and PTX139 shall be filed and remain under seal through

final disposition of this action, including any appeal, at which time these documents may

be destroyed or returned to counsel for Apotex.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 8th day of August, 2016.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF